# EXHIBIT   C

US010607134B1

(12) **United States Patent**

Cosic

(10) Patent No.: **US 10,607,134 B1**

(45) Date of Patent: ***Mar. 31, 2020**

(54) **ARTIFICIALLY INTELLIGENT SYSTEMS, DEVICES, AND METHODS FOR LEARNING AND/OR USING AN AVATAR'S CIRCUMSTANCES FOR AUTONOMOUS AVATAR OPERATION**

(71) Applicant: **Jasmin Cosic**, Miami, FL (US)

(72) Inventor: **Jasmin Cosic**, Miami, FL (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 763 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **15/382,743**

(22) Filed: **Dec. 19, 2016**

(51) **Int. Cl.**
 *G06N 3/00* (2006.01)
 *G06N 20/00* (2019.01)

(52) **U.S. Cl.**
 CPC ............. *G06N 3/006* (2013.01); *G06N 20/00* (2019.01)

(58) **Field of Classification Search**
 CPC .................................................. G06N 3/006
 See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,370,707 A | 1/1983 | Phillips et al. |
| 4,730,315 A | 3/1988 | Saito et al. |
| 4,860,203 A | 8/1989 | Corrigan et al. |
| 5,560,011 A | 9/1996 | Uyama |
| 5,592,661 A | 1/1997 | Eisenberg et al. |
| 5,602,982 A | 2/1997 | Judd et al. |
| 5,758,333 A | 5/1998 | Bauer et al. |

| | | | |
|---|---|---|---|
| 5,983,232 A | 11/1999 | Zhang |
| 6,026,234 A | 2/2000 | Hanson et al. |
| 6,088,731 A | 7/2000 | Kiraly et al. |
| 6,106,299 A | 8/2000 | Ackermann et al. |
| 6,126,330 A | 10/2000 | Knight |
| 6,314,558 B1 | 11/2001 | Angel et al. |
| 6,643,842 B2 | 11/2003 | Angel et al. |
| 6,728,689 B1 | 4/2004 | Drissi et al. |
| 6,735,632 B1 | 5/2004 | Kiraly et al. |
| 6,754,631 B1 | 6/2004 | Din |
| 6,801,912 B2 | 10/2004 | Moskowitz et al. |
| 6,842,877 B2 | 1/2005 | Robarts et al. |
| 6,850,942 B2 | 2/2005 | Cotner et al. |
| 6,915,105 B2 | 7/2005 | Masuda |
| 6,973,446 B2 | 12/2005 | Mamitsuka et al. |
| 7,017,153 B2 | 3/2006 | Gouriou et al. |
| 7,052,277 B2 | 5/2006 | Kellman |
| 7,082,435 B1 | 7/2006 | Guzman et al. |
| 7,113,946 B2 | 9/2006 | Cosic |
| 7,117,225 B2 | 10/2006 | Cosic |

(Continued)

OTHER PUBLICATIONS

Zhang, Yiying, Lei Guo, and Nicolas D. Georganas. "AGILE: An architecture for agent-based collaborative and interactive virtual environments." Proc. Workshop on Application Virtual Reality Technologies for Future Telecommunication System, IEEE Globecom '2000 Conference. 2000. (Year: 2000).*

(Continued)

*Primary Examiner* — Hal Schnee

(57) **ABSTRACT**

Aspects of the disclosure generally relate to computing devices and/or systems, and may be generally directed to devices, systems, methods, and/or applications for learning an avatar's or an application's operation in various circumstances, storing this knowledge in a knowledgebase (i.e. neural network, graph, sequences, etc.), and/or enabling autonomous operation of the avatar or the application.

**20 Claims, 39 Drawing Sheets**



# US 10,607,134 B1

Page 2

(56)                **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 7,222,127 | B1 | 5/2007 | Bem et al. |
| 7,240,335 | B2 | 7/2007 | Angel et al. |
| 7,249,349 | B2 | 7/2007 | Hundt et al. |
| 7,395,255 | B2 | 7/2008 | Li |
| 7,409,401 | B2 | 8/2008 | Hansen et al. |
| 7,424,705 | B2 | 9/2008 | Lewis et al. |
| 7,444,338 | B1 | 10/2008 | Fisher |
| 7,478,371 | B1 | 1/2009 | Gove |
| 7,484,205 | B2 | 1/2009 | Venkatapathy |
| 7,533,128 | B1 | 5/2009 | Sanchez et al. |
| 7,565,340 | B2 | 7/2009 | Herlocker et al. |
| 7,721,218 | B2 | 5/2010 | Awe et al. |
| 7,765,537 | B2 | 7/2010 | Havin et al. |
| 7,797,259 | B2 | 9/2010 | Jiang et al. |
| 7,831,564 | B1 | 11/2010 | Wei et al. |
| 7,840,060 | B2 | 11/2010 | Podilchuk |
| 7,849,114 | B2 | 12/2010 | Boss et al. |
| 7,925,984 | B2 | 4/2011 | Awe et al. |
| 7,987,144 | B1 | 7/2011 | Drissi et al. |
| 8,005,828 | B2 | 8/2011 | Buchner et al. |
| 8,019,699 | B2 | 9/2011 | Baxter |
| 8,078,556 | B2 | 12/2011 | Adi et al. |
| 8,090,669 | B2 | 1/2012 | Shahani et al. |
| 8,137,112 | B2 | 3/2012 | Woolf et al. |
| 8,166,463 | B2 | 4/2012 | Gill et al. |
| 8,195,674 | B1 | 6/2012 | Bem et al. |
| 8,196,119 | B2 | 6/2012 | Gill et al. |
| 8,244,730 | B2 | 8/2012 | Gupta |
| 8,251,704 | B2 | 8/2012 | Woolf et al. |
| 8,261,199 | B2 | 9/2012 | Cradick et al. |
| 8,266,608 | B2 | 9/2012 | Hecht et al. |
| 8,335,805 | B2 | 12/2012 | Cosic |
| 8,364,612 | B2 | 1/2013 | Van Gael et al. |
| 8,386,401 | B2 | 2/2013 | Virkar et al. |
| 8,397,227 | B2 | 3/2013 | Fan et al. |
| 8,417,740 | B2 | 4/2013 | Cosic |
| 8,464,225 | B2 | 6/2013 | Greifeneder |
| 8,549,359 | B2 | 10/2013 | Zheng |
| 8,572,035 | B2 | 10/2013 | Cosic |
| 8,589,414 | B2 | 11/2013 | Waite et al. |
| 8,655,260 | B2 | 2/2014 | Yueh et al. |
| 8,655,900 | B2 | 2/2014 | Cosic |
| 8,667,472 | B1 | 3/2014 | Molinari |
| 8,762,428 | B2 | 6/2014 | Kulack et al. |
| 8,949,186 | B1 | 2/2015 | Yueh et al. |
| 8,996,432 | B1 | 3/2015 | Fu |
| 9,047,324 | B2 | 6/2015 | Cosic |
| 9,268,454 | B2 | 2/2016 | Hamilton, II et al. |
| 9,282,309 | B1 | 3/2016 | Cosic |
| 9,298,749 | B2 | 3/2016 | Cosic |
| 9,305,216 | B1 | 4/2016 | Mishra |
| 9,367,806 | B1 | 6/2016 | Cosic |
| 9,443,192 | B1 | 9/2016 | Cosic |
| 2002/0019822 | A1 | 2/2002 | Seki et al. |
| 2003/0026588 | A1 | 2/2003 | Elder et al. |
| 2003/0065662 | A1 | 4/2003 | Cosic |
| 2004/0117771 | A1 | 6/2004 | Venkatapathy |
| 2004/0194017 | A1 | 9/2004 | Cosic |
| 2004/0249774 | A1 | 12/2004 | Caid et al. |
| 2004/0267521 | A1 | 12/2004 | Cutler et al. |
| 2005/0149517 | A1 | 7/2005 | Cosic |
| 2005/0149542 | A1 | 7/2005 | Cosic |
| 2005/0154745 | A1 | 7/2005 | Hansen et al. |
| 2005/0240412 | A1 | 10/2005 | Fujita |
| 2005/0245303 | A1 | 11/2005 | Graepel et al. |
| 2005/0289105 | A1 | 12/2005 | Cosic |
| 2006/0047612 | A1 | 3/2006 | Stanley et al. |
| 2006/0184410 | A1 | 8/2006 | Ramamurthy et al. |
| 2006/0190930 | A1 | 8/2006 | Hecht et al. |
| 2006/0259466 | A1 | 11/2006 | Bilotti |
| 2006/0265406 | A1 | 11/2006 | Chkodrov et al. |
| 2007/0006159 | A1 | 1/2007 | Hecht et al. |
| 2007/0050606 | A1 | 3/2007 | Ferren et al. |
| 2007/0050719 | A1 | 3/2007 | Lui et al. |
| 2007/0058856 | A1 | 3/2007 | Boregowda et al. |

| | | | |
|---|---|---|---|
| 2007/0061735 | A1 | 3/2007 | Hoffberg et al. |
| 2007/0106633 | A1 | 5/2007 | Reiner |
| 2008/0071770 | A1 | 3/2008 | Schloter et al. |
| 2008/0144893 | A1 | 6/2008 | Guo et al. |
| 2008/0215508 | A1 | 9/2008 | Hanneman et al. |
| 2008/0254429 | A1 | 10/2008 | Woolf et al. |
| 2008/0281764 | A1 | 11/2008 | Baxter |
| 2008/0288259 | A1 | 11/2008 | Chambers et al. |
| 2009/0044113 | A1 | 2/2009 | Jones et al. |
| 2009/0067727 | A1 | 3/2009 | Hirohata |
| 2009/0070337 | A1 | 3/2009 | Romem et al. |
| 2009/0110061 | A1 | 4/2009 | Lee et al. |
| 2009/0131152 | A1 | 5/2009 | Busse |
| 2009/0136095 | A1 | 5/2009 | Marcon et al. |
| 2009/0141969 | A1 | 6/2009 | Yu et al. |
| 2009/0222388 | A1 | 9/2009 | Hua et al. |
| 2009/0287643 | A1 | 11/2009 | Corville et al. |
| 2009/0324010 | A1 | 12/2009 | Hou |
| 2010/0023541 | A1 | 1/2010 | Cosic |
| 2010/0033780 | A1 | 2/2010 | Gitter |
| 2010/0063949 | A1 | 3/2010 | Eaton et al. |
| 2010/0082536 | A1 | 4/2010 | Cosic |
| 2010/0114746 | A1 | 5/2010 | Bobbitt et al. |
| 2010/0138370 | A1 | 6/2010 | Wu et al. |
| 2010/0241595 | A1 | 9/2010 | Felsher |
| 2010/0278420 | A1 | 11/2010 | Shet et al. |
| 2011/0004586 | A1 | 1/2011 | Cherryholmes et al. |
| 2011/0007079 | A1 | 1/2011 | Perez et al. |
| 2011/0030031 | A1 | 2/2011 | Lussier et al. |
| 2011/0085734 | A1 | 4/2011 | Berg et al. |
| 2011/0093435 | A1 | 4/2011 | Zha et al. |
| 2011/0218672 | A1 | 9/2011 | Maisonnier et al. |
| 2011/0270794 | A1 | 11/2011 | Drory et al. |
| 2012/0089570 | A1 | 4/2012 | Zha et al. |
| 2012/0150773 | A1 | 6/2012 | DiCorpo et al. |
| 2012/0167057 | A1 | 6/2012 | Schmich et al. |
| 2012/0284026 | A1 | 11/2012 | Cardillo et al. |
| 2012/0290347 | A1 | 11/2012 | Elazouni et al. |
| 2013/0007532 | A1 | 1/2013 | Miller et al. |
| 2013/0156345 | A1 | 6/2013 | Shmunk |
| 2013/0159021 | A1 | 6/2013 | Felsher |
| 2013/0204907 | A1 | 8/2013 | Alonso Alarcon et al. |
| 2013/0218932 | A1 | 8/2013 | Cosic |
| 2013/0226974 | A1 | 8/2013 | Cosic |
| 2013/0238533 | A1 | 9/2013 | Virkar et al. |
| 2013/0278631 | A1 | 10/2013 | Border et al. |
| 2014/0052717 | A1 | 2/2014 | Franks et al. |
| 2014/0075249 | A1 | 3/2014 | Sato et al. |
| 2014/0143276 | A1 | 5/2014 | Rogers et al. |
| 2014/0161250 | A1 | 6/2014 | Leeds et al. |
| 2014/0164430 | A1 | 6/2014 | Hadjieleftheriou et al. |
| 2014/0177946 | A1 | 6/2014 | Lim et al. |
| 2014/0207580 | A1 | 7/2014 | Minnis et al. |
| 2014/0211988 | A1 | 7/2014 | Fan et al. |
| 2015/0006171 | A1 | 1/2015 | Westby et al. |
| 2015/0039304 | A1 | 2/2015 | Wein |
| 2015/0055821 | A1 | 2/2015 | Fotland |
| 2015/0264306 | A1 | 9/2015 | Marilly et al. |
| 2015/0269415 | A1 | 9/2015 | Gelbman |
| 2015/0310041 | A1 | 10/2015 | Kier et al. |
| 2015/0324685 | A1 | 11/2015 | Bohn et al. |
| 2015/0339213 | A1 | 11/2015 | Lee et al. |
| 2016/0140999 | A1 | 5/2016 | Cosic |
| 2016/0142650 | A1 | 5/2016 | Cosic |
| 2016/0167226 | A1 | 6/2016 | Schnittman |
| 2016/0246819 | A1 | 8/2016 | Cosic |
| 2016/0246850 | A1 | 8/2016 | Cosic |
| 2016/0246868 | A1 | 8/2016 | Cosic |
| 2016/0274187 | A1 | 9/2016 | Menon et al. |
| 2016/0292185 | A1 | 10/2016 | Cosic |
| 2016/0328480 | A1 | 11/2016 | Owens et al. |

OTHER PUBLICATIONS

Eladhari, Mirjam P., "Semi-Autonomous Avatars in Virtual Game
Worlds," Pre-conference to the ECREA 2010—3rd European Com-
munication Conference, Avatars and Humans. Representing Users

# US 10,607,134 B1

Page 3

## (56)　　References Cited

### OTHER PUBLICATIONS

in Digital Games, Hamburg, Germany, Oct. 2010, Available from: Jan. 21, 2012 (Year: 2012).*

About | OpenCV, retrieved from <URL: http://opencv.org/about.html> on Dec. 13, 2014, 1 pages.

Animetrics, Inc. | 3D Facial Recognition, retrieved from <URL: http://animetrics.com/> on Dec. 13, 2014, 2 pages.

Bag-of-words model, retrieved from <URL: http://wikipedia.com> on Nov. 19, 2015, 2 pages.

Beier-Neely morphing algorithm, retrieved from <URL: http://wikipedia.com> on Nov. 19, 2015, 1 pages.

Computer vision, retrieved from <URL: http://wikipedia.com> on Nov. 19, 2015, 7 pages.

Convolutional neural network, retrieved from <URL: http://wikipedia.com> on Nov. 11, 2015, 6 pages.

Decimation (signal processing), retrieved from <URL: http://wikipedia.com> on Nov. 19, 2015, 3 pages.

Digital image processing, retrieved from <URL: http://wikipedia.com> on Nov. 19, 2015, 3 pages.

Dissolve (filmmaking), retrieved from <URL: http://wikipedia.com> on Nov. 11, 2015, 2 pages.

Facial recognition system, retrieved from <URL: http://wikipedia.com> on Nov. 11, 2015, 6 pages.

Feature detection (computer vision), retrieved from <URL: http://wikipedia.com> on Nov. 19, 2015, 3 pages.

Feature extraction, retrieved from <URL: http://wikipedia.com> on Nov. 19, 2015, 2 pages.

Gesture recognition, retrieved from <URL: http://wikipedia.com> on Nov. 19, 2015, 5 pages.

GrabCut, retrieved from <URL: http://wikipedia.com> on Nov. 1, 2015, 1 pages.

Image processing, retrieved from <URL: http://wikipedia.com> on Nov. 19, 2015, 2 pages.

Image segmentation, retrieved from <URL: http://wikipedia.com> on Nov. 19, 2015, 12 pages.

Image warping, retrieved from <URL: http://wikipedia.com> on Nov. 1, 2015, 2 pages.

Inbetweening, retrieved from <URL: http://wikipedia.com> on Nov. 11, 2015, 2 pages.

Interpolation, retrieved from <URL: http://wikipedia.com> on Nov. 1, 2015, 5 pages.

Language model, retrieved from <URL: http://wikipedia.com> on Nov. 19, 2015, 4 pages.

List of speech recognition software, retrieved from <URL: http://wikipedia.com> on Nov. 19, 2015, 4 pages.

Livewire Segmentation Technique, retrieved from <URL: http://wikipedia.com> on Nov. 1, 2015, 2 pages.

Morphing, retrieved from <URL: http://wikipedia.com> on Nov. 11, 2015, 2 pages.

Motion estimation, retrieved from <URL: http://wikipedia.com> on Nov. 19, 2015, 2 pages.

Muse: Face Morph || Mesh Warping, retrieved from <URL: http://alexwolfe.blogspot.com/2011/10/face-morph-mesh-warping.html> on Nov. 19, 2015, 2 pages.

n-gram, retrieved from <URL: http://wikipedia.com> on Nov. 1, 2015, 5 pages.

Optical flow, retrieved from <URL: http://wikipedia.com> on Nov. 1, 2015, 4 pages.

Outline of object recognition, retrieved from <URL: http://wikipedia.com> on Nov. 19, 2015, 7 pages.

Phonotactics, retrieved from <URL: http://wikipedia.com> on Nov. 19, 2015, 3 pages.

Recurrent neural network, retrieved from <URL: http://wikipedia.com> on Nov. 11, 2015, 5 pages.

Sample rate conversion, retrieved from <URL: http://wikipedia.com> on Nov. 1, 2015, 2 pages.

Simple interactive object extraction, retrieved from <URL: http://wikipedia.com> on Nov. 19, 2015, 2 pages.

Speech recognition, retrieved from <URL: http://wikipedia.com> on Nov. 11, 2015, 12 pages.

Speech segmentation, retrieved from <URL: http://wikipedia.com> on Nov. 1, 2015, 4 pages.

Welcome to recognize-speech.com, retrieved from <URL: http://recognize-speech.com/> on Oct. 18, 2015, 1 pages.

Introduction Speech, retrieved from <URL: http://recognize-speech.com/speech> on Oct. 18, 2015, 1 pages.

Preprocessing, retrieved from <URL: http://recognize-speech.com/preprocessing> on Oct. 18, 2015, 4 pages.

Feature Extraction, retrieved from <URL: http://recognize-speech.com/feature-extraction> on Oct. 18, 2015, 3 pages.

Acoustic model, retrieved from <URL: http://recognize-speech.com/acoustic-model> on Oct. 18, 2015, 2 pages.

Video content analysis, retrieved from <URL: http://wikipedia.com> on Nov. 19, 2015, 2 pages.

Video tracking, retrieved from <URL: http://wikipedia.com> on Nov. 1, 2015, 2 pages.

Andrej Karpathy, Thomas Leung, George Toderici, Rahul Sukthankar, Sanketh Shetty, Li Fei-Fei, Large-scale Video Classification with Convolutional Neural Networks, Apr. 14, 2014, 8 pages, Stanford University.

Karen Simonyan, Andrew Zisserman, Two-Stream Convolutional Networks for Action Recognition in Videos, Nov. 13, 2014, 11 pages, University of Oxford.

About Event Tracing, retrieved from <URL: http://msdn.microsoft.com/en-us/library/aa363668(d=default,l=en-us, v=vs.85).aspx> on Jan. 12, 2014, 2 pages.

Add dynamic Java code to your application, retrieved from <URL: http://www.javaworld.com/article/2071777/design-patterns/add-dynamic-java-code-to-your-application.html> on May 13, 2014, 6 pages.

BCEL, retrieved from <URL: http://commons.apache.org> on May 13, 2014, 2 pages.

Artificial intelligence, retrieved from <URL: http://wikipedia.com> on May 21, 2014, 28 pages.

Artificial neural network, retrieved from <URL: http://wikipedia.com> on May 21, 2014, 12 pages.

Branch (computer science), retrieved from <URL: http://wikipedia.com> on May 6, 2014, 2 pages.

Branch trace, retrieved from <URL: http://wikipedia.com> on May 28, 2014, 2 pages.

C Function Call Conventions and the Stack, retrieved from <URL: http://www.csee.umbc.edu/~chang/cs313.s02/stack.shtml> on Jan. 11, 2014, 4 pages.

Call stack, retrieved from <URL: http://wikipedia.com> on Jan. 11, 2014, 5 pages.

Program compilation and execution flow, retrieved from <URL: http://cs.stackexchange.com/questions/6187/program-compilation-and-execution-flow> on Jan. 9, 2014, 2 pages.

Control unit, retrieved from <URL: http://wikipedia.com> on May 25, 2014, 2 pages.

Create dynamic applications with javax.tools, retrieved from <URL: http://www.ibm.com/developerworks/library/j-jcomp/> on May 13, 2014, 11 pages.

Creating a Debugging and Profiling Agent with JVMTI, retrieved from <URL: http://www.oracle.com/technetwork/articles/java/jvmti-136367.html> on Jan. 11, 2014, 18 pages.

Decision tree learning, retrieved from <URL: http://wikipedia.com> on Jun. 24, 2014, 5 pages.

Dynamic Bytecode Instrumentation, retrieved from <URL: http://www.drdobbs.com/tools/dynamic-bytecode-instrumentation/184406433> on Apr. 26, 2014, 6 pages.

Dynamic programming language, retrieved from <URL: http://wikipedia.com> on May 7, 2014, 4 pages.

Dynamic recompilation, retrieved from <URL: http://wikipedia.com> on May 19, 2014, 4 pages.

eval(), retrieved from <URL: https://developer.mozilla.org/en-US/docsWeb/JavaScript/Reference/Global_Objects/eval> on May 7, 2014, 13 pages.

Function, retrieved from <URL: https://developer.mozilla.org/en-US/docsWeb/JavaScript/Reference/Global_Objects/Function> on May 7, 2014, 11 pages.

**US 10,607,134 B1**

Page 4

(56)            **References Cited**

OTHER PUBLICATIONS

FunctionEnter2 Function, retrieved from <URL: https://msdn.microsoft.com/en-us/library/aa964981(d=default,I=en-us,v=vs.110).aspx> on Mar. 19, 2014, 2 pages.

FunctionLeave2 Function, retrieved from <URL: https://msdn.microsoft.com/en-us/library/aa964942(d=default,I=en-us,v=vs.110).aspx> on Mar. 19, 2014, 1 page.

Heuristic, retrieved from <URL: http://wikipedia.com> on May 22, 2014, 5 pages.

How to: Configure Trace Switches, retrieved from <URL: https://msdn.microsoft.com/en-us/library/vstudio/t06xyy08(d=default,I=en-us,v=vs.100).aspx> on Mar. 19, 2014, 3 pages.

Indirect branch, retrieved from <URL: http://wikipedia.com> on May 5, 2014, 1 page.

Instruction cycle, retrieved from <URL: http://wikipedia.com> on Apr. 30, 2014, 2 pages.

Instruction set, retrieved from <URL: http://wikipedia.com> on Apr. 29, 2014, 6 pages.

Interrupt, retrieved from <URL: http://wikipedia.com> on May 15, 2014, 5 pages.

Introduction to Instrumentation and Tracing, retrieved from <URL: http://msdn.microsoft.com/en-us/library/aa983649(d=default,I=en-us,v=vs.71).aspx> on Jan. 10, 2014, 2 pages.

Java bytecode, retrieved from <URL: http://wikipedia.com> on May 27, 2014, 4 pages.

Package java.util.logging, retrieved from <URL: http://docs.oracle.com/javase/1.5.0/docs/api/java/util/logging/package-summary.html> on Mar. 19, 2014, 2 pages.

iavac—Java programming language compiler, retrieved from <URL: http://docs.oracle.com/javase/7/docs/technotes/tools/windows/javac.html> on May 13, 2014, 12 pages.

Interface JavaCompiler, retrieved from <URL: http://wikipedia.com> on May 13, 2014, 4 pages.

Javassist, retrieved from <URL: http://wikipedia.com> on May 13, 2014, 2 pages.

Just-in-time compilation, retrieved from <URL: http://wikipedia.com> on May 19, 2014, 5 pages.

JVM Tool Interface, retrieved from <URL: http://docs.oracle.com/javase/7/docs/platform/jvmti/jvmti.html> on Apr. 26, 2014, 127 pages.

Machine code, retrieved from <URL: http://wikipedia.com> on Apr. 30, 2014, 3 pages.

Metaprogramming, retrieved from <URL: http://wikipedia.com> on May 8, 2014, 3 pages.

Microsoft.VisualBasic.Logging Namespace, retrieved from <URL: http://msdn.microsoft.com/en-us/library/ms128122(d=default,I=en-us,v=vs.110).aspx> on Jan. 13, 2014, 1 page.

Pin (computer program), retrieved from <URL: http://wikipedia.com> on May 6, 2014, 3 pages.

Processor register, retrieved from <URL: http://wikipedia.com> on Apr. 29, 2014, 4 pages.

Profiling (computer programming), retrieved from <URL: http://wikipedia.com> on Jan. 10, 2014, 4 pages.

Profiling Overview, retrieved from <URL: http://msdn.microsoft.com/en-us/library/bb384493(d=default,I=en-us,v=vs.110).aspx> on Jan. 12, 2014, 6 pages.

Program counter, retrieved from <URL: http://wikipedia.com> on Apr. 24, 2014, 2 pages.

ptrace, retrieved from <URL: http://wikipedia.com> on Apr. 24, 2014, 2 pages.

Reflection (computer programming), retrieved from <URL: http://wikipedia.com> on May 7, 2014, 5 pages.

Class Runtime, retrieved from <URL: http://docs.oracle.com/javase/7/docs/api/java/lang/Runtime.html> on Jan. 10, 2014,10 pages.

Self-modifying code, retrieved from <URL: http://wikipedia.com> on Jan. 12, 2014, 6 pages.

Subjective logic, retrieved from <URL: http://wikipedia.com> on May 22, 2014, 5 pages.

System.CodeDom.Compiler Namespace, retrieved from <URL: http://msdn.microsoft.com/en-us/library/z6b99ydtd=default,I=en-us,v=vs.110).aspx> on May 13, 2014, 2 pages.

System.Reflection.Emit Namespace, retrieved from <URL: http://msdn.microsoft.com/en-us/library/xd5fw18y(d=default,=en-us,v=vs.110).aspx> on May 13, 2014, 2 pages.

Chen et al. Case-Based Reasoning System and Artificial Neural Networks: A Review Neural Comput & Applic (2001) 10: pp. 264-276, 13 pages.

John J. Grefenstette, Connie Loggia Ramsey, Alan C. Schultz, Learning Sequential Decision Rules Using Simulation Models and Competition, 1990, Navy Center for Applied Research in Artificial Intelligence, Naval Research Laboratory, Washington, DC, 27 pages.

Alan C. Schultz, John J. Grefenstette, Using a Genetic Algorithm to Learn Behaviors for Autonomous Vehicles, 1992, Navy Center for Applied Research in Artificial Intelligence, Naval Research Laboratory, Washington, DC, 12 pages.

Koppula et al., "Anticipating human activities using object affordances for reactive robotic response", IEEE TRAMI 2016, published May 5, 2015, 16 pages.

Orme, "System design tips for entry level smartphones—part 3", found online at "https://community.arm.com/processors/b/blog/posts/system-design-tips-for-entry-level-smartphones---part-3", Oct. 21, 2013, 12 pages.

Nowostawski, Mariusz et al., "Dynamic Demes Parallel Genetic Algorithm", May 13, 1999, 6 pages.

Stack Overflow, How can I quantify difference between two images?, accessed Aug. 2, 2017 at https://stackoverflow.com/questions/189943/how-can-i-quantify-difference-between-two-images, 8 pages.

Skolicki, Zbigniew et al., "The Influence of Migration Sizes and Intervals on Island Models", Jun. 29, 2005, 8 pages.

Vahid Lad, et al., "Decentralized dynamic resource management support for massively parallel processor arrays", Sep. 11, 2011, 8 pages.

Vahid Lari, et al., "Distributed resource reservation in massively parallel processor arrays", May 16, 2011, 4 pages.

Mohsen Flayati and Yazdan Shirvany, "Artificial Neural Network Approach for Short Term Load Forecasting for Illam Region", Jan. 2007, 5 pages.

Hasim Sak, Andrew Senior, and Francoise Beaufays, "Long Short-Term Memory Recurrent Neural Network Architectures for Large Scale Acoustic Modeling", Jan. 2014, 5 pages.

Jorg Walter and Klaus Schulten, "Implementation of self-organizing neural networks for visuo-motor control of an industrial robot", Jan. 1993, 10 pages.

Heikki Hyotyniemi and Aamo Lehtola, "A Universal Relation Database Interface for Knowledge Based Systems", Apr. 1991, 5 pages.

Mrissa, Michael, et al. "An avatar architecture for the web of things." IEEE Internet Computing 19.2 (2015): 30-38., 9 pages.

Luck, Michael, and Ruth Aylett. "Applying artificial intelligence to virtual reality: Intelligent virtual environments." Applied Artificial Intelligence 14.1 (2000): 3-32., 30 pages.

Terdjimi, Mehdi, et al. "An avatar-based adaptation workflow for the web of things." Enabling Technologies: Infrastructure for Collaborative Enterprises (WETICE), 2016 IEEE 25th International Conference on. IEEE, 2016., 6 pages.

Bogdanovych, Anton, et al. "Authentic interactive reenactment of cultural heritage with 3D virtual worlds and artificial intelligence." Applied Artificial Intelligence 24.6 (2010): 617-647., 32 pages.

Hernandez, Marco E. Perez, and Stephan Reiff-Marganiec. "Autonomous and self controlling smart objects for the future internet." Future Internet of things and cloud (FiCloud), 2015 3rd international conference on. IEEE, 2015., 8 pages.

Medini et al., "Building a Web of Things with Avatars", Managing the Web of Things (2017), 30 pages.

Tracing (software), retrieved from <URL: http://wikipedia.com> on Jan. 10, 2014, 3 pages.

Tree (data structure), retrieved from <URL: http://wikipedia.com> on Jun. 24, 2014, 6 pages.

PTRACE(2), retrieved from <URL: http://unixhelp.ed.ac.uk/CGI/man-cgi?ptrace> on Mar. 19, 2014, 5 pages.

**US 10,607,134 B1**

Page 5

(56)         **References Cited**

OTHER PUBLICATIONS

Wevtutil, retrieved from <URL: http://technet.microsoft.com/en-us/library/cc732848(d=default,I=en-us,v=ws.11).aspx> on Apr. 28, 2014, 5 pages.

Intel Processor Trace, retrieved from <URL: https://software.intel.com/en-us/blogs/2013/09/18/processor-tracing> on Apr. 28, 2014, 3 pages.

Younghoon Jung, Java Dynamics Reflection and a lot more, Oct. 10, 2012, 55 pages, Columbia University.

Amitabh Srivastava, Alan Eustace, Atom A System for Building Customized Program Analysis Tools, May 3, 2004,12 pages.

Mathew Smithson, Kapil Anand, Aparna Kotha, Khaled Elwazeer, Nathan Giles, Rajeev Barua, Binary Rewriting without Relocation Information, Nov. 10, 2010, 11 pages, University of Maryland.

Marek Olszewski, Keir Mierte, Adam Czajkowski, Angela Demle Brown, JIT Instrumentation—A Novel Approach to Dynamically Instrument Operating Systems, Feb. 12, 2007, 14 pages, University of Toronto.

2D computer graphics, retrieved from <URL: http://wikipedia.com> on Nov. 9, 2014, 7 pages.

3D computer graphics, retrieved from <URL: http://wikipedia.com> on Nov. 9, 2014, 3 pages.

3D modeling, retrieved from <URL: http://wikipedia.com> on Nov. 9, 2014, 5 pages.

8: Mouse Handling, retrieved from <URL: http://ericsink.com/wpf3d/8_Mouse.html> on Nov. 13, 2014, 2 pages.

AutoCAD, retrieved from <URL: http://wikipedia.com> on Nov. 9, 2014, 7 pages.

Collision detection, retrieved from <URL: http://wikipedia.com> on Nov. 23, 2014, 5 pages.

Comparison of OpenGL and Direct3D, retrieved from <URL: http://wikipedia.com> on Nov. 22, 2014, 7 pages.

Data dictionary, retrieved from <URL: http://wikipedia.com> on Nov. 6, 2014, 3 pages.

DBA_TABLES, retrieved from <URL: http://wikipedia.com> on Nov. 6, 2014, 1 pages.

Digital sculpting, retrieved from <URL: http://wikipedia.com> on Nov. 12, 2014, 3 pages.

Facial recognition system, retrieved from <URL: http://wikipedia.com> on Dec. 13, 2014, 7 pages.

Game engine, retrieved from <URL: http://wikipedia.com> on Nov. 23, 2014, 4 pages.

JavaFX, retrieved from <URL: http://wikipedia.com> on Nov. 22, 2014, 7 pages.

Jreality, retrieved from <URL: http://wikipedia.com> on Nov. 22, 2014, 3 pages.

List of 14+ Image Recognition APIs, retrieved from <URL: http://blog.mashape.com/list-of-14-image-recognition-apis/> on Dec. 13, 2014, 2 pages.

List of 50+ Face Detection / Recognition APIs, libraries, and software, retrieved from <URL: http://blog.mashape.com/list-of-50-face-detection-recognition-apis/> on Dec. 13, 2014, 4 pages.

List of file formats, retrieved from <URL: http://wikipedia.com> on Nov. 9, 2014, 33 pages.

List of game engines, retrieved from <URL: http://wikipedia.com> on Nov. 22, 2014, 17 pages.

Lua (programming language), retrieved from <URL: http://wikipedia.com> on Nov. 25, 2014, 10 pages.

Mantle (API), retrieved from <URL: http://wikipedia.com> on Nov. 22, 2014, 5 pages.

Microsoft XNA, retrieved from <URL: http://wikipedia.com> on Nov. 22, 2014, 7 pages.

3.4 Getting Information About Databases and Tables, retrieved from <URL: http://dev.mysql.com/doc/refman/5.7/en/getting-information.html> on Nov. 6, 2014, 2 pages.

MySQL show users—how to show the users in a MySQL database, retrieved from <URL: http://alvinalexander.com/blog/post/mysql/show-users-i-ve-created-in-mysql-database> on Nov. 6, 2014, 4 pages.

OpenCV, retrieved from <URL: http://wikipedia.com> on Dec. 13, 2014, 3 pages.

Optical character recognition, retrieved from <URL: http://wikipedia.com> on Dec. 13, 2014, 6 pages.

Outline of object recognition, retrieved from <URL: http://wikipedia.com> on Dec. 13, 2014, 8 pages.

Particle system, retrieved from <URL: http://wikipedia.com> on Nov. 12, 2014, 3 pages.

Physics engine, retrieved from <URL: http://wikipedia.com> on Nov. 23, 2014, 5 pages.

Polygonal modeling, retrieved from <URL: http://wikipedia.com> on Nov. 12, 2014, 4 pages.

POV-Ray, retrieved from <URL: http://wikipedia.com> on Nov. 10, 2014, 5 pages.

Raster graphics, retrieved from <URL: http://wikipedia.com> on Nov. 9, 2014, 5 pages.

Scene graph, retrieved from <URL: http://wikipedia.com> on Nov. 22, 2014, 4 pages.

STL (file format), retrieved from <URL: http://wikipedia.com> on Nov. 11, 2014, 4 pages.

Subdivision surface, retrieved from <URL: http://wikipedia.com> on Nov. 12, 2014, 5 pages.

sysobjects, retrieved from <URL: http://technet.microsoft.com/en-us/library/aa260447(d=default,I=en-us,v=sql.80).aspx> on Nov. 6, 2014, 2 pages.

Vector graphics, retrieved from <URL: http://wikipedia.com> on Nov. 9, 2014, 5 pages.

Vertex (computer graphics), retrieved from <URL: http://wikipedia.com> on Nov. 9, 2014, 2 pages.

Voxel, retrieved from <URL: http://wikipedia.com> on Nov. 11, 2014, 5 pages.

Wavefront .obj file, retrieved from <URL: http://wikipedia.com> on Nov. 9, 2014, 6 pages.

Acrobat 3D tutorials—basic interaction, retrieved from <URL: https://acrobatusers.com/assets/collections/tutorials/legacy/tech_corners/3d/3d_tutorials/basic_interaction.pdf> on Nov. 23, 2014, 2 pages.

* cited by examiner



FIG. 1



FIG. 2



FIG. 3



FIG. 4



**FIG. 5A**



**FIG. 5B**



FIG. 6

526

Instruction Set

Function (Parameter1, Parameter2, Parameter3, ... )

**FIG. 7A**

526

Instruction Set

SELECT Col1, Col2 ... FROM Tbl1, Tbl2 ... ;

**FIG. 7B**

526

Instruction Set

iconst_Value

**FIG. 7C**

526

Instruction Set

add Register1 Register2

**FIG. 7D**

526

Instruction Set

000000 00001 00010 00110 00000 100000

**FIG. 7E**



FIG. 8A



FIG. 8B



FIG. 9



FIG. 10



**FIG. 11**



**FIG. 12**



**FIG. 13**



**FIG. 14**



**FIG. 15**

U.S. Patent          Mar. 31, 2020          Sheet 16 of 39          US 10,607,134 B1



FIG. 16



**FIG. 17A**



**FIG. 17B**



**FIG. 17C**



FIG. 18





FIG. 20



FIG. 21



FIG. 22



FIG. 23



FIG. 24



FIG. 25



FIG. 26



FIG. 27



FIG. 28



FIG. 29



FIG. 30



**FIG. 31**

Method 9200

Step 9205 — receiving a first collection of object representations

Step 9210 — receiving a first one or more instruction sets for operating an avatar

Step 9215 — learning the first collection of object representations correlated with the first one or more instruction sets for operating the avatar

Step 9220 — receiving a new collection of object representations

Step 9225 — anticipating the first one or more instruction sets for operating the avatar correlated with the first collection of object representations based on at least a partial match between the new collection of object representations and the first collection of object representations

Step 9230 — executing the first one or more instruction sets for operating the avatar correlated with the first collection of object representations

Step 9235 — performing, by the avatar, one or more operations defined by the first one or more instruction sets for operating the avatar correlated with the first collection of object representations



**Method 9300**

**Step 9305** receiving a first stream of collections of object representations

**Step 9310** receiving a first one or more instruction sets for operating an avatar

**Step 9315** correlating the first stream of collections of object representations with the first one or more instruction sets for operating the avatar

**Step 9320** storing the first stream of collections of object representations correlated with the first one or more instruction sets for operating the avatar

**Step 9325** receiving a new stream of collections of object representations

**Step 9330** comparing the new stream of collections of object representations with the first stream of collections of object representations

**Step 9335** determining that there is at least a partial match between the new stream of collections of object representations and the first stream of collections of object representations

**Step 9340** executing the first one or more instruction sets for operating the avatar correlated with the first stream of collections of object representations

**Step 9345** performing, by the avatar, one or more operations defined by the first one or more instruction sets for operating the avatar correlated with the first stream of collections of object representations

**FIG. 32**



FIG. 33



FIG. 34



**Method 9600**

**Step 9605** — receiving a first stream of collections of object representations

**Step 9610** — receiving a first one or more instruction sets for operating an application

**Step 9615** — correlating the first stream of collections of object representations with the first one or more instruction sets for operating the application

**Step 9620** — storing the first stream of collections of object representations correlated with the first one or more instruction sets for operating the application

**Step 9625** — receiving a new stream of collections of object representations

**Step 9630** — comparing the new stream of collections of object representations with the first stream of collections of object representations

**Step 9635** — determining that there is at least a partial match between the new stream of collections of object representations and the first stream of collections of object representations

**Step 9640** — executing the first one or more instruction sets for operating the application correlated with the first stream of collections of object representations

**Step 9645** — performing, by the application, one or more operations defined by the first one or more instruction sets for operating the application correlated with the first stream of collections of object representations

FIG. 35



FIG. 36



FIG. 37



FIG. 38



FIG. 39

US 10,607,134 B1

<table>
<tr><td>1</td><td>2</td></tr>
</table>

# ARTIFICIALLY INTELLIGENT SYSTEMS, DEVICES, AND METHODS FOR LEARNING AND/OR USING AN AVATAR'S CIRCUMSTANCES FOR AUTONOMOUS AVATAR OPERATION

## FIELD

The disclosure generally relates to computing devices and/or systems. The disclosure includes devices, apparatuses, systems, and related methods for providing advanced learning, anticipating, decision making, automation, and/or other functionalities.

## COPYRIGHT NOTICE

A portion of the disclosure of this patent document contains material which is subject to copyright protection. The copyright owner has no objection to the facsimile reproduction by anyone of the patent document or the patent disclosure as it appears in the Patent and Trademark Office patent file or records, but otherwise reserves all copyright rights whatsoever.

## BACKGROUND

Applications and/or avatars thereof commonly operate by receiving a user's operating directions in various circumstances. Instructions are then executed to effect the operation of an application and/or avatar based on user's operating directions. Hence, applications and/or avatars rely on the user to direct their behaviors. Commonly employed application and/or avatar operating techniques lack a way to learn operation of an application and/or avatar and enable autonomous operation of an application and/or avatar.

## SUMMARY

In some aspects, the disclosure relates to a system for learning and using an avatar's circumstances for autonomous avatar operating. The system may be implemented at least in part on one or more computing devices. In some embodiments, the system comprises: a processor circuit configured to execute instruction sets of an application. The system may further comprise: a memory unit configured to store data. The system may further comprise: an artificial intelligence unit configured to. The artificial intelligence unit may be configured to: receive a first collection of object representations, the first collection of object representations including one or more object representations representing one or more objects of the application. The artificial intelligence unit may be further **30** configured to: receive a first one or more instruction sets for operating an avatar of the application. The artificial intelligence unit may be further configured to: learn the first collection of object representations correlated with the first one or more instruction sets for operating the avatar of the application. The artificial intelligence unit may be further configured to: receive a new collection of object representations, the new collection of object representations including one or more object representations representing one or more objects of the application. The artificial intelligence unit may be further configured to: anticipate the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations based on at least a partial match between the new collection of object representations and the first collection of object representations.

The artificial intelligence unit may be further configured to: cause the processor circuit to execute the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations, the causing performed in response to the anticipating of the artificial intelligence unit, wherein the avatar of the application performs one or more operations defined by the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations.

In certain embodiments, the processor circuit includes one or more processor circuits. In further embodiments, the application includes a computer game, a virtual world, a 3D graphics application, a 2D graphics application, a web browser, a media application, a word processing application, a spreadsheet application, a database application, a forms-based application, an operating system, a device control application, a system control application, or a computer application. In further embodiments, at least one of: the processor circuit, the memory unit, or the artificial intelligence unit of the system are part of a single computing device.

In some embodiments, the memory unit includes one or more memory units. In further embodiments, the memory unit resides on a remote computing device or a remote computing system. The remote computing device or the remote computing system may include a server, a cloud, a computing device, or a computing system accessible over a network or an interface.

In certain embodiments, the artificial intelligence unit includes a circuit, a computing apparatus, a computing system, or a hardware element. In further embodiments, the artificial intelligence unit includes an application. In further embodiments, the artificial intelligence unit is coupled to the memory unit. In further embodiments, the artificial intelligence unit is a hardware element that is part of, an application operating on, or an element coupled to the processor circuit. In further embodiments, the artificial intelligence unit is part of or coupled to the application. In further embodiments, the artificial intelligence unit is part of or coupled to the avatar of the application. In further embodiments, the system further comprises: an additional processor circuit, wherein the artificial intelligence unit is a hardware element that is part of, an application operating on, or an element coupled to the additional processor circuit. In further embodiments, the artificial intelligence unit is a hardware element that is part of, an application operating on, or an element coupled to a remote computing device or a remote computing system. In further embodiments, the artificial intelligence unit is attachable to the processor circuit. In further embodiments, the artificial intelligence unit is attachable to the application. In further embodiments, the artificial intelligence unit is attachable to the avatar of the application. In further embodiments, the artificial intelligence unit is embedded or built into the processor circuit. In further embodiments, the artificial intelligence unit is embedded or built into the application. In further embodiments, the artificial intelligence unit is embedded or built into the avatar of the application. In further embodiments, the artificial intelligence unit is provided as a feature of the processor circuit. In further embodiments, the artificial intelligence unit is provided as a feature of the application. In further embodiments, the artificial intelligence unit is provided as a feature of the avatar of the application. In further embodiments, the artificial intelligence unit is further configured to: take control from, share control with, or release control to the processor circuit. In further embodiments, the

US 10,607,134 B1

3

artificial intelligence unit is further configured to: take control from, share control with, or release control to the application. In further embodiments, the artificial intelligence unit is further configured to: take control from, share control with, or release control to the avatar of the application.

In some embodiments, the one or more objects of the application include a 2D model, a 3D model, a 2D shape, a 3D shape, a graphical user interface element, a form element, a data or database element, a spreadsheet element, a link, a picture, a text, a number, or a computer object. In further embodiments, the one or more objects of the application include one or more objects of the application in the avatar's surrounding. The avatar's surrounding may include an area of interest around the avatar. In further embodiments, the avatar of the application includes a user-controllable object of the application. In further embodiments, an avatar's circumstance includes one or more objects of the application.

In certain embodiments, the first collection of object representations is received at a first time. In further embodiments, the new collection of object representations is received at a new time. In further embodiments, the first collection of object representations includes a unit of knowledge of the avatar's circumstance at a first time. In further embodiments, the new collection of object representations includes a unit of knowledge of the avatar's circumstance at a new time. In further embodiments, an object representation includes one or more properties of an object of the application. In further embodiments, an object representation includes one or more information on an object of the application. In further embodiments, the first or the new collection of object representations includes or is associated with a time stamp, an order, or a time related information. In further embodiments, the first collection of object representations includes a comparative collection of object representations whose at least one portion can be used for comparisons with at least one portion of collections of object representations subsequent to the first collection of object representations, the collections of object representations subsequent to the first collection of object representations comprising the new collection of object representations. In further embodiments, the first collection of object representations includes a comparative collection of object representations that can be used for comparison with the new collection of object representations. In further embodiments, the new collection of object representations includes an anticipatory collection of object representations that can be compared with collections of object representations whose correlated one or more instruction sets for operating the avatar of the application can be used for anticipation of one or more instruction sets to be executed in autonomous operating of the avatar of the application. In further embodiments, the first collection of object representations includes a stream of collections of object representations. In further embodiments, the new collection of object representations includes a stream of collections of object representations.

In some embodiments, the receiving the first collection of object representations includes receiving one or more properties of the one or more objects of the application. The one or more properties of the one or more objects of the application may include one or more information on the one or more objects of the application. The receiving the one or more properties of the one or more objects of the application may include receiving the one or more properties of the one or more objects of the application from an engine, an environment, or a system used to implement the application.

4

The receiving the one or more properties of the one or more objects of the application may include at least one of: accessing or reading a scene graph or a data structure used for organizing the one or more objects of the application. The receiving the one or more properties of the one or more objects of the application may include detecting the one or more properties of the one or more objects of the application in a picture of the avatar's surrounding. The receiving the one or more properties of the one or more objects of the application may include detecting the one or more properties of the one or more objects of the application in a sound from the avatar's surrounding.

In certain embodiments, the system further comprises: an object processing unit configured to receive collections of object representations, wherein the first or the new collection of object representations is received by the object processing unit.

In some embodiments, the first one or more instruction sets for operating the avatar of the application include one or more instruction sets that temporally correspond to the first collection of object representations. The one or more instruction sets that temporally correspond to the first collection of object representations may include one or more instruction sets executed at a time of generating the first collection of object representations. The one or more instruction sets that temporally correspond to the first collection of object representations may include one or more instruction sets executed prior to generating the first collection of object representations. The one or more instruction sets that temporally correspond to the first collection of object representations may include one or more instruction sets executed within a threshold period of time prior to generating the first collection of object representations. The one or more instruction sets that temporally correspond to the first collection of object representations may include one or more instruction sets executed subsequent to generating the first collection of object representations. The one or more instruction sets that temporally correspond to the first collection of object representations may include one or more instruction sets executed within a threshold period of time subsequent to generating the first collection of object representations. The one or more instruction sets that temporally correspond to the first collection of object representations may include one or more instruction sets executed within a threshold period of time prior to generating the first collection of object representations and a threshold period of time subsequent to generating the first collection of object representations.

In certain embodiments, the first one or more instruction sets for operating the avatar of the application include one or more instruction sets executed in operating the avatar of the application. In further embodiments, the first one or more instruction sets for operating the avatar of the application are part of the application. In further embodiments, the first one or more instruction sets for operating the avatar of the application are part of the avatar of the application. In further embodiments, the first one or more instruction sets for operating the avatar of the application include one or more inputs into or one or more outputs from the processor circuit. In further embodiments, the first one or more instruction sets for operating the avatar of the application include a value or a state of a register or an element of the processor circuit. In further embodiments, the first one or more instruction sets for operating the avatar of the application include at least one of: a command, a keyword, a symbol, an instruction, an operator, a variable, a value, an object, a data structure, a function, a parameter, a state, a signal, an input,

US 10,607,134 B1

5

an output, a character, a digit, or a reference thereto. In further embodiments, the first one or more instruction sets for operating the avatar of the application include a source code, a bytecode, an intermediate code, a compiled code, an interpreted code, a translated code, a runtime code, an assembly code, a structured query language (SQL) code, or a machine code. In further embodiments, the first one or more instruction sets for operating the avatar of the application include one or more code segments, lines of code, statements, instructions, functions, routines, subroutines, or basic blocks. In further embodiments, the first one or more instruction sets for operating the avatar of the application include one or more instruction sets for operating the application.

In some embodiments, the receiving the first one or more instruction sets for operating the avatar of the application includes receiving the first one or more instruction sets for operating the avatar of the application executed by the processor circuit. In further embodiments, the receiving the first one or more instruction sets for operating the avatar of the application includes receiving the first one or more instruction sets for operating the avatar of the application as they are executed by the processor circuit. In further embodiments, the receiving the first one or more instruction sets for operating the avatar of the application includes obtaining the first one or more instruction sets for operating the avatar of the application from the processor circuit. In further embodiments, the receiving the first one or more instruction sets for operating the avatar of the application includes receiving the first one or more instruction sets for operating the avatar of the application from a register or an element of the processor circuit. In further embodiments, the receiving the first one or more instruction sets for operating the avatar of the application includes receiving the first one or more instruction sets for operating the avatar of the application from at least one of: the memory unit, a virtual machine, a runtime engine, a hard drive, a storage device, a peripheral device, a network connected device, or a user. In further embodiments, the receiving the first one or more instruction sets for operating the avatar of the application includes receiving the first one or more instruction sets for operating the avatar of the application from a plurality of processor circuits, applications, memory units, virtual machines, runtime engines, hard drives, storage devices, peripheral devices, network connected devices, or users. In further embodiments, the receiving the first one or more instruction sets for operating the avatar of the application includes obtaining the first one or more instruction sets for operating the avatar of the application from the application. In further embodiments, the receiving the first one or more instruction sets for operating the avatar of the application includes obtaining the first one or more instruction sets for operating the avatar of the application from the avatar of the application. In further embodiments, the receiving the first one or more instruction sets for operating the avatar of the application includes receiving the one or more instruction sets for operating the avatar of the application at a source code write time, a compile time, an interpretation time, a translation time, a linking time, a loading time, or a runtime. In further embodiments, the receiving the first one or more instruction sets for operating the avatar of the application includes at least one of: tracing, profiling, or instrumentation of a source code, a bytecode, an intermediate code, a compiled code, an interpreted code, a translated code, a runtime code, an assembly code, a structured query language (SQL) code, or a machine code. In further embodiments, the receiving the first one or more instruction sets for operating

6

the avatar of the application includes at least one of: tracing, profiling, or instrumentation of a register of the processor circuit, the memory unit, a storage, or a repository where the first one or more instruction sets for operating the avatar of the application are stored. In further embodiments, the receiving the first one or more instruction sets for operating the avatar of the application includes at least one of: tracing, profiling, or instrumentation of the processor circuit, a virtual machine, a runtime engine, an operating system, an execution stack, a program counter, or a processing element. In further embodiments, the receiving the first one or more instruction sets for operating the avatar of the application includes at least one of: tracing, profiling, or instrumentation of the processor circuit or tracing, profiling, or instrumentation of a component of the processor circuit. In further embodiments, the receiving the first one or more instruction sets for operating the avatar of the application includes at least one of tracing, profiling, or instrumentation of the application. In further embodiments, the receiving the first one or more instruction sets for operating the avatar of the application includes at least one of: tracing, profiling, or instrumentation of the avatar of the application. In further embodiments, the receiving the first one or more instruction sets for operating the avatar of the application includes at least one of: tracing, profiling, or instrumentation at a source code write time, a compile time, an interpretation time, a translation time, a linking time, a loading time, or a runtime. In further embodiments, the receiving the first one or more instruction sets for operating the avatar of the application includes at least one of: tracing, profiling, or instrumentation of one or more code segments, lines of code, statements, instructions, functions, routines, subroutines, or basic blocks. In further embodiments, the receiving the first one or more instruction sets for operating the avatar of the application includes at least one of: tracing, profiling, or instrumentation of a user input. In further embodiments, the receiving the first one or more instruction sets for operating the avatar of the application includes at least one of: a manual, an automatic, a dynamic, or a just in time (JIT) tracing, profiling, or instrumentation. In further embodiments, the receiving the first one or more instruction sets for operating the avatar of the application includes utilizing at least one of: a .NET tool, a .NET application programming interface (API), a Java tool, a Java API, a logging tool, or an independent tool for obtaining instruction sets. In further embodiments, the receiving the first one or more instruction sets for operating the avatar of the application includes utilizing an assembly language. In further embodiments, the receiving the first one or more instruction sets for operating the avatar of the application includes utilizing a branch or a jump. In further embodiments, the receiving the first one or more instruction sets for operating the avatar of the application includes a branch tracing or a simulation tracing. In further embodiments, the system further comprises: an interface configured to receive instruction sets, wherein the first one or more instruction sets for operating the avatar of the application are received via the interface. The interface may include an acquisition interface.

In certain embodiments, the first collection of object representations correlated with the first one or more instruction sets for operating the avatar of the application include a unit of knowledge of how the avatar of the application operated in a circumstance. In further embodiments, the first collection of object representations correlated with the first one or more instruction sets for operating the avatar of the application are included in a neuron, a node, a vertex, or an element of a knowledgebase. The knowledgebase may

US 10,607,134 B1

7

include a neural network, a graph, a collection of sequences, a sequence, a collection of knowledge cells, a knowledge structure, or a data structure. Some of the neurons, nodes, vertices, or elements may be interconnected. In further embodiments, the first collection of object representations correlated with the first one or more instruction sets for operating the avatar of the application are structured into a knowledge cell. In further embodiments, the knowledge cell is included in a neuron, a node, a vertex, or an element of a knowledgebase. The knowledgebase may include a neural network, a graph, a collection of sequences, a sequence, a collection of knowledge cells, a knowledge structure, or a data structure. Some of the neurons, nodes, vertices, or elements may be interconnected. In further embodiments, the learning the first collection of object representations correlated with the first one or more instruction sets for operating the avatar of the application includes correlating the first collection of object representations with the first one or more instruction sets for operating the avatar of the application. The correlating the first collection of object representations with the first one or more instruction sets for operating the avatar of the application may include generating a knowledge cell, the knowledge cell comprising the first collection of object representations correlated with the first one or more instruction sets for operating the avatar of the application. The correlating the first collection of object representations with the first one or more instruction sets for operating the avatar of the application may include structuring a unit of knowledge of how the avatar of the application operated in a circumstance. In further embodiments, the learning the first collection of object representations correlated with the first one or more instruction sets for operating the avatar of the application includes learning a user's knowledge, style, or methodology of operating the avatar of the application in a circumstance.

In some embodiments, the learning the first collection of object representations correlated with the first one or more instruction sets for operating the avatar of the application includes storing the first collection of object representations correlated with the first one or more instruction sets for operating the avatar of the application into the memory unit, the memory unit comprising a plurality of collections of object representations correlated with one or more instruction sets for operating the avatar of the application. In further embodiments, the plurality of collections of object representations correlated with one or more instruction sets for operating the avatar of the application include a neural network, a graph, a collection of sequences, a sequence, a collection of knowledge cells, a knowledgebase, a knowledge structure, or a data structure. In further embodiments, the plurality of collections of object representations correlated with one or more instruction sets for operating the avatar of the application are organized into a neural network, a graph, a collection of sequences, a sequence, a collection of knowledge cells, a knowledgebase, a knowledge structure, or a data structure. In further embodiments, one or more collection of object representations correlated with one or more instruction sets for operating the avatar of the application of the plurality of collections of object representations correlated with one or more instruction sets for operating the avatar of the application are included in one or more neurons, nodes, vertices, or elements of a knowledgebase. The knowledgebase may include a neural network, a graph, a collection of sequences, a sequence, a collection of knowledge cells, a knowledge structure, or a data structure. Some of the neurons, nodes, vertices, or elements may be interconnected. In further embodiments, the plurality of

8

collections of object representations correlated with one or more instruction sets for operating the avatar of the application include a user's knowledge, style, or methodology of operating the avatar of the application in circumstances. In further embodiments, the plurality of collections of object representations correlated with one or more instruction sets for operating the avatar of the application are stored on a remote computing device or a remote computing system. In further embodiments, the plurality of collections of object representations correlated with one or more instruction sets for operating the avatar of the application include an artificial intelligence system for knowledge structuring, storing, or representation. The artificial intelligence system for knowledge structuring, storing, or representation may include at least one of: a deep learning system, a supervised learning system, an unsupervised learning system, a neural network, a search-based system, an optimization-based system, a logic-based system, a fuzzy logic-based system, a tree-based system, a graph-based system, a hierarchical system, a symbolic system, a sub-symbolic system, an evolutionary system, a genetic system, a multi-agent system, a deterministic system, a probabilistic system, or a statistical system.

In certain embodiments, the anticipating the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations based on at least a partial match between the new collection of object representations and the first collection of object representations includes comparing at least one portion of the new collection of object representations with at least one portion of the first collection of object representations. The at least one portion of the new collection of object representations may include at least one object representation or at least one object property of the new collection of object representations. The at least one portion of the first collection of object representations may include at least one object representation or at least one object property of the first collection of object representations. In further embodiments, the anticipating the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations based on at least a partial match between the new collection of object representations and the first collection of object representations includes comparing at least one object representation from the new collection of object representations with at least one object representation from the first collection of object representations. In further embodiments, the comparing at least one object representation from the new collection of object representations with at least one object representation from the first collection of object representations includes comparing at least one object property of the at least one object representation from the new collection of object representations with at least one object property of the at least one object representation from the first collection of object representations. In further embodiments, the anticipating the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations based on at least a partial match between the new collection of object representations and the first collection of object representations includes comparing at least one object property of at least one object representation from the new collection of object representations with at least one object property of at least one object representation from the first collection of object representations.

In some embodiments, the anticipating the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object represen-

US 10,607,134 B1

9

tations based on at least a partial match between the new collection of object representations and the first collection of object representations includes determining that there is at least a partial match between the new collection of object representations and the first collection of object representations. In further embodiments, the determining that there is at least a partial match between the new collection of object representations and the first collection of object representations includes determining that there is at least a partial match between one or more portions of the new collection of object representations and one or more portions of the first collection of object representations. In further embodiments, the determining that there is at least a partial match between the new collection of object representations and the first collection of object representations includes determining that a similarity between at least one portion of the new collection of object representations and at least one portion of the first collection of object representations exceeds a similarity threshold. In further embodiments, the determining that there is at least a partial match between the new collection of object representations and the first collection of object representations includes determining a substantial similarity between at least one portion of the new collection of object representations and at least one portion of the first collection of object representations. The substantial similarity may be achieved when a similarity between the at least one portion of the new collection of object representations and the at least one portion of the first collection of object representations exceeds a similarity threshold. The substantial similarity may be achieved when a number or a percentage of matching or partially matching portions of the new collection of object representations and portions of the first collection of object representations exceeds a threshold number or threshold percentage. In further embodiments, the determining that there is at least a partial match between the new collection of object representations and the first collection of object representations includes determining that a number or a percentage of matching or partially matching object representations from the new collection of object representations and from the first collection of object representations exceeds a threshold number or threshold percentage. The matching or partially matching object representations from the new collection of object representations and from the first collection of object representations may be determined factoring in at least one of: a type of an object representation, an importance of an object representation, a threshold for a similarity in an object representation, or a threshold for a difference in an object representation. In further embodiments, the determining that there is at least a partial match between the new collection of object representations and the first collection of object representations includes determining that a number or a percentage of matching or partially matching object properties from the new collection of object representations and from the first collection of object representations exceeds a threshold number or threshold percentage. The matching or partially matching object properties from the new collection of object representations and from the first collection of object representations may be determined factoring in at least one of: an association of an object property with an object representation, a category of an object property, an importance of an object property, a threshold for a similarity in an object property, or a threshold for a difference in an object property. In further embodiments, the determining that there is at least a partial match between the new collection of object representations and the first collection of object representations includes determining that there is at least a partial match

10

between at least one object representation from the new collection of object representations and at least one object representation from the first collection of object representations. The determining that there is at least a partial match between at least one object representation from the new collection of object representations and at least one object representation from the first collection of object representations may include determining that there is at least a partial match between at least one object property of the at least one object representation from the new collection of object representations and at least one object property of the at least one object representation from the first collection of object representations.

In certain embodiments, the causing the processor circuit to execute the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations includes causing the processor circuit to execute the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations instead of or prior to an instruction set that would have been executed next. In further embodiments, the causing the processor circuit to execute the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations includes modifying one or more instruction sets of the processor circuit. In further embodiments, the causing the processor circuit to execute the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations includes modifying a register or an element of the processor circuit. In further embodiments, the causing the processor circuit to execute the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations includes inserting the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations into a register or an element of the processor circuit. In further embodiments, the causing the processor circuit to execute the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations includes redirecting the processor circuit to the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations. In further embodiments, the causing the processor circuit to execute the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations includes redirecting the processor circuit to one or more alternate instruction sets, the alternate instruction sets comprising the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations. In further embodiments, the causing the processor circuit to execute the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations includes transmitting, to the processor circuit for execution, the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations. In further embodiments, the causing the processor circuit to execute the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations includes issuing an interrupt to the processor circuit and executing the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations following the interrupt. In further embodiments, the causing the pro-

US 10,607,134 B1

11                                                                12

cessor circuit to execute the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations includes causing the application to execute the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations. In further embodiments, the causing the processor circuit to execute the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations includes modifying one or more instruction sets of the application. In further embodiments, the causing the processor circuit to execute the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations includes modifying the application. In further embodiments, the causing the processor circuit to execute the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations includes redirecting the application to the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations. In further embodiments, the causing the processor circuit to execute the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations includes redirecting the application to one or more alternate instruction sets, the alternate instruction sets comprising the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations. In further embodiments, the causing the processor circuit to execute the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations includes causing the avatar of the application to execute the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations. In further embodiments, the causing the processor circuit to execute the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations includes modifying one or more instruction sets of the avatar of the application. In further embodiments, the causing the processor circuit to execute the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations includes modifying the avatar of the application. In further embodiments, the causing the processor circuit to execute the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations includes redirecting the avatar of the application to the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations. In further embodiments, the causing the processor circuit to execute the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations includes redirecting the avatar of the application to one or more alternate instruction sets, the alternate instruction sets comprising the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations. In further embodiments, the causing the processor circuit to execute the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations includes modifying a source code, a bytecode, an intermediate code, a compiled code, an interpreted code, a translated code, a runtime code, an assembly code, or a machine code. In further embodiments, the

causing the processor circuit to execute the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations includes modifying at least one of: the memory unit, a register of the processor circuit, a storage, or a repository where instruction sets are stored or used. In further embodiments, the causing the processor circuit to execute the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations includes modifying at least one of: an element of the processor circuit, an element of the application, an element of the avatar of the application, a virtual machine, a runtime engine, an operating system, an execution stack, a program counter, or a user input. In further embodiments, the causing the processor circuit to execute the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations includes modifying one or more instruction sets at a source code write time, a compile time, an interpretation time, a translation time, a linking time, a loading time, or a runtime. In further embodiments, the causing the processor circuit to execute the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations includes modifying one or more code segments, lines of code, statements, instructions, functions, routines, subroutines, or basic blocks. In further embodiments, the causing the processor circuit to execute the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations includes a manual, an automatic, a dynamic, or a just in time (JIT) instrumentation of the application. In further embodiments, the causing the processor circuit to execute the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations includes a manual, an automatic, a dynamic, or a just in time (JIT) instrumentation of the avatar of the application. In further embodiments, the causing the processor circuit to execute the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations includes utilizing one or more of a .NET tool, a .NET application programming interface (API), a Java tool, a Java API, an operating system tool, or an independent tool for modifying instruction sets. In further embodiments, the causing the processor circuit to execute the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations includes utilizing at least one of: a dynamic, an interpreted, or a scripting programming language. In further embodiments, the causing the processor circuit to execute the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations includes utilizing at least one of: a dynamic code, a dynamic class loading, or a reflection. In further embodiments, the causing the processor circuit to execute the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations includes utilizing an assembly language. In further embodiments, the causing the processor circuit to execute the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations includes utilizing at least one of: a metaprogramming, a self-modifying code, or an instruction set modification tool. In further embodiments, the causing the processor circuit to execute the first one or more instruction sets for operating the avatar of the application correlated with the first collection of

US 10,607,134 B1

13

object representations includes utilizing at least one of: just in time (JIT) compiling, JIT interpretation, JIT translation, dynamic recompiling, or binary rewriting. In further embodiments, the causing the processor circuit to execute the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations includes utilizing at least one of: a dynamic expression creation, a dynamic expression execution, a dynamic function creation, or a dynamic function execution. In further embodiments, the causing the processor circuit to execute the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations includes adding or inserting additional code into a code of the application. In further embodiments, the causing the processor circuit to execute the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations includes at least one of: modifying, removing, rewriting, or overwriting a code of the application. In further embodiments, the causing the processor circuit to execute the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations includes at least one of: branching, redirecting, extending, or hot swapping a code of the application. In further embodiments, the causing the processor circuit to execute the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations includes adding or inserting additional code into a code of the avatar of the application. In further embodiments, the causing the processor circuit to execute the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations includes at least one of: modifying, removing, rewriting, or overwriting a code of the avatar of the application. In further embodiments, the causing the processor circuit to execute the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations includes at least one of: branching, redirecting, extending, or hot swapping a code of the avatar of the application. In further embodiments, the causing the processor circuit to execute the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations includes implementing a user's knowledge, style, or methodology of operating the avatar of the application in a circumstance. In further embodiments, the system further comprises: an interface configured to cause execution of instruction sets, wherein the executing the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations by the processor circuit is caused by the interface. The interface may include a modification interface.

In some embodiments, the avatar's performing the one or more operations defined by the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations includes implementing a user's knowledge, style, or methodology of operating the avatar of the application in a circumstance.

In certain embodiments, the artificial intelligence unit is further configured to: receive at least one extra information. In further embodiments, the at least one extra information include one or more of: a time information, a location information, a computed information, a visual information, an acoustic information, or a contextual information. In further embodiments, the at least one extra information include one or more of: an information on the avatar of the

14

application, an information on the avatar's circumstance, an information on an object, an information on an object representation, an information on a collection of object representations, an information on an instruction set, an information on the application, an information on the processor circuit, or an information on a user. In further embodiments, the artificial intelligence unit is further configured to: learn the first collection of object representations correlated with the at least one extra information. The learning the first collection of object representations correlated with the at least one extra information may include correlating the first collection of object representations with the at least one extra information. The learning the first collection of object representations correlated with at least one extra information may include storing the first collection of object representations correlated with the at least one extra information into the memory unit. In further embodiments, the anticipating the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations based on at least a partial match between the new collection of object representations and the first collection of object representations includes anticipating the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations based on at least a partial match between an extra information correlated with the new collection of object representations and an extra information correlated with the first collection of object representations. The anticipating the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations based on at least a partial match between an extra information correlated with the new collection of object representations and an extra information correlated with the first collection of object representations may include comparing an extra information correlated with the new collection of object representations and an extra information correlated with the first collection of object representations. The anticipating the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations based on at least a partial match between an extra information correlated with the new collection of object representations and an extra information correlated with the first collection of object representations may include determining that a similarity between an extra information correlated with the new collection of object representations and an extra information correlated with the first collection of object representations exceeds a similarity threshold.

In some embodiments, the system of further comprises: a user interface, wherein the artificial intelligence unit is further configured to: cause the user interface to present a user with an option to execute the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations. In further embodiments, the system of further comprises: a user interface, wherein the artificial intelligence unit is further configured to: receive, via the user interface, a user's selection to execute the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations.

In further embodiments, the artificial intelligence unit is further configured to: rate the executed first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations. The rating the executed first one or more instruction sets for operating the avatar of the application correlated with the

US 10,607,134 B1

15

first collection of object representations may include causing a user interface to display the executed first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations along with one or more rating values as options to be selected by a user. The rating the executed first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations may include rating the executed first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations without a user input.

In certain embodiments, the system further comprises: a user interface, wherein the artificial intelligence unit is further configured to: cause the user interface to present a user with an option to cancel the execution of the executed first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations. In further embodiments, the canceling the execution of the executed first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations includes restoring the processor circuit, the application, or the avatar of the application to a prior state. The restoring the processor circuit, the application, or the avatar of the application to a prior state may include saving the state of the processor circuit, the application, or the avatar of the application prior to executing the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations.

In some embodiments, the system further comprises: an input device configured to receive a user's operating directions, the user's operating directions for instructing the processor circuit, the application, or the avatar of the application on how to operate the avatar of the application.

In certain embodiments, the autonomous avatar operating includes a partially or a fully autonomous avatar operating. The partially autonomous avatar operating may include executing the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations responsive to a user confirmation. The fully autonomous avatar operating may include executing the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations without a user confirmation.

In some embodiments, the artificial intelligence unit is further configured to: receive a second collection of object representations, the second collection of object representations including one or more object representations representing one or more objects of the application; receive a second one or more instruction sets for operating an avatar of the application; and learn the second collection of object representations correlated with the second one or more instruction sets for operating the avatar of the application. In further embodiments, the second collection of object representations is received at a second time. In further embodiments, the second collection of object representations includes a unit of knowledge of the avatar's circumstance at a second time. In further embodiments, the second collection of object representations includes a stream of collections of object representations. In further embodiments, the second collection of object representations includes or is associated with a time stamp, an order, or a time related information. In further embodiments, the learning the first collection of object representations correlated with the first one or more instruction sets for operating the avatar of the application and the learning the second collection of object representa-

16

tions correlated with the second one or more instruction sets for operating the avatar of the application include creating a connection between the first collection of object representations correlated with the first one or more instruction sets for operating the avatar of the application and the second collection of object representations correlated with the second one or more instruction sets for operating the avatar of the application. The connection may include or be associated with at least one of: an occurrence count, a weight, a parameter, or a data. In further embodiments, the learning the first collection of object representations correlated with the first one or more instruction sets for operating the avatar of the application and the learning the second collection of object representations correlated with the second one or more instruction sets for operating the avatar of the application include updating a connection between the first collection of object representations correlated with the first one or more instruction sets for operating the avatar of the application and the second collection of object representations correlated with the second one or more instruction sets for operating the avatar of the application. The updating the connection between the first collection of object representations correlated with the first one or more instruction sets for operating the avatar of the application and the second collection of object representations correlated with the second one or more instruction sets for operating the avatar of the application may include updating at least one of: an occurrence count, a weight, a parameter, or a data included in or associated with the connection. In further embodiments, the learning the first collection of object representations correlated with the first one or more instruction sets for operating the avatar of the application includes storing the first collection of object representations correlated with the first one or more instruction sets for operating the avatar of the application into a first node of a knowledgebase, and wherein the learning the second collection of object representations correlated with the second one or more instruction sets for operating the avatar of the application includes storing the second collection of object representations correlated with the second one or more instruction sets for operating the avatar of the application into a second node of the knowledgebase. The knowledgebase may include a neural network, a graph, a collection of sequences, a sequence, a collection of knowledge cells, a knowledge structure, or a data structure. The knowledgebase may be stored in the memory unit. The learning the first collection of object representations correlated with the first one or more instruction sets for operating the avatar of the application and the learning the second collection of object representations correlated with the second one or more instruction sets for operating the avatar of the application may include creating a connection between the first node and the second node. The learning the first collection of object representations correlated with the first one or more instruction sets for operating the avatar of the application and the learning the second collection of object representations correlated with the second one or more instruction sets for operating the avatar of the application may include updating a connection between the first node and the second node. In further embodiments, the first collection of object representations correlated with the first one or more instruction sets for operating the avatar of the application is stored into a first node of a neural network and the second collection of object representations correlated with the second one or more instruction sets for operating the avatar of the application is stored into a second node of the neural network. The first node and the second node may be

US 10,607,134 B1

17

connected by a connection. The first node may be part of a first layer of the neural network and the second node may be part of a second layer of the neural network. In further embodiments, the first collection of object representations correlated with the first one or more instruction sets for operating the avatar of the application is stored into a first node of a graph and the second collection of object representations correlated with the second one or more instruction sets for operating the avatar of the application is stored into a second node of the graph. The first node and the second node may be connected by a connection. In further embodiments, the first collection of object representations correlated with the first one or more instruction sets for operating the avatar of the application is stored into a first node of a sequence and the second collection of object representations correlated with the second one or more instruction sets for operating the avatar of the application is stored into a second node of the sequence.

In some aspects, the disclosure relates to a non-transitory computer storage medium having a computer program stored thereon, the program including instructions that when executed by one or more processor circuits cause the one or more processor circuits to perform operations comprising: receiving a first collection of object representations, the first collection of object representations including one or more object representations representing one or more objects of an application. The operations may further comprise: receiving a first one or more instruction sets for operating an avatar of the application. The operations may further comprise: learning the first collection of object representations correlated with the first one or more instruction sets for operating the avatar of the application. The operations may further comprise: receiving a new collection of object representations, the new collection of object representations including one or more object representations representing one or more objects of the application. The operations may further comprise: anticipating the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations based on at least a partial match between the new collection of object representations and the first collection of object representations. The operations may further comprise: causing an execution of the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations, the causing performed in response to the anticipating the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations based on at least a partial match between the new collection of object representations and the first collection of object representations, wherein the avatar of the application performs one or more operations defined by the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations.

In some embodiments, the receiving the first one or more instruction sets for operating the avatar of the application includes receiving the first one or more instruction sets for operating the avatar of the application from the one or more processor circuits or from another one or more processor circuits. In further embodiments, the execution of the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations is performed by the one or more processor circuits or by another one or more processor circuits.

In some aspects, the disclosure relates to a method comprising: (a) receiving a first collection of object representations by a processor circuit, the first collection of object

18

representations including one or more object representations representing one or more objects of an application. The method may further comprise: (b) receiving a first one or more instruction sets for operating an avatar of the application by the processor circuit. The method may further comprise: (c) learning the first collection of object representations correlated with the first one or more instruction sets for operating the avatar of the application, the learning of (c) performed by the processor circuit. The method may further comprise: (d) receiving a new collection of object representations by the processor circuit, the new collection of object representations including one or more object representations representing one or more objects of the application. The method may further comprise: (e) anticipating the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations based on at least a partial match between the new collection of object representations and the first collection of object representations, the anticipating of (e) performed by the processor circuit. The method may further comprise: (f) executing the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations, the executing of (f) performed in response to the anticipating of (e). The method may further comprise: (g) performing, by the avatar of the application, one or more operations defined by the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations.

In certain embodiments, the receiving of (b) includes receiving the first one or more instruction sets for operating the avatar of the application from the processor circuit or from another processor circuit. In further embodiments, the executing of (f) is performed by the processor circuit or by another processor circuit.

The aforementioned system, the non-transitory computer storage medium, and/or the method may include any elements, operations, steps, and embodiments of the above described systems, non-transitory computer storage media, and/or methods as applicable as well as the following embodiments.

In some embodiments, the first one or more instruction sets for operating the avatar of the application include one or more instruction sets executed in operating the avatar of the application. In further embodiments, the first one or more instruction sets for operating the avatar of the application are part of the application. In further embodiments, the first one or more instruction sets for operating the avatar of the application are part of the avatar of the application. In further embodiments, the first one or more instruction sets for operating the avatar of the application include one or more inputs into or one or more outputs from a processor circuit. In further embodiments, the first one or more instruction sets for operating the avatar of the application include a value or a state of a register or an element of a processor circuit. In further embodiments, the first one or more instruction sets for operating the avatar of the application include at least one of: a command, a keyword, a symbol, an instruction, an operator, a variable, a value, an object, a data structure, a function, a parameter, a state, a signal, an input, an output, a character, a digit, or a reference thereto. In further embodiments, the first one or more instruction sets for operating the avatar of the application include a source code, a bytecode, an intermediate code, a compiled code, an interpreted code, a translated code, a runtime code, an assembly code, a structured query language (SQL) code, or a machine code. In further embodiments, the first one or

US 10,607,134 B1

19

more instruction sets for operating the avatar of the application include one or more code segments, lines of code, statements, instructions, functions, routines, subroutines, or basic blocks. In further embodiments, the first one or more instruction sets for operating the avatar of the application include one or more instruction sets for operating the application.

In certain embodiments, the receiving the first one or more instruction sets for operating the avatar of the application includes receiving the first one or more instruction sets for operating the avatar of the application executed by a processor circuit. In further embodiments, the receiving the first one or more instruction sets for operating the avatar of the application includes receiving the first one or more instruction sets for operating the avatar of the application as they are executed by a processor circuit. In further embodiments, the receiving the first one or more instruction sets for operating the avatar of the application includes obtaining the first one or more instruction sets for operating the avatar of the application from a processor circuit. In further embodiments, the receiving the first one or more instruction sets for operating the avatar of the application includes receiving the first one or more instruction sets for operating the avatar of the application from a register or an element of a processor circuit. In further embodiments, the receiving the first one or more instruction sets for operating the avatar of the application includes receiving the first one or more instruction sets for operating the avatar of the application from at least one of: the memory unit, a virtual machine, a runtime engine, a hard drive, a storage device, a peripheral device, a network connected device, or a user. In further embodiments, the receiving the first one or more instruction sets for operating the avatar of the application includes receiving the first one or more instruction sets for operating the avatar of the application from a plurality of processor circuits, applications, memory units, virtual machines, runtime engines, hard drives, storage devices, peripheral devices, network connected devices, or users. In further embodiments, the receiving the first one or more instruction sets for operating the avatar of the application includes obtaining the first one or more instruction sets for operating the avatar of the application from the application. In further embodiments, the receiving the first one or more instruction sets for operating the avatar of the application includes obtaining the first one or more instruction sets for operating the avatar of the application from the avatar of the application. In further embodiments, the receiving the first one or more instruction sets for operating the avatar of application includes receiving the one or more instruction sets for operating the avatar of the application at a source code write time, a compile time, an interpretation time, a translation time, a linking time, a loading time, or a runtime. In further embodiments, the receiving the first one or more instruction sets for operating the avatar of the application includes at least one of: tracing, profiling, or instrumentation of a source code, a bytecode, an intermediate code, a compiled code, an interpreted code, a translated code, a runtime code, an assembly code, a structured query language (SQL) code, or a machine code. In further embodiments, the receiving the first one or more instruction sets for operating the avatar of the application includes at least one of: tracing, profiling, or instrumentation of a register of a processor circuit, a memory unit, a storage, or a repository where the first one or more instruction sets for operating the avatar of the application are stored. In further embodiments, the receiving the first one or more instruction sets for operating the avatar of the application includes at least one of: tracing, profiling, or instru-

20

mentation of a processor circuit, a virtual machine, a runtime engine, an operating system, an execution stack, a program counter, or a processing element. In further embodiments, the receiving the first one or more instruction sets for operating the avatar of the application includes at least one of: tracing, profiling, or instrumentation of a processor circuit or tracing, profiling, or instrumentation of a component of a processor circuit. In further embodiments, the receiving the first one or more instruction sets for operating the avatar of the application includes at least one of: tracing, profiling, or instrumentation of the application. In further embodiments, the receiving the first one or more instruction sets for operating the avatar of the application includes at least one of: tracing, profiling, or instrumentation of the avatar of the application. In further embodiments, the receiving the first one or more instruction sets for operating the avatar of the application includes at least one of: tracing, profiling, or instrumentation at a source code write time, a compile time, an interpretation time, a translation time, a linking time, a loading time, or a runtime. In further embodiments, the receiving the first one or more instruction sets for operating the avatar of the application includes at least one of: tracing, profiling, or instrumentation of one or more code segments, lines of code, statements, instructions, functions, routines, subroutines, or basic blocks. In further embodiments, the receiving the first one or more instruction sets for operating the avatar of the application includes at least one of: tracing, profiling, or instrumentation of a user input. In further embodiments, the receiving the first one or more instruction sets for operating the avatar of the application includes at least one of: a manual, an automatic, a dynamic, or a just in time (JIT) tracing, profiling, or instrumentation. In further embodiments, the receiving the first one or more instruction sets for operating the avatar of the application includes utilizing at least one of: a .NET tool, a .NET application programming interface (API), a Java tool, a Java API, a logging tool, or an independent tool for obtaining instruction sets. In further embodiments, the receiving the first one or more instruction sets for operating the avatar of the application includes utilizing an assembly language. In further embodiments, the receiving the first one or more instruction sets for operating the avatar of the application includes utilizing a branch or a jump. In further embodiments, the receiving the first one or more instruction sets for operating the avatar of the application includes a branch tracing or a simulation tracing. In further embodiments, the receiving the first one or more instruction sets for operating the avatar of the application includes receiving the first one or more instruction sets for operating the avatar of the application via an interface. The interface may include an acquisition interface.

In some embodiments, the learning the first collection of object representations correlated with the first one or more instruction sets for operating the avatar of the application includes storing the first collection of object representations correlated with the first one or more instruction sets for operating the avatar of the application into a memory unit, the memory unit comprising a plurality of collections of object representations correlated with one or more instruction sets for operating the avatar of the application.

In certain embodiments, the executing the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations includes executing the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations instead of or prior to an instruction set that would have been executed

**21**

next. In further embodiments, the executing the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations includes modifying one or more instruction sets of a processor circuit. In further embodiments, the executing the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations includes modifying a register or an element of a processor circuit. In further embodiments, the executing the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations includes inserting the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations into a register or an element of a processor circuit. In further embodiments, the executing the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations includes redirecting a processor circuit to the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations. In further embodiments, the executing the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations includes redirecting a processor circuit to one or more alternate instruction sets, the alternate instruction sets comprising the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations. In further embodiments, the executing the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations includes transmitting, to a processor circuit for execution, the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations. In further embodiments, the executing the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations includes issuing an interrupt to a processor circuit and executing the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations following the interrupt. In further embodiments, the executing the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations includes causing the application to execute the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations. In further embodiments, the executing the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations includes modifying one or more instruction sets of the application. In further embodiments, the executing the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations includes modifying the application. In further embodiments, the executing the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations includes redirecting the application to the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations. In further embodiments, the executing the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations includes redirecting the application to one or more alternate instruction sets, the alternate instruction sets comprising the

**22**

first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations. In further embodiments, the executing the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations includes causing the avatar of the application to execute the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations. In further embodiments, the executing the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations includes modifying one or more instruction sets of the avatar of the application. In further embodiments, the executing the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations includes modifying the avatar of the application. In further embodiments, the executing the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations includes redirecting the avatar of the application to the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations. In further embodiments, the executing the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations includes redirecting the avatar of the application to one or more alternate instruction sets, the alternate instruction sets comprising the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations. In further embodiments, the executing the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations includes modifying a source code, a bytecode, an intermediate code, a compiled code, an interpreted code, a translated code, a runtime code, an assembly code, or a machine code. In further embodiments, the executing the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations includes modifying at least one of: a memory unit, a register of a processor circuit, a storage, or a repository where instruction sets are stored or used. In further embodiments, the executing the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations includes modifying at least one of: an element of a processor circuit, an element of the application, an element of the avatar of the application, a virtual machine, a runtime engine, an operating system, an execution stack, a program counter, or a user input. In further embodiments, the executing the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations includes modifying one or more instruction sets at a source code write time, a compile time, an interpretation time, a translation time, a linking time, a loading time, or a runtime. In further embodiments, the executing the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations includes modifying one or more code segments, lines of code, statements, instructions, functions, routines, subroutines, or basic blocks. In further embodiments, the executing the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations includes a manual, an automatic, a dynamic, or a just in time (JIT) instrumentation of the application. In further embodiments, the execut-

US 10,607,134 B1

23

ing the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations includes a manual, an automatic, a dynamic, or a just in time (JIT) instrumentation of the avatar of the application. In further embodiments, the executing the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations includes utilizing one or more of a .NET tool, a .NET application programming interface (API), a Java tool, a Java API, an operating system tool, or an independent tool for modifying instruction sets. In further embodiments, the executing the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations includes utilizing at least one of: a dynamic, an interpreted, or a scripting programming language. In further embodiments, the executing the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations includes utilizing at least one of: a dynamic code, a dynamic class loading, or a reflection. In further embodiments, the executing the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations includes utilizing an assembly language. In further embodiments, the executing the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations includes utilizing at least one of: a metaprogramming, a self-modifying code, or an instruction set modification tool. In further embodiments, the executing the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations includes utilizing at least one of: just in time (JIT) compiling, JIT interpretation, JIT translation, dynamic recompiling, or binary rewriting. In further embodiments, the executing the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations includes utilizing at least one of: a dynamic expression creation, a dynamic expression execution, a dynamic function creation, or a dynamic function execution. In further embodiments, the executing the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations includes adding or inserting additional code into a code of the application. In further embodiments, the executing the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations includes at least one of: modifying, removing, rewriting, or overwriting a code of the application. In further embodiments, the executing the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations includes at least one of: branching, redirecting, extending, or hot swapping a code of the application. In further embodiments, the executing the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations includes adding or inserting additional code into a code of the avatar of the application. In further embodiments, the executing the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations includes at least one of: modifying, removing, rewriting, or overwriting a code of the avatar of the application. In further embodiments, the executing the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations includes at least one of:

24

branching, redirecting, extending, or hot swapping a code of the avatar of the application. In further embodiments, the executing the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations includes implementing a user's knowledge, style, or methodology of operating the avatar of the application in a circumstance. In further embodiments, the executing the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations includes executing the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations via an interface. The interface may include a modification interface.

In certain embodiments, the operations of the non-transitory computer storage medium and/or the method further comprise: receiving at least one extra information. In some embodiments, the operations of the non-transitory computer storage medium and/or the method further comprise: learning the first collection of object representations correlated with the at least one extra information. In certain embodiments, the operations of the non-transitory computer storage medium and/or the method further comprise: presenting, via a user interface, a user with an option to execute the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations. In some embodiments, the operations of the non-transitory computer storage medium and/or the method further comprise: receiving, via a user interface, a user's selection to execute the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations. In certain embodiments, the operations of the non-transitory computer storage medium and/or the method further comprise: rating the executed first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations. In some embodiments, the operations of the non-transitory computer storage medium and/or the method further comprise: presenting, via a user interface, a user with an option to cancel the execution of the executed first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations. In certain embodiments, the operations of the non-transitory computer storage medium and/or the method further comprise: receiving, via an input device, a user's operating directions, the user's operating directions for instructing the processor circuit, the application, or the avatar of the application on how to operate the avatar of the application. In some embodiments, the operations of the non-transitory computer storage medium and/or the method further comprise: receiving a second collection of object representations, the second collection of object representations including one or more object representations representing one or more objects of the application; receiving a second one or more instruction sets for operating the avatar of the application; and learning the second collection of object representations correlated with the second one or more instruction sets for operating the avatar of the application.

In some aspects, the disclosure relates to a system for learning an avatar's circumstances for autonomous avatar operating. The system may be implemented at least in part on one or more computing devices. In some embodiments, the system comprises: a processor circuit configured to execute instruction sets of an application. The system may further comprise: a memory unit configured to store data. The system may further comprise: an artificial intelligence

US 10,607,134 B1

25

unit. The artificial intelligence unit may be configured to: receive a first collection of object representations, the first collection of object representations including one or more object representations representing one or more objects of the application. The artificial intelligence unit may be further configured to: receive a first one or more instruction sets for operating an avatar of the application. The artificial intelligence unit may be further configured to: learn the first collection of object representations correlated with the first one or more instruction sets for operating the avatar of the application.

In some aspects, the disclosure relates to a non-transitory computer storage medium having a computer program stored thereon, the program including instructions that when executed by one or more processor circuits cause the one or more processor circuits to perform operations comprising: receiving a first collection of object representations, the first collection of object representations including one or more object representations representing one or more objects of an application. The operations may further comprise: receiving a first one or more instruction sets for operating an avatar of the application. The operations may further comprise: learning the first collection of object representations correlated with the first one or more instruction sets for operating the avatar of the application.

In some aspects, the disclosure relates to a method comprising: (a) receiving a first collection of object representations by a processor circuit, the first collection of object representations including one or more object representations representing one or more objects of an application. The method may further comprise: (b) receiving a first one or more instruction sets for operating an avatar of the application by the processor circuit. The method may further comprise: (c) learning the first collection of object representations correlated with the first one or more instruction sets for operating the avatar of the application, the learning of (c) performed by the processor circuit.

The aforementioned system, the non-transitory computer storage medium, and/or the method may include any elements, operations, steps, and embodiments of the above described systems, non-transitory computer storage media, and/or methods as applicable as well as the following embodiments.

In some aspects, the disclosure relates to a system for using an avatar's circumstances for autonomous avatar operating. The system may be implemented at least in part on one or more computing devices. In some embodiments, the system comprises: a processor circuit configured to execute instruction sets of an application. The system may further comprise: a memory unit configured to store data. The system may further comprise: an artificial intelligence unit. The artificial intelligence unit may be configured to: access the memory unit that comprises a plurality of collections of object representations correlated with one or more instruction sets for operating an avatar of the application, the plurality of collections of object representations correlated with one or more instruction sets for operating the avatar of the application including a first collection of object representations correlated with a first one or more instruction sets for operating the avatar of the application. The artificial intelligence unit may be further configured to: receive a new collection of object representations, the new collection of object representations including one or more object representations representing one or more objects of the application. The artificial intelligence unit may be further configured to: anticipate the first one or more instruction sets for operating the avatar of the application correlated with the

26

first collection of object representations based on at least a partial match between the new collection of object representations and the first collection of object representations. The artificial intelligence unit may be further configured to: cause the processor circuit to execute the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations, the causing performed in response to the anticipating of the artificial intelligence unit, wherein the avatar of the application performs one or more operations defined by the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations.

In some aspects, the disclosure relates to a non-transitory computer storage medium having a computer program stored thereon, the program including instructions that when executed by one or more processor circuits cause the one or more processor circuits to perform operations comprising: accessing a memory unit that comprises a plurality of collections of object representations correlated with one or more instruction sets for operating an avatar of an application, the plurality of collections of object representations correlated with one or more instruction sets for operating the avatar of the application including a first collection of object representations correlated with a first one or more instruction sets for operating the avatar of the application. The operations may further comprise: receiving a new collection of object representations, the new collection of object representations including one or more object representations representing one or more objects of the application. The operations may further comprise: anticipating the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations based on at least a partial match between the new collection of object representations and the first collection of object representations. The operations may further comprise: causing an execution of the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations, the causing performed in response to the anticipating the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations based on at least a partial match between the new collection of object representations and the first collection of object representations, wherein the avatar of the application performs one or more operations defined by the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations.

In some aspects, the disclosure relates to a method comprising: (a) accessing a memory unit that comprises a plurality of collections of object representations correlated with one or more instruction sets for operating an avatar of an application, the plurality of collections of object representations correlated with one or more instruction sets for operating the avatar of the application including a first collection of object representations correlated with a first one or more instruction sets for operating the avatar of the application, the accessing of (a) performed by a processor circuit. The method may further comprise: (b) receiving a new collection of object representations by the processor circuit, the new collection of object representations including one or more object representations representing one or more objects of the application. The method may further comprise: (c) anticipating the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations based on at

US 10,607,134 B1

27

least a partial match between the new collection of object representations and the first collection of object representations, the anticipating of (c) performed by the processor circuit. The method may further comprise: (d) executing the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations, the executing of (d) performed in response to the anticipating of (c). The method may further comprise: (e) performing, by the avatar of the application, one or more operations defined by the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations.

The aforementioned system, the non-transitory computer storage medium, and/or the method may include any elements, operations, steps, and embodiments of the above described systems, non-transitory computer storage media, and/or methods as applicable as well as the following embodiments.

In some aspects, the disclosure relates to a system for learning and using an avatar's circumstances for autonomous avatar operating. The system may be implemented at least in part on one or more computing devices. In some embodiments, the system comprises: a processor circuit configured to execute instruction sets of an application. The system may further comprise: a memory unit configured to store data. The system may further comprise: an artificial intelligence unit. The artificial intelligence unit may be configured to: receive a first stream of collections of object representations, the first stream of collections of object representations including one or more object representations representing one or more objects of the application. The artificial intelligence unit may be further configured to: receive a first one or more instruction sets for operating an avatar of the application. The artificial intelligence unit may be further configured to: learn the first stream of collections of object representations correlated with the first one or more instruction sets for operating the avatar of the application. The artificial intelligence unit may be further configured to: receive a new stream of collections of object representations, the new stream of collections of object representations including one or more object representations representing one or more objects of the application. The artificial intelligence unit may be further configured to: anticipate the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations based on at least a partial match between the new stream of collections of object representations and the first stream of collections of object representations. The artificial intelligence unit may be further configured to: cause the processor circuit to execute the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations, the causing performed in response to the anticipating of the artificial intelligence unit, wherein the avatar of the application performs one or more operations defined by the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations.

In certain embodiments, the first stream of collections of object representations includes one or more collections of object representations, and wherein each collection of object representations of the first stream of collections of object representations includes one or more object representations. In further embodiments, the new stream of collections of object representations includes one or more collections of object representations, and wherein each collection of object representations of the new stream of collections of object

28

representations includes one or more object representations. In further embodiments, the first stream of collections of object representations is received over a first time period. In further embodiments, the new stream of collections of object representations is received over a new time period. In further embodiments, the first stream of collections of object representations includes a unit of knowledge of the avatar's circumstance over a first time period. In further embodiments, the new stream of collections of object representations includes a unit of knowledge of the avatar's circumstance over a new time period. In further embodiments, an object representation includes one or more properties of an object of the application. In further embodiments, an object representation includes one or more information on an object of the application. In further embodiments, the first or the new stream of collections of object representations includes or is associated with a time stamp, an order, or a time related information. In further embodiments, the first stream of collections of object representations includes a comparative stream of collections of object representations whose at least one portion can be used for comparisons with at least one portion of streams of collections of object representations subsequent to the first stream of collections of object representations, the streams of collections of object representations subsequent to the first stream of collections of object representations comprising the new stream of collections of object representations. In further embodiments, the first stream of collections of object representations includes a comparative stream of collections of object representations that can be used for comparison with the new stream of collections of object representations. In further embodiments, the new stream of collections of object representations includes an anticipatory stream of collections of object representations that can be compared with streams of collections of object representations whose correlated one or more instruction sets for operating the avatar of the application can be used for anticipation of one or more instruction sets to be executed in autonomous operating of the avatar of the application.

In some embodiments, the receiving the first stream of collections of object representations includes receiving one or more properties of the one or more objects of the application. The one or more properties of the one or more objects of the application may include one or more information on the one or more objects of the application. The receiving the one or more properties of the one or more objects of the application may include receiving the one or more properties of the one or more objects of the application from an engine, an environment, or a system used to implement the application. The receiving the one or more properties of the one or more objects of the application may include at least one of: accessing or reading a scene graph or a data structure used for organizing the one or more objects of the application. The receiving the one or more properties of the one or more objects of the application may include detecting the one or more properties of the one or more objects of the application in a picture of the avatar's surrounding. The receiving the one or more properties of the one or more objects of the application may include detecting the one or more properties of the one or more objects of the application in a sound from the avatar's surrounding.

In certain embodiments, the system further comprises: an object processing unit configured to receive streams of collections of object representations, wherein the first or the new stream of collections of object representations is received by the object processing unit.

US 10,607,134 B1

29

In some embodiments, the first one or more instruction sets for operating the avatar of the application include one or more instruction sets that temporally correspond to the first stream of collections of object representations. The one or more instruction sets that temporally correspond to the first stream of collections of object representations may include one or more instruction sets executed at a time of generating the first stream of collections of object representations. The one or more instruction sets that temporally correspond to the first stream of collections of object representations may include one or more instruction sets executed prior to generating the first stream of collections of object representations. The one or more instruction sets that temporally correspond to the first stream of collections of object representations may include one or more instruction sets executed within a threshold period of time prior to generating the first stream of collections of object representations. The one or more instruction sets that temporally correspond to the first stream of collections of object representations may include one or more instruction sets executed subsequent to generating the first stream of collections of object representations. The one or more instruction sets that temporally correspond to the first stream of collections of object representations may include one or more instruction sets executed within a threshold period of time subsequent to generating the first stream of collections of object representations. The one or more instruction sets that temporally correspond to the first stream of collections of object representations may include one or more instruction sets executed within a threshold period of time prior to generating the first stream of collections of object representations and a threshold period of time subsequent to generating the first stream of collections of object representations.

In some embodiments, the first stream of collections of object representations correlated with the first one or more instruction sets for operating the avatar of the application include a unit of knowledge of how the avatar of the application operated in a circumstance. In further embodiments, the first stream of collections of object representations correlated with the first one or more instruction sets for operating the avatar of the application are included in a neuron, a node, a vertex, or an element of a knowledgebase. The knowledgebase may include a neural network, a graph, a collection of sequences, a sequence, a collection of knowledge cells, a knowledge structure, or a data structure. Some of the neurons, nodes, vertices, or elements are interconnected. In further embodiments, the first stream of collections of object representations correlated with the first one or more instruction sets for operating the avatar of the application are structured into a knowledge cell. In further embodiments, the knowledge cell is included in a neuron, a node, a vertex, or an element of a knowledgebase. The knowledgebase may include a neural network, a graph, a collection of sequences, a sequence, a collection of knowledge cells, a knowledge structure, or a data structure. Some of the neurons, nodes, vertices, or elements are interconnected.

In further embodiments, the learning the first stream of collections of object representations correlated with the first one or more instruction sets for operating the avatar of the application includes correlating the first stream of collections of object representations with the first one or more instruction sets for operating the avatar of the application. The correlating the first stream of collections of object representations with the first one or more instruction sets for operating the avatar of the application may include generating a knowledge cell, the knowledge cell comprising the

30

first stream of collections of object representations correlated with the first one or more instruction sets for operating the avatar of the application. The correlating the first stream of collections of object representations with the first one or more instruction sets for operating the avatar of the application may include structuring a unit of knowledge of how the avatar of the application operated in a circumstance. In further embodiments, the learning the first stream of collections of object representations correlated with the first one or more instruction sets for operating the avatar of the application includes learning a user's knowledge, style, or methodology of operating the avatar of the application in a circumstance.

In certain embodiments, the learning the first stream of collections of object representations correlated with the first one or more instruction sets for operating the avatar of the application includes storing the first stream of collections of object representations correlated with the first one or more instruction sets for operating the avatar of the application into the memory unit, the memory unit comprising a plurality of streams of collections of object representations correlated with one or more instruction sets for operating the avatar of the application. In further embodiments, the plurality of streams of collections of object representations correlated with one or more instruction sets for operating the avatar of the application include a neural network, a graph, a collection of sequences, a sequence, a collection of knowledge cells, a knowledgebase, a knowledge structure, or a data structure. In further embodiments, the plurality of streams of collections of object representations correlated with one or more instruction sets for operating the avatar of the application are organized into a neural network, a graph, a collection of sequences, a sequence, a collection of knowledge cells, a knowledgebase, a knowledge structure, or a data structure. In further embodiments, one or more streams of collections of object representations correlated with one or more instruction sets for operating the avatar of the plurality of streams of collections of object representations correlated with one or more instruction sets for operating the avatar of the application are included in one or more neurons, nodes, vertices, or elements of a knowledgebase. The knowledgebase may include a neural network, a graph, a collection of sequences, a sequence, a collection of knowledge cells, a knowledge structure, or a data structure. Some of the neurons, nodes, vertices, or elements are interconnected. In further embodiments, the plurality of streams of collections of object representations correlated with one or more instruction sets for operating the avatar of the application include a user's knowledge, style, or methodology of operating the avatar of the application in circumstances. In further embodiments, the plurality of streams of collections of object representations correlated with one or more instruction sets for operating the avatar of the application are stored on a remote computing device or a remote computing system. In further embodiments, the plurality of streams of collections of object representations correlated with one or more instruction sets for operating the avatar of the application include an artificial intelligence system for knowledge structuring, storing, or representation. The artificial intelligence system for knowledge structuring, storing, or representation may include at least one of: a deep learning system, a supervised learning system, an unsupervised learning system, a neural network, a search-based system, an optimization-based system, a logic-based system, a fuzzy logic-based system, a tree-based system, a graph-based system, a hierarchical system, a symbolic system, a sub-symbolic system, an

US 10,607,134 B1

31

evolutionary system, a genetic system, a multi-agent system, a deterministic system, a probabilistic system, or a statistical system.

In some embodiments, the anticipating the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations based on at least a partial match between the new stream of collections of object representations and the first stream of collections of object representations includes comparing at least one portion of the new stream of collections of object representations with at least one portion of the first stream of collections of object representations. In further embodiments, the at least one portion of the new stream of collections of object representations include at least one collection of object representations, at least one object representation, or at least one object property of the new stream of collections of object representations. In further embodiments, the at least one portion of the first stream of collections of object representations include at least one collection of object representations, at least one object representation, or at least one object property of the first stream of collections of object representations. In further embodiments, the anticipating the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations based on at least a partial match between the new stream of collections of object representations and the first stream of collections of object representations includes comparing at least one collection of object representations from the new stream of collections of object representations with at least one collection of object representations from the first stream of collections of object representations. In further embodiments, the comparing at least one collection of object representations from the new stream of collections of object representations with at least one collection of object representations from the first stream of collections of object representations includes comparing at least one object representation of the at least one collection of object representations from the new stream of collections of object representations with at least one object representation of the at least one collection of object representations from the first stream of collections of object representations. The comparing at least one object representation of the at least one collection of object representations from the new stream of collections of object representations with at least one object representation of the at least one collection of object representations from the first stream of collections of object representations may include comparing at least one object property of the at least one object representation of the at least one collection of object representations from the new stream of collections of object representations with at least one object property of the at least one object representation of the at least one collection of object representations from the first stream of collections of object representations. In further embodiments, the anticipating the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations based on at least a partial match between the new stream of collections of object representations and the first stream of collections of object representations includes comparing at least one object representation of the at least one collection of object representations from the new stream of collections of object representations with at least one object representation of the at least one collection of object representations from the first stream of collections of object representations. In further embodiments, the anticipating the first one or more instruction sets for operating the avatar of

32

the application correlated with the first stream of collections of object representations based on at least a partial match between the new stream of collections of object representations and the first stream of collections of object representations includes comparing at least one object property of at least one object representation of at least one collection of object representations from the new stream of collections of object representations with at least one object property of at least one object representation of at least one collection of object representations from the first stream of collections of object representations.

In certain embodiments, the anticipating the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations based on at least a partial match between the new stream of collections of object representations and the first stream of collections of object representations includes determining that there is at least a partial match between the new stream of collections of object representations and the first stream of collections of object representations. In further embodiments, the determining that there is at least a partial match between the new stream of collections of object representations and the first stream of collections of object representations includes determining that there is at least a partial match between one or more portions of the new stream of collections of object representations and one or more portions of the first stream of collections of object representations. In further embodiments, the determining that there is at least a partial match between the new stream of collections of object representations and the first stream of collections of object representations includes determining that a similarity between at least one portion of the new stream of collections of object representations and at least one portion of the first stream of collections of object representations exceeds a similarity threshold. In further embodiments, the determining that there is at least a partial match between the new stream of collections of object representations and the first stream of collections of object representations includes determining a substantial similarity between at least one portion of the new stream of collections of object representations and at least one portion of the first stream of collections of object representations. The substantial similarity may be achieved when a similarity between the at least one portion of the new stream of collections of object representations and the at least one portion of the first stream of collections of object representations exceeds a similarity threshold. The substantial similarity may be achieved when a number or a percentage of matching or partially matching portions of the new stream of collections of object representations and portions of the first stream of collections of object representations exceeds a threshold number or threshold percentage. In further embodiments, the determining that there is at least a partial match between the new stream of collections of object representations and the first stream of collections of object representations includes determining that a number or a percentage of matching or partially matching collections of object representations from the new stream of collections of object representations and from the first stream of collections of object representations exceeds a threshold number or threshold percentage. The matching or partially matching collections of object representations from the new stream of collections of object representations and from the first stream of collections of object representations may be determined factoring in at least one of: an importance of a collection of object representations, an order of a collection of object representations, a threshold for a similarity in a collection of object repre-

US 10,607,134 B1

33

sentations, or a threshold for a difference in a collection of object representations. In further embodiments, the determining that there is at least a partial match between the new stream of collections of object representations and the first stream of collections of object representations includes determining that a number or a percentage of matching or partially matching object representations from the new stream of collections of object representations and from the first stream of collections of object representations exceeds a threshold number or threshold percentage. The matching or partially matching object representations from the new stream of collections of object representations and from the first stream of collections of object representations may be determined factoring in at least one of: an association of an object representation with a collection of object representations, a type of an object representation, an importance of an object representation, a threshold for a similarity in an object representation, or a threshold for a difference in an object representation. In further embodiments, the determining that there is at least a partial match between the new stream of collections of object representations and the first stream of collections of object representations includes determining that a number or a percentage of matching or partially matching object properties from the new stream of collections of object representations and from the first stream of collections of object representations exceeds a threshold number or threshold percentage. The matching or partially matching object properties from the new stream of collections of object representations and from the first stream of collections of object representations may be determined factoring in at least one of: an association of an object property with an object representation, an association of an object property with a collection of object representations, a category of an object property, an importance of an object property, a threshold for a similarity in an object property, or a threshold for a difference in an object property. In further embodiments, the determining that there is at least a partial match between the new stream of collections of object representations and the first stream of collections of object representations includes determining that there is at least a partial match between at least one collection of object representations from the new stream of collections of object representations and at least one collection of object representations from the first stream of collections of object representations. The determining that there is at least a partial match between at least one collection of object representations from the new stream of collections of object representations and at least one collection of object representations from the first stream of collections of object representations may include determining that there is at least a partial match between at least one object representation of the at least one collection of object representations from the new stream of collections of object representations and at least one object representation of the at least one collection of object representations from the first stream of collections of object representations. The determining that there is at least a partial match between at least one object representation of the at least one collection of object representations from the new stream of collections of object representations and at least one object representation of the at least one collection of object representations from the first stream of collections of object representations may include determining that there is at least a partial match between at least one object property of the at least one object representation of the at least one collection of object representations from the new stream of collections of object representations and at least one object property of the at least one object repre-

34

sentation of the at least one collection of object representations from the first stream of collections of object representations.

In some embodiments, the causing the processor circuit to execute the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations includes causing the processor circuit to execute the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations instead of or prior to an instruction set that would have been executed next. In further embodiments, the causing the processor circuit to execute the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations includes modifying one or more instruction sets of the processor circuit. In further embodiments, the causing the processor circuit to execute the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations includes modifying a register or an element of the processor circuit. In further embodiments, the causing the processor circuit to execute the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations includes inserting the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations into a register or an element of the processor circuit. In further embodiments, the causing the processor circuit to execute the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations includes redirecting the processor circuit to the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations. In further embodiments, the causing the processor circuit to execute the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations includes redirecting the processor circuit to one or more alternate instruction sets, the alternate instruction sets comprising the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations. In further embodiments, the causing the processor circuit to execute the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations includes transmitting, to the processor circuit for execution, the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations. In further embodiments, the causing the processor circuit to execute the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations includes issuing an interrupt to the processor circuit and executing the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations following the interrupt. In further embodiments, the causing the processor circuit to execute the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations includes causing the application to execute the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations. In further embodiments, the causing the

US 10,607,134 B1

35

processor circuit to execute the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations includes modifying one or more instruction sets of the application. In further embodiments, the causing the processor circuit to execute the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations includes modifying the application. In further embodiments, the causing the processor circuit to execute the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations includes redirecting the application to the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations. In further embodiments, the causing the processor circuit to execute the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations includes redirecting the application to one or more alternate instruction sets, the alternate instruction sets comprising the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations. In further embodiments, the causing the processor circuit to execute the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations includes causing the avatar of the application to execute the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations. In further embodiments, the causing the processor circuit to execute the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations includes modifying one or more instruction sets of the avatar of the application. In further embodiments, the causing the processor circuit to execute the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations includes modifying the avatar of the application. In further embodiments, the causing the processor circuit to execute the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations includes redirecting the avatar of the application to the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations. In further embodiments, the causing the processor circuit to execute the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations includes redirecting the avatar of the application to one or more alternate instruction sets, the alternate instruction sets comprising the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations. In further embodiments, the causing the processor circuit to execute the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations includes modifying a source code, a bytecode, an intermediate code, a compiled code, an interpreted code, a translated code, a runtime code, an assembly code, or a machine code. In further embodiments, the causing the processor circuit to execute the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations includes modifying

36

at least one of: the memory unit, a register of the processor circuit, a storage, or a repository where instruction sets are stored or used. In further embodiments, the causing the processor circuit to execute the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations includes modifying at least one of: an element of the processor circuit, an element of the application, an element of the avatar of the application, a virtual machine, a runtime engine, an operating system, an execution stack, a program counter, or a user input. In further embodiments, the causing the processor circuit to execute the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations includes modifying one or more instruction sets at a source code write time, a compile time, an interpretation time, a translation time, a linking time, a loading time, or a runtime. In further embodiments, the causing the processor circuit to execute the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations includes modifying one or more code segments, lines of code, statements, instructions, functions, routines, subroutines, or basic blocks. In further embodiments, the causing the processor circuit to execute the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations includes a manual, an automatic, a dynamic, or a just in time (JIT) instrumentation of the application. In further embodiments, the causing the processor circuit to execute the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations includes a manual, an automatic, a dynamic, or a just in time (JIT) instrumentation of the avatar of the application. In further embodiments, the causing the processor circuit to execute the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations includes utilizing one or more of a .NET tool, a .NET application programming interface (API), a Java tool, a Java API, an operating system tool, or an independent tool for modifying instruction sets. In further embodiments, the causing the processor circuit to execute the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations includes utilizing at least one of: a dynamic, an interpreted, or a scripting programming language. In further embodiments, the causing the processor circuit to execute the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations includes utilizing at least one of: a dynamic code, a dynamic class loading, or a reflection. In further embodiments, the causing the processor circuit to execute the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations includes utilizing an assembly language. In further embodiments, the causing the processor circuit to execute the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations includes utilizing at least one of: a metaprogramming, a self-modifying code, or an instruction set modification tool. In further embodiments, the causing the processor circuit to execute the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations includes utilizing at least one of: just in time (JIT) compiling, JIT interpretation,

US 10,607,134 B1

37

38

JIT translation, dynamic recompiling, or binary rewriting. In further embodiments, the causing the processor circuit to execute the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations includes utilizing at least one of: a dynamic expression creation, a dynamic expression execution, a dynamic function creation, or a dynamic function execution. In further embodiments, the causing the processor circuit to execute the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations includes adding or inserting additional code into a code of the application. In further embodiments, the causing the processor circuit to execute the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations includes at least one of: modifying, removing, rewriting, or overwriting a code of the application. In further embodiments, the causing the processor circuit to execute the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations includes at least one of: branching, redirecting, extending, or hot swapping a code of the application. In further embodiments, the causing the processor circuit to execute the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations includes adding or inserting additional code into a code of the avatar of the application. In further embodiments, the causing the processor circuit to execute the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations includes at least one of: modifying, removing, rewriting, or overwriting a code of the avatar of the application. In further embodiments, the causing the processor circuit to execute the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations includes at least one of: branching, redirecting, extending, or hot swapping a code of the avatar of the application. In further embodiments, the causing the processor circuit to execute the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations includes implementing a user's knowledge, style, or methodology of operating the avatar of the application in a circumstance. In further embodiments, the system further comprises: an interface configured to cause execution of instruction sets, wherein the executing the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations by the processor circuit is caused by the interface. The interface may include a modification interface.

In certain embodiments, the avatar's performing the one or more operations defined by the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations includes implementing a user's knowledge, style, or methodology of operating the avatar of the application in a circumstance.

In some embodiments, the artificial intelligence unit is further configured to: receive at least one extra information. In further embodiments, the at least one extra information include one or more of: a time information, a location information, a computed information, a visual information, an acoustic information, or a contextual information. In further embodiments, the at least one extra information

include one or more of: an information on the avatar of the application, an information on the avatar's circumstance, an information on an object, an information on an object representation, an information on a collection of object representations, an information on a stream of collections of object representations, an information on an instruction set, an information on the application, an information on the processor circuit, or an information on a user. In further embodiments, the artificial intelligence unit is further configured to: learn the first stream of collections of object representations correlated with the at least one extra information. The learning the first stream of collections of object representations correlated with at least one extra information may include correlating the first stream of collections of object representations with the at least one extra information. The learning the first stream of collections of object representations correlated with at least one extra information may include storing the first stream of collections of object representations correlated with the at least one extra information into the memory unit. In further embodiments, the anticipating the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations based on at least a partial match between the new stream of collections of object representations and the first stream of collections of object representations includes anticipating the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations based on at least a partial match between an extra information correlated with the new stream of collections of object representations and an extra information correlated with the first stream of collections of object representations. The anticipating the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations based on at least a partial match between an extra information correlated with the new stream of collections of object representations and an extra information correlated with the first stream of collections of object representations may include comparing an extra information correlated with the new stream of collections of object representations and an extra information correlated with the first stream of collections of object representations. The anticipating the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations based on at least a partial match between an extra information correlated with the new stream of collections of object representations and an extra information correlated with the first stream of collections of object representations may include determining that a similarity between an extra information correlated with the new stream of collections of object representations and an extra information correlated with the first stream of collections of object representations exceeds a similarity threshold.

In certain embodiments, the system further comprises: a user interface, wherein the artificial intelligence unit is further configured to: cause the user interface to present a user with an option to execute the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations. In further embodiments, the system further comprises: a user interface, wherein the artificial intelligence unit is further configured to: receive, via the user interface, a user's selection to execute the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations. In fur-

US 10,607,134 B1

39

40

ther embodiments, the artificial intelligence unit is further configured to: rate the executed first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations. The rating the executed first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations may include causing a user interface to display the executed first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations along with one or more rating values as options to be selected by a user. The rating the executed first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations may include rating the executed first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations without a user input. In further embodiments, the system further comprises: a user interface, wherein the artificial intelligence unit is further configured to: cause the user interface to present a user with an option to cancel the execution of the executed first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations. In further embodiments, the canceling the execution of the executed first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations includes restoring the processor circuit, the application, or the avatar of the application to a prior state. The restoring the processor circuit, the application, or the avatar of the application to a prior state may include saving the state of the processor circuit, the application, or the avatar of the application prior to executing the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations.

In some embodiments, the system further comprises: an input device configured to receive a user's operating directions, the user's operating directions for instructing the processor circuit, the application, or the avatar of the application on how to operate the avatar of the application.

In certain embodiments, the autonomous avatar operating includes a partially or a fully autonomous avatar operating. The partially autonomous avatar operating may include executing the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations responsive to a user confirmation. The fully autonomous avatar operating may include executing the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations without a user confirmation.

In some embodiments, the artificial intelligence unit is further configured to: receive a second stream of collections of object representations, the second stream of collections of object representations including one or more object representations representing one or more objects of the application; receive a second one or more instruction sets for operating the avatar of the application; and learn the second stream of collections of object representations correlated with the second one or more instruction sets for operating the avatar of the application. In further embodiments, the second stream of collections of object representations includes one or more collections of object representations, and wherein each collection of object representations of the second stream of collections of object representations includes one or more object representations. In further embodiments, the second stream of collections of object representations is received over a second time period. In further embodiments, the second stream of collections of object representations includes a unit of knowledge of the avatar's circumstance over a second time period. In further embodiments, the second stream of collections of object representations includes or is associated with a time stamp, an order, or a time related information. In further embodiments, the learning the first stream of collections of object representations correlated with the first one or more instruction sets for operating the avatar of the application and the learning the second stream of collections of object representations correlated with the second one or more instruction sets for operating the avatar of the application include creating a connection between the first stream of collections of object representations correlated with the first one or more instruction sets for operating the avatar of the application and the second stream of collections of object representations correlated with the second one or more instruction sets for operating the avatar of the application. The connection may include or is associated with at least one of: an occurrence count, a weight, a parameter, or a data. In further embodiments, the learning the first stream of collections of object representations correlated with the first one or more instruction sets for operating the avatar of the application and the learning the second stream of collections of object representations correlated with the second one or more instruction sets for operating the avatar of the application include updating a connection between the first stream of collections of object representations correlated with the first one or more instruction sets for operating the avatar of the application and the second stream of collections of object representations correlated with the second one or more instruction sets for operating the avatar of the application. In further embodiments, the updating the connection between the first stream of collections of object representations correlated with the first one or more instruction sets for operating the avatar of the application and the second stream of collections of object representations correlated with the second one or more instruction sets for operating the avatar of the application includes updating at least one of: an occurrence count, a weight, a parameter, or a data included in or associated with the connection. In further embodiments, the learning the first stream of collections of object representations correlated with the first one or more instruction sets for operating the avatar of the application includes storing the first stream of collections of object representations correlated with the first one or more instruction sets for operating the avatar of the application into a first node of a knowledgebase, and wherein the learning the second stream of collections of object representations correlated with the second one or more instruction sets for operating the avatar of the application includes storing the second stream of collections of object representations correlated with the second one or more instruction sets for operating the avatar of the application into a second node of the knowledgebase. The knowledgebase may include a neural network, a graph, a collection of sequences, a sequence, a collection of knowledge cells, a knowledge structure, or a data structure. The knowledgebase may be stored in the memory unit. The learning the first stream of collections of object representations correlated with the first one or more instruction sets for operating the avatar of the application and the learning the second stream of collections of object representations correlated with the second one or more instruction sets for operating the avatar of the application may include creating a connection between the first node and the second node.

US 10,607,134 B1

41

42

The learning the first stream of collections of object representations correlated with the first one or more instruction sets for operating the avatar of the application and the learning the second stream of collections of object representations correlated with the second one or more instruction sets for operating the avatar of the application may include updating a connection between the first node and the second node. In further embodiments, the first stream of collections of object representations correlated with the first one or more instruction sets for operating the avatar of the application is stored into a first node of a neural network and the second stream of collections of object representations correlated with the second one or more instruction sets for operating the avatar of the application is stored into a second node of the neural network. The first node and the second node may be connected by a connection. The first node may be part of a first layer of the neural network and the second node may be part of a second layer of the neural network. In further embodiments, the first stream of collections of object representations correlated with the first one or more instruction sets for operating the avatar of the application is stored into a first node of a graph and the second stream of collections of object representations correlated with the second one or more instruction sets for operating the avatar of the application is stored into a second node of the graph. The first node and the second node may be connected by a connection. In further embodiments, the first stream of collections of object representations correlated with the first one or more instruction sets for operating the avatar of the application is stored into a first node of a sequence and the second stream of collections of object representations correlated with the second one or more instruction sets for operating the avatar of the application is stored into a second node of the sequence.

In some aspects, the disclosure relates to a non-transitory computer storage medium having a computer program stored thereon, the program including instructions that when executed by one or more processor circuits cause the one or more processor circuits to perform operations comprising: receiving a first stream of collections of object representations, the first stream of collections of object representations including one or more object representations representing one or more objects of an application. The operations may further comprise: receiving a first one or more instruction sets for operating an avatar of the application. The operations may further comprise: learning the first stream of collections of object representations correlated with the first one or more instruction sets for operating the avatar of the application. The operations may further comprise: receiving a new stream of collections of object representations, the new stream of collections of object representations including one or more object representations representing one or more objects of the application. The operations may further comprise: anticipating the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations based on at least a partial match between the new stream of collections of object representations and the first stream of collections of object representations. The operations may further comprise: causing an execution of the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations, the causing performed in response to the anticipating the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations based on at least a partial match between the new stream of collections

of object representations and the first stream of collections of object representations, wherein the avatar of the application performs one or more operations defined by the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations.

In certain embodiments, the receiving the first one or more instruction sets for operating the avatar of the application includes receiving the first one or more instruction sets for operating the avatar of the application from the one or more processor circuits or from another one or more processor circuits. In further embodiments, the execution of the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations is performed by the one or more processor circuits or by another one or more processor circuits.

In some aspects, the disclosure relates to a method comprising: (a) receiving a first stream of collections of object representations by a processor circuit, the first stream of collections of object representations including one or more object representations representing one or more objects of an application. The method may further comprise: (b) receiving a first one or more instruction sets for operating an avatar of the application by the processor circuit. The method may further comprise: (c) learning the first stream of collections of object representations correlated with the first one or more instruction sets for operating the avatar of the application, the learning of (c) performed by the processor circuit. The method may further comprise: (d) receiving a new stream of collections of object representations by the processor circuit, the new stream of collections of object representations including one or more object representations representing one or more objects of the application. The method may further comprise: (e) anticipating the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations based on at least a partial match between the new stream of collections of object representations and the first stream of collections of object representations, the anticipating of (e) performed by the processor circuit. The method may further comprise: (f) executing the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations, the executing of (f) performed in response to the anticipating of (e). The method may further comprise: (g) performing, by the avatar of the application, one or more operations defined by the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations.

In some embodiments, the receiving of (b) includes receiving the first one or more instruction sets for operating the avatar of the application from the processor circuit or from another processor circuit. In further embodiments, the executing of (f) is performed by the processor circuit or by another processor circuit.

The aforementioned system, the non-transitory computer storage medium, and/or the method may include any elements, operations, steps, and embodiments of the above described systems, non-transitory computer storage media, and/or methods as applicable as well as the following embodiments.

In certain embodiments, the learning the first stream of collections of object representations correlated with the first one or more instruction sets for operating the avatar of the application includes storing the first stream of collections of

US 10,607,134 B1

43

object representations correlated with the first one or more instruction sets for operating the avatar of the application into the memory unit, the memory unit comprising a plurality of streams of collections of object representations correlated with one or more instruction sets for operating the avatar of the application.

In some embodiments, the executing the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations includes executing the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations instead of or prior to an instruction set that would have been executed next. In further embodiments, the executing the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations includes modifying one or more instruction sets of a processor circuit. In further embodiments, the executing the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations includes modifying a register or an element of a processor circuit. In further embodiments, the executing the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations includes inserting the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations into a register or an element of a processor circuit. In further embodiments, the executing the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations includes redirecting a processor circuit to the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations. In further embodiments, the executing the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations includes redirecting a processor circuit to one or more alternate instruction sets, the alternate instruction sets comprising the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations. In further embodiments, the executing the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations includes transmitting, to a processor circuit for execution, the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations. In further embodiments, the executing the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations includes issuing an interrupt to a processor circuit and executing the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations following the interrupt. In further embodiments, the executing the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations includes causing the application to execute the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations. In further embodiments, the executing the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations includes

44

modifying one or more instruction sets of the application. In further embodiments, the executing the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations includes modifying the application. In further embodiments, the executing the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations includes redirecting the application to the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations. In further embodiments, the executing the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations includes redirecting the application to one or more alternate instruction sets, the alternate instruction sets comprising the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations. In further embodiments, the executing the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations includes causing the avatar of the application to execute the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations. In further embodiments, the executing the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations includes modifying one or more instruction sets of the avatar of the application. In further embodiments, the executing the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations includes modifying the avatar of the application. In further embodiments, the executing the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations includes redirecting the avatar of the application to the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations. In further embodiments, the executing the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations includes redirecting the avatar of the application to one or more alternate instruction sets, the alternate instruction sets comprising the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations. In further embodiments, the executing the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations includes modifying a source code, a bytecode, an intermediate code, a compiled code, an interpreted code, a translated code, a runtime code, an assembly code, or a machine code. In further embodiments, the executing the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations includes modifying at least one of: a memory unit, a register of a processor circuit, a storage, or a repository where instruction sets are stored or used. In further embodiments, the executing the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations includes modifying at least one of: an element of a processor circuit, an element of the application, an element of the avatar of the application,

US 10,607,134 B1

45

a virtual machine, a runtime engine, an operating system, an execution stack, a program counter, or a user input. In further embodiments, the executing the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations includes modifying one or more instruction sets at a source code write time, a compile time, an interpretation time, a translation time, a linking time, a loading time, or a runtime. In further embodiments, the executing the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations includes modifying one or more code segments, lines of code, statements, instructions, functions, routines, subroutines, or basic blocks. In further embodiments, the executing the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations includes a manual, an automatic, a dynamic, or a just in time (JIT) instrumentation of the application. In further embodiments, the executing the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations includes a manual, an automatic, a dynamic, or a just in time (JIT) instrumentation of the avatar of the application. In further embodiments, the executing the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations includes utilizing one or more of a .NET tool, a .NET application programming interface (API), a Java tool, a Java API, an operating system tool, or an independent tool for modifying instruction sets. In further embodiments, the executing the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations includes utilizing at least one of: a dynamic, an interpreted, or a scripting programming language. In further embodiments, the executing the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations includes utilizing at least one of: a dynamic code, a dynamic class loading, or a reflection. In further embodiments, the executing the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations includes utilizing an assembly language. In further embodiments, the executing the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations includes utilizing at least one of: a metaprogramming, a self-modifying code, or an instruction set modification tool. In further embodiments, the executing the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations includes utilizing at least one of: just in time (JIT) compiling, JIT interpretation, JIT translation, dynamic recompiling, or binary rewriting. In further embodiments, the executing the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations includes utilizing at least one of: a dynamic expression creation, a dynamic expression execution, a dynamic function creation, or a dynamic function execution. In further embodiments, the executing the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations includes adding or inserting additional code into a code of the application. In further embodiments, the executing the first one or more instruction sets for operating the avatar of

46

the application correlated with the first stream of collections of object representations includes at least one of: modifying, removing, rewriting, or overwriting a code of the application. In further embodiments, the executing the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations includes at least one of: branching, redirecting, extending, or hot swapping a code of the application. In further embodiments, the executing the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations includes adding or inserting additional code into a code of the avatar of the application. In further embodiments, the executing the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations includes at least one of modifying, removing, rewriting, or overwriting a code of the avatar of the application. In further embodiments, the executing the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations includes at least one of: branching, redirecting, extending, or hot swapping a code of the avatar of the application. In further embodiments, the executing the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations includes implementing a user's knowledge, style, or methodology of operating the avatar of the application in a circumstance. In further embodiments, the executing the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations includes executing the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations via an interface. The interface may include a modification interface.

In certain embodiments, the operations of the non-transitory computer storage medium and/or the method further comprise: receiving at least one extra information. In some embodiments, the operations of the non-transitory computer storage medium and/or the method further comprise: learning the first stream of collections of object representations correlated with the at least one extra information. In certain embodiments, the operations of the non-transitory computer storage medium and/or the method further comprise: presenting, via a user interface, a user with an option to execute the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations. In some embodiments, the operations of the non-transitory computer storage medium and/or the method further comprise: receiving, via a user interface, a user's selection to execute the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations. In certain embodiments, the operations of the non-transitory computer storage medium and/or the method further comprise: rating the executed first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations. In some embodiments, the operations of the non-transitory computer storage medium and/or the method further comprise: presenting, via a user interface, a user with an option to cancel the execution of the executed first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations. In certain embodiments, the operations of the non-transitory computer storage medium and/or the

47
48

method further comprise: receiving, via an input device, a user's operating directions, the user's operating directions for instructing the processor circuit, the application, or the avatar of the application on how to operate the avatar of the application. In some embodiments, the operations of the non-transitory computer storage medium and/or the method further comprise: receiving a second stream of collections of object representations, the second stream of collections of object representations including one or more object representations representing one or more objects of the application; receiving a second one or more instruction sets for operating the avatar of the application; and learning the second stream of collections of object representations correlated with the second one or more instruction sets for operating the avatar of the application.

The aforementioned system, the non-transitory computer storage medium, and/or the method may include any elements, operations, steps, and embodiments of the above described systems, non-transitory computer storage media, and/or methods as applicable as well as the following embodiments.

In some aspects, the disclosure relates to a system for learning an avatar's circumstances for autonomous avatar operating. The system may be implemented at least in part on one or more computing devices. In some embodiments, the system comprises: a processor circuit configured to execute instruction sets of an application. The system may further comprise: a memory unit configured to store data. The system may further comprise: an artificial intelligence unit. The artificial intelligence unit may be configured to: receive a first stream of collections of object representations, the first stream of collections of object representations including one or more object representations representing one or more objects of the application. The artificial intelligence unit may be further configured to: receive a first one or more instruction sets for operating an avatar of the application. The artificial intelligence unit may be further configured to: learn the first stream of collections of object representations correlated with the first one or more instruction sets for operating the avatar of the application.

In some aspects, the disclosure relates to a non-transitory computer storage medium having a computer program stored thereon, the program including instructions that when executed by one or more processor circuits cause the one or more processor circuits to perform operations comprising: receiving a first stream of collections of object representations, the first stream of collections of object representations including one or more object representations representing one or more objects of an application. The operations may further comprise: receiving a first one or more instruction sets for operating an avatar of the application. The operations may further comprise: learning the first stream of collections of object representations correlated with the first one or more instruction sets for operating the avatar of the application.

In some aspects, the disclosure relates to a method comprising: (a) receiving a first stream of collections of object representations by a processor circuit, the first stream of collections of object representations including one or more object representations representing one or more objects of an application. The method may further comprise: (b) receiving a first one or more instruction sets for operating an avatar of the application by the processor circuit. The method may further comprise: (c) learning the first stream of collections of object representations correlated with the first one or more instruction sets for operating the avatar of the application, the learning of (c) performed by the processor circuit.

The aforementioned system, the non-transitory computer storage medium, and/or the method may include any elements, operations, steps, and embodiments of the above described systems, non-transitory computer storage media, and/or methods as applicable as well as the following embodiments.

In some aspects, the disclosure relates to a system for using an avatar's circumstances for autonomous avatar operating. The system may be implemented at least in part on one or more computing devices. In some embodiments, the system comprises: a processor circuit configured to execute instruction sets of an application. The system may further comprise: a memory unit configured to store data. The system may further comprise: an artificial intelligence unit. The artificial intelligence unit may be configured to: access the memory unit that comprises a plurality of streams of collections of object representations correlated with one or more instruction sets for operating an avatar of the application, the plurality of streams of collections of object representations correlated with one or more instruction sets for operating the avatar of the application including a first stream of collections of object representations correlated with a first one or more instruction sets for operating the avatar of the application. The artificial intelligence unit may be further configured to: receive a new stream of collections of object representations, the new stream of collections of object representations including one or more object representations representing one or more objects of the application. The artificial intelligence unit may be further configured to: anticipate the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations based on at least a partial match between the new stream of collections of object representations and the first stream of collections of object representations. The artificial intelligence unit may be further configured to: cause the processor circuit to execute the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations, the causing performed in response to the anticipating of the artificial intelligence unit, wherein the avatar of the application performs one or more operations defined by the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations.

In some aspects, the disclosure relates to a non-transitory computer storage medium having a computer program stored thereon, the program including instructions that when executed by one or more processor circuits cause the one or more processor circuits to perform operations comprising: accessing a memory unit that comprises a plurality of streams of collections of object representations correlated with one or more instruction sets for operating an avatar of an application, the plurality of streams of collections of object representations correlated with one or more instruction sets for operating the avatar of the application including a first stream of collections of object representations correlated with a first one or more instruction sets for operating the avatar of the application. The operations may further comprise: receiving a new stream of collections of object representations, the new stream of collections of object representations including one or more object representations representing one or more objects of the application. The operations may further comprise: anticipating the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations based on at least a partial match between the

US 10,607,134 B1

49 50

new stream of collections of object representations and the first stream of collections of object representations. The operations may further comprise: causing an execution of the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations, the causing performed in response to the anticipating the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations based on at least a partial match between the new stream of collections of object representations and the first stream of collections of object representations, wherein the avatar of the application performs one or more operations defined by the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations.

In some aspects, the disclosure relates to a method comprising: (a) accessing a memory unit that comprises a plurality of streams of collections of object representations correlated with one or more instruction sets for operating an avatar of an application, the plurality of streams of collections of object representations correlated with one or more instruction sets for operating the avatar of the application including a first stream of collections of object representations correlated with a first one or more instruction sets for operating the avatar of the application, the accessing of (a) performed by a processor circuit. The method may further comprise: (b) receiving a new stream of collections of object representations by the processor circuit, the new stream of collections of object representations including one or more object representations representing one or more objects of the application. The method may further comprise: (c) anticipating the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations based on at least a partial match between the new stream of collections of object representations and the first stream of collections of object representations, the anticipating of (c) performed by the processor circuit. The method may further comprise: (d) executing the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations, the executing of (d) performed in response to the anticipating of (c). The method may further comprise: (e) performing, by the avatar of the application, one or more operations defined by the first one or more instruction sets for operating the avatar of the application correlated with the first stream of collections of object representations.

The aforementioned system, the non-transitory computer storage medium, and/or the method may include any elements, operations, steps, and embodiments of the above described systems, non-transitory computer storage media, and/or methods as applicable as well as the following embodiments.

In some aspects, the disclosure relates to a system for learning and using an application's circumstances for autonomous application operating. The system may be implemented at least in part on one or more computing devices. In some embodiments, the system comprises: a processor circuit configured to execute instruction sets of an application. The system may further comprise: a memory unit configured to store data. The system may further comprise: an artificial intelligence unit. The artificial intelligence unit may be configured to: receive a first collection of object representations, the first collection of object representations including one or more object representations representing one or more objects of the application. The

artificial intelligence unit may be further configured to: receive a first one or more instruction sets for operating the application. The artificial intelligence unit may be further configured to: learn the first collection of object representations correlated with the first one or more instruction sets for operating the application. The artificial intelligence unit may be further configured to: receive a new collection of object representations, the new collection of object representations including one or more object representations representing one or more objects of the application. The artificial intelligence unit may be further configured to: anticipate the first one or more instruction sets for operating the application correlated with the first collection of object representations based on at least a partial match between the new collection of object representations and the first collection of object representations. The artificial intelligence unit may be further configured to: cause the processor circuit to execute the first one or more instruction sets for operating the application correlated with the first collection of object representations, the causing performed in response to the anticipating of the artificial intelligence unit, wherein the application performs one or more operations defined by the first one or more instruction sets for operating the application correlated with the first collection of object representations.

In certain embodiments, the first collection of object representations includes a unit of knowledge of the application's circumstance at a first time. In further embodiments, an application's circumstance includes one or more objects of the application.

In some embodiments, the first one or more instruction sets for operating the application include one or more instruction sets executed in operating the application. In further embodiments, the receiving the first one or more instruction sets for operating the application includes at least one of: tracing, profiling, or instrumentation of the application.

In certain embodiments, the first collection of object representations correlated with the first one or more instruction sets for operating the application include a unit of knowledge of how the application operated in a circumstance. In further embodiments, the leaning the first collection of object representations correlated with the first one or more instruction sets for operating the application includes learning a user's knowledge, style, or methodology of operating the application in a circumstance.

In some embodiments, the learning the first collection of object representations correlated with the first one or more instruction sets for operating the application includes storing the first collection of object representations correlated with the first one or more instruction sets for operating the application into the memory unit, the memory unit comprising a plurality of collections of object representations correlated with one or more instruction sets for operating the application. The plurality of collections of object representations correlated with one or more instruction sets for operating the application may include a neural network, a graph, a collection of sequences, a sequence, a collection of knowledge cells, a knowledgebase, a knowledge structure, or a data structure.

In certain embodiments, the causing the processor circuit to execute the first one or more instruction sets for operating the application correlated with the first collection of object representations includes causing the application to execute the first one or more instruction sets for operating the application correlated with the first collection of object representations. In further embodiments, the causing the

US 10,607,134 B1

51

processor circuit to execute the first one or more instruction sets for operating the application correlated with the first collection of object representations includes implementing a user's knowledge, style, or methodology of operating the application in a circumstance.

In some embodiments, the artificial intelligence unit is further configured to: receive a second collection of object representations, the second collection of object representations including one or more object representations representing one or more objects of the application; receive a second one or more instruction sets for operating the application; and learn the second collection of object representations correlated with the second one or more instruction sets for operating the application. In further embodiments, the learning the first collection of object representations correlated with the first one or more instruction sets for operating the application includes storing the first collection of object representations correlated with the first one or more instruction sets for operating the application into a first node of a knowledgebase, and wherein the learning the second collection of object representations correlated with the second one or more instruction sets for operating the application includes storing the second collection of object representations correlated with the second one or more instruction sets for operating the application into a second node of the knowledgebase. The knowledgebase may include a neural network, a graph, a collection of sequences, a sequence, a collection of knowledge cells, a knowledge structure, or a data structure.

In some aspects, the disclosure relates to a non-transitory computer storage medium having a computer program stored thereon, the program including instructions that when executed by one or more processor circuits cause the one or more processor circuits to perform operations comprising: receiving a first collection of object representations, the first collection of object representations including one or more object representations representing one or more objects of an application. The operations may further comprise: receiving a first one or more instruction sets for operating the application. The operations may further comprise: learning the first collection of object representations correlated with the first one or more instruction sets for operating the application. The operations may further comprise: receiving a new collection of object representations, the new collection of object representations including one or more object representations representing one or more objects of the application. The operations may further comprise: anticipating the first one or more instruction sets for operating the application correlated with the first collection of object representations based on at least a partial match between the new collection of object representations and the first collection of object representations. The operations may further comprise: causing an execution of the first one or more instruction sets for operating the application correlated with the first collection of object representations, the causing performed in response to the anticipating the first one or more instruction sets for operating the application correlated with the first collection of object representations based on at least a partial match between the new collection of object representations and the first collection of object representations, wherein the application performs one or more operations defined by the first one or more instruction sets for operating the application correlated with the first collection of object representations.

In some embodiments, the receiving the first one or more instruction sets for operating the application includes receiving the first one or more instruction sets for operating the

52

application from the one or more processor circuits or from another one or more processor circuits. In further embodiments, the execution of the first one or more instruction sets for operating the application correlated with the first collection of object representations is performed by the one or more processor circuits or by another one or more processor circuits.

In some aspects, the disclosure relates to a method comprising: (a) receiving a first collection of object representations by a processor circuit, the first collection of object representations including one or more object representations representing one or more objects of an application. The method may further comprise: (b) receiving a first one or more instruction sets for operating an application by the processor circuit. The method may further comprise: (c) learning the first collection of object representations correlated with the first one or more instruction sets for operating the application, the learning of (c) performed by the processor circuit. The method may further comprise: (d) receiving a new collection of object representations by the processor circuit, the new collection of object representations including one or more object representations representing one or more objects of the application. The method may further comprise: (e) anticipating the first one or more instruction sets for operating the application correlated with the first collection of object representations based on at least a partial match between the new collection of object representations and the first collection of object representations, the anticipating of (e) performed by the processor circuit. The method may further comprise: (f) executing the first one or more instruction sets for operating the application correlated with the first collection of object representations, the executing of (f) performed in response to the anticipating of (e). The method may further comprise: (g) performing, by the application, one or more operations defined by the first one or more instruction sets for operating the application correlated with the first collection of object representations.

In certain embodiments, the receiving of (b) includes receiving the first one or more instruction sets for operating the application from the processor circuit or from another processor circuit. In further embodiments, the executing of (f) is performed by the processor circuit or by another processor circuit.

The aforementioned system, the non-transitory computer storage medium, and/or the method may include any elements, operations, steps, and embodiments of the above described systems, non-transitory computer storage media, and/or methods as applicable as well as the following embodiments.

In some aspects, the disclosure relates to a system for learning and using an application's circumstances for autonomous application operating. The system may be implemented at least in part on one or more computing devices. In some embodiments, the system comprises: a processor circuit configured to execute instruction sets of an application. The system may further comprise: a memory unit configured to store data. The system may further comprise: an artificial intelligence unit. The artificial intelligence unit may be configured to: receive a first stream of collections of object representations, the first stream of collections of object representations including one or more object representations representing one or more objects of the application. The artificial intelligence unit may be further configured to: receive a first one or more instruction sets for operating the application. The artificial intelligence unit may be further configured to: learn the first stream of collections of object representations correlated with the first one or

US 10,607,134 B1

53

54

more instruction sets for operating the application. The artificial intelligence unit may be further configured to: receive a new stream of collections of object representations, the new stream of collections of object representations including one or more object representations representing one or more objects of the application. The artificial intelligence unit may be further configured to: anticipate the first one or more instruction sets for operating the application correlated with the first stream of collections of object representations based on at least a partial match between the new stream of collections of object representations and the first stream of collections of object representations. The artificial intelligence unit may be further configured to: cause the processor circuit to execute the first one or more instruction sets for operating the application correlated with the first stream of collections of object representations, the causing performed in response to the anticipating of the artificial intelligence unit, wherein the application performs one or more operations defined by the first one or more instruction sets for operating the application correlated with the first stream of collections of object representations.

In some embodiments, the first stream of collections of object representations includes a unit of knowledge of the application's circumstance over a first time period. In further embodiments, an application's circumstance includes one or more objects of the application.

In certain embodiments, the first stream of collections of object representations correlated with the first one or more instruction sets for operating the application include a unit of knowledge of how the application operated in a circumstance. In further embodiments, the learning the first stream of collections of object representations correlated with the first one or more instruction sets for operating the application includes learning a user's knowledge, style, or methodology of operating the application in a circumstance.

In some embodiments, the learning the first stream of collections of object representations correlated with the first one or more instruction sets for operating the application includes storing the first stream of collections of object representations correlated with the first one or more instruction sets for operating the application into the memory unit, the memory unit comprising a plurality of streams of collections of object representations correlated with one or more instruction sets for operating the application. The plurality of streams of collections of object representations correlated with one or more instruction sets for operating the application may include a neural network, a graph, a collection of sequences, a sequence, a collection of knowledge cells, a knowledgebase, a knowledge structure, or a data structure.

In certain embodiments, the causing the processor circuit to execute the first one or more instruction sets for operating the application correlated with the first stream of collections of object representations includes causing the application to execute the first one or more instruction sets for operating the application correlated with the first stream of collections of object representations. In further embodiments, the causing the processor circuit to execute the first one or more instruction sets for operating the application correlated with the first stream of collections of object representations includes implementing a user's knowledge, style, or methodology of operating the application in a circumstance.

In some embodiments, the artificial intelligence unit is further configured to: receive a second stream of collections of object representations, the second stream of collections of object representations including one or more object representations representing one or more objects of the applica-

tion; receive a second one or more instruction sets for operating the application; and learn the second stream of collections of object representations correlated with the second one or more instruction sets for operating the application. In further embodiments, the learning the first stream of collections of object representations correlated with the first one or more instruction sets for operating the application includes storing the first stream of collections of object representations correlated with the first one or more instruction sets for operating the application into a first node of a knowledgebase, and wherein the learning the second stream of collections of object representations correlated with the second one or more instruction sets for operating the application includes storing the second stream of collections of object representations correlated with the second one or more instruction sets for operating the application into a second node of the knowledgebase. The knowledgebase may include a neural network, a graph, a collection of sequences, a sequence, a collection of knowledge cells, a knowledge structure, or a data structure.

In some aspects, the disclosure relates to a non-transitory computer storage medium having a computer program stored thereon, the program including instructions that when executed by one or more processor circuits cause the one or more processor circuits to perform operations comprising: receiving a first stream of collections of object representations, the first stream of collections of object representations including one or more object representations representing one or more objects of an application. The operations may further comprise: receiving a first one or more instruction sets for operating the application. The operations may further comprise: learning the first stream of collections of object representations correlated with the first one or more instruction sets for operating the application. The operations may further comprise: receiving a new stream of collections of object representations, the new stream of collections of object representations including one or more object representations representing one or more objects of the application. The operations may further comprise: anticipating the first one or more instruction sets for operating the application correlated with the first stream of collections of object representations based on at least a partial match between the new stream of collections of object representations and the first stream of collections of object representations. The operations may further comprise: causing an execution of the first one or more instruction sets for operating the application correlated with the first stream of collections of object representations, the causing performed in response to the anticipating the first one or more instruction sets for operating the application correlated with the first stream of collections of object representations based on at least a partial match between the new stream of collections of object representations and the first stream of collections of object representations, wherein the application performs one or more operations defined by the first one or more instruction sets for operating the application correlated with the first stream of collections of object representations.

In certain embodiments, the receiving the first one or more instruction sets for operating the application includes receiving the first one or more instruction sets for operating the application from the one or more processor circuits or from another one or more processor circuits. In further embodiments, the execution of the first one or more instruction sets for operating the application correlated with the first stream of collections of object representations is performed by the one or more processor circuits or by another one or more processor circuits.

US 10,607,134 B1

55

In some aspects, the disclosure relates to a method comprising: (a) receiving a first stream of collections of object representations by a processor circuit, the first stream of collections of object representations including one or more object representations representing one or more objects of an application. The method may further comprise: (b) receiving a first one or more instruction sets for operating the application by the processor circuit. The method may further comprise: (c) learning the first stream of collections of object representations correlated with the first one or more instruction sets for operating the application, the learning of (c) performed by the processor circuit. The method may further comprise: (d) receiving a new stream of collections of object representations by the processor circuit, the new stream of collections of object representations including one or more object representations representing one or more objects of the application. The method may further comprise: (e) anticipating the first one or more instruction sets for operating the application correlated with the new stream of collections of object representations based on at least a partial match between the new stream of collections of object representations and the first stream of collections of object representations, the anticipating of (e) performed by the processor circuit. The method may further comprise: (f) executing the first one or more instruction sets for operating the application correlated with the first stream of collections of object representations, the executing of (f) performed in response to the anticipating of (e). The method may further comprise: (g) performing, by the application, one or more operations defined by the first one or more instruction sets for operating the application correlated with the first stream of collections of object representations.

In some embodiments, the receiving of (b) includes receiving the first one or more instruction sets for operating the application from the processor circuit or from another processor circuit. In further embodiments, the executing of (f) is performed by the processor circuit or by another processor circuit.

The aforementioned system, the non-transitory computer storage medium, and/or the method may include any elements, operations, steps, and embodiments of the above described systems, non-transitory computer storage media, and/or methods as applicable as well as the following embodiments.

Other features and advantages of the disclosure will become apparent from the following description, including the claims and drawings.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** illustrates a block diagram of Computing Device **70** that can provide processing capabilities used in some of the disclosed embodiments.

FIG. **2** illustrates an embodiment of Computing Device **70** comprising Unit for Learning and/or Using an Avatar's Circumstances for Autonomous Avatar Operation (ACAAO Unit **100**).

FIG. **3** illustrates an embodiment of utilizing Picture Renderer **91** and Picture Recognizer **92**.

FIG. **4** illustrates an embodiment of utilizing Sound Renderer **96** and Sound Recognizer **97**.

FIGS. **5A**-**5**B, illustrate an exemplary embodiment of Objects **615** in Avatar's **605** surrounding, and resulting Collection of Object Representations **525**

FIG. **6** illustrates some embodiments of obtaining instruction sets, data, and/or other information through tracing,

56

profiling, or sampling of Processor **11** registers, memory, or other computing system components.

FIGS. **7A**-**7**E illustrate some embodiments of Instruction Sets **526**.

FIGS. **8A**-**8**B illustrate some embodiments of Extra Information **527**.

FIG. **9** illustrates an embodiment where ACAAO Unit **100** is part of or operating on Processor **11**.

FIG. **10** illustrates an embodiment where ACAAO Unit **100** resides on Server **96** accessible over Network **95**.

FIG. **11** illustrates an embodiment of Artificial Intelligence Unit **110**.

FIG. **12** illustrates an embodiment of Knowledge Structuring Unit **520** correlating individual Collections of Object Representations **525** with any Instruction Sets **526** and/or Extra Info **527**.

FIG. **13** illustrates another embodiment of Knowledge Structuring Unit **520** correlating individual Collections of Object Representations **525** with any Instruction Sets **526** and/or Extra Info **527**.

FIG. **14** illustrates an embodiment of Knowledge Structuring Unit **520** correlating streams of Collections of Object Representations **525** with any Instruction Sets **526** and/or Extra Info **527**.

FIG. **15** illustrates another embodiment of Knowledge Structuring Unit **520** correlating streams of Collections of Object Representations **525** with any Instruction Sets **526** and/or Extra Info **527**.

FIG. **16** illustrates various artificial intelligence methods, systems, and/or models that can be utilized in ACAAO Unit **100** embodiments.

FIGS. **17A**-**17**C illustrate embodiments of interconnected Knowledge Cells **800** and updating weights of Connections **853**.

FIG. **18** illustrates an embodiment of learning Knowledge Cells **800** comprising one or more Collections of Object Representations **525** correlated with any Instruction Sets **526** and/or Extra Info **527** using Collection of Knowledge Cells **530**d.

FIG. **19** illustrates an embodiment of learning Knowledge Cells **800** comprising one or more Collections of Object Representations **525** correlated with any Instruction Sets **526** and/or Extra Info **527** using Neural Network **530**a.

FIG. **20** illustrates an embodiment of learning Knowledge Cells **800** comprising one or more Collections of Object Representations **525** correlated with any Instruction Sets **526** and/or Extra Info **527** using Neural Network **530**a comprising shortcut Connections **853**.

FIG. **21** illustrates an embodiment of learning Knowledge Cells **800** comprising one or more Collections of Object Representations **525** correlated with any Instruction Sets **526** and/or Extra Info **527** using Graph **530**b.

FIG. **22** illustrates an embodiment of learning Knowledge Cells **800** comprising one or more Collections of Object Representations **525** correlated with any Instruction Sets **526** and/or Extra Info **527** using Collection of Sequences **530**c.

FIG. **23** illustrates an embodiment of determining anticipatory Instruction Sets **526** from a single Knowledge Cell **800**.

FIG. **24** illustrates an embodiment of determining anticipatory Instruction Sets **526** by traversing a single Knowledge Cell **800**.

FIG. **25** illustrates an embodiment of determining anticipatory Instruction Sets **526** using collective similarity comparisons.

FIG. **26** illustrates an embodiment of determining anticipatory Instruction Sets **526** using Neural Network **530**a.

US 10,607,134 B1

57

FIG. 27 illustrates an embodiment of determining anticipatory Instruction Sets 526 using Graph 530*b*.

FIG. 28 illustrates an embodiment of determining anticipatory Instruction Sets 526 using Collection of Sequences 530*c*.

FIG. 29 illustrates some embodiments of modifying execution and/or functionality of Avatar 605 and/or Application Program 18 through modification of Processor 11 registers, memory, or other computing system components.

FIG. 30 illustrates a flow chart diagram of an embodiment of method 9100 for learning and/or using an avatar's circumstances for autonomous avatar operation.

FIG. 31 illustrates a flow chart diagram of an embodiment of method 9200 for learning and/or using an avatar's circumstances for autonomous avatar operation.

FIG. 32 illustrates a flow chart diagram of an embodiment of method 9300 for learning and/or using an avatar's circumstances for autonomous avatar operation.

FIG. 33 illustrates a flow chart diagram of an embodiment of method 9400 for learning and/or using an application's circumstances for autonomous application operation.

FIG. 34 illustrates a flow chart diagram of an embodiment of method 9500 for learning and/or using an application's circumstances for autonomous application operation.

FIG. 35 illustrates a flow chart diagram of an embodiment of method 9600 for learning and/or using an application's circumstances for autonomous application operation.

FIG. 36 illustrates an exemplary embodiment of Soldier 605*a* within 3D Computer Game 18*a*.

FIG. 37 illustrates an exemplary embodiment of Tank 605*b* within 2D Computer Game 18*b*.

FIG. 38 illustrates an exemplary embodiment of utilizing Area of Interest 450 around Tank 605*b*.

FIG. 39 illustrates an exemplary embodiment of multiple Avatars 605 within Computer Game 18*c*.

Like reference numerals in different figures indicate like elements. Horizontal or vertical " . . . " or other such indicia may be used to indicate additional instances of the same type of element. n, m, x, or other such letters or indicia represent integers or other sequential numbers that follow the sequence where they are indicated. It should be noted that n, m, x, or other such letters or indicia may represent different numbers in different elements even where the elements are depicted in the same figure. In general, n, m, x, or other such letters or indicia may follow the sequence and/or context where they are indicated. Any of these or other such letters or indicia may be used interchangeably depending on context and space available. The drawings are not necessarily to scale, with emphasis instead being placed upon illustrating the embodiments, principles, and concepts of the disclosure. A line or arrow between any of the disclosed elements comprises an interface that enables the coupling, connection, and/or interaction between the elements.

DETAILED DESCRIPTION

The disclosed artificially intelligent devices, systems, and methods for learning and/or using an avatar's circumstances for autonomous avatar operation comprise apparatuses, systems, methods, features, functionalities, and/or applications that enable learning an avatar's circumstances including objects with various properties along with correlated instruction sets for operating the avatar, storing this knowledge in a knowledgebase (i.e. neural network, graph, sequences, etc.), and/or operating an avatar autonomously. The disclosed artificially intelligent devices, systems, and methods for learning and/or using an avatar's circumstances for

58

autonomous avatar operation, any of their elements, any of their embodiments, or a combination thereof can generally be referred to as ACAAO, ACAAO Unit, or as other suitable name or reference.

Referring now to FIG. 1, an embodiment is illustrated of Computing Device 70 (also referred to simply as computing device, computing system, or other suitable name or reference, etc.) that can provide processing capabilities used in some embodiments of the forthcoming disclosure. Later described devices, systems, and methods, in combination with processing capabilities of Computing Device 70, enable learning and/or using an avatar's circumstances for autonomous avatar operation and/or other functionalities described herein. Various embodiments of the disclosed devices, systems, and methods include hardware, functions, logic, programs, and/or a combination thereof that can be implemented using any type or form of computing, computing enabled, or other device or system such as a mobile device, a computer, a computing enabled telephone, a server, a gaming device, a television device, a digital camera, a GPS receiver, a media player, an embedded device, a supercomputer, a wearable device, an implantable device, a cloud, or any other type or form of computing, computing enabled, or other device or system capable of performing the operations described herein.

In some designs, Computing Device 70 comprises hardware, processing techniques or capabilities, programs, or a combination thereof. Computing Device 70 includes one or more central processing units, which may also be referred to as processors 11. Processor 11 includes one or more memory ports 10 and/or one or more input-output ports, also referred to as I/O ports 15, such as I/O ports 15A and 15B. Processor 11 may be special or general purpose. Computing Device 70 may further include memory 12, which can be connected to the remainder of the components of Computing Device 70 via bus 5. Memory 12 can be connected to processor 11 via memory port 10. Computing Device 70 may also include display device 21 such as a monitor, projector, glasses, and/or other display device. Computing Device 70 may also include Human-machine Interface 23 such as a keyboard, a pointing device, a mouse, a touchscreen, a joystick, a remote controller, and/or other input device. In some implementations, Human-machine Interface 23 can be connected with bus 5 or directly connected with specific elements of Computing Device 70. Computing Device 70 may include additional elements such as one or more input/output devices 13. Processor 11 may include or be interfaced with cache memory 14. Storage 27 may include memory, which provides an operating system 17 (i.e. also referred to as OS 17, etc.), additional application programs 18, and/or data space 19 in which additional data or information can be stored. Alternative memory device 16 can be connected to the remaining components of Computing Device 70 via bus 5. Network interface 25 can also be connected with bus 5 and be used to communicate with external computing devices via a network. Some or all described elements of Computing Device 70 can be directly or operatively connected or coupled with each other using any other connection means known in art. Other additional elements may be included as needed, or some of the disclosed ones may be excluded, or a combination thereof may be utilized in alternate implementations of Computing Device 70.

Processor 11 includes one or more circuits or devices that can execute instructions fetched from memory 12 and/or other element. Processor 11 may include any combination of hardware and/or processing techniques or capabilities for executing or implementing logic functions or programs.

US 10,607,134 B1

59

Processor **11** may include a single core or a multi core processor. Processor **11** includes the functionality for loading operating system **17** and operating any application programs **18** thereon. In some embodiments, Processor **11** can be provided in a microprocessing or a processing unit, such as, for example, Snapdragon processor produced by Qualcomm Inc., processor by Intel Corporation of Mountain View, Calif., processor manufactured by Motorola Corporation of Schaumburg, Ill.; processor manufactured by Transmeta Corporation of Santa Clara, Calif.; processor manufactured by International Business Machines of White Plains, N.Y.; processor manufactured by Advanced Micro Devices of Sunnyvale, Calif., or any computing circuit or device for performing similar functions. In other embodiments, processor **11** can be provided in a graphics processing unit (GPU), visual processing unit (VPU), or other highly parallel processing circuit or device such as, for example, nVidia GeForce line of GPUs, AMD Radeon line of GPUs, and/or others. Such GPUs or other highly parallel processing circuits or devices may provide superior performance in processing operations on neural networks, graphs, and/or other data structures. In further embodiments, processor **11** can be provided in a micro controller such as, for example, Texas instruments, Atmel, Microchip Technology, ARM, Silicon Labs, Intel, and/or other lines of micro controllers. In further embodiments, processor **11** can be provided in a quantum processor such as, for example, D-Wave Systems, Microsoft, Intel, IBM, Google, Toshiba, and/or other lines of quantum processors. In further embodiments, processor **11** can be provided in a biocomputer such as DNA-based computer, protein-based computer, molecule-based computer, and/or others. In further embodiments, processor **11** includes any circuit or device for performing logic operations. Processor **11** can be based on any of the aforementioned or other available processors capable of operating as described herein.

Computing Device **70** may include one or more of the aforementioned or other processors. In some designs, processor **11** can communicate with memory **12** via a system bus **5**. In other designs, processor **11** can communicate directly with memory **12** via a memory port **10**.

Memory **12** includes one or more circuits or devices capable of storing data. In some embodiments, Memory **12** can be provided in a semiconductor or electronic memory chip such as static random access memory (SRAM), Flash memory, Burst SRAM or SynchBurst SRAM (BSRAM), Dynamic random access memory (DRAM), Fast Page Mode DRAM (FPM DRAM), Enhanced DRAM (EDRAM), Extended Data Output RAM (EDO RAM), Extended Data Output DRAM (EDO DRAM), Burst Extended Data Output DRAM (BEDO DRAM), Enhanced DRAM (EDRAM), synchronous DRAM (SDRAM), JEDEC SRAM, PC100 SDRAM, Double Data Rate SDRAM (DDR SDRAM), Enhanced SDRAM (ESDRAM), SyncLink DRAM (SLDRAM), Direct Rambus DRAM (DRDRAM), Ferroelectric RAM (FRAM), and/or others. In other embodiments, Memory **12** includes any volatile memory. In general, Memory **12** can be based on any of the aforementioned or other available memories capable of operating as described herein.

Storage **27** includes one or more devices or mediums capable of storing data. In some embodiments, Storage **27** can be provided in a device or medium such as a hard drive, flash drive, optical disk, and/or others. In other embodiments, Storage **27** can be provided in a biological storage device such as DNA-based storage device, protein-based storage device, molecule-based storage device, and/or oth-

60

ers. In further embodiments, Storage **27** can be provided in an optical storage device such as holographic storage, and/or others. In further embodiments, Storage **27** may include any non-volatile memory. In general, Storage **27** can be based on any of the aforementioned or other available storage devices or mediums capable of operating as described herein. In some aspects, Storage **27** may include any features, functionalities, and embodiments of Memory **12**, and vice versa, as applicable.

Processor **11** can communicate directly with cache memory **14** via a connection means such as a secondary bus which may also sometimes be referred to as a backside bus. In some embodiments, processor **11** can communicate with cache memory **14** using the system bus **5**. Cache memory **14** may typically have a faster response time than main memory **12** and can include a type of memory which is considered faster than main memory **12** such as, for example, SRAM, BSRAM, or EDRAM. Cache memory includes any structure such as multilevel caches, for example. In some embodiments, processor **11** can communicate with one or more I/O devices **13** via a system bus **5**. Various busses can be used to connect processor **11** to any of the I/O devices **13** such as a VESA VL bus, an ISA bus, an EISA bus, a MicroChannel Architecture (MCA) bus, a PCI bus, a PCI-X bus, a PCI-Express bus, a NuBus, and/or others. In some embodiments, processor **11** can communicate directly with I/O device **13** via HyperTransport, Rapid I/O, or InfiniBand. In further embodiments, local busses and direct communication can be mixed. For example, processor **11** can communicate with an I/O device **13** using a local interconnect bus and communicate with another I/O device **13** directly. Similar configurations can be used for any other components described herein.

Computing Device **70** may further include alternative memory such as a SD memory slot, a USB memory stick, an optical drive such as a CD-ROM drive, a CD-R/RW drive, a DVD-ROM drive or a BlueRay disc, a hard-drive, and/or any other device comprising non-volatile memory suitable for storing data or installing application programs. Computing Device **70** may further include a storage device **27** comprising any type or form of non-volatile memory for storing an operating system (OS) such as any type or form of Windows OS, Mac OS, Unix OS, Linux OS, Android OS, iPhone OS, mobile version of Windows OS, an embedded OS, or any other OS that can operate on Computing Device **70**. Computing Device **70** may also include application programs **18**, and/or data space **19** for storing additional data or information. In some embodiments, alternative memory **16** can be used as or similar to storage device **27**. Additionally, OS **17** and/or application programs **18** can be operable from a bootable medium such as, for example, a flash drive, a micro SD card, a bootable CD or DVD, and/or bootable medium.

Application Program **18** (also referred to as program, computer program, application, script, code, or other suitable name or reference) comprises instructions that can provide functionality when executed by processor **11**. Application program **18** can be implemented in a high-level procedural or object-oriented programming language, or in a low-level machine or assembly language. Any language used can be compiled, interpreted, or translated into machine language. Application program **18** can be deployed in any form including as a stand-alone program or as a module, component, subroutine, or other unit suitable for use in a computing system. Application program **18** does not necessarily correspond to a file in a file system. A program can be stored in a portion of a file that may hold other programs or data, in a single file dedicated to the program, or in multiple

US 10,607,134 B1

61

files (i.e. files that store one or more modules, sub programs, or portions of code, etc.). Application Program **18** can be delivered in various forms such as, for example, executable file, library, script, plugin, addon, applet, interface, console application, web application, application service provider (ASP)-type application, operating system, and/or other forms. Application program **18** can be deployed to be executed on one computing device or on multiple computing devices (i.e. cloud, distributed, or parallel computing, etc.), or at one site or distributed across multiple sites interconnected by a network or an interface. Examples of Application Program **18** include a computer game, a virtual world application, a graphics application, a media application, a word processing application, a spreadsheet application, a database application, a web browser, a forms-based application, a global positioning system (GPS) application, a 2D application, a 3D application, an operating system, a factory automation application, a device control application, a vehicle control application, and/or other application or program.

Network interface **25** can be utilized for interfacing Computing Device **70** with other devices via a network through a variety of connections including telephone lines, wired or wireless connections, LAN or WAN links (i.e. 802.11, T1, T3, 56 kb, X.25, etc.), broadband connections (i.e. ISDN, Frame Relay, ATM, etc.), or a combination thereof. Examples of networks include the Internet, an intranet, an extranet, a local area network (LAN), a wide area network (WAN), a personal area network (PAN), a home area network (HAN), a campus area network (CAN), a metropolitan area network (MAN), a global area network (GAN), a storage area network (SAN), virtual network, a virtual private network (VPN), a Bluetooth network, a wireless network, a wireless LAN, a radio network, a HomePNA, a power line communication network, a G.hn network, an optical fiber network, an Ethernet network, an active networking network, a client-server network, a peer-to-peer network, a bus network, a star network, a ring network, a mesh network, a star-bus network, a tree network, a hierarchical topology network, and/or other networks. Network interface **25** may include a built-in network adapter, network interface card, PCMCIA network card, card bus network adapter, wireless network adapter, Bluetooth network adapter, WiFi network adapter, USB network adapter, modem, and/or any other device suitable for interfacing Computing Device **70** with any type of network capable of communication and/or operations described herein.

I/O devices **13** may be present in various shapes or forms in Computing Device **70**. Examples of I/O device **13** capable of input include a joystick, a keyboard, a mouse, a trackpad, a trackpoint, a trackball, a microphone, a drawing tablet, a glove, a tactile input device, a still or video camera, and/or other input device. Examples of I/O device **13** capable of output include a video display, a projector, a glasses, a speaker, a tactile output device, and/or other output device. Examples of I/O device **13** capable of input and output include a touchscreen, a disk drive, an optical storage device, a modem, a network card, and/or other input/output device. I/O device **13** can be interfaced with processor **11** via an I/O port **15**, for example. In some aspects, I/O device **13** can be a bridge between system bus **5** and an external communication bus such as a USB bus, an Apple Desktop Bus, an RS-232 serial connection, a SCSI bus, a FireWire bus, a FireWire 800 bus, an Ethernet bus, an AppleTalk bus, a Gigabit Ethernet bus, an Asynchronous Transfer Mode bus, a HIPPI bus, a Super HIPPI bus, a SerialPlus bus, a

62

SCI/LAMP bus, a FibreChannel bus, a Serial Attached small computer system interface bus, and/or other bus.

An output interface (not shown) such as a graphical output interface, an acoustic output interface, a tactile output interface, a renderer, any device driver (i.e. audio, video, or other driver), and/or other output interface or system can be utilized to process output from elements of Computing Device **70** for conveyance on an output device such as Display **21**. In some aspects, Display **21** or other output device itself may include an output interface for processing output from elements of Computing Device **70**. Further, an input interface (not shown) such as a keyboard listener, a touchscreen listener, a mouse listener, any device driver (i.e. audio, video, keyboard, mouse, touchscreen, or other driver), and/or other input interface or system can be utilized to process input from Human-machine Interface **23** or other input device for use by elements of Computing Device **70**. In some aspects, Human-machine Interface **23** or other input device itself may include an input interface for processing input for use by elements of Computing Device **70**.

Computing Device **70** may include or be connected to multiple display devices **21**. Display devices **21** can each be of the same or different type or form. Computing Device **70** and/or its elements comprise any type or form of suitable hardware, programs, or a combination thereof to support, enable, or provide for the connection and use of multiple display devices **21**. In one example, Computing Device **70** includes any type or form of video adapter, video card, driver, and/or library to interface, communicate, connect, or otherwise use display devices **21**. In some aspects, a video adapter may include multiple connectors to interface to multiple display devices **21**. In other aspects, Computing Device **70** includes multiple video adapters, with each video adapter connected to one or more display devices **21**. In some embodiments, Computing Device's **70** operating system can be configured for using multiple displays **21**. In other embodiments, one or more display devices **21** can be provided by one or more other computing devices such as remote computing devices connected to Computing Device **70** via a network or an interface.

Computing Device **70** can operate under the control of operating system **17**, which may support Computing Device's **70** basic functions, interface with and manage hardware resources, interface with and manage peripherals, provide common services for application programs, schedule tasks, and/or perform other functionalities. A modem operating system enables features and functionalities such as a high resolution display, graphical user interface (GUI), touchscreen, cellular network connectivity (i.e. mobile operator, etc.), Bluetooth connectivity, WiFi connectivity, global positioning system (GPS) capabilities, mobile navigation, microphone, speaker, still picture camera, video camera, voice recorder, speech recognition, music player, video player, near field communication, personal digital assistant (PDA), and/or other features, functionalities, or applications. For example, Computing Device **70** can use any conventional operating system, any embedded operating system, any real-time operating system, any open source operating system, any video gaming operating system, any proprietary operating system, any online operating system, any operating system for mobile computing devices, or any other operating system capable of running on Computing Device **70** and performing operations described herein. Example of operating systems include Windows XP, Windows 7, Windows 8, Windows 10, etc. manufactured by Microsoft Corporation of Redmond, Wash.; Mac OS, iPhone OS, etc. manufactured by Apple Computer of Cupertino,

US 10,607,134 B1

63

Calif.; OS/2 manufactured by International Business Machines of Armonk, N.Y.; Linux, a freely-available operating system distributed by Caldera Corp. of Salt Lake City, Utah; or any type or form of a Unix operating system, and/or others. Any operating systems such as the ones for Android devices can similarly be utilized.

Computing Device **70** can be implemented as or be part of various model architectures such as web services, distributed computing, grid computing, cloud computing, and/or other architectures. For example, in addition to the traditional desktop, server, or mobile operating system architectures, a cloud-based operating system can be utilized to provide the structure on which embodiments of the disclosure can be implemented. Other aspects of Computing Device **70** can also be implemented in the cloud without departing from the spirit and scope of the disclosure. For example, memory, storage, processing, and/or other elements can be hosted in the cloud. In some embodiments, Computing Device **70** can be implemented on multiple devices. For example, a portion of Computing Device **70** can be implemented on a mobile device and another portion can be implemented on wearable electronics.

Computing Device **70** can be or include any mobile device, a smartphone (i.e. iPhone, Windows phone, Blackberry phone, Android phone, etc.), a tablet, a personal digital assistant (PDA), wearable electronics, implantable electronics, and/or other mobile device capable of implementing the functionalities described herein. Computing Device **70** can also be or include an embedded device, which can be any device or system with a dedicated function within another device or system. Embedded systems range from the simplest ones dedicated to one task with no user interface to complex ones with advanced user interface that may resemble modem desktop computer systems. Examples of devices comprising an embedded device include a mobile telephone, a personal digital assistant (PDA), a gaming device, a media player, a digital still or video camera, a pager, a television device, a set-top box, a personal navigation device, a global positioning system (GPS) receiver, a portable storage device (i.e. a USB flash drive, etc.), a digital watch, a DVD player, a printer, a microwave oven, a washing machine, a dishwasher, a gateway, a router, a hub, an automobile entertainment system, an automobile navigation system, a refrigerator, a washing machine, a factory automation device, an assembly line device, a factory floor monitoring device, a thermostat, an automobile, a factory controller, a telephone, a network bridge, and/or other devices. An embedded device can operate under the control of an operating system for embedded devices such as MicroC/OS-II, QNX, VxWorks, eCos, TinyOS, Windows Embedded, Embedded Linux, and/or other embedded device operating systems.

Various implementations of the disclosed devices, systems, and methods can be realized in digital electronic circuitry, integrated circuitry, logic gates, application specific integrated circuits (ASICs), field programmable gate arrays (FPGAs), computer hardware, firmware, programs, virtual machines, and/or combinations thereof including their structural, logical, and/or physical equivalents.

The disclosed devices, systems, and methods may include clients and servers. A client and server are generally, but not always, remote from each other and typically, but not always, interact via a network or an interface. The relationship of a client and server may arise by virtue of computer programs running on their respective computers and having a client-server relationship to each other, for example.

64

The disclosed devices, systems, and methods can be implemented in a computing system that includes a back end component, a middleware component, a front end component, or any combination thereof. The components of the system can be interconnected by any form or medium of digital data communication such as, for example, a network.

Computing Device **70** may include or be interfaced with a computer program product comprising instructions or logic encoded on a computer-readable medium. Such instructions or logic, when executed, may configure or cause one or more processors **11** to perform the operations and/or functionalities disclosed herein. For example, a computer program can be provided or encoded on a computer-readable medium such as an optical medium (i.e. DVD-ROM, etc.), flash drive, hard drive, any memory, firmware, or other medium. Machine-readable medium, computer-readable medium, or other such terms may refer to any computer program product, apparatus, and/or device for providing instructions and/or data to one or more programmable processors. As such, machine-readable medium includes any medium that can send and/or receive machine instructions as a machine-readable signal. Examples of a machine-readable medium include a volatile and/or non-volatile medium, a removable and/or non-removable medium, a communication medium, a storage medium, and/or other medium. A non-transitory machine-readable medium comprises all machine-readable media except for a transitory, propagating signal.

In some embodiments, the disclosed artificially intelligent devices, systems, and methods for learning and/or using an avatar's circumstances for autonomous avatar operation, or elements thereof, can be implemented entirely or in part in a device (i.e. microchip, circuitry, logic gates, electronic device, computing device, special or general purpose processor, etc.) or system that comprises (i.e. hard coded, internally stored, etc.) or is provided with (i.e. externally stored, etc.) instructions for implementing ACAAO functionalities. As such, the disclosed artificially intelligent devices, systems, and methods for learning and/or using an avatar's circumstances for autonomous avatar operation, or elements thereof, may include the processing, memory, storage, and/or other features, functionalities, and embodiments of Computing Device **70** or elements thereof. Such device or system can operate on its own (i.e. standalone device or system, etc.), be embedded in another device or system (i.e. an industrial machine, a robot, a vehicle, a toy, a smartphone, a television device, an appliance, and/or any other device or system capable of housing the elements needed for ACAAO functionalities), work in combination with other devices or systems, or be available in any other configuration. In other embodiments, the disclosed artificially intelligent devices, systems, and methods for learning and/or using an avatar's circumstances for autonomous avatar operation, or elements thereof, may include or be interfaced with Alternative Memory **16** that provides instructions for implementing ACAAO functionalities to one or more Processors **11**. In further embodiments, the disclosed artificially intelligent devices, systems, and methods for learning and/or using an avatar's circumstances for autonomous avatar operation, or elements thereof, can be implemented entirely or in part as a computer program and executed by one or more Processors **11**. Such program can be implemented in one or more modules or units of a single or multiple computer programs. Such program may be able to attach to or interface with, inspect, and/or take control of another application program to implement ACAAO functionalities. In further embodiments, the disclosed artificially

US 10,607,134 B1

65

intelligent devices, systems, and methods for learning and/or using an avatar's circumstances for autonomous avatar operation, or elements thereof, can be implemented as a network, web, distributed, cloud, or other such application accessed on one or more remote computing devices (i.e. servers, cloud, etc.) via Network Interface **25**, such remote computing devices including processing capabilities and instructions for implementing ACAAO functionalities. In further embodiments, the disclosed artificially intelligent devices, systems, and methods for learning and/or using an avatar's circumstances for autonomous avatar operation, or elements thereof, can be (1) attached to or interfaced with any computing device or application program, (2) included as a feature of an operating system, (3) built (i.e. hard coded, etc.) into any computing device or application program, and/or (4) available in any other configuration to provide its functionalities.

In some embodiments, the disclosed artificially intelligent devices, systems, and methods for learning and/or using an avatar's circumstances for autonomous avatar operation, or elements thereof, can be implemented at least in part in a computer program such as Java application or program. Java provides a robust and flexible environment for application programs including flexible user interfaces, robust security, built-in network protocols, powerful application programming interfaces, database or DBMS connectivity and interfacing functionalities, file manipulation capabilities, support for networked applications, and/or other features or functionalities. Application programs based on Java can be portable across many devices, yet leverage each device's native capabilities. Java supports the feature sets of most smartphones and a broad range of connected devices while still fitting within their resource constraints. Various Java platforms include virtual machine features comprising a runtime environment for application programs. Java platforms provide a wide range of user-level functionalities that can be implemented in application programs such as displaying text and graphics, playing and recording audio content, displaying and recording visual content, communicating with another computing device, and/or other functionalities. It should be understood that the disclosed artificially intelligent devices, systems, and methods for learning and/or using an avatar's circumstances for autonomous avatar operation, or elements thereof, are programming language, platform, and operating system independent. Examples of programming languages that can be used instead of or in addition to Java include C, C++, Cobol, Python, Java Script, Td, Visual Basic, Pascal, VB Script, Perl, PHP, Ruby, and/or other programming languages capable of implementing the functionalities described herein.

Where a reference to a specific ile or file type is used herein, other files or file types can be substituted.

Where a reference to a data structure is used herein, it should be understood that any variety of data structures can be used such as, for example, array, list, linked list, doubly linked list, queue, tree, heap, graph, map, grid, matrix, multi-dimensional matrix, table, database, database management system (DBMS), file, neural network, and/or any other type or form of a data structure including a custom one. A data structure may include one or more fields or data fields that are part of or associated with the data structure. A field or data field may include a data, an object, a data structure, and/or any other element or a reference/pointer thereto. A data structure can be stored in one or more memories, files, or other repositories. A data structure and/or elements thereof, when stored in a memory, file, or other repository,

66

may be stored in a different arrangement than the arrangement of the data structure and/or elements thereof. For example, a sequence of elements can be stored in an arrangement other than a sequence in a memory, file, or other repository.

Where a reference to a repository is used herein, it should be understood that a repository may be or include one or more files or file systems, one or more storage locations or structures, one or more storage systems, one or more memory locations or structures, and/or other file, storage, memory, or data arrangements.

Where a reference to an interface is used herein, it should be understood that the interface comprises any hardware, device, system, program, method, and/or combination thereof that enable direct or operative coupling, connection, and/or interaction of the elements between which the interface is indicated. A line or arrow shown in the figures between any of the depicted elements comprises such interface. Examples of an interface include a direct connection, an operative connection, a wired connection (i.e. wire, cable, etc.), a wireless connection, a device, a network, a bus, a circuit, a firmware, a driver, a bridge, a program, a combination thereof, and/or others.

Where a reference to an element coupled or connected to another element is used herein, it should be understood that the element may be in communication or other interactive relationship with the other element.

Furthermore, an element coupled or connected to another element can be coupled or connected to any other element in alternate implementations. Terms coupled, connected, interfaced, or other such terms may be used interchangeably herein depending on context.

Where a reference to an element matching another element is used herein, it should be understood that the element may be equivalent or similar to the other element. Therefore, the term match or matching can refer to total equivalence or similarity depending on context.

Where a reference to a device is used herein, it should be understood that the device may include or be referred to as a system, and vice versa depending on context, since a device may include a system of elements and a system may be embodied in a device.

Where a reference to a collection of elements is used herein, it should be understood that the collection of elements may include one or more elements. In some aspects or contexts, a reference to a collection of elements does not imply that the collection is an element itself.

Where a mention of a function, method, routine, subroutine, or other such procedure is used herein, it should be understood that the function, method, routine, subroutine, or other such procedure comprises a call, reference, or pointer to the function, method, routine, subroutine, or other such procedure.

Where a mention of data, object, data structure, item, element, or thing is used herein, it should be understood that the data, object, data structure, item, element, or thing comprises a reference or pointer to the data, object, data structure, item, element, or thing.

Referring to FIG. **2**, an embodiment of Computing Device **70** comprising Unit for Learning and/or Using an Avatar's Circumstances for Autonomous Avatar Operation (ACAAO Unit **100**) is illustrated. Computing Device **70** also comprises interconnected Processor **11**, Display **21**, Human-machine Interface **23**, Memory **12**, and Storage **27**. Processor **11** includes or executes Application Program **18** comprising Avatar **605** and/or one or more Objects **615**. ACAAO Unit **100** comprises interconnected Artificial Intel-

US 10,607,134 B1

67

ligence Unit **110**, Acquisition Interface **120**, Modification Interface **130**, and Object Processing Unit **140**. Other additional elements can be included as needed, or some of the disclosed ones can be excluded, or a combination thereof can be utilized in alternate embodiments.

In one example, the teaching presented by the disclosure can be implemented in a device or system for learning and/or using an avatar's circumstances for autonomous avatar operating. The device or system may include a processor circuit (i.e. Processor **11**, etc.) configured to execute instruction sets (i.e. Instruction Sets **526**, etc.) of an application. The device or system may further include a memory unit (i.e. Memory **12**, etc.) configured to store data. The device or system may further include an artificial intelligence unit (i.e. Artificial Intelligence Unit **110**, etc.). The artificial intelligence unit may be configured to receive a first collection of object representations (i.e. Collection of Object Representations **525**, etc.), the first collection of object representations including one or more object representations representing one or more objects of the application. The artificial intelligence unit may also be configured to receive a first one or more instruction sets for operating an avatar of the application. The artificial intelligence unit may also be configured to learn the first collection of object representations correlated with the first one or more instruction sets for operating the avatar of the application. The artificial intelligence unit may also be configured to receive a new collection of object representations, the new collection of object representations including one or more object representations representing one or more objects of the application. The artificial intelligence unit may also be configured to anticipate the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations based on at least a partial match between the new collection of object representations and the first collection of object representations. The artificial intelligence unit may also be configured to cause the processor circuit to execute the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations, the causing performed in response to the anticipating of the artificial intelligence unit, wherein the avatar of the application performs one or more operations defined by the first one or more instruction sets for operating the avatar of the application correlated with the first collection of object representations. Any of the operations of the aforementioned elements can be performed repeatedly and/or in different orders in alternate embodiments. In some embodiments, a collection of object representations may include or be substituted with a stream of collections of object representations. In some embodiments of applications that do not comprise an avatar or rely on avatar for their operation, the teaching presented by the disclosure can be implemented in a device or system for learning and/or using an application's circumstances for autonomous application operating. In such embodiments, an instruction set for operating an avatar of an application may include or be substituted with an instruction set for operating an application. Other additional elements can be included as needed, or some of the disclosed ones can be excluded, or a combination thereof can be utilized in alternate embodiments. The disclosed devices and systems may include any actions or operations of any of the disclosed methods such as methods **9100**, **9200**, **9300**, **9400**, **9500**, **9600**, and/or others (all later described).

User **50** (also referred to simply as user or other suitable name or reference) comprises a human user or non-human user. A non-human User **50** includes any device, system,

68

program, and/or other mechanism for operating or controlling Application Program **18**, Avatar **605**, Computing Device **70**, and/or elements thereof. For example, User **50** may issue an operating direction to Application Program **18** responsive to which Application Program's **18** instructions or instruction sets may be executed by Processor **11** to perform a desired operation with/on Avatar **605**. User's **50** operating directions comprise any user inputted data (i.e. values, text, symbols, etc.), directions (i.e. move right, move up, move forward, copy an item, click on a link, etc.), instructions or instruction sets (i.e. manually inputted instructions or instruction sets, etc.), and/or other inputs or information. A non-human User **50** can utilize more suitable interfaces instead of, or in addition to, Human-machine Interface **23** and/or Display **21** for controlling Application Program **18**, Avatar **605**, Computing Device **70**, and/or elements thereof. Examples of such interfaces include an application programming interface (API), bridge (i.e. bridge between applications, devices, or systems, etc.), driver, socket, direct or operative connection, handle, function/routine/subroutine, and/or other interfaces.

Avatar **605** may be or comprises an object of Application Program **18**. While Avatar **605** may include any features, functionalities, and embodiments of Object **615** (later described), Avatar **605** is distinguished herein to portray the relationships and/or interactions between Avatar **605** and other Objects **615** of Application Program **18**. In some aspects, Avatar **605** includes a User **50**-controllable object of Application Program **18**. Avatar **605** may, therefore, be a representation of User **50** or of User's **50** actions, thoughts, and/or other expressions. In some designs, Avatar **605** includes a 2D model, a 3D model, a 2D shape (i.e. point, line, square, rectangle, circle, triangle, etc.), a 3D shape (i.e. cube, sphere, etc.), a graphical user interface (GUI) element, a picture, and/or other models, shapes, elements, or objects. Avatar **605** may perform one or more operations within Application Program **18**. For example, Avatar **605** may perform operations including moving, maneuvering, jumping, running, shooting, and/or other operations within a game or virtual world Application Program **18**. While all possible variations of operations on/by/with Avatar **605** are too voluminous to list and limited only by Avatar's **605** and/or Application Program's **18** design, and/or User's **50** utilization, other operations on/by/with Avatar **605** are within the scope of this disclosure.

Object Processing Unit **140** comprises the functionality for obtaining information of interest on objects of Application Program **18**, and/or other functionalities. As such, Object Processing Unit **140** can be used to obtain objects and/or their properties in Avatar's **605** surrounding within Application Program **18**. Avatar's **605** surrounding may include or be defined by Area of Interest **450** (later described), part of Application Program **18** that is shown to User **50** (i.e. on a display, via a graphical user interface, etc.), the entire Application Program **18**, any part of Application Program **18**, and/or other techniques. In some embodiments, Object Processing Unit **140** comprises the functionality for creating or generating Collection of Object Representations **525** (also referred to as Coil of Obj Rep or other suitable name or reference) and storing one or more Object Representations **625** (also referred to simply as object representations, representations of objects, or other suitable name or reference), Object Properties **630** (also referred to simply as object properties or other suitable name or reference), and/or other elements or information into the Collection of Object Representations **525**. As such, Collection of Object Representations **525** comprises the functionality for storing one or

US 10,607,134 B1

69

more Object Representations **625**, Object Properties **630**, and/or other elements or information. In some designs, Object Representation **625** may include a representation of an object (i.e. Object **615** [later described], etc.) in Avatar's **605** surrounding within Application Program **18**. As such, Object Representation **625** may include any information related to an object. In other designs, Object Representation **625** may include or be replaced with an object itself, in which case Object Representation **625** as an element can be omitted. In some aspects, Collection of Object Representations **525** includes one or more Object Representations **625**, Object Properties **630**, and/or other elements or information related to objects in Avatar's **605** surrounding at a particular time. Collection of Object Representations **525** may, therefore, include knowledge (i.e. unit of knowledge, etc.) of Avatar's **605** circumstance including objects with various properties at a particular time. In some designs, a Collection of Object Representations **525** may include or be associated with a time stamp (not shown), order (not shown), or other time related information. For example, one Collection of Object Representations **525** may be associated with time stamp t**1**, another Collection of Object Representations **525** may be associated with time stamp t**2**, and so on. Time stamps t**1**, t**2**, etc. may indicate the times of generating Collections of Object Representations **525**, for instance. In other embodiments, Object Processing Unit **140** comprises the functionality for creating or generating a stream of Collections of Object Representations **525**. A stream of Collections of Object Representations **525** may include one Collection of Object Representations **525** or a group, sequence, or other plurality of Collections of Object Representations **525**. In some aspects, a stream of Collections of Object Representations **525** includes one or more Collections of Object Representations **525**, and/or other elements or information related to objects in Avatar's **605** surrounding over time. A stream of Collections of Object Representations **525** may, therefore, include knowledge (i.e. unit of knowledge, etc.) of Avatar's **605** circumstance including objects with various properties over time. As circumstances including objects with various properties in Avatar's **605** surrounding change (i.e. objects and/or their properties change, move, act, transform, etc.) over time, this change may be captured in a stream of Collections of Object Representations **525**. In some designs, each Collection of Object Representations **525** in a stream may include or be associated with the aforementioned time stamp, order, or other time related information. For example, one Collection of Object Representations **525** in a stream may be associated with order **1**, a next Collection of Object Representations **525** in the stream may be associated with order **2**, and so on. Orders **1**, **2**, etc. may indicate the orders or places of Collections of Object Representations **525** within a stream (i.e. sequence, etc.), for instance. In some implementations, Object Processing Unit **140** and/or any of its elements or functionalities can be included or embedded in Computing Device **70**, Processor **11**, Application Program **18**, and/or other elements. Object Processing Unit **140** can be provided in any suitable configuration.

Examples of Objects **615** (also referred to simply as objects, etc.) include models of a person, animal, tree, rock, building, vehicle, and/or others in a context of a computer game, virtual world, 3D or 2D graphics Application Program **18**, and/or others. More generally, examples of Objects **615** include a 2D model, a 3D model, a 2D shape (i.e. point, line, square, rectangle, circle, triangle, etc.), a 3D shape (i.e. cube, sphere, etc.), a graphical user interface (GUI) element, a form element (i.e. text field, radio button, push button, check

70

box, etc.), a data or database element, a spreadsheet element, a link, a picture, a text (i.e. character, word, etc.), a number, and/or others in a context of a web browser, a media application, a word processing application, a spreadsheet application, a database application, a forms-based application, an operating system, a device/system control application, and/or others. Object **615** may perform operations within Application Program **18**. In one example, a person Object **615** may perform operations including moving, maneuvering, jumping, running, shooting, and/or other operations within a computer game, virtual world, and/or 3D or 2D graphics Application Program **18**. In another example, a character Object **615** may perform operations including appearing (i.e. when typed, etc.), disappearing (i.e. when deleted, etc.), formatting (i.e. bolding, italicizing, underlining, coloring, resizing, etc.), and/or other operations within a word processing Application Program **18**. In a further example, a picture Object **615** may perform operations including resizing, repositioning, rotating, deforming, and/or other operations within a graphics Application Program **18**. While all possible variations of operations on/by/with Object **615** are too voluminous to list and limited only by Object's **615** and/or Application Program's **18** design, and/or User's **50** utilization, other operations on/by/with Object **615** are within the scope of this disclosure. In some aspects, any part of Object **615** can be identified as an Object **615** itself. For instance, instead of or in addition to identifying a building as an Object **615**, a window, door, roof, and/or other parts of the building can be identified as Objects **615**. In general, Object **615** may include any object or part thereof that can be obtained or recognized.

Examples of Object Properties **630** (i.e. also referred to simply as object properties, etc.) include existence of Object **615**, type of Object **615** (i.e. person, animal, tree, rock, building, vehicle, etc.), identity of Object **615** (i.e. name, identifier, etc.), distance of Object **615**, bearing/angle of Object **615**, location of Object **615** (i.e. distance and bearing/angle from a known point, coordinates, etc.), shape/size of Object **615** (i.e. scale, height, width, depth, computer model, etc.), activity of Object **615** (i.e. motion, gestures, etc.), and/or other properties of Object **615**. Type of Object **615**, for example, may include any classification of objects ranging from detailed such as person, animal, tree, rock, building, vehicle, etc. to generalized such as biological object, nature object, manmade object, etc., or models thereof, including their sub-types. Location of Object **615**, for example, can include a relative location such as one defined by distance and bearing/angle from a known point or location (i.e. Avatar **605** location, etc.). Location of Object **615**, for example, can also include absolute location such as one defined by object coordinates. In general, Object Property **630** may include any attribute of Object **615** (i.e. existence of Object **615**, type of Object **615**, identity of Object **615**, shape/size of Object **615**, etc.), any relationship of Object **615** with Avatar **605**, other Object **615**, or the environment (i.e. distance of Object **615**, bearing/angle of Object **615**, friend/foe relationship, etc.), and/or other information related to Object **615**.

In some embodiments, Object Processing Unit **140** can be utilized for obtaining properties of Objects **615** in Avatar's **605** surrounding within Application Program **18**. In some designs, an engine, environment, or other system used to implement Application Program **18** includes functions for providing properties or other information on Objects **615**. Object Processing Unit **140** can obtain Object Properties **630** by utilizing the functions. In some aspects, existence of Object **615** in a 2D or 3D engine or environment can be

US 10,607,134 B1

71

obtained by utilizing functions such as GameObject.Find-ObjectsOfType(GameObject), GameObject.FindGameObjectsWithTag("TagN"), or GameObject.Find("ObjectN") in Unity 3D Engine; GetAllActorsOfClass( ) or IsActorInitialized( ) in Unreal Engine; and/or other functions, procedures, or methods in other 2D or 3D engines or environments. In other aspects, type or other classification (i.e. person, animal, tree, rock, building, vehicle, etc.) of Object 615 in a 2D or 3D engine or environment can be obtained by utilizing functions such as GetClassName(ObjectN) or ObjectN.get-Type( ) in Unity 3D Engine; ActorN.GetClass( ) in Unreal Engine; ObjectN.getClassName( ) or ObjectN.getType( ) in Torque 3D Engine; and/or other functions, procedures, or methods in other 2D or 3D engines or environments. In further aspects, identity of Object 615 in a 2D or 3D engine or environment can be obtained by utilizing functions such as ObjectN.name or ObjectN.GetInstanceID( ) in Unity 3D Engine; ActorN.GetObjectName( ) or ActorN.GetUniqueID( ) in Unreal Engine; ObjectN.getName( ) or ObjectN.getID( ) in Torque 3D Engine; and/or other functions, procedures, or methods in other 2D or 3D engines or environments. In further aspects, distance of Object 615 relative to Avatar 605 in a 2D or 3D engine or environment can be obtained by utilizing functions such as VectorN.Distance(ObjectA.transform.position, ObjectB.transform.position) in Unity 3D Engine; GetDistanceTo(ActorA, ActorB) in Unreal Engine; VectorDist(VectorA, VectorB) or VectorDist(ObjectA.getPosition,ObjectB.getPosition( ) ) in Torque 3D Engine; and/or other functions, procedures, or methods in other 2D or 3D engines or environments. In further aspects, angle, bearing, or direction of Object 615 relative to Avatar 605 in a 2D or 3D engine or environment can be obtained by utilizing functions such as ObjectB.transform.position—ObjectA.transform.position in Unity 3D Engine; FindLookAtRotation(TargetVector, StartVector) or ActorB→GetActorLocation( )—ActorA→GetActorLocation( ) in Unreal Engine; ObjectB→getPosition( )-ObjectA→getPosition( ) in Torque 3D Engine; and/or other functions, procedures, or methods in other 2D or 3D engines or environments. In further aspects, location of Object 615 in a 2D or 3D engine or environment can be obtained by utilizing functions such as ObjectN.transform.position in Unity 3D Engine; ActorN.GetActorLocation( ) in Unreal Engine; ObjectN.getPosition( ) in Torque 3D Engine; and/or other similar functions, procedures, or methods in other 2D or 3D engines or environments. In another example, location (i.e. coordinates, etc.) of Object 615 on a screen can be obtained by utilizing WorldToScreen( ) or other similar function or method in various 2D or 3D engines or environments. In some designs, distance, angle/bearing, and/or other properties of Object 615 relative to Avatar 605 can then be calculated, inferred, derived, or estimated from Object's 615 and Avatar's 605 location information. Object Processing Unit 140 may include computational functionalities to perform such calculations, inferences, derivations, or estimations by utilizing, for example, geometry, trigonometry, Pythagorean theorem, and/or other theorems, formulas, or disciplines. In further aspects, shape/size of Object 615 in a 2D or 3D engine or environment can be obtained by utilizing functions such as Bounds.size, ObjectN.transform-.localScale, or ObjectN.transform.lossyScale in Unity 3D Engine; ActorN.GetActorBounds( ), ActorN.GetActorScale( ), or ActorN.GetActorScale3D( ) in Unreal Engine; ObjectN.getObjectBox( ) or ObjectN.getScale( ) in Torque 3D Engine; and/or other similar functions, procedures, or methods in other 2D or 3D engines or environments. In some designs, detailed shape of Object 615 can be obtained

72

by accessing the object's mesh or computer model. In general, any of the aforementioned and/or other properties of Object 615 can be obtained by accessing a scene graph or other data structure used for organizing objects in a particular engine or environment, finding a specific Object 615, and obtaining or reading any property from the Object 615. Such accessing can be performed by using the engine's or environment's functions for accessing objects in the scene graph or other data structure or by directly accessing the scene graph or other data structure. In some designs, functions and/or other instructions for obtaining properties or other information on Objects 615 of Application Program 18 can be inserted or utilized in Application Program's 18 source code. In other designs, functions and/or other instructions for obtaining properties or other information on Objects 615 of Application Program 18 can be inserted into Application Program 18 through manual, automatic, dynamic, or just-in-time (JIT) instrumentation (later described). In further designs, functions and/or other instructions for providing properties or other information on Objects 615 of Application Program 18 can be inserted into Application Program 18 through utilizing dynamic code, dynamic class loading, reflection, and/or other functionalities of a programming language or platform; utilizing dynamic, interpreted, and/or scripting programming languages; utilizing metaprogramming; and/or utilizing other techniques (later described). Object Processing Unit 140 may include any features, functionalities, and embodiments of Acquisition Interface 120, Modification Interface 130, and/or other elements. One of ordinary skill in art will understand that the aforementioned techniques for obtaining objects and/or their properties are described merely as examples of a variety of possible implementations, and that while all possible techniques for obtaining objects and/or their properties are too voluminous to describe, other techniques for obtaining objects and/or their properties known in art are within the scope of this disclosure. It should be noted that Unity 3D Engine, Unreal Engine, and Torque 3D Engine are used merely as examples of a variety of engines, environments, or systems that can be used to implement Application Program 18 and any of the aforementioned functionalities may be provided in other engines, environments, or systems. Also, in some embodiments, Application Program 18 may not use any engine, environment, or system for its implementation, in which case the aforementioned functionalities can be implemented within Application Program 18. In general, the disclosed devices, systems, and methods are independent of the engine, environment, or system used to implement Application Program 18.

In some embodiments of Application Programs 18 that do not comprise Avatar 605 or rely on Avatar 605 for their operation, Object Processing Unit 140 may obtain objects and/or their properties in Application Program 18 or a part thereof. For example, Object Processing Unit 140 can obtain objects and/or their properties in the entire Application Program 18, a part of Application Program 18 that is shown to User 50 (i.e. on a display, via a graphical user interface, etc.), or any part or area of interest (later described) of Application Program 18. In such embodiments, Object Processing Unit 140 can create or generate Collections of Object Representations 525 or streams of Collections of Object Representations 525 comprising knowledge (i.e. unit of knowledge, etc.) of Application Program's 18 circumstances including objects with various properties. It should be noted that a reference to Avatar 605 may include or be substituted with a reference to Application Program 18 and/or other processing element, and vice versa, depending

US 10,607,134 B1

73                                                    74

on context (i.e. whether Avatar's **605** or Application Program's **18** operation is being learned and/or used, etc.). Also, a reference to operating and/or autonomous operating of Avatar **605** may include or be substituted with a reference to operating and/or autonomous operating of Application Program **18** and/or other processing element depending on context.

Referring to FIG. **3**, an embodiment of utilizing Picture Renderer **91** and Picture Recognizer **92** is illustrated.

Picture Renderer **91** comprises the functionality for rendering or generating one or more digital pictures, and/or other functionalities. Picture Renderer **91** comprises the functionality for rendering or generating one or more digital pictures of Application Program **18**. In some aspects, as a camera is used to capture pictures of a physical environment, Picture Renderer **91** can be used to render or generate pictures of a computer modeled or represented environment. As such, Picture Renderer **91** can be used to render or generate views of Application Program **18**. In some designs, Picture Renderer **91** can be used to render or generate one or more digital pictures depicting a view of an Avatar's **605** visual surrounding in a 3D Application Program **18** (i.e. 3D computer game, virtual world application, CAD application, etc.). In one example, a view may include a first-person view or perspective such as a view through an avatar's eyes that shows objects around the avatar, but does not typically show the avatar itself. First-person view may sometimes include the avatar's hands, feet, other body parts, and/or objects that the avatar is holding. In another example, a view may include a third-person view or perspective such as a view that shows an avatar as well as objects around the avatar from an observer's point of view. In a further example, a view may include a view from a front of an avatar. In a further example, a view may include a view from a side of an avatar. In a further example, a view may include any stationary or movable view such as a view through a simulated camera in a 3D Application Program **18**. In other designs, Picture Renderer **91** can be used to render or generate one or more digital pictures depicting a view of a 2D Application Program **18**. In one example, a view may include a screenshot or portion thereof of a 2D Application Program **18**. In a further example, a view may include an area of interest of a 2D Application Program **18**. In a further example, a view may include a top-down view of a 2D Application Program **18**. In a further example, a view may include a side-on view of a 2D Application Program **18**. Any other view can be utilized in alternate designs. Any view utilized in a 3D Application Program **18** can similarly be utilized in a 2D Application Program **18** as applicable, and vice versa. In some implementations, Picture Renderer **91** may include any graphics processing device, apparatus, system, or application that can render or generate one or more digital pictures from a computer (i.e. 3D, 2D, etc.) model or representation. In some aspects, rendering, when used casually, may refer to rendering or generating one or more digital pictures from a computer model or representation, providing the one or more digital pictures to a display device, and/or displaying of the one or more digital pictures on a display device. In some embodiments, Picture Renderer **91** can be a program executing or operating on Processor **11**. In one example, Picture Renderer **91** can be provided in a rendering engine such as Direct3D, OpenGL, Mantle, and/or other programs or systems for rendering or processing 3D or 2D graphics. In other embodiments, Picture Renderer **91** can be part of, embedded into, or built into Processor **11**. In further embodiments, Picture Renderer **91** can be a hardware element coupled to Processor **11** and/or other elements. In further embodiments, Picture Renderer **91** can be a program or hardware element that is part of or embedded into another element. In one example, a graphics card and/or its graphics processing unit (i.e. GPU, etc.) may typically include Picture Renderer **91**. In another example, ACAAO Unit **100** may include Picture Renderer **91**. In a further example, Application Program **18** may include Picture Renderer **91**. In general, Picture Renderer **91** can be implemented in any suitable configuration to provide its functionalities. Picture Renderer **91** may render or generate one or more digital pictures or streams of digital pictures (i.e. motion pictures, video, etc.) in various formats examples of which include JPEG, GIF, TIFF, PNG, PDF, MPEG, AVI, FLV, MOV, RM, SWF, WMV, DivX, and/or others. In some designs, Picture Renderer **91** can render or generate different digital pictures of Avatar's **605** visual surrounding or of views of Application Program **18** for displaying on Display **21** and for facilitating object recognition functionalities herein. For example, a third-person view may be displayed on Display **21** for User **50** to see and a first-person view may be used to facilitate object recognition functionalities herein. In some implementations of non-graphical Application Programs **18** such as simulations, calculations, and/or others, Picture Renderer **91** may render or generate one or more digital pictures of Avatar's **605** visual surrounding or of views of Application Program **18** to facilitate object recognition functionalities herein where the one or more digital pictures are never displayed. In some aspects, instead of or in addition to Picture Renderer **91**, one or more digital pictures of Avatar's **605** visual surrounding or of views of Application Program **18** can be obtained from any element of a computing device or system that can provide such digital pictures. Examples of such elements include a graphics circuit, a graphics system, a graphics driver, a graphics interface, and/or others.

Picture Recognizer **92** comprises the functionality for detecting or recognizing objects and/or their properties in visual data, and/or other disclosed functionalities. Visual data includes digital motion pictures, digital still pictures, and/or other visual data. Examples of file formats that can be utilized to store visual data include JPEG, GIF, TIFF, PNG, PDF, MPEG, AVI, FLV, MOV, RM, SWF, WMV, DivX, and/or other file formats. In some designs, Picture Recognizer **92** can be used for detecting or recognizing objects and/or their properties in one or more digital pictures from Picture Renderer **91**. For example, Picture Recognizer **92** can be utilized in detecting or recognizing existence of an object, type of an object, identity of an object, shape/size of an object, activity of an object, and/or other properties of an object. In general, Picture Recognizer **92** can be used for any operation supported by Picture Recognizer **92**. Picture Recognizer **92** may detect or recognize an object and/or its properties as well as track the object and/or its properties in one or more digital pictures or streams of digital pictures (i.e. motion pictures, video, etc.). In the case of a person, Picture Recognizer **92** may detect or recognize a human head or face, upper body, full body, or portions/combinations thereof. In some aspects, Picture Recognizer **92** may detect or recognize objects and/or their properties from a digital picture by comparing regions of pixels from the digital picture with collections of pixels comprising known objects and/or their properties. The collections of pixels comprising known objects and/or their properties can be learned or manually, programmatically, or otherwise defined. The collections of pixels comprising known objects and/or their properties can be stored in any data structure or repository (i.e. one or more files, database, etc.) that resides

US 10,607,134 B1

75

locally on Computing Device **70**, or remotely on a remote computing device (i.e. server, cloud, etc.) accessible over a network or an interface. In other aspects, Picture Recognizer **92** may detect or recognize objects and/or their properties from a digital picture by comparing features (i.e. lines, edges, ridges, corners, blobs, regions, etc.) of the digital picture with features of known objects and/or their properties. The features of known objects and/or their properties can be learned or manually, programmatically, or otherwise defined. The features of known objects and/or their properties can be stored in any data structure or repository (i.e. neural network, one or more files, database, etc.) that resides locally on Computing Device **70**, or remotely on a remote computing device (i.e. server, cloud, etc.) accessible over a network or an interface. Typical steps or elements in a feature oriented picture recognition include pre-processing, feature extraction, detection/segmentation, decision-making, and/or others, or a combination thereof, each of which may include its own sub-steps or sub-elements depending on the application. In further aspects, Picture Recognizer **92** may detect or recognize multiple objects and/or their properties from a digital picture using the aforementioned pixel or feature comparisons, and/or other detection or recognition techniques. For example, a picture may depict two objects in two of its regions both of which Picture Recognizer **92** can detect simultaneously. In further aspects, where objects and/or their properties span multiple pictures, Picture Recognizer **92** may detect or recognize objects and/or their properties by applying the aforementioned pixel or feature comparisons and/or other detection or recognition techniques over a stream of digital pictures (i.e. motion picture, video, etc.). For example, once an object is detected in a digital picture (i.e. frame, etc.) of a stream of digital pictures (i.e. motion picture, video, etc.), the region of pixels comprising the detected object or the object's features can be searched in other pictures of the stream of digital pictures, thereby tracking the object through the stream of digital pictures. In further aspects, Picture Recognizer **92** may detect or recognize an object's activities by identifying and/or analyzing differences between a detected region of pixels of one picture (i.e. frame, etc.) and detected regions of pixels of other pictures in a stream of digital pictures. For example, a region of pixels comprising a person's face can be detected in multiple consecutive pictures of a stream of digital pictures (i.e. motion picture, video, etc.). Differences among the detected regions of the consecutive pictures may be identified in the mouth part of the person's face to indicate smiling or speaking activity. In further aspects, Picture Recognizer **92** may detect or recognize objects and/or their properties using one or more artificial neural networks, which may include statistical techniques. Examples of artificial neural networks that can be used in Picture Recognizer **92** include convolutional neural networks (CNNs), time delay neural networks (TDNNs), deep neural networks, and/or others. In one example, picture recognition techniques and/or tools involving convolutional neural networks may include identifying and/or analyzing tiled and/or overlapping regions or features of a digital picture, which may then be used to search for pictures with matching regions or features. In another example, features of different convolutional neural networks responsible for spatial and temporal streams can be fused to detect objects and/or their properties in streams of digital pictures (i.e. motion pictures, videos, etc.). In general, Picture Recognizer **92** may include any machine learning, deep learning, and/or other artificial intelligence techniques. Any other techniques known in art can be utilized in Picture Recognizer **92**. For

76

example, thresholds for similarity, statistical techniques, and/or optimization techniques can be utilized to determine a match in any of the above-described detection or recognition techniques.

Various aspects or properties of digital pictures or pixels can be taken into account by Picture Recognizer **92** in any of the recognizing or comparisons. Examples of such aspects or properties include color adjustment, size adjustment, content manipulation, transparency (i.e. alpha channel, etc.), use of mask, and/or others. In some implementations, as digital pictures can be captured or generated by various equipment, in various environments, and under various lighting conditions, Picture Recognizer **92** can adjust lighting or color of pixels or otherwise manipulate pixels before or during comparison. Lighting or color adjustment (also referred to as gray balance, neutral balance, white balance, etc.) may generally include manipulating or rebalancing the intensities of the colors (i.e. red, green, and/or blue if RGB color model is used, etc.) of one or more pixels. For example, Picture Recognizer **92** can adjust lighting or color of some or all pixels of one picture to make it more comparable to another picture. Picture Recognizer **92** can also incrementally adjust the pixels such as increasing or decreasing the red, green, and/or blue pixel values by a certain amount in each cycle of comparisons in order to find a similarity or match at one of the incremental adjustment levels. Any of the publically available, custom, or other lighting or color adjustment techniques or programs can be utilized such as color filters, color balancing, color correction, and/or others. In other implementations, Picture Recognizer **92** can resize or otherwise transform a digital picture before or during comparison. Such resizing or transformation may include increasing or decreasing the number of pixels of a digital picture. For example, Picture Recognizer **92** can increase or decrease the size of a digital picture proportionally (i.e. increase or decrease length and/or width keeping aspect ratio constant, etc.) to equate its size with the size of another digital picture. Picture Recognizer **92** can also incrementally resize a digital picture such as increasing or decreasing the size of the digital picture proportionally by a certain amount in each cycle of comparisons in order to find a similarity or match at one of the incremental sizes. Any of the publically available, custom, or other digital picture resizing techniques or programs can be utilized such as nearest-neighbor interpolation, bilinear interpolation, bicubic interpolation, and/or others. In further implementations, Picture Recognizer **92** can manipulate content (i.e. all pixels, one or more regions, one or more depicted objects, etc.) of a digital picture before or during comparison. Such content manipulation may include moving, centering, aligning, resizing, transforming, and/or otherwise manipulating content of a digital picture. For example, Picture Recognizer **92** can move, center, or align content of one picture to make it more comparable to another picture. Any of the publically available, custom, or other digital picture manipulation techniques or programs can be utilized such as pixel moving, warping, distorting, aforementioned interpolations, and/or others. In further implementations, in digital pictures comprising transparency features or functionalities, Picture Recognizer **92** can utilize a threshold for acceptable number or percentage transparency difference. Alternatively, transparency can be applied to one or more pixels of a digital picture and color difference may then be determined between compared pixels taking into account the transparency related color effect. Alternatively, transparent pixels can be excluded from comparison. In further implementations, certain regions or subsets of pixels can be ignored or excluded

US 10,607,134 B1

77

during comparison using a mask. In general, any region or subset of a picture determined to contain no content of interest can be excluded from comparison using a mask. Examples of such regions or subsets include background, transparent or partially transparent regions, regions comprising insignificant content, or any arbitrary region or subset. Picture Recognizer **92** can perform any other preprocessing or manipulation of digital pictures or pixels before or during recognizing or comparison.

In some exemplary embodiments, object recognition techniques and/or tools such as OpenCV (Open Source Computer Vision) library, CamFind API, Kooaba, 6 px API, Dextro API, and/or others can be utilized for detecting or recognizing objects and/or their properties in digital pictures. In some aspects, picture recognition techniques and/or tools involve identifying and/or analyzing features such as lines, edges, ridges, corners, blobs, regions, and/or their relative positions, sizes, shapes, etc., which may then be used to search for pictures with matching features. For example, OpenCV library can detect an object (i.e. person, animal, vehicle, rock, etc.) and/or its properties in one or more digital pictures from Picture Renderer **91** or stored in an electronic repository, which can then be utilized in ACAAO Unit **100**, Artificial Intelligence Unit **110**, and/or other elements. In other exemplary embodiments, facial recognition techniques and/or tools such as OpenCV (Open Source Computer Vision) library, Animetrics FaceR API, Lambda Labs Facial Recognition API, Face++ SDK, Neven Vision (also known as N-Vision) Engine, and/or others can be utilized for detecting or recognizing faces in digital pictures. In some aspects, facial recognition techniques and/or tools involve identifying and/or analyzing facial features such as the relative position, size, and/or shape of the eyes, nose, cheekbones, jaw, etc., which may then be used to search for pictures with matching features. For example, FaceR API can detect a person's face in one or more digital pictures from Picture Renderer **91** or stored in an electronic repository, which can then be utilized in ACAAO Unit **100**, Artificial Intelligence Unit **110**, and/or other elements.

It should be noted that Picture Renderer **91** and Picture Recognizer **92** can optionally be used to detect objects and/or their properties that cannot not be obtained from Application Program **18** or from an engine, environment, or system used to implement Application Program **18**. Picture Renderer **91** and Picture Recognizer **92** can also optionally be used where Picture Renderer **91** and Picture Recognizer **92** offer superior performance in detecting objects and/or their properties. Picture Renderer **91** and Picture Recognizer **92** can also optionally be used to confirm objects and/or their properties obtained or detected by other means. For example, identity of an object, type of an object, and/or action of an object, if needed, can be recognized or confirmed through picture processing of Picture Renderer **91** and Picture Recognizer **92**. Picture Renderer **91** and Picture Recognizer **92** can be omitted depending on implementation.

Referring to FIG. **4**, an embodiment of utilizing Sound Renderer **96** and Sound Recognizer **97** is illustrated.

Sound Renderer **96** comprises the functionality for rendering or generating digital sound, and/or other functionalities. Sound Renderer **96** comprises the functionality for rendering or generating digital sound of Application Program **18**. In some aspects, as a microphone is used to capture sound of a physical environment, Sound Renderer **96** can be used to render or generate sound of a computer modeled or represented environment. As such, Sound Renderer **96** can

78

be used to render or generate sound of Application Program **18**. In some designs, Sound Renderer **96** can be used to render or generate digital sound from Avatar's **605** surrounding in a 3D Application Program **18** (i.e. 3D computer game, virtual world application, CAD application, etc.). For example, emission of a sound from a sound source may be simulated/modeled in a virtual space of a 3D Application Program **18**, propagation of the sound may be simulated/modeled through the virtual space including any scattering, reflections, refractions, diffractions, and/or other effects, and the sound may be rendered or generated as perceived by a listener (i.e. Avatar **605**, etc.). In other designs, Sound Renderer **96** can be used to render or generate digital sound of a 2D Application Program **18** which may include any of the aforementioned and/or other sound simulation/modeling as applicable to 2D spaces. In further designs, Sound Renderer **96** can be optionally omitted in a simple Application Program **18** where no sound simulation/modeling is needed or where sounds may simply be played. In some implementations, Sound Renderer **96** may include any sound processing device, apparatus, system, or application that can render or generate digital sound. In some aspects, rendering, when used casually, may refer to rendering or generating digital sound from a computer model or representation, providing digital sound to a speaker or headphones, and/or producing the sound by a speaker or headphones. In some embodiments, Sound Renderer **96** can be a program executing or operating on Processor **11**. In one example, Sound Renderer **96** can be provided in a rendering engine such as Sound-Scape Renderer, SLAB Spatial Audio Renderer, Uni-Verse Sound Renderer, Crepo Sound Renderer, and/or other programs or systems for rendering or processing sound. In another example, various engines or environments such as Unity 3D Engine, Unreal Engine, Torque 3D Engine, and/or others provide built-in sound renderers. In other embodiments, Sound Renderer **96** can be part of, embedded into, or built into Processor **11**. In further embodiments, Sound Renderer **96** can be a hardware element coupled to Processor **11** and/or other elements. In further embodiments, Sound Renderer **96** can be a program or hardware element that is part of or embedded into another element. In one example, a sound card and/or its processing unit may include Sound Renderer **96**. In another example, ACAAO Unit **100** may include Sound Renderer **96**. In a further example, Application Program **18** may include Sound Renderer **96**. In general, Sound Renderer **96** can be implemented in any suitable configuration to provide its functionalities. Sound Renderer **96** may render or generate digital sound in various formats examples of which include WAV, WMA, AIFF, MP3, RA, OGG, and/or others. In some designs, Sound Renderer **96** can render or generate different digital sound of an Application Program **18** for production on a speaker or headphones and for facilitating object recognition functionalities herein. For example, sound of Avatar's **605** shooting may be produced by a speaker or headphones for User **50** to hear and sound of various objects in Avatar's **605** surrounding may be used to facilitate object recognition functionalities herein. In some implementations of non-acoustic Application Programs **18** such as simulations, calculations, and/or others, Sound Renderer **96** may render or generate digital sound as perceived by Avatar **605** to facilitate object recognition functionalities herein where the sound is never produced on a speaker or headphones. In some aspects, instead of or in addition to Sound Renderer **96**, digital sound perceived by Avatar **605** can be obtained from any element of a computing device or system that can provide such digital sound.

US 10,607,134 B1

79

Examples of such elements include an audio circuit, an audio system, an audio driver, an audio interface, and/or others.

Sound Recognizer 97 comprises the functionality for detecting or recognizing objects and/or their properties in audio data, and/or other disclosed functionalities. Audio data includes digital sound, and/or other audio data. Examples of file formats that can be utilized to store audio data include WAV, WMA, AIFF, MP3, RA, OGG, and/or other file formats. In some designs, Sound Recognizer 97 can be used for detecting or recognizing objects and/or their properties in digital sound from Sound Renderer 96. In the case of a person, Sound Recognizer 97 may detect or recognize human voice. For example, Sound Recognizer 97 can be utilized in detecting or recognizing existence of an object, type of an object, identity of an object, activity of an object, and/or other properties of an object. In general, Sound Recognizer 97 can be used for any operation supported by Sound Recognizer 97. In some aspects, Sound Recognizer 97 may detect or recognize an object and/or its properties from a digital sound by comparing collections of sound samples from the digital sound with collections of sound samples of known objects and/or their properties. The collections of sound samples of known objects and/or their properties can be learned, or manually, programmatically, or otherwise defined. The collections of sound samples of known objects and/or their properties can be stored in any data structure or repository (i.e. one or more files, database, etc.) that resides locally on Computing Device 70, or remotely on a remote computing device (i.e. server, cloud, etc.) accessible over a network or an interface. In other aspects, Sound Recognizer 97 may detect or recognize an object and/or its properties from a digital sound by comparing features from the digital sound with features of sounds of known objects and/or their properties. The features of sounds of known objects and/or their properties can be learned, or manually, programmatically, or otherwise defined. The features of sounds of known objects and/or their properties can be stored in any data structure or repository (i.e. neural network, one or more files, database, etc.) that resides locally on Computing Device 70, or remotely on a remote computing device (i.e. server, cloud, etc.) accessible over a network or an interface. Typical steps or elements in a feature oriented sound recognition include pre-processing, feature extraction, acoustic modeling, language modeling, and/or others, or a combination thereof, each of which may include its own sub-steps or sub-elements depending on the application. In further aspects, Sound Recognizer 97 may detect or recognize a variety of sounds from digital sound using the aforementioned sound sample or feature comparisons, and/or other detection or recognition techniques. For example, sound of a person, animal, vehicle, and/or other sounds can be detected by Sound Recognizer 97. In further aspects, Sound Recognizer 97 may detect or recognize sounds using Hidden Markov Models (HMM), Artificial Neural Networks, Dynamic Time Warping (DTW), Gaussian Mixture Models (GMM), and/or other models or techniques, or a combination thereof. Some or all of these models or techniques may include statistical techniques. Examples of artificial neural networks that can be used in Sound Recognizer 97 include recurrent neural networks, time delay neural networks (TDNNs), deep neural networks, convolutional neural networks, and/or others. In general, Sound Recognizer 97 may include any machine learning, deep learning, and/or other artificial intelligence techniques. Any other techniques known in art can be utilized in Sound Recognizer 97. For example, thresholds

80

for similarity, statistical techniques, and/or optimization techniques can be utilized to determine a match in any of the above-described detection or recognition techniques.

In some exemplary embodiments, operating system's sound recognition functionalities such as iOS's Voice Services, Siri, and/or others can be utilized in Sound Recognizer 97. For example, iOS Voice Services can detect an object (i.e. person, etc.) and/or its properties in digital sound from Sound Renderer 96 or stored in an electronic repository, which can then be utilized in ACAAO Unit 100, Artificial Intelligence Unit 110, and/or other elements. In other exemplary embodiments, Java Speech API (JSAPI) implementation such as The Cloud Garden, Sphinx, and/or others can be utilized in Sound Recognizer 97. For example, Cloud Garden JSAPI can detect an object (i.e. person, animal, vehicle, etc.) and/or its properties in digital sound from Sound Renderer 96 or stored in an electronic repository, which can then be utilized in ACAAO Unit 100, Artificial Intelligence Unit 110, and/or other elements. Any other programming language's or platform's speech or sound processing API can similarly be utilized. In further exemplary embodiments, applications or engines providing Sound recognition functionalities such as HTK (Hidden Markov Model Toolkit), Kaldi, OpenEars, Dragon Mobile, Julius, iSpeech, CeedVocal, and/or others can be utilized in Sound Recognizer 97. For example, Kaldi SDK can detect an object (i.e. person, animal, vehicle, etc.) and/or its properties in digital sound from Sound Renderer 96 or stored in an electronic repository, which can then be utilized in ACAAO Unit 100, Artificial Intelligence Unit 110, and/or other elements.

It should be noted that Sound Renderer 96 and Sound Recognizer 97 can optionally be used to detect objects and/or their properties that cannot not be obtained from Application Program 18 or from an engine, environment, or system used to implement Application Program 18. Sound Renderer 96 and Sound Recognizer 97 can also optionally be used where Sound Renderer 96 and Sound Recognizer 97 offer superior performance in detecting objects and/or their properties. Sound Renderer 96 and Sound Recognizer 97 can also optionally be used to confirm objects and/or their properties obtained or detected by other means. For example, identity of an object, type of an object, and/or activity of an object, if needed, can be recognized or confirmed through sound processing of Sound Renderer 96 and Sound Recognizer 97. Sound Renderer 96 and Sound Recognizer 97 can be omitted depending on implementation.

One of ordinary skill in art will understand that the aforementioned techniques for detecting or recognizing objects and/or their properties using pictures and sounds are described merely as examples of a variety of possible implementations, and that while all possible techniques for detecting or recognizing objects and/or their properties are too voluminous to describe, other techniques for detecting or recognizing objects and/or their properties known in art are within the scope of this disclosure. Also, any signal processing technique known in art that can facilitate the disclosed functionalities can be utilized in various embodiments. Any combination of the aforementioned and/or other renderers, object detecting or recognizing techniques, signal processing techniques, and/or other elements or techniques can be used in various embodiments.

Referring to FIGS. 5A-5B, an exemplary embodiment of Objects 615 (also referred to simply as objects or other

US 10,607,134 B1

81

suitable name or reference) in Avatar's **605** surrounding, and resulting Collection of Object Representations **525** are illustrated.

As shown for example in FIG. **5**A, Object **615***a* exists in Avatar's **605** surrounding. Object **615***a* may be recognized as a person. Object **615***a* may be located at a distance of 13 m from Avatar **605**. Object **615***a* may be located at a bearing/angle of 78° from Avatar's **605** centerline. Object **615***a* may be identified as Agent Smith. Furthermore, Object **615***b* exists in Avatar's **605** surrounding. Object **615***b* may be recognized as a rock. Object **615***b* may be located at a distance of 10 m from Avatar **605**. Object **615***b* may be located at a bearing/angle of 211° from Avatar's **605** centerline. Furthermore, Object **615***c* exists in Avatar's **605** surrounding. Object **615***c* may be recognized as a robot. Object **615***c* may be located at a distance of 8 m from Avatar **605**. Object **615***c* may be located at a bearing/angle of 332° from Avatar's **605** centerline. Any Objects **615** instead of or in addition to Object **615***a*, Object **615***b*, and Object **615***c* may exist in Avatar's **605** surrounding, one or more of which can be obtained, learned, and/or used. In some designs, some Objects **615** can be omitted. Which Objects **615** or types of Objects **615** are obtained, learned, and/or used can be defined by a user, by ACAAO system administrator, or automatically by the system based on experience, testing, inquiry, analysis, synthesis, or other techniques, knowledge, or input. In further designs, a 3D Application Program **18** may include elevated Objects **615** such as flying objects (i.e. flying animals, aircraft, etc.), objects on hills or mountains, objects on buildings, and/or others in which case altitudinal information related to distance and bearing/angle of Objects **615** relative to Avatar **605** can be obtained, learned, and/or used. Any unit of distance and/or bearing/angle can be utilized instead of or in addition to meters and/or angular degrees.

As shown for example in FIG. **5**B, Object Processing Unit **140** may create or generate Collection of Object Representations **525** including Object Representation **625***a* representing Object **615***a*, Object Representation **625***b* representing Object **615***b*, Object Representation **625***c* representing Object **615***c*, etc. For instance, Object Representation **625***a* may include Object Property **630***aa* "Person" in Category **635***aa* "Type", Object Property **630***ab* "Agent Smith" in Category **635***ab* "Identity", Object Property **630***ac* "13 m" in Category **635***ac* "Distance", Object Property **630***ad* "78°" in Category **635***ad* "Bearing", etc. Also, Object Representation **625***b* may include Object Property **630***ba* "Rock" in Category **635***ba* "Type", Object Property **630***bb* "10 m" in Category **635***bb* "Distance", Object Property **630***bc* "211°" in Category **635***bc* "Bearing", etc. Also, Object Representation **625***c* may include Object Property **630***ca* "Robot" in Category **635***ca* "Type", Object Property **630***cb* "8 m" in Category **635***cb* "Distance", Object Property **630***cc* "332°" in Category **635***cc* "Bearing", etc. Any number of Object Representations **625**, and/or other elements or information can be included in Collection of Object Representations **525**. Any number of Object Properties **630** (also referred to simply as object properties or other suitable name or reference), and/or other elements or information can be included in an Object Representation **625**. In some aspects, a reference to Collection of Object Representations **525** comprises a reference to a collection of Object Properties **630** and/or other elements or information related to one or more Objects **615**. Other additional Object Representations **625**, Object Properties **630**, elements, and/or information can be included as needed, or some of the disclosed ones can be

82

excluded, or a combination thereof can be utilized in alternate embodiments of Collection of Object Representations **525**.

Referring now to ACAAO Unit **100**, ACAAO Unit **100** comprises any hardware, programs, or a combination thereof. ACAAO Unit **100** comprises the functionality for learning the operation of Avatar **605** in circumstances including objects with various properties. ACAAO Unit **100** comprises the functionality for structuring and/or storing this knowledge in a knowledgebase (i.e. neural network, graph, sequences, other repository, etc.). ACAAO Unit **100** comprises the functionality for enabling autonomous operation of Avatar **605** in circumstances including objects with various properties. In some embodiments of Application Programs **18** that do not comprise Avatar **605** or rely on Avatar **605** for their operation, ACAAO Unit **100** comprises the functionality for learning the operation of Application Program **18** in circumstances including objects with various properties similar to the learning functionalities described with respect to Avatar **605**. Also, in such embodiments, ACAAO Unit **100** comprises the functionality for enabling autonomous operation of Application Program **18** in circumstances including objects with various properties similar to the autonomous operation functionalities described with respect to Avatar **605**. ACAAO Unit **100** comprises the functionality for interfacing with or attaching to Avatar **605**, Application Program **18**, Processor **11**, and/or other processing element. ACAAO Unit **100** comprises the functionality for obtaining instruction sets, data, and/or other information used, implemented, and/or executed by Avatar **605**, Application Program **18**, Processor **11**, and/or other processing element. ACAAO Unit **100** comprises the functionality for modifying instruction sets, data, and/or other information used, implemented, and/or executed by Avatar **605**, Application Program **18**, Processor **11**, and/or other processing element. ACAAO Unit **100** comprises learning, anticipating, decision making, automation, and/or other functionalities disclosed herein. Statistical, artificial intelligence, machine learning, and/or other models or techniques are utilized to implement the disclosed devices, systems, and methods. In some designs, ACAAO Unit **100** and/or elements thereof may be or include a hardware element embedded or built into Processor **11**, and/or other processing element. In other designs, ACAAO Unit **100** and/or elements thereof may be or include a hardware element coupled to or interfaced with Avatar **605**, Application Program **18**, Processor **11**, and/or other processing element. In other designs, ACAAO Unit **100** and/or elements thereof may be or include a program operating on Processor **11**, and/or other processing element. In further designs, ACAAO Unit **100** and/or elements thereof may be or include a program coupled to or interfaced with Avatar **605**, Application Program **18**, Processor **11**, and/or other processing element. In further designs, ACAAO Unit **100** and/or elements thereof may be or include a program embedded or built into Avatar **605**, Application Program **18**, and/or other processing element. ACAAO Unit **100** can be provided in a combination of the aforementioned or other suitable configurations in alternate designs.

When ACAAO Unit **100** functionalities are applied to Avatar **605**, Application Program **18**, Processor **11**, and/or other processing element, Avatar **605**, Application Program **18**, Processor **11**, and/or other processing element may become autonomous. ACAAO Unit **100** may take control from, share control with, and/or release control to Avatar **605**, Application Program **18**, Processor **11**, and/or other processing element to implement autonomous operation of Avatar **605**, Application Program **18**, Processor **11**, and/or

US 10,607,134 B1

83

other processing element. ACAAO Unit **100** may take control from, share control with, and/or release control to Avatar **605**, Application Program **18**, Processor **11**, and/or other processing element automatically or after prompting User **50** to allow it. In some aspects, Avatar **605**, Application Program **18**, Processor **11**, and/or other processing element may include or be provided with anticipatory (also referred to as alternate or other suitable name or reference) instructions or instruction sets that User **50** did not issue or cause to be executed. Such anticipatory instructions or instruction sets include instruction sets that User **50** may want or is likely to issue or cause to be executed. Anticipatory instructions or instruction sets can be generated by ACAAO Unit **100** or elements thereof based on circumstances including objects with various properties. As such, Avatar **605**, Application Program **18**, Processor **11**, and/or other processing element may include or be provided with some or all original instructions or instruction sets and/or any anticipatory instructions or instruction sets generated by ACAAO Unit **100**. Therefore, autonomous operating of Avatar **605**, Application Program **18**, Processor **11**, and/or other processing element may include executing some or all original instructions or instruction sets and/or any anticipatory instructions or instruction sets generated by ACAAO Unit **100**.

In one example, ACAAO Unit **100** can overwrite or rewrite the original instructions or instruction sets with ACAAO Unit **100**-generated instructions or instruction sets. In another example, ACAAO Unit **100** can insert or embed ACAAO Unit **100**-generated instructions or instruction sets among the original instructions or instruction sets. In a further example, ACAAO Unit **100** can branch, redirect, or jump to ACAAO Unit **100**-generated instructions or instruction sets from the original instructions or instruction sets.

In some embodiments, autonomous Avatar **605** operating comprises determining, by ACAAO Unit **100**, a next instruction or instruction set to be executed based on Avatar's **605** circumstances including objects with various properties prior to the user issuing or causing to be executed the next instruction or instruction set. In other embodiments, autonomous Avatar **605** operating comprises determining, by ACAAO Unit **100**, a next instruction or instruction set to be executed based on Avatar's **605** circumstances including objects with various properties prior to the system receiving the next instruction or instruction set.

In some embodiments, autonomous Avatar **605** operating includes a partially or fully autonomous operating. In an example involving partially autonomous Avatar **605** operating, a user confirms ACAAO Unit **100**-generated instructions or instruction sets prior to their execution. In an example involving fully autonomous application operating, ACAAO Unit **100**-generated instructions or instruction sets are executed without user or other system confirmation (i.e. automatically, etc.).

In some embodiments, a combination of ACAAO Unit **100** and other systems and/or techniques can be utilized to implement Avatar's **605** operation. In one example, ACAAO Unit **100** may be a primary or preferred system for implementing Avatar's **605** operation. While operating autonomously under the control of ACAAO Unit **100**, Avatar **605** may encounter a circumstance including objects with various properties that has not been encountered or learned before. In such situations, User **50** and/or non-ACAAO system may take control of Avatar's **605** operation. ACAAO Unit **100** may take control again when Avatar **605** encounters a previously learned circumstance including objects with various properties. Naturally, ACAAO Unit **100** can learn Avatar's **605** operation in circumstances while User **50**

84

and/or non-ACAAO system is in control of Avatar **605**, thereby reducing or eliminating the need for future involvement of User **50** and/or non-ACAAO system. In another example, User **50** and/or non-ACAAO system may be a primary or preferred system for implementing Avatar's **605** operation. While operating under the control of User **50** and/or non-ACAAO system, User **50** and/or non-ACAAO system may release control to ACAAO Unit **100** for any reason (i.e. User **50** gets tired or distracted, non-ACAAO system gets stuck or cannot make a decision, etc.), at which point Avatar **605** can be controlled by ACAAO Unit **100**. In some designs, ACAAO Unit **100** may take control in certain special circumstances including objects with various properties where ACAAO Unit **100** may offer superior performance even though User **50** and/or non-ACAAO system may generally be preferred. Once Avatar **605** leaves such special circumstances, ACAAO Unit **100** may release control to User **50** and/or non-ACAAO system. In general, ACAAO Unit **100** can take control from, share control with, or release control to User **50**, non-ACAAO system, and/or other system or process at any time, in any circumstances, and remain in control for any period of time as needed.

In some embodiments, ACAAO Unit **100** may control one or more elements of Avatar **605** while User **50** and/or non-ACAAO system may control other one or more elements of Avatar **605**. For example, ACAAO Unit **100** may control Avatar's **605** movement, while User **50** and/or non-ACAAO system may control Avatar's **605** aiming and shooting. Any other combination of controlling various elements or functions of Avatar **605** by ACAAO Unit **100**, User **50**, and/or non-ACAAO system can be implemented.

In some embodiments, ACAAO Unit **100** enables learning of a particular User's **50** knowledge, methodology, or style of operating Avatar **605**. In some aspects, learning of a particular User's **50** knowledge, methodology, or style of operating Avatar **605** includes learning the User's **50** directing or operating Avatar **605** in circumstances including objects with various properties. In one example, one User **50** may shoot an opponent while another User **50** may strike the opponent with a sword in a computer game. In another example, one User **50** may jump over an obstacle while another User **50** may move around the obstacle in a virtual world application. In a further example, one User **50** may drive fast while another User **50** may drive cautiously in a racing game, and so on. The knowledge of User's **50** methodology or style of operating Avatar **605** can be used to enable personalized autonomous operation of Avatar **605** specific to a particular User **50**. Therefore, ACAAO-enabled Avatar **605** may exemplify User's **50** knowledge, methodology, or style of operating Avatar **605** as learned from User **50**. In some designs, this functionality enables one or more ACAAO-enabled Avatars **605** to be utilized in Application Program **18** (i.e. computer game, virtual world, etc.) to assist User **50** in defeating an opponent or achieving another goal. For example, User **50** can utilize a team of ACAAO-enabled Avatars **605** each of which may exemplify User's **50** knowledge, methodology, or style of operating Avatar **605**. In other designs, ACAAO Unit **100** enables a professional or other experienced Application Program **18** operator (i.e. game player, etc.) to record his/her knowledge, methodology, or style of operating Avatar **605** into Knowledgebase **530** (i.e. Neural Network **530**a, Graph **530**b, Collection of Sequences **530**c, Sequence **533**, Collection of Knowledge Cells **530**d, etc.) and/or other repository. User **50** can then sell or make available his/her knowledge, methodology, or style of operating Avatar **605** to other users who may want to implement User's **50** knowledge, methodology, or style of operating

US 10,607,134 B1

85

Avatar **605**. Knowledgebase **530** and/or other repository comprising User's **50** knowledge, methodology, or style of operating Avatar **605** can be available to other users via a storage medium, via a network, or via other means. In some implementations, User's **50** knowledge, methodology, or style of operating Avatar **605** can be applied to or implemented on any Object **615** of Application Program **18** as applicable, thereby enabling any Object **615** to exemplify User's **50** knowledge, methodology, or style of operating as learned from User **50**. For example, a computer game developer may associate Knowledgebase **530** comprising User's **50** knowledge, methodology, or style of operating Avatar **605** with an Object **615** (i.e. tank, robot, aircraft, etc.), thereby enabling the Object **615** to operate based on the knowledge in the Knowledgebase **530**.

Referring now to Acquisition Interface **120**, Acquisition Interface **120** comprises the functionality for obtaining and/or receiving instruction sets, data, and/or other information. Acquisition Interface **120** comprises the functionality for obtaining and/or receiving instruction sets, data, and/or other information related to the operation of Avatar **605**, Application Program **18**, Processor **11**, and/or other processing element. Acquisition Interface **120** comprises the functionality for obtaining and/or receiving instruction sets, data, and/or other information from Avatar **605**, Application Program **18**, Processor **11**, and/or other processing element. Acquisition Interface **120** comprises the functionality for obtaining and/or receiving instruction sets, data, and/or other information at runtime. In one example, Acquisition Interface **120** can obtain Instruction Sets **526** used or executed in operating Avatar **605** operation, and transmit the Instruction Sets **526** to Artificial Intelligence Unit **110** for learning Avatar's **605** operation in circumstances including objects with various properties. In another example, in Application Programs **18** that do not comprise Avatar **605** or do not rely on Avatar **605** for their operation, Acquisition Interface **120** can obtain Instruction Sets **526** used or executed in operating Application Program **18**, and transmit the Instruction Sets **526** to Artificial Intelligence Unit **110** for learning Application Program's **18** operation in circumstances including objects with various properties. Acquisition Interface **120** also comprises the functionality for tracing or profiling of Avatar **605**, Application Program **18**, Processor **11**, and/or other processing element. Tracing or profiling may include adding trace code or instrumentation to Avatar **605** (i.e. Avatar's **605** object code, etc.) or Application Program **18**, and/or outputting trace information (i.e. instruction sets, data, and/or other information, etc.) to a receiving target. Acquisition Interface **120** further comprises the functionality for attaching to or interfacing with Avatar **605**, Application Program **18**, Processor **11**, and/or other processing element. In some aspects, Acquisition Interface **120** can access and/or read runtime engine/environment, virtual machine, operating system, compiler, interpreter, translator, execution stack, file, object, data structure, and/or other computing system elements. In other aspects, Acquisition Interface **120** can access and/or read memory, storage, and/or other repository. In further aspects, Acquisition Interface **120** can access and/or read Processor **11** registers and/or other Processor **11** elements. In further aspects, Acquisition Interface **120** can access and/or read inputs and/or outputs of Avatar **605**, Application Program **18**, Processor **11**, and/or other processing element. In further aspects, Acquisition Interface **120** can access and/or read functions, methods, procedures, routines, subroutines, and/or other elements of Avatar **605** and/or Application Program **18**. In further aspects, Acquisition Interface **120** can access and/or read

86

source code, bytecode, compiled, interpreted code, translated code, machine code, and/or other code. In further aspects, Acquisition Interface **120** can access and/or read values, variables, parameters, and/or other data or information. Acquisition Interface **120** also comprises the functionality for transmitting the obtained instruction sets, data, and/or other information to Artificial Intelligence Unit **110** and/or other elements. As such, Acquisition Interface **120** provides input into Artificial Intelligence Unit **110** for knowledge structuring, anticipating, decision making, and/or other functionalities later in the process. Acquisition Interface **120** also comprises other disclosed functionalities.

Acquisition Interface **120** can employ various techniques for obtaining instruction sets, data, and/or other information. In one example, Acquisition Interface **120** can attach to and/or obtain Avatar's **605**, Application Program's **18**, Processor's **11**, and/or other processing element's instruction sets, data, and/or other information through tracing or profiling techniques. Tracing or profiling may be used for outputting Avatar's **605**, Application Program's **18**, Processor's **11**, and/or other processing element's instruction sets, data, and/or other information at runtime. For instance, tracing or profiling may include adding trace code (i.e. instrumentation, etc.) to Avatar **605** (i.e. Avatar's **605** object code, etc.) or Application Program **18**, and/or outputting trace information to a specific target. The outputted trace information (i.e. instruction sets, data, and/or other information, etc.) can then be provided to or recorded into a file, data structure, repository, application, and/or other system or target that may receive such trace information. As such, Acquisition Interface **120** can utilize tracing or profiling to obtain instruction sets, data, and/or other information and provide them as input into Artificial Intelligence Unit **110**. In some aspects, instrumentation can be performed in source code, bytecode, compiled code, interpreted code, translated code, machine code, and/or other code. In other aspects, instrumentation can be performed in various elements of a computing system such as memory, virtual machine, runtime engine/environment, operating system, compiler, interpreter, translator, processor registers, and/or other elements. In yet other aspects, instrumentation can be performed in various abstraction layers of a computing system such as in software layer (i.e. Application Program **18**, etc.), in virtual machine (if VM is used), in operating system, in Processor **11**, and/or in other layers or areas that may exist in a particular computing system implementation. In yet other aspects, instrumentation can be performed at various times in Avatar's **605** or Application Program's **18** execution such as source code write time, compile time, interpretation time, translation time, linking time, loading time, runtime, and/or others. In yet other aspects, instrumentation can be performed at various granularities or code segments such as some or all lines of code, some or all statements, some or all instructions or instruction sets, some or all basic blocks, some or all functions/routines/subroutines, and/or some or all other code segments.

In some embodiments, Avatar **605** (i.e. Avatar's **605** object code, etc.) or Application Program **18** can be automatically instrumented. For example, Acquisition Interface **120** can access Avatar's **605** or Application Program's **18** source code, bytecode, or machine code and select instrumentation points of interest. Selecting instrumentation points may include finding locations in the source code, bytecode, or machine code corresponding to function calls, function entries, function exits, object creations, object destructions, event handler calls, new lines (i.e. to instrument all lines of code, etc.), thread creations, throws, and/or

US 10,607,134 B1

87

88

other points of interest. Instrumentation code can then be inserted at the instrumentation points of interest to output Avatar's **605** or Application Program's **18** instruction sets, data, and/or other information. In response to executing instrumentation code, Avatar's **605** or Application Program's **18** instruction sets, data, and/or other information may be received by Acquisition Interface **120**. In some aspects, Avatar's **605** or Application Program's **18** source code, bytecode, or machine code can be dynamically instrumented. For example, instrumentation code can be dynamically inserted into Avatar **605** (i.e. Avatar's **605** object code, etc.) or Application Program **18** at runtime.

In other embodiments, Avatar **605** or Application Program **18** can be manually instrumented. In one example, a programmer can instrument a function call by placing an instrumenting function such as traceAvatar( ), traceApplication( ), etc. immediately after the function call as in the following example.

Avatar.moveForward(12);

traceAvatar('Avatar.moveForward(12);');

In another example, an instrumenting function can be placed immediately before the function call, or at the beginning, end, or anywhere within the function itself. A programmer may instrument all function calls or only function calls of interest. In a further example, a programmer can instrument all lines of code or only code lines of interest. In a further example, a programmer can instrument other elements utilized or implemented within Avatar **605** or Application Program **18** such as objects and/or any of their functions, data structures and/or any of their functions, event handlers and/or any of their functions, threads and/or any of their functions, and/or other elements or functions. Similar instrumentation as in the preceding examples can be performed automatically or dynamically. In some designs where manual code instrumentation is utilized, Acquisition Interface **120** can optionally be omitted and Avatar's **605** or Application Program's **18** instruction sets, data, and/or other information may be transmitted directly to Artificial Intelligence Unit **110**.

In some embodiments, ACAAO Unit **100** can be selective in learning instruction sets, data, and/or other information to those implemented, utilized, or related to an object, data structure, repository, thread, function, and/or other element of Application Program **18**. In some aspects, Acquisition Interface **120** can obtain Application Program's **18** instruction sets, data, and/or other information implemented, utilized, or related to a certain object in an object oriented Application Program **18**. For example, Acquisition Interface **120** can obtain Application Program's **18** instruction sets, data, and/or other information implemented, utilized, or related to Avatar **605**.

In some embodiments, various computing systems and/or platforms may provide native tools for obtaining instruction sets, data, and/or other information. Also, independent vendors may provide portable tools with similar functionalities that can be utilized across different computing systems and/or platforms. These native and portable tools may provide a wide range of functionalities such as instrumentation, tracing or profiling, logging application or system messages, outputting custom text messages, outputting objects or data structures, outputting functions/routines/subroutines or their invocations, outputting variable or parameter values, outputting thread or process behaviors, outputting call or other stacks, outputting processor registers, providing runtime memory access, providing inputs and/or outputs, performing live application monitoring, and/or other capabilities. One of ordinary skill in art will understand that, while all possible variations of the techniques to obtain instruction sets, data, and/or other information are too voluminous to describe, these techniques are within the scope of this disclosure.

In one example, obtaining Avatar's **605** and/or Application Program's **18** instruction sets, data, and/or other information can be implemented through the .NET platform's native tools for application tracing or profiling such as System.Diagnostics.Trace, System.Diagnostics.Debug, or System.Diagnostics.TraceSource classes for tracing execution flow, and/or System.Diagnostics.Process, System.Diagnostics.EventLog, or System.Diagnostics.PerformanceCounter classes for profiling code, accessing local and remote processes, starting and stopping system processes, and interacting with Windows event logs, etc. For instance, a set of trace switches can be created that output an application's information. The switches can be configured using the .config file. For a web application, this may typically be web.config file associated with the project. In a Windows application, this file may typically be named application-Name.exe.config. Trace code can be added to application code automatically or manually as previously described. Appropriate listener can be created where the trace output is received. Trace code can output trace messages to a specific target such as a file, a log, a database, an object, a data structure, and/or other repository or system. Acquisition Interface **120** or Artificial Intelligence Unit **110** can then read or obtain the trace information from these targets. In some aspects, trace code can output trace messages directly to Acquisition Interface **120**. In other aspects, trace code can output trace messages directly to Artificial Intelligence Unit **110**. In the case of outputting trace messages to Acquisition Interface **120** or directly to Artificial Intelligence Unit **110**, custom listeners can be built to accommodate these specific targets. Other platforms, tools, and/or techniques can provide equivalent or similar functionalities as the above described ones.

In another example, obtaining Avatar's **605** and/or Application Program's **18** instruction sets, data, and/or other information can be implemented through the .NET platform's Profiling API that can be used to create a custom profiler application for tracing, monitoring, interfacing with, and/or managing a profiled application. The Profiling API provides an interface that includes methods to notify the profiler of events in the profiled application. The Profiling API may also provide an interface to enable the profiler to call back into the profiled application to obtain information about the state of the profiled application. The Profiling API may further provide call stack profiling functionalities. Call stack (also referred to as execution stack, control stack, runtime stack, machine stack, the stack, etc.) includes a data structure that can store information about active subroutines of an application. The Profiling API may provide a stack snapshot method, which enables a trace of the stack at a particular point in time. The Profiling API may also provide a shadow stack method, which tracks the call stack at every instant. A shadow stack can obtain function arguments, return values, and information about generic instantiations. A function such as Function Enter can be utilized to notify the profiler that control is being passed to a function and can provide information about the stack frame and function arguments. A function such as FunctionLeave can be utilized to notify the profiler that a function is about to return to the caller and can provide information about the stack frame and function return value. An alternative to call stack profiling includes call stack sampling in which the profiler can periodically examine the stack. In some aspects, the Profil-

US 10,607,134 B1

89

90

ing API enables the profiler to change the in-memory code stream for a routine before it is just-in-time (JIT) compiled where the profiler can dynamically add instrumentation code to all or particular routines of interest. Other platforms, tools, and/or techniques may provide equivalent or similar functionalities as the above described ones.

In a further example, obtaining Avatar's **605** and/or Application Program's **18** instruction sets, data, and/or other information can be implemented through Java platform's APIs for application tracing or profiling such as Java Virtual Machine Profiling Interface (JVMPI), Java Virtual Machine Tool Interface (JVMTI), and/or other APIs or tools. These APIs can be used for instrumentation of an application, for notification of Java Virtual Machine (VM) events, and/or other functionalities. One of the tracing or profiling techniques that can be implemented includes bytecode instrumentation. The profiler can insert bytecodes into all or some of the classes. In application execution profiling, for example, these bytecodes may include methodEntry and methodExit calls. In memory profiling, for example, the bytecodes may be inserted after each new or after each constructor. In some aspects, insertion of instrumentation bytecode can be performed either by a post-compiler or a custom class loader. An alternative to bytecode instrumentation includes monitoring events generated by the JVMPI or JVMTI interfaces. Both APIs can generate events for method entry/exit, object allocation, and/or other events. In some aspects, JVMTI can be utilized for dynamic bytecode instrumentation where insertion of instrumentation bytecodes is performed at runtime. The profiler may insert the necessary instrumentation when a selected class is invoked in an application. This can be accomplished using the JVMTI's redefineClasses method, for example. This approach also enables changing of the level of profiling as the application is running. If needed, these changes can be made adaptively without restarting the application. Other platforms, tools, and/or techniques may provide equivalent or similar functionalities as the above described ones.

In a further example, obtaining Avatar's **605** and/or Application Program's **18** instruction sets, data, and/or other information can be implemented through JVMTI's programming interface that enables creation of software agents that can monitor and control a Java application. An agent may use the functionality of the interface to register for notification of events as they occur in the application, and to query and control the application. A JVMTI agent may use JVMTI functions to extract information from a Java application. A JVMTI agent can be utilized to obtain an application's runtime information such as method calls, memory allocation, CPU utilization, and/or other information. JVMTI may include functions to obtain information about variables, fields, methods, classes, and/or other information. JVMTI may also provide notification for numerous events such as method entry and exit, exception, field access and modification, thread start and end, and/or other events. Examples of JVMTI built-in methods include GetMethodName to obtain the name of an invoked method, GetThreadInfo to obtain information for a specific thread, GetClassSignature to obtain information about the class of an object, GetStackTrace to obtain information about the stack including information about stack frames, and/or other methods. Other platforms, tools, and/or techniques may provide equivalent or similar functionalities as the above described ones.

In a further example, obtaining Avatar's **605** and/or Application Program's **18** instruction sets, data, and/or other information can be implemented through java.lang.Runtime class that provides an interface for application tracing or profiling. Examples of methods provided in java.lang.Runtime that can be used to obtain an application's instruction sets, data, and/or other information include tracemethodcalls, traceinstructions, and/or other methods. These methods prompt the Java Virtual Machine to output trace information for a method or instruction in the virtual machine as it is executed. The destination of trace output may be system dependent and include a file, a listener, and/or other destinations where Acquisition Interface **120**, Artificial Intelligence Unit **110**, and/or other disclosed elements can access needed information. In addition to tracing or profiling tools native to their respective computing systems and/or platforms, many independent tools exist that provide tracing or profiling functionalities on more than one computing system and/or platform. Examples of these tools include Pin, DynamoRIO, KernInst, DynInst, Kprobes, OpenPAT, DTrace, SystemTap, and/or others. Other platforms, tools, and/or techniques may provide equivalent or similar functionalities as the above described ones.

In a further example, obtaining Avatar's **605** and/or Application Program's **18** instruction sets, data, and/or other information can be implemented through logging tools of the platform and/or operating system on which an application runs. Some logging tools may include nearly full feature sets of the tracing or profiling tools previously described. In one example, Visual Basic enables logging of runtime messages through its Microsoft.VisualBasic.Logging namespace that provides a log listener where the log listener may direct logging output to a file and/or other target. In another example, Java enables logging through its java.util.logging class. In some aspects, obtaining an application's instruction sets, data, and/or other information can be implemented through logging capabilities of the operating system on which an application runs. For example, Windows NT features centralized log service that applications and operating-system components can utilize to report their events including any messages. Windows NT provides functionalities for system, application, security, and/or other logging. An application log may include events logged by applications. Windows NT, for example, may include support for defining an event source (i.e. application that created the event, etc.). Windows Vista, for example, supports a structured XML log-format and designated log types to allow applications to more precisely log events and to help interpret the events. Examples of different types of event logs include administrative, operational, analytic, debug, and/or other log types including any of their subcategories. Examples of event attributes that can be utilized include eventID, level, task, opcode, keywords, and/or other event attributes. Windows wevtutil tool enables access to events, their structures, registered event publishers, and/or their configuration even before the events are fired. Wevtutil supports capabilities such as retrieval of the names of all logs on a computing device; retrieval of configuration information for a specific log; retrieval of event publishers on a computing device; reading events from an event log, from a log file, or using a structured query; exporting events from an event log, from a log file, or using a structured query to a specific target; and/or other capabilities. Operating system logs can be utilized solely if they contain sufficient information on an application's instruction sets, data, and/or other information. Alternatively, operating system logs can be utilized in combination with another source of information (i.e. trace information, call stack, processor registers, memory, etc.) to reconstruct the application's instruction sets, data, and/or other information needed for Artificial Intelligence Unit **110** and/or other elements. In addition to

US 10,607,134 B1

91

logging capabilities native to their respective platforms and/or operating systems, many independent tools exist that provide logging on different platforms and/or operating systems. Examples of these tools include Log4j, Logback, SmartInspect, NLog, log4net, Microsoft Enterprise Library, ObjectGuy Framework, and/or others. Other platforms, tools, and/or techniques may provide equivalent or similar functionalities as the above described ones.

In a further example, obtaining Avatar's 605 and/or Application Program's 18 instruction sets, data, and/or other information can be implemented through tracing or profiling the operating system on which an application runs. As in tracing or profiling an application, one of the techniques that can be utilized includes adding instrumentation code to the operating system's source code. Such instrumentation code can be added to the operating system's source code before kernel compilation or recompilation, for instance. This type of instrumentation may involve defining or finding locations in the operating system's source code where instrumentation code may be inserted. Kernel instrumentation can also be performed without the need for kernel recompilation or rebooting. In some aspects, instrumentation code can be added at locations of interest through binary rewriting of compiled kernel code. In other aspects, kernel instrumentation can be performed dynamically where instrumentation code is added and/or removed where needed at runtime. For instance, dynamic instrumentation may overwrite kernel code with a branch instruction that redirects execution to instrumentation code or instrumentation routine. In yet other aspects, kernel instrumentation can be performed using just-in-time (JIT) dynamic instrumentation where execution may be redirected to a copy of kernel's code segment that includes instrumentation code. This type of instrumentation may include a JIT compiler and creation of a copy of the original code segment having instrumentation code or calls to instrumentation routines embedded into the original code segment. Instrumentation of the operating system may enable total system visibility including visibility into an application's behavior by enabling generation of low level trace information. Other platforms, tools, and/or techniques may provide equivalent or similar functionalities as the above described ones.

In a further example, obtaining Avatar's 605 and/or Application Program's 18 instruction sets, data, and/or other information can be implemented through tracing or profiling the processor on which an application runs. For example, some Intel processors provide Intel Processor Trace (i.e. Intel PT, etc.), a low-level tracing feature that enables recording executed instruction sets, and/or other data or information of one or more applications. Intel PT is facilitated by the Processor Trace Decoder Library along with its related tools. Intel PT is a low-overhead execution tracing feature that records information about application execution on each hardware thread using dedicated hardware facilities. The recorded execution/trace information is collected in data packets that can be buffered internally before being sent to a memory subsystem or another system or element (i.e. Acquisition Interface 120, Artificial Intelligence Unit 110, etc.). Intel PT also enables navigating the recorded execution/trace information via reverse stepping commands. Intel PT can be included in an operating system's core files and provided as a feature of the operating system. Intel PT can trace globally some or all applications running on an operating system. Acquisition Interface 120 or Artificial Intelligence Unit 110 can read or obtain the recorded execution/trace information from Intel PT. Other platforms, tools,

92

and/or techniques may provide equivalent or similar functionalities as the above described ones.

In a further example, obtaining Avatar's 605 and/or Application Program's 18 instruction sets, data, and/or other information can be implemented through branch tracing or profiling. Branch tracing may include an abbreviated instruction trace in which only the successful branch instruction sets are traced or recorded. Branch tracing can be implemented through utilizing dedicated processor commands, for example. Executed branches may be saved into special branch trace store area of memory. With the availability and reference to a compiler listing of the application together with branch trace information, a full path of executed instruction sets can be reconstructed. The full path can also be reconstructed with a memory dump (containing the program storage) and branch trace information. In some aspects, branch tracing can be utilized for pre-learning or automated learning of an application's instruction sets, data, and/or other information where a number of application simulations (i.e. simulations of likely/common operations, etc.) are performed. As such, the application's operation can be learned automatically saving the time that would be needed to learn the application's operation directed by a user. Other platforms, tools, and/or techniques may provide equivalent or similar functionalities as the above described ones.

In a further example, obtaining Avatar's 605 and/or Application Program's 18 instruction sets, data, and/or other information can be implemented through assembly language. Assembly language is a low-level programming language for a computer or other programmable device in which there is a strong correlation between the language and the architecture's machine instruction sets. Syntax, addressing modes, operands, and/or other elements of an assembly language instruction set may translate directly into numeric (i.e. binary, etc.) representations of that particular instruction set. Because of this direct relationship with the architecture's machine instruction sets, assembly language can be a powerful tool for tracing or profiling an application's execution in processor registers, memory, and/or other computing system components. For example, using assembly language, memory locations of a loaded application can be accessed, instrumented, and/or otherwise manipulated. In some aspects, assembly language can be used to rewrite or overwrite original in-memory instruction sets of an application with instrumentation instruction sets. In other aspects, assembly language can be used to redirect application's execution to instrumentation routine/subroutine or other code segment elsewhere in memory by inserting a jump into the application's in-memory code, by redirecting program counter, or by other techniques. Some operating systems may implement protection from changes to applications loaded into memory. Operating system, processor, or other low level commands such as Linux mprotect command or similar commands in other operating systems may be used to unprotect the protected locations in memory before the change. In yet other aspects, assembly language can be used to obtain instruction sets, data, and/or other information through accessing and/or reading instruction register, program counter, other processor registers, memory locations, and/or other components of a computing system. In yet other aspects, high-level programming languages may call or execute an external assembly language program to facilitate obtaining instruction sets, data, and/or other information as previously described. In yet other aspects, relatively low-level programming languages such as C may allow embedding assembly language directly in their source code such as,

US 10,607,134 B1

93

for example, using asm keyword of C. Other platforms, tools, and/or techniques may provide equivalent or similar functionalities as the above described ones.

In a further example, it may be sufficient to obtain user or other inputs, variables, parameters, and/or other data in some procedural, simple object oriented, or other applications. In one instance, a simple procedural application executes a sequence of instruction sets until the end of the program. During its execution, the application may receive user or other input, store the input in a variable, and perform calculations using the variable to reach a result. The value of the variable can be obtained or traced. In another instance, a more complex procedural application comprises one or more functions/routines/subroutines each of which may include a sequence of instruction sets. The application may execute a main sequence of instruction sets with a branch to a function/routine/subroutine. During its execution, the application may receive user or other input, store the input in a variable, and pass the variable as a parameter to the function/routine/subroutine. The function/routine/subroutine may perform calculations using the parameter and return a value that the rest of the application can use to reach a result. The value of the variable or parameter passed to the function/routine/subroutine, and/or return value can be obtained or traced. Values of user or other inputs, variables, parameters, and/or other items of interest can be obtained through previously described tracing, instrumentation, and/or other techniques. Other platforms, tools, and/or techniques may provide equivalent or similar functionalities as the above described ones.

Referring to FIG. 6, in yet another example, obtaining Avatar's 605 and/or Application Program's 18 instruction sets, data, and/or other information may be implemented through tracing, profiling, or sampling of instruction sets or data in processor registers, memory, or other computing system components where instruction sets, data, and/or other information may be stored or utilized. For example, Instruction Register 212 may be part of Processor 11 and it may store the instruction set currently being executed or decoded. In some processors, Program Counter 211 (also referred to as instruction pointer, instruction address register, instruction counter, or part of instruction sequencer, etc.) may be incremented after fetching an instruction set, and it may hold or point to the memory address of the next instruction set to be executed. In a processor where the incrementation precedes the fetch, Program Counter 211 may point to the current instruction set being executed. In the instruction cycle, an instruction set may be loaded into Instruction Register 212 after Processor 11 fetches it from location in Memory 12 pointed to by Program Counter 211. Instruction Register 212 may hold the instruction set while it is decoded by Instruction Decoder 213, prepared, and executed. In some aspects, data (i.e. operands, etc.) needed for instruction set execution may be loaded from Memory 12 into a register within Register Array 214. In other aspects, the data may be loaded directly into Arithmetic Logic Unit 215. For instance, as instruction sets pass through Instruction Register 212 during application execution, they may be transmitted to Acquisition Interface 120 as shown. Examples of the steps in execution of a machine instruction set may include decoding the opcode (i.e. portion of a machine instruction set that may specify the operation to be performed), determining where the operands may be located (depending on architecture, operands may be in registers, the stack, memory, I/O ports, etc.), retrieving the operands, allocating processor resources to execute the instruction set (needed in some types of processors), performing the operation indi-

94

cated by the instruction set, saving the results of execution, and/or other execution steps. Examples of the types of machine instruction sets that can be utilized include arithmetic, data handling, logical, program control, as well as special and/or other instruction set types. In addition to the ones described or shown, examples of other computing system or processor components that can be used during an instruction cycle include memory address register (MAR) that may hold the address of a memory block to be read from or written to; memory data register (MDR) that may hold data fetched from memory or data waiting to be stored in memory; data registers that may hold numeric values, characters, small bit arrays, or other data; address registers that may hold addresses used by instruction sets that indirectly access memory; general purpose registers (GPRs) that may store both data and addresses; conditional registers that may hold truth values often used to determine whether some instruction set should or should not be executed; floating point registers (FPRs) that may store floating point numbers; constant registers that may hold read-only values such as zero, one, or pi; special purpose registers (SPRs) such as status register, program counter, or stack pointer that may hold information on program state; machine-specific registers that may store data and settings related to a particular processor; Register Array 214 that may include an array of any number of processor registers; Arithmetic Logic Unit 215 that may perform arithmetic and logic operations; control unit that may direct processor's operation; and/or other circuits or components. Tracing, profiling, or sampling of processor registers, memory, or other computing system components can be implemented in a program, combination of hardware and program, or purely hardware system. Dedicated hardware may be built to perform tracing, profiling, or sampling of processor registers or any computing system components with marginal or no impact to computing overhead.

One of ordinary skill in art will recognize that FIG. 6 depicts one of many implementations of processor or computing system components, and that various additional components can be included, or some of the disclosed ones can be excluded, or a combination thereof can be utilized in alternate implementations. Processor or computing system components may be arranged or connected differently in alternate implementations. Processor or computing system components may also be connected with external elements using various connections. For instance, the connection between Instruction Register 212 and Acquisition Interface 120 may include any number or types of connections such as, for example, a dedicated connection for each bit of Instruction Register 212 (i.e. 32 connections for a 32 bit Instruction Register 212, etc.). Any of the described or other connections or interfaces may be implemented among any processor or computing system components and Acquisition Interface 120 or other elements.

Other additional techniques or elements can be utilized as needed for obtaining instruction sets, data, and/or other information, or some of the disclosed techniques or elements can be excluded, or a combination thereof can be utilized in alternate embodiments. As an avatar (i.e. Avatar 605, etc.) may be part of an application (i.e. Application Program 18, etc.), it should be noted that obtaining an avatar's instruction sets, data, and/or other information may include same or similar techniques as the aforementioned obtaining an application's instruction sets, data, and/or other information, and vice versa.

Referring to FIGS. 7A-7E, some embodiments of Instruction Sets 526 are illustrated. In some aspects, Instruction Set

US 10,607,134 B1

95
96

526 includes one or more instructions or commands related to Avatar **605**. For example, Instruction Set **526** may include one or more instructions or commands for operating Avatar **605**. In other aspects, Instruction Set **526** includes one or more instructions or commands of Application Program **18**. For example, Instruction Set **526** may include one or more instructions or commands for operating Application Program **18**. In further aspects, Instruction Set **526** includes one or more inputs into and/or outputs from Avatar **605**, Application Program **18**, Processor **11**, and/or other processing element. In further aspects, Instruction Set **526** includes one or more values or states of registers and/or other components of Processor **11** and/or other processing element. In general, Instruction Set **526** may include one or more instructions, commands, keywords, symbols (i.e. parentheses, brackets, commas, semicolons, etc.), operators (i.e. =, <, >, etc.), variables, values, objects, data structures, functions (i.e. Function1( ), FIRST( ), MIN( ), SQRT( ), etc.), parameters, states, signals, inputs, outputs, characters, digits, references thereto, and/or other components. Therefore, the terms instruction set, command, instruction, signal, or other such terms may be used interchangeably herein depending on context.

In an embodiment shown in FIG. **7A**, Instruction Set **526** includes code of a high-level programming language (i.e. Java, C++, etc.) comprising the following function call construct: Function1 (Parameter1, Parameter2, Parameter3, . . . ). An example of a function call applying the above construct includes the following Instruction Set **526**: moveTo(Avatar, 11, 23). The function or reference thereto "moveTo(Avatar, 11, 23)" may be an Instruction Set **526** directing Avatar **605** to move to a location with coordinates 11 and 23, for example. In another embodiment shown in FIG. **7B**, Instruction Set **526** includes structured query language (SQL). In a further embodiment shown in FIG. **7C**, Instruction Set **526** includes bytecode (i.e. Java bytecode, Python bytecode, CLR bytecode, etc.). In a further embodiment shown in FIG. **7D**, Instruction Set **526** includes assembly code. In a further embodiment shown in FIG. **7E**, Instruction Set **526** includes machine code. Instruction Set **526** may include any other language or construct in alternate embodiments.

Referring to FIGS. **8A-88B**, some embodiments of Extra Information **527** (also referred to as Extra Info **527**) are illustrated. In an embodiment shown in FIG. **8A**, Collection of Object Representations **525** may include or be associated with Extra Info **527**. In an embodiment shown in FIG. **8B**, Instruction Set **526** may include or be associated with Extra Info **527**.

Extra Info **527** comprises the functionality for storing any information useful in comparisons or decision making performed in autonomous Avatar **605** operation, and/or other functionalities. One or more Extra Infos **527** can be stored in, appended to, or associated with a Collection of Object Representations **525**, Instruction Set **526**, and/or other element. In some embodiments, the system can obtain Extra Info **527** at a time of creating or generating Collection of Object Representations **525**. In other embodiments, the system can obtain Extra Info **527** at a time of acquiring Instruction Set **526**. In general, Extra Info **527** can be obtained at any time. Examples of Extra Info **527** include time information, location information, computed information, visual information, acoustic information, contextual information, and/or other information. Any information can be utilized that can provide information for enhanced comparisons or decision making performed in autonomous Avatar **605** operation. Which information is utilized and/or

stored in Extra Info **527** can be set by a user, by ACAAO system administrator, or automatically by the system. Extra Info **527** may include or be referred to as contextual information, and vice versa. Therefore, these terms may be used interchangeably herein depending on context.

In some aspects, time information (i.e. time stamp, etc.) can be utilized and/or stored in Extra Info **527**. Time information can be useful in comparisons or decision making performed in autonomous Avatar **605** operation related to a specific time period. For example, Extra Info **527** may include time information related to when Avatar **605** performed an operation. Time information can be obtained from the system clock, online clock, oscillator, or other time source. In other aspects, location information (i.e. coordinates, etc.) can be utilized and/or stored in Extra Info **527**. Location information can be useful in comparisons or decision making performed in autonomous Avatar **605** operation related to a specific place. For example, Extra Info **527** may include location information related to where Avatar **605** performed an operation. Location information can be obtained from Application Program's **18** engine (i.e. game engine in which the game is implemented, etc.), runtime environment, functions for providing location information on objects, and/or others as previously described. In further aspects, computed information can be utilized and/or stored in Extra Info **527**. Computed information can be useful in comparisons or decision making performed in autonomous Avatar **605** operation where information can be calculated, inferred, or estimated from other available information. ACAAO Unit **100** may include computational functionalities to create Extra Info **527** by performing calculations, inferences, or estimations using other information. In one example, Avatar's **605** direction of movement can be computed or estimated using Avatar's **605** location information. In another example, Avatar's **605** speed can be computed or estimated using Avatar's **605** location and/or time information. In a further example, speeds, directions of movement, trajectories, distances, and/or other properties of objects around Avatar **605** can similarly be computed or estimated, thereby providing geo-spatial and situational awareness and/or capabilities to Avatar **605**. ACAAO Unit **100** can utilize geometry, trigonometry, Pythagorean theorem, and/or other theorems, formulas, or disciplines in its calculations, inferences, or estimations. In further aspects, visual information can be utilized and/or stored in Extra Info **527**. Visual information can be useful in comparisons or decision making performed in autonomous Avatar **605** operation related to an object or environment that can be recognized from visual information. For example, an object or environment can be recognized by processing one or more digital pictures from Picture Renderer **91**, visual processor, visual program, or other visual provider. Any features, functionalities, and embodiments of Picture Recognizer **92** can be utilized for such recognizing as previously described. For instance, trees recognized in the background of one or more digital pictures from Picture Renderer **91** may indicate a park or forest. In further aspects, acoustic information can be utilized and/or stored in Extra Info **527**. Acoustic information can be useful in comparisons or decision making performed in autonomous Avatar **605** operation related to a sound or accosting environment. For example, an object or environment can be recognized by processing digital sound from Sound Renderer **96**, sound processor, sound program, or other sound provider. Any features, functionalities, and embodiments of Sound Recognizer **97** can be utilized for such recognizing as previously described. For instance, sound of a horn recognized in digital sound from Sound Renderer **96** may indicate

US 10,607,134 B1

97

a proximal vehicle. In further aspects, other information can be utilized and/or stored in Extra Info **527**. Examples of such other information include user specific information (i.e. skill level, age, gender, etc.), group user information (i.e. access level, etc.), version of Application Program **18**, type of Application Program **18**, type of Avatar **605**, name of Avatar **605**, allegiance of Avatar **605**, type of Processor **11**, type of Computing Device **70**, and/or other information all of which can be obtained from various devices, systems, repositories, functions, or elements of Computing Device **70**, Processor **11**, Application Program **18**, Avatar **605**, and/or other processing elements.

Referring to FIG. **9**, an embodiment where ACAAO Unit **100** is part of or operating on Processor **11** is illustrated. In one example, ACAAO Unit **100** may be a hardware element or circuit embedded or built into Processor **11**. In another example, ACAAO Unit **100** may be a program operating on Processor **11**.

Referring to FIG. **10**, an embodiment where ACAAO Unit **100** resides on Server **96** accessible over Network **95** is illustrated. Any number of Computing Devices **70**, Processors **11**, Application Programs **18**, and/or other elements may connect to such remote ACAAO Unit **100** and the remote ACAAO Unit **100** may learn operations of their Avatars **605** in circumstances including objects with various properties. In turn, any number of Computing Devices **70**, Processors **11**, Application Programs **18**, and/or other elements can utilize the remote ACAAO Unit **100** for autonomous operation of their Avatars **605**. A remote ACAAO Unit **100** can be offered as a network service (i.e. online application, etc.). In some aspects, a remote ACAAO Unit **100** (i.e. global ACAAO Unit **100**, etc.) may reside on the Internet and be available to all the world's Computing Devices **70**, Processors **11**, Application Programs **18**, and/or other elements configured to transmit operations of their Avatars **605** in circumstances including objects with various properties and/or configured to utilize the remote ACAAO Unit **100** for autonomous operation of their Avatars **605**. For example, multiple players (i.e. Users **50**, etc.) may operate their Avatars **605** in a computer game (i.e. Application Program **18**, etc.) running on their respective Computing Devices **70** where the Computing Devices **70** and/or elements thereof may be configured to transmit Avatar's **605** operations in circumstances including objects with various properties to a remote ACAAO Unit **100**. Such remote ACAAO Unit **100** enables learning of the players' collective knowledge of operating Avatar **605** in circumstances including objects with various properties. Server **96** may be or include any type or form of a remote computing device such as an application server, a network service server, a cloud server, a cloud, and/or other remote computing device. Server **96** may include any features, functionalities, and embodiments of Computing Device **70**. It should be understood that Server **96** does not have to be a separate computing device and that Server **96**, its elements, or its functionalities can be implemented on Computing Device **70**. Network **95** may include various networks, connection types, protocols, interfaces, APIs, and/or other elements or techniques known in art all of which are within the scope of this disclosure. Any of the previously described networks, network or connection types, networking interfaces, and/or other networking elements or techniques can similarly be utilized. Any of the disclosed elements can reside on Server **96** in alternate implementations. In one example, Artificial Intelligence Unit **110** can reside on Server **96** and Acquisition Interface **120**, Modification Interface **130**, and/or Object Processing Unit **140** can reside on Computing Device **70**. In

98

another example, Knowledgebase **530** (later described) can reside on Server **96** and the rest of the elements of ACAAO Unit **100** can reside on Computing Device **70**. Any other combination of local and remote elements can be implemented.

Referring to FIG. **11**, an embodiment of Artificial Intelligence Unit **110** is illustrated. Artificial Intelligence Unit **110** comprises interconnected Knowledge Structuring Unit **520**, Knowledgebase **530**, Decision-making Unit **540**, and Confirmation Unit **550**. Other additional elements can be included as needed, or some of the disclosed ones can be excluded, or a combination thereof can be utilized in alternate embodiments.

Artificial Intelligence Unit **110** comprises the functionality for learning Avatar's **605** operation in circumstances including objects with various properties. Artificial Intelligence Unit **110** comprises the functionality for learning one or more collections of object representations correlated with any instruction sets, data, and/or other information. In some aspects, Artificial Intelligence Unit **110** comprises the functionality for learning one or more Collections of Object Representations **525** representing Objects **615** in Avatar's **605** surrounding correlated with any Instruction Sets **526** and/or Extra Info **527**. The Instruction Sets **526** may be used or executed in operating Avatar **605**. In other aspects, Artificial Intelligence Unit **110** comprises the functionality for learning one or more Collections of Object Representations **525** representing Objects **615** in Avatar's **605** surrounding some of which may not be correlated with any Instruction Sets **526** and/or Extra Info **527**. Further, Artificial Intelligence Unit **110** comprises the functionality for anticipating Avatar's **605** operation in circumstances including objects with various properties. Artificial Intelligence Unit **110** comprises the functionality for anticipating one or more instruction sets, data, and/or other information. Artificial Intelligence Unit **110** comprises the functionality for anticipating one or more Instruction Sets **526** (i.e. anticipatory Instruction Sets **526**, etc.) based on one or more incoming Collections of Object Representations **525** representing Objects **615** in Avatar's **605** surrounding. The one or more Instruction Sets **526** (i.e. anticipatory Instruction Sets **526**, etc.) may be used or executed in Avatar's **605** autonomous operation. In some embodiments of Application Programs **18** that do not comprise Avatar **605** or rely on Avatar **605** for their operation, Artificial Intelligence Unit **110** comprises the functionality for learning Application Program's **18** operation in circumstances including objects with various properties similar to the learning functionalities described with respect to Avatar **605**. Also, in such embodiments, Artificial Intelligence Unit **110** comprises the functionality for anticipating Application Program's **18** operation in circumstances including objects with various properties similar to the anticipating functionalities described with respect to Avatar **605**. Artificial Intelligence Unit **110** also comprises other disclosed functionalities.

Knowledge Structuring Unit **520**, Knowledgebase **530**, and Decision-making Unit **540** are described later.

Confirmation Unit **550** comprises the functionality for confirming, modifying, evaluating (i.e. rating, etc.), and/or canceling one or more anticipatory Instruction Sets **526**, and/or other functionalities. Confirmation Unit **550** is an optional element that can be omitted depending on implementation. In some embodiments, Confirmation Unit **550** can serve as a means of confirming anticipatory Instruction Sets **526**. For example, Decision-making Unit **540** may determine one or more anticipatory Instruction Sets **526** and provide them to User **50** for confirmation. User **50** may be

US 10,607,134 B1

99

100

provided with an interface (i.e. graphical user interface, selectable list of anticipatory Instruction Sets **526**, etc.) to approve or confirm execution of the anticipatory Instruction Sets **526**. In some aspects, Confirmation Unit **550** can automate User **50** confirmation. In one example, if one or more incoming Collections of Object Representations **525** from Object Processing Unit **140** and one or more Collections of Object Representations **525** from a Knowledge Cell **800** were found to be a perfect or highly similar match, anticipatory Instruction Sets **526** correlated with the one or more Collections of Object Representations **525** from the Knowledge Cell **800** can be automatically executed without User's **50** confirmation. Conversely, if one or more incoming Collections of Object Representations **525** from Object Processing Unit **140** and one or more Collections of Object Representations **525** from a Knowledge Cell **800** were found to be less than a highly similar match, anticipatory Instruction Sets **526** correlated with the one or more Collections of Object Representations **525** from the Knowledge Cell **800** can be presented to User **50** for confirmation and/or modifying. Any features, functionalities, and/or embodiments of Similarity Comparison **125** (later described) can be utilized for such similarity determination. In other embodiments, Confirmation Unit **550** can serve as a means of modifying or editing anticipatory Instruction Sets **526**. For example, Decision-making Unit **540** may determine one or more anticipatory Instruction Sets **526** and provide them to User **50** for modification. User **50** may be provided with an interface (i.e. graphical user interface, etc.) to modify the anticipatory Instruction Sets **526** before their execution. In further embodiments, Confirmation Unit **550** can serve as a means of evaluating or rating anticipatory Instruction Sets **526** if they matched User's **50** intended operation. For example, Decision-making Unit **540** may determine one or more anticipatory Instruction Sets **526**, which the system may automatically execute. User **50** may be provided with an interface (i.e. graphical user interface, etc.) to rate (i.e. on a scale from 0 to 1, etc.) how well Decision-making Unit **540** predicted the executed anticipatory Instruction Sets **526**. In some aspects, rating can be automatic and based on a particular function or method that rates how well the anticipatory Instruction Sets **526** matched the desired operation. In one example, a rating function or method can assign a higher rating to anticipatory Instruction Sets **526** that were least modified in the confirmation process. In another example, a rating function or method can assign a higher rating to anticipatory Instruction Sets **526** that were canceled least number of times by User **50**. Any other automatic rating function or method can be utilized. In yet other embodiments, Confirmation Unit **550** can serve as a means of canceling anticipatory Instruction Sets **526** if they did not match User's **50** intended operation. For example, Decision-making Unit **540** may determine one or more anticipatory Instruction Sets **526**, which the system may automatically execute. The system may save the state of Computing Device **70**, Processor **11** (save its register values, etc.), Application Program **18** (i.e. save its variables, data structures, objects, location of its current instruction, etc.), Avatar **605**, and/or other processing elements before executing anticipatory Instruction Sets **526**. User **50** may be provided with an interface (i.e. graphical user interface, selectable list of prior executed anticipatory Instruction Sets **526**, etc.) to cancel one or more of the prior executed anticipatory Instruction Sets **526**, and restore Computing Device **70**, Processor **11**, Application Program **18**, Avatar **605**, and/or other processing elements to a prior state. In some aspects, Confirmation Unit **550** can optionally be disabled or omitted

in order to provide an uninterrupted operation of Avatar **605**, Processor **11**, and/or Application Program **18**. For example, a form based application may be suitable for implementing the user confirmation step, whereas, a game application may be less suitable for implementing such interrupting step due to the real time nature of game application's operation.

Referring to FIG. **12**, an embodiment of Knowledge Structuring Unit **520** correlating individual Collections of Object Representations **525** with any Instruction Sets **526** and/or Extra Info **527** is illustrated. Knowledge Structuring Unit **520** comprises the functionality for structuring the knowledge of Avatar's **605** operation in circumstances including objects with various properties, and/or other functionalities. Knowledge Structuring Unit **520** comprises the functionality for correlating one or more Collections of Object Representations **525** representing Objects **615** in Avatar's **605** surrounding with any Instruction Sets **526** and/or Extra Info **527**. The Instruction Sets **526** may be used or executed in operating Avatar **605**. Knowledge Structuring Unit **520** comprises the functionality for creating or generating Knowledge Cell **800** and storing one or more Collections of Object Representations **525** correlated with any Instruction Sets **526** and/or Extra Info **527** into the Knowledge Cell **800**. As such, Knowledge Cell **800** comprises the functionality for storing one or more Collections of Object Representations **525** correlated with any Instruction Sets **526** and/or Extra Info **527**. Knowledge Cell **800** includes knowledge (i.e. unit of knowledge, etc.) of how Avatar **605** operated in a circumstance including objects with various properties. Once created or generated, Knowledge Cells **800** can be used in/as neurons, nodes, vertices, or other elements in any of the data structures or arrangements (i.e. neural networks, graphs, sequences, etc.) used for storing the knowledge of Avatar's **605** operation in circumstances including objects with various properties, thereby facilitating learning functionalities herein. It should be noted that Extra Info **527** may be optionally used in some implementations to enable enhanced comparisons or decision making in autonomous Avatar **605** operation where applicable, and that Extra Info **527** can be omitted in alternate implementations.

In some embodiments, Knowledge Structuring Unit **520** receives one or more Collections of Object Representations **525** from Object Processing Unit **140**. Knowledge Structuring Unit **520** may also receive one or more Instruction Sets **526** from Acquisition Interface **120**. Knowledge Structuring Unit **520** may further receive any Extra Info **527**. Although, Extra Info **527** is not shown in this and/or other figures for clarity of illustration, it should be noted that any Collection of Object Representations **525**, Instruction Set **526**, and/or other element may include or be associated with Extra Info **527**. Knowledge Structuring Unit **520** may correlate one or more Collections of Object Representations **525** with any Instruction Sets **526** and/or Extra Info **527**. Knowledge Structuring Unit **520** may then create Knowledge Cell **800** and store the one or more Collections of Object Representations **525** correlated with Instruction Sets **526** and/or Extra Info **527** into the Knowledge Cell **800**. Knowledge Cell **800** may include any data structure or arrangement that can facilitate such storing. For example, Knowledge Structuring Unit **520** may create Knowledge Cell **800**$ax$ and structure within it Collection of Object Representations **525**$a1$ correlated with Instruction Sets **526**$a1$-**526**$a3$ and/or any Extra Info **527** (not shown). Knowledge Structuring Unit **520** may further structure within Knowledge Cell **800**$ax$ a Collection of Object Representations **525**$a2$ correlated with Instruction Set **526**$a4$ and/or any Extra Info **527** (not shown). Knowl-

US 10,607,134 B1

**101**

edge Structuring Unit **520** may further structure within Knowledge Cell **800***ax* a Collection of Object Representations **525***a3* without a correlated Instruction Set **526** and/or Extra Info **527**. Knowledge Structuring Unit **520** may further structure within Knowledge Cell **800***ax* a Collection of Object Representations **525***a4* correlated with Instruction Sets **526***a5*-**526***a6* and/or any Extra Info **527** (not shown). Knowledge Structuring Unit **520** may further structure within Knowledge Cell **800***ax* a Collection of Object Representations **525***a5* without a correlated Instruction Set **526** and/or Extra Info **527**. Knowledge Structuring Unit **520** may structure within Knowledge Cell **800***ax* additional Collections of Object Representations **525** correlated with any number (including zero [i.e. uncorrelated]) of Instruction Sets **526** and/or Extra Info **527** by following similar logic as described above.

In some embodiments, Knowledge Structuring Unit **520** may correlate a Collection of Object Representations **525** with one or more temporally corresponding Instruction Sets **526** and/or Extra Info **527**. This way, Knowledge Structuring Unit **520** can structure the knowledge of Avatar's **605** operation at or around the time of generating Collections of Object Representations **525**. Such functionality enables spontaneous or seamless learning of Avatar's **605** operation in circumstances including objects with various properties as Avatar **605** is operated in real time. In some designs, Knowledge Structuring Unit **520** may receive a stream of Instruction Sets **526** used or executed to effect Avatar's **605** operations as well as a stream of Collections of Object Representations **525** representing Objects **615** in Avatar's **605** surrounding as the operations are performed. Knowledge Structuring Unit **520** can then correlate Collections of Object Representations **525** from the stream of Collections of Object Representations **525** with temporally corresponding Instruction Sets **526** from the stream of Instruction Sets **526** and/or any Extra Info **527**. Collections of Object Representations **525** without a temporally corresponding Instruction Set **526** may be uncorrelated, for instance. In some aspects, Instruction Sets **526** and/or Extra Info **527** that temporally correspond to a Collection of Object Representations **525** may include Instruction Sets **526** used and/or Extra Info **527** obtained at the time of generating the Collection of Object Representations **525**. In other aspects, Instruction Sets **526** and/or Extra Info **527** that temporally correspond to a Collection of Object Representations **525** may include Instruction Sets **526** used and/or Extra Info **527** obtained within a certain time period before and/or after generating the Collection of Object Representations **525**. For example, Instruction Sets **526** and/or Extra Info **527** that temporally correspond to a Collection of Object Representations **525** may include Instruction Sets **526** used and/or Extra Info **527** obtained within 50 milliseconds, 1 second, 3 seconds, 20 seconds, 1 minute, 41 minutes, 2 hours, or any other time period before and/or after generating the Collection of Object Representations **525**. Such time periods can be defined by a user, by ACAAO system administrator, or automatically by the system based on experience, testing, inquiry, analysis, synthesis, or other techniques, knowledge, or input. In other aspects, Instruction Sets **526** and/or Extra Info **527** that temporally correspond to a Collection of Object Representations **525** may include Instruction Sets **526** used and/or Extra Info **527** obtained from the time of generating the Collection of Object Representations **525** to the time of generating a next Collection of Object Representations **525**. In further aspects, Instruction Sets **526** and/or Extra Info **527** that temporally correspond to a Collection of Object Representations **525** may include

**102**

Instruction Sets **526** used and/or Extra Info **527** obtained from the time of generating a previous Collection of Object Representations **525** to the time of generating the Collection of Object Representations **525**. Any other temporal relationship or correspondence between Collections of Object Representations **525** and correlated Instruction Sets **526** and/or Extra Info **527** can be implemented.

In some embodiments, Knowledge Structuring Unit **520** can structure the knowledge of Avatar's **605** operation in a circumstance including objects with various properties into any number of Knowledge Cells **800**. In some aspects, Knowledge Structuring Unit **520** can structure into a Knowledge Cell **800** a single Collection of Object Representations **525** correlated with any Instruction Sets **526** and/or Extra Info **527**. In other aspects, Knowledge Structuring Unit **520** can structure into a Knowledge Cell **800** any number (i.e. 2, 3, 6, 9, 21, 98, 3210, 13592, 513299, 9147224, etc.) of Collections of Object Representations **525** correlated with any Instruction Sets **526** and/or Extra Info **527**. In a special case, Knowledge Structuring Unit **520** can structure all Collections of Object Representations **525** correlated with any Instruction Sets **526** and/or Extra Info **527** into a single long Knowledge Cell **800**. In further aspects, Knowledge Structuring Unit **520** can structure Collections of Object Representations **525** correlated with any Instruction Sets **526** and/or Extra Info **527** into a plurality of Knowledge Cells **800**. In a special case, Knowledge Structuring Unit **520** can store periodic streams of Collections of Object Representations **525** correlated with any Instruction Sets **526** and/or Extra Info **527** into a plurality of Knowledge Cells **800** such as hourly, daily, weekly, monthly, yearly, or other periodic Knowledge Cells **800**.

Referring to FIG. **13**, another embodiment of Knowledge Structuring Unit **520** correlating individual Collections of Object Representations **525** with any Instruction Sets **526** and/or Extra Info **527** is illustrated. In such embodiments, Knowledge Structuring Unit **520** may generate Knowledge Cells **800** each comprising a single Collection of Object Representations **525** correlated with any Instruction Sets **526** and/or Extra Info **527**.

Referring to FIG. **14**, an embodiment of Knowledge Structuring Unit **520** correlating streams of Collections of Object Representations **525** with any Instruction Sets **526** and/or Extra Info **527** is illustrated. For example, Knowledge Structuring Unit **520** may create Knowledge Cell **800***ax* and structure within it a stream of Collections of Object Representations **525***a1*-**525***an* correlated with Instruction Set **526***a1* and/or any Extra Info **527** (not shown). Knowledge Structuring Unit **520** may further structure within Knowledge Cell **800***ax* a stream of Collections of Object Representations **525***b1*-**525***bn* correlated with Instruction Sets **526***a2*-**526***a4* and/or any Extra Info **527** (not shown). Knowledge Structuring Unit **520** may further structure within Knowledge Cell **800***ax* a stream of Collections of Object Representations **525***c1*-**525***cn* without correlated Instruction Sets **526** and/or Extra Info **527**. Knowledge Structuring Unit **520** may further structure within Knowledge Cell **800***ax* a stream of Collections of Object Representations **525***d1*-**525***dn* correlated with Instruction Sets **526***a5*-**526***a6* and/or any Extra Info **527** (not shown). Knowledge Structuring Unit **520** may further structure within Knowledge Cell **800***ax* additional streams of Collections of Object Representations **525** correlated with any number (including zero [i.e. uncorrelated]) of Instruction Sets **526** and/or Extra Info **527** by following similar logic as described above. The number of Collections of Object Representations **525** in some or all streams of Collections of

US 10,607,134 B1

103

Object Representations **525**a1-**525**an, **525**b1-**525**bn, **525**c1-**525**cn, **525**d1-**525**dn, etc. may be equal or different. It should be noted that n or other such letters or indicia may follow the sequence and/or context where they are indicated. Also, a same letter or indicia such as n may represent a different number in different sequences or elements of a drawing.

Referring to FIG. **15**, another embodiment of Knowledge Structuring Unit **520** correlating streams of Collections of Object Representations **525** with any Instruction Sets **526** and/or Extra Info **527** is illustrated. In such embodiments, Knowledge Structuring Unit **520** may generate Knowledge Cells **800** each comprising a single stream of Collections of Object Representations **525** correlated with any Instruction Sets **526** and/or Extra Info **527**.

Knowledgebase **530** comprises the functionality for storing knowledge of Avatar's **605** operation in circumstances including objects with various properties, and/or other functionalities. Knowledgebase **530** comprises the functionality for storing one or more Collections of Object Representations **525** representing Objects **615** in Avatar's **605** surrounding correlated with any Instruction Sets **526** and/or Extra Info **527**. The Instruction Sets **526** may be used or executed in operating Avatar **605**. Knowledgebase **530** comprises the functionality for storing one or more Knowledge Cells **800** each including one or more Collections of Object Representations **525** correlated with any Instruction Sets **526** and/or Extra Info **527**. In some aspects, Collections of Object Representations **525** correlated with Instruction Sets **526** and/or Extra Info **527** can be stored directly within Knowledgebase **530** without using Knowledge Cells **800** as the intermediary data structures. In some embodiments, Knowledgebase **530** may be or include Neural Network **530**a (later described). In other embodiments, Knowledgebase **530** may be or include Graph **530**b (later described). In further embodiments, Knowledgebase **530** may be or include Collection of Sequences **530**c (later described). In further embodiments, Knowledgebase **530** may be or include Sequence **533** (later described). In further embodiments, Knowledgebase **530** may be or include Collection of Knowledge Cells **530**d (later described). In general, Knowledgebase **530** may be or include any data structure or arrangement capable of storing knowledge of Avatar's **605** operation in circumstances including objects with various properties. Knowledgebase **530** may reside locally on Computing Device **70**, or remotely (i.e. remote Knowledgebase **530**, etc.) on a remote computing device (i.e. server, cloud, etc.) accessible over a network or an interface.

In some embodiments, Knowledgebase **530** from one Computing Device **70** or ACAAO Unit **100** can be transferred to one or more other Computing Devices **70** or ACAAO Units **100**. Therefore, the knowledge of Avatar's **605** operation in circumstances including objects with various properties learned and/or stored on one Computing Device **70** or ACAAO Unit **100** can be transferred to one or more other Computing Devices **70** or ACAAO Units **100**. In one example, Knowledgebase **530** can be copied or downloaded to a file or other repository from one Computing Device **70** or ACAAO Unit **100** and loaded or inserted into another Computing Device **70** or ACAAO Unit **100**. In another example, Knowledgebase **530** from one Computing Device **70** or ACAAO Unit **100** can be available on a server accessible by other Computing Devices **70** or ACAAO Units **100** over a network or an interface. Once loaded into or accessed by a receiving Computing Device **70** or ACAAO Unit **100**, the receiving Computing Device **70** or ACAAO Unit **100** can then implement the knowledge of Avatar's **605**

104

operation in circumstances including objects with various properties learned or stored on the originating Computing Device **70** or ACAAO Unit **100**.

In some embodiments, multiple Knowledgebases **530** (i.e. Knowledgebases **530** from different Computing Devices **70** or ACAAO Units **100**, etc.) can be combined to accumulate collective knowledge of operating Avatar **605** in circumstances including objects with various properties. In one example, one Knowledgebase **530** can be appended to another Knowledgebase **530** such as appending one Collection of Sequences **530**c (later described) to another Collection of Sequences **530**c, appending one Sequence **533** (later described) to another Sequence **533**, appending one Collection of Knowledge Cells **530**d (later described) to another Collection of Knowledge Cells **530**d, and/or appending other data structures or elements thereof. In another example, one Knowledgebase **530** can be copied into another Knowledgebase **530** such as copying one Collection of Sequences **530**c into another Collection of Sequences **530**c, copying one Collection of Knowledge Cells **530**d into another Collection of Knowledge Cells **530**d, and/or copying other data structures or elements thereof. In a further example, in the case of Knowledgebase **530** being or including Graph **530**b or graph-like data structure (i.e. Neural Network **530**a, tree, etc.), a union can be utilized to combine two or more Graphs **530**b or graph-like data structures. For instance, a union of two Graphs **530**b or graph-like data structures may include a union of their vertex (i.e. node, etc.) sets and their edge (i.e. connection, etc.) sets. Any other operations or combination thereof on graphs or graph-like data structures can be utilized to combine Graphs **530**b or graph-like data structures. In a further example, one Knowledgebase **530** can be combined with another Knowledgebase **530** through later described learning processes where Knowledge Cells **800** may be applied one at a time and connected with prior and/or subsequent Knowledge Cells **800** such as in Graph **530**b or Neural Network **530**a. In such embodiments, instead of Knowledge Cells **800** generated by Knowledge Structuring Unit **520**, the learning process may utilize Knowledge Cells **800** from one Knowledgebase **530** to apply them onto another Knowledgebase **530**. Any other techniques known in art including custom techniques for combining data structures can be utilized for combining Knowledgebases **530** in alternate implementations. In any of the aforementioned and/or other combining techniques, similarity of elements (i.e. nodes/vertices, edges/connections, etc.) can be utilized in determining whether an element from one Knowledgebase **530** matches an element from another Knowledgebase **530**, and substantially or otherwise similar elements may be considered a match for combining purposes in some designs. Any features, functionalities, and embodiments of Similarity Comparison **125** (later described) can be used in such similarity determinations. A combined Knowledgebase **530** can be offered as a network service (i.e. online application, etc.), downloadable file, or other repository to all ACAAO Units **100** configured to utilize the combined Knowledgebase **530**. For example, a computer game (i.e. Application Program **18**, etc.) including or interfaced with ACAAO Unit **100** having access to a combined Knowledgebase **530** can use a collective knowledge for Avatar's **605** operation in circumstances including objects with various properties learned from multiple players (i.e. Users **50**, etc.) for Avatar's **605** autonomous operation.

Referring to FIG. **16**, the disclosed artificially intelligent devices, systems, and methods for learning and/or using an avatar's circumstances for autonomous avatar operation

US 10,607,134 B1

105

may include various artificial intelligence models and/or techniques. The disclosed devices, systems, and methods are independent of the artificial intelligence model and/or technique used and any model and/or technique can be utilized to facilitate the functionalities described herein. Examples of these models and/or techniques include deep learning, supervised learning, unsupervised learning, neural networks (i.e. convolutional neural network, recurrent neural network, deep neural network, etc.), search-based, logic and/or fuzzy logic-based, optimization-based, tree/graph/other data structure-based, hierarchical, symbolic and/or sub-symbolic, evolutionary, genetic, multi-agent, deterministic, probabilistic, statistical, and/or other models and/or techniques.

In one example shown in Model A, the disclosed artificially intelligent devices, systems, and methods for learning and/or using an avatar's circumstances for autonomous avatar operation may include a neural network (also referred to as artificial neural network, etc.). As such, machine learning, knowledge structuring or representation, decision making, pattern recognition, and/or other artificial intelligence functionalities may include a network of Nodes **852** (also referred to as neurons, etc.) and Connections **853** similar to that of a brain. Node **852** can store any data, object, data structure, and/or other item, or reference thereto. Node **852** may also include a function for transforming or manipulating any data, object, data structure, and/or other item. Examples of such transformation functions include mathematical functions (i.e. addition, subtraction, multiplication, division, sin, cos, log, derivative, integral, etc.), object manipulation functions (i.e. creating an object, modifying an object, deleting an object, appending objects, etc.), data structure manipulation functions (i.e. creating a data structure, modifying a data structure, deleting a data structure, creating a data field, modifying a data field, deleting a data field, etc.), and/or other transformation functions. Connection **853** may include or be associated with a value such as a symbolic label or numeric attribute (i.e. weight, cost, capacity, length, etc.). A computational model can be utilized to compute values from inputs based on a pre-programmed or learned function or method. For example, a neural network may include one or more input neurons that can be activated by inputs. Activations of these neurons can then be passed on, weighted, and transformed by a function to other neurons. Neural networks may range from those with only one layer of single direction logic to multi-layer of multi-directional feedback loops. A neural network can use weights to change the parameters of the network's throughput. A neural network can learn by input from its environment or from self-teaching using written-in rules. A neural network can be utilized as a predictive modeling approach in machine learning. An exemplary embodiment of a neural network (i.e. Neural Network **530***a*, etc.) is described later.

In another example shown in Model B, the disclosed artificially intelligent devices, systems, and methods for learning and/or using an avatar's circumstances for autonomous avatar operation may include a graph or graph-like data structure. As such, machine learning, knowledge structuring or representation, decision making, pattern recognition, and/or other artificial intelligence functionalities may include Nodes **852** (also referred to as vertices or points, etc.) and Connections **853** (also referred to as edges, arrows, lines, arcs, etc.) organized as a graph. In general, any Node **852** in a graph can be connected to any other Node **852**. A Connection **853** may include unordered pair of Nodes **852** in an undirected graph or ordered pair of Nodes **852** in a directed graph. Nodes **852** can be part of the graph structure or external entities represented by indices or references. A

106

graph can be utilized as a predictive modeling approach in machine learning. Nodes **852**, Connections **853**, and/or other elements or operations of a graph may include any features, functionalities, and embodiments of the aforementioned Nodes **852**, Connections **853**, and/or other elements or operations of a neural network, and vice versa. An exemplary embodiment of a graph (i.e. Graph **530***b*, etc.) is described later.

In a further example shown in Model C, the disclosed artificially intelligent devices, systems, and methods for learning and/or using an avatar's circumstances for autonomous avatar operation may include a tree or tree-like data structure. As such, machine learning, knowledge structuring or representation, decision making, pattern recognition, and/or other artificial intelligence functionalities may include Nodes **852** and Connections **853** (also referred to as references, edges, etc.) organized as a tree. In general, a Node **852** in a tree can be connected to any number (i.e. including zero, etc.) of children Nodes **852**. A tree can be utilized as a predictive modeling approach in machine learning. Nodes **852**, Connections **853**, and/or other elements or operations of a tree may include any features, functionalities, and embodiments of the aforementioned Nodes **852**, Connections **853**, and/or other elements or operations of a neural network and/or graph, and vice versa.

In a further example shown in Model D, the disclosed artificially intelligent devices, systems, and methods for learning and/or using an avatar's circumstances for autonomous avatar operation may include a sequence or sequence-like data structure. As such, machine learning, knowledge structuring or representation, decision making, pattern recognition, and/or other artificial intelligence functionalities may include a structure of Nodes **852** and/or Connections **853** organized as a sequence. In some aspects, Connections **853** may be optionally omitted from a sequence as the sequential order of Nodes **852** in a sequence may be implied in the structure. A sequence can be utilized as a predictive modeling approach in machine learning. Nodes **852**, Connections **853**, and/or other elements or operations of a sequence may include any features, functionalities, and embodiments of the aforementioned Nodes **852**, Connections **853**, and/or other elements or operations of a neural network, graph, and/or tree, and vice versa. An exemplary embodiment of a sequence (i.e. Collection of Sequences **530***c*, Sequence **533**, etc.) is described later.

In yet another example, the disclosed artificially intelligent devices, systems, and methods for learning and/or using an avatar's circumstances for autonomous avatar operation may include a search-based model and/or technique. As such, machine learning, knowledge structuring or representation, decision making, pattern recognition, and/or other artificial intelligence functionalities may include searching through a collection of possible solutions. For example, a search method can search through a neural network, graph, tree, sequence, or other data structure that includes data elements of interest. A search may use heuristics to limit the search for solutions by eliminating choices that are unlikely to lead to the goal. Heuristic techniques may provide a best guess solution. A search can also include optimization. For example, a search may begin with a guess and then refine the guess incrementally until no more refinements can be made. In a further example, the disclosed systems, devices, and methods may include logic-based model and/or technique. As such, machine learning, knowledge structuring or representation, decision making, pattern recognition, and/or other artificial intelligence functionalities can use formal or other type of logic. Logic based models may involve making

US 10,607,134 B1

107                                                          108

inferences or deriving conclusions from a set of premises. As such, a logic based system can extend existing knowledge or create new knowledge automatically using inferences. Examples of the types of logic that can be utilized include propositional or sentential logic that comprises logic of statements which can be true or false; first-order logic that allows the use of quantifiers and predicates and that can express facts about objects, their properties, and their relations with each other; fuzzy logic that allows degrees of truth to be represented as a value between 0 and 1 rather than simply 0 (false) or 1 (true), which can be used for uncertain reasoning; subjective logic that comprises a type of probabilistic logic that may take uncertainty and belief into account, which can be suitable for modeling and analyzing situations involving uncertainty, incomplete knowledge, and different world views; and/or other types of logic. In a further example, the disclosed systems, devices, and methods may include a probabilistic model and/or technique. As such, machine learning, knowledge structuring or representation, decision making, pattern recognition, and/or other artificial intelligence functionalities can be implemented to operate with incomplete or uncertain information where probabilities may affect outcomes. Bayesian network, among other models, is an example of a probabilistic tool used for purposes such as reasoning, learning, planning, perception, and/or others. One of ordinary skill in art will understand that the aforementioned artificial intelligence models and/or techniques are described merely as examples of a variety of possible implementations, and that while all possible artificial intelligence models and/or techniques are too voluminous to describe, other artificial intelligence models and/or techniques known in art are within the scope of this disclosure. One of ordinary skill in art will also recognize that an intelligent system may solve a specific problem by using any model and/or technique that works such as, for example, some systems can be symbolic and logical, some can be sub-symbolic neural networks, some can be deterministic or probabilistic, some can be hierarchical, some may include searching techniques, some may include optimization techniques, while others may use other or a combination of models and/or techniques. In general, any artificial intelligence model and/or technique can be utilized that can facilitate the functionalities described herein.

Referring to FIGS. 17A-17C, embodiments of interconnected Knowledge Cells 800 and updating weights of Connections 853 are illustrated. As shown for example in FIG. 17A, Knowledge Cell 800za is connected to Knowledge Cell 800zb and Knowledge Cell 800zc by Connection 853z1 and Connection 853z2, respectively. Each of Connection 853z1 and Connection 853z2 may include or be associated with occurrence count, weight, and/or other parameters or data. The number of occurrences may track or store the number of observations that a Knowledge Cell 800 was followed by another Knowledge Cell 800 indicating a connection or relationship between them. For example, Knowledge Cell 800za was followed by Knowledge Cell 800zb 10 times as indicated by the number of occurrences of Connection 853z1. Also, Knowledge Cell 800za was followed by Knowledge Cell 800zc times as indicated by the number of occurrences of Connection 853z2. The weight of Connection 853z1 can be calculated or determined as the number of occurrences of Connection 853z1 divided by the sum of occurrences of all connections (i.e. Connection 853z1 and Connection 853z2, etc.) originating from Knowledge Cell 800za. Therefore, the weight of Connection 853z1 can be calculated or determined as $10/(10+15)=0.4$, for example.

Also, the weight of Connection 853z2 can be calculated or determined as $15/(10+15)=0.6$, for example. Therefore, the sum of weights of Connection 853z1, Connection 853z2, and/or any other Connections 853 originating from Knowledge Cell 800za may equal to 1 or 100%. As shown for example in FIG. 17B, in the case that Knowledge Cell 800zd is inserted and an observation is made that Knowledge Cell 800zd follows Knowledge Cell 800za, Connection 853z3 can be created between Knowledge Cell 800za and Knowledge Cell 800zd. The occurrence count of Connection 853z3 can be set to 1 and weight determined as $1/(10+15+1)=0.038$. The weights of all other connections (i.e. Connection 853z1, Connection 853z2, etc.) originating from Knowledge Cell 800za may be updated to account for the creation of Connection 853z3. Therefore, the weight of Connection 853z1 can be updated as $10/(10+15+1)=0.385$. The weight of Connection 853z2 can also be updated as $15/(10+15+1)=0.577$. As shown for example in FIG. 17C, in the case that an additional occurrence of Connection 853z1 is observed (i.e. Knowledge Cell 800zb followed Knowledge Cell 800za, etc.), occurrence count of Connection 853z1 and weights of all connections (i.e. Connection 853z1, Connection 853z2, and Connection 853z3, etc.) originating from Knowledge Cell 800za may be updated to account for this observation. The occurrence count of Connection 853z1 can be increased by 1 and its weight updated as $11/(11+15+1)=0.407$. The weight of Connection 853z2 can also be updated as $15/(11+15+1)=0.556$. The weight of Connection 853z3 can also be updated as $1/(11+15+1)=0.037$.

Referring to FIG. 18, an embodiment of learning Knowledge Cells 800 comprising one or more Collections of Object Representations 525 correlated with any Instruction Sets 526 and/or Extra Info 527 using Collection of Knowledge Cells 530d is illustrated. Collection of Knowledge Cells 530d comprises the functionality for storing any number of Knowledge Cells 800. In some aspects, Knowledge Cells 800 may be stored into or applied onto Collection of Knowledge Cells 530d in a learning or training process. In effect, Collection of Knowledge Cells 530d may store Knowledge Cells 800 that can later be used to enable autonomous Avatar 605 operation. In some embodiments, Knowledge Structuring Unit 520 structures or generates Knowledge Cells 800 as previously described and the system applies them onto Collection of Knowledge Cells 530d, thereby implementing learning Avatar's 605 operation in circumstances including objects with various properties. The term apply or applying may refer to storing, copying, inserting, updating, or other similar action, therefore, these terms may be used interchangeably herein depending on context. The system can perform Similarity Comparisons 125 (later described) of a newly structured Knowledge Cell 800 from Knowledge Structuring Unit 520 with Knowledge Cells 800 in Collection of Knowledge Cells 530d. If a substantially similar Knowledge Cell 800 is not found in Collection of Knowledge Cells 530d, the system may insert (i.e. copy, store, etc.) the Knowledge Cell 800 from Knowledge Structuring Unit 520 into Collection of Knowledge Cells 530d, for example. On the other hand, if a substantially similar Knowledge Cell 800 is found in Collection of Knowledge Cells 530d, the system may optionally omit inserting the Knowledge Cell 800 from Knowledge Structuring Unit 520 as inserting a substantially similar Knowledge Cell 800 may not add much or any additional knowledge to the Collection of Knowledge Cells 530d, for example. Also, inserting a substantially similar Knowledge Cell 800 can optionally be omitted to save storage resources and limit the number of Knowledge Cells 800 that may later

US 10,607,134 B1

109

110

need to be processed or compared. Any features, functionalities, and embodiments of Similarity Comparison **125**, importance index (later described), similarity index (later described), and/or other disclosed elements can be utilized to facilitate determination of substantial or other similarity and whether to insert a newly structured Knowledge Cell **800** into Collection of Knowledge Cells **530***d*.

For example, the system can perform Similarity Comparisons **125** (later described) of Knowledge Cell **800***ba* from Knowledge Structuring Unit **520** with Knowledge Cells **800** in Collection of Knowledge Cells **530***d*. In the case that a substantially similar match is found between Knowledge Cell **800***ba* and any of the Knowledge Cells **800** in Collection of Knowledge Cells **530***d*, the system may perform no action. The system can then perform Similarity Comparisons **125** of Knowledge Cell **800***bb* from Knowledge Structuring Unit **520** with Knowledge Cells **800** in Collection of Knowledge Cells **530***d*. In the case that a substantially similar match is not found, the system may insert a new Knowledge Cell **800** into Collection of Knowledge Cells **530***d* and copy Knowledge Cell **800***bb* into the inserted new Knowledge Cell **800**. The system can then perform Similarity Comparisons **125** of Knowledge Cell **800***bc* from Knowledge Structuring Unit **520** with Knowledge Cells **800** in Collection of Knowledge Cells **530***d*. In the case that a substantially similar match is found between Knowledge Cell **800***bc* and any of the Knowledge Cells **800** in Collection of Knowledge Cells **530***d*, the system may perform no action. The system can then perform Similarity Comparisons **125** of Knowledge Cell **800***bd* from Knowledge Structuring Unit **520** with Knowledge Cells **800** in Collection of Knowledge Cells **530***d*. In the case that a substantially similar match is not found, the system may insert a new Knowledge Cell **800** into Collection of Knowledge Cells **530***d* and copy Knowledge Cell **800***bd* into the inserted new Knowledge Cell **800**. The system can then perform Similarity Comparisons **125** of Knowledge Cell **800***be* from Knowledge Structuring Unit **520** with Knowledge Cells **800** in Collection of Knowledge Cells **530***d*. In the case that a substantially similar match is not found, the system may insert a new Knowledge Cell **800** into Collection of Knowledge Cells **530***d* and copy Knowledge Cell **800***be* into the inserted new Knowledge Cell **800**. Applying any additional Knowledge Cells **800** from Knowledge Structuring Unit **520** onto Collection of Knowledge Cells **530***d* follows similar logic or process as the above-described.

Referring to FIG. **19**, an embodiment of learning Knowledge Cells **800** comprising one or more Collections of Object Representations **525** correlated with any Instruction Sets **526** and/or Extra Info **527** using Neural Network **530***a* is illustrated. Neural Network **530***a* includes a number of neurons or Nodes **852** interconnected by Connections **853** as previously described. Knowledge Cells **800** are shown instead of Nodes **852** to simplify the illustration as Node **852** includes a Knowledge Cell **800**, for example. Therefore, Knowledge Cells **800** and Nodes **852** can be used interchangeably herein depending on context. It should be noted that Node **852** may include other elements and/or functionalities instead of or in addition to Knowledge Cell **800**. In some aspects, Knowledge Cells **800** may be stored into or applied onto Neural Network **530***a* individually or collectively in a learning or training process. In some designs, Neural Network **530***a* comprises a number of Layers **854** each of which may include one or more Knowledge Cells **800**. Knowledge Cells **800** in successive Layers **854** can be connected by Connections **853**. Connection **853** may include or be associated with occurrence count, weight, and/or other

parameter or data as previously described. Neural Network **530***a* may include any number of Layers **854** comprising any number of Knowledge Cells **800**. In some aspects, Neural Network **530***a* may store Knowledge Cells **800** interconnected by Connections **853** where following a path through the Neural Network **530***a* can later be used to enable autonomous Avatar **605** operation. It should be understood that, in some embodiments, Knowledge Cells **800** in one Layer **854** of Neural Network **530***a* need not be connected only with Knowledge Cells **800** in a successive Layer **854**, but also in any other Layer **854**, thereby creating shortcuts (i.e. shortcut Connections **853**, etc.) through Neural Network **530***a*. A Knowledge Cell **800** can also be connected to itself such as, for example, in recurrent neural networks. In general, any Knowledge Cell **800** can be connected with any other Knowledge Cell **800** anywhere else in Neural Network **530***a*. In further embodiments, back-propagation of any data or information can be implemented. In one example, back-propagation of similarity (i.e. similarity index, etc.) of compared Knowledge Cells **800** in a path through Neural Network **530***a* can be implemented. In another example, back-propagation of errors can be implemented. Such back-propagations can then be used to adjust occurrence counts and/or weights of Connections **853** for better future predictions, for example. Any other back-propagation can be implemented for other purposes. Any combination of Nodes **852** (i.e. Nodes **852** comprising Knowledge Cells **800**, etc.), Connections **853**, Layers **854**, and/or other elements or techniques can be implemented in alternate embodiments. Neural Network **530***a* may include any type or form of a neural network known in art such as a feed-forward neural network, a back-propagating neural network, a recurrent neural network, a convolutional neural network, deep neural network, and/or others including a custom neural network.

In some embodiments, Knowledge Structuring Unit **520** structures or generates Knowledge Cells **800** and the system applies them onto Neural Network **530***a*, thereby implementing learning Avatar's **605** operation in circumstances including objects with various properties. The system can perform Similarity Comparisons **125** (later described) of a Knowledge Cell **800** from Knowledge Structuring Unit **520** with Knowledge Cells **800** in a Layer **854** of Neural Network **530***a*. If a substantially similar Knowledge Cell **800** is not found in the Layer **854** of Neural Network **530***a*, the system may insert (i.e. copy, store, etc.) the Knowledge Cell **800** from Knowledge Structuring Unit **520** into the Layer **854** of Neural Network **530***a*, and create a Connection **853** to the inserted Knowledge Cell **800** from a Knowledge Cell **800** in a prior Layer **854** including assigning an occurrence count to the new Connection **853**, calculating a weight of the new Connection **853**, and updating any other Connections **853** originating from the Knowledge Cell **800** in the prior Layer **854**. On the other hand, if a substantially similar Knowledge Cell **800** is found in the Layer **854** of Neural Network **530***a*, the system may update occurrence count and weight of Connection **853** to that Knowledge Cell **800** from a Knowledge Cell **800** in a prior Layer **854**, and update any other Connections **853** originating from the Knowledge Cell **800** in the prior Layer **854**.

For example, the system can perform Similarity Comparisons **125** (later described) of Knowledge Cell **800***ba* from Knowledge Structuring Unit **520** with Knowledge Cells **800** in Layer **854***a* of Neural Network **530***a*. In the case that a substantially similar match is found between Knowledge Cell **800***ba* and Knowledge Cell **800***ea*, the system may perform no action since Knowledge Cell **800***ea* is the initial Knowledge Cell **800**. The system can then perform Simi-

US 10,607,134 B1

111

larity Comparisons **125** of Knowledge Cell **800***bb* from Knowledge Structuring Unit **520** with Knowledge Cells **800** in Layer **854***b* of Neural Network **530***a*. In the case that a substantially similar match is found between Knowledge Cell **800***bb* and Knowledge Cell **800***eb*, the system may update occurrence count and weight of Connection **853***e*1 between Knowledge Cell **800***ea* and Knowledge Cell **800***eb*, and update weights of other Connections **853** originating from Knowledge Cell **800***ea* as previously described. The system can then perform Similarity Comparisons **125** of Knowledge Cell **800***bc* from Knowledge Structuring Unit **520** with Knowledge Cells **800** in Layer **854***c* of Neural Network **530***a*. In the case that a substantially similar match is not found, the system may insert Knowledge Cell **800***ec* into Layer **854***c* and copy Knowledge Cell **800***bc* into the inserted Knowledge Cell **800***ec*. The system may also create Connection **853***e*2 between Knowledge Cell **800***eb* and Knowledge Cell **800***ec* with occurrence count of 1 and weight calculated based on the occurrence count as previously described. The system may also update weights of other Connections **853** (one in this example) originating from Knowledge Cell **800***eb* as previously described. The system can then perform Similarity Comparisons **125** of Knowledge Cell **800***bd* from Knowledge Structuring Unit **520** with Knowledge Cells **800** in Layer **854***d* of Neural Network **530***a*. In the case that a substantially similar match is not found, the system may insert Knowledge Cell **800***ed* into Layer **854***d* and copy Knowledge Cell **800***bd* into the inserted Knowledge Cell **800***ed*. The system may also create Connection **853***e*3 between Knowledge Cell **800***ec* and Knowledge Cell **800***ed* with occurrence count of 1 and weight of 1. The system can then perform Similarity Comparisons **125** of Knowledge Cell **800***be* from Knowledge Structuring Unit **520** with Knowledge Cells **800** in Layer **854***e* of Neural Network **530***a*. In the case that a substantially similar match is not found, the system may insert Knowledge Cell **800***ee* into Layer **854***e* and copy Knowledge Cell **800***be* into the inserted Knowledge Cell **800***ee*. The system may also create Connection **853***e*4 between Knowledge Cell **800***ed* and Knowledge Cell **800***ee* with occurrence count of 1 and weight of 1. Applying any additional Knowledge Cells **800** from Knowledge Structuring Unit **520** onto Neural Network **530***a* follows similar logic or process as the above-described.

Referring now to Similarity Comparison **125**, Similarity Comparison **125** comprises the functionality for comparing or matching Knowledge Cells **800** or portions thereof, and/or other functionalities. Similarity Comparison **125** comprises the functionality for comparing or matching Collections of Object Representations **525** or portions thereof. Similarity Comparison **125** comprises the functionality for comparing or matching streams of Collections of Object Representations **525** or portions thereof. Similarity Comparison **125** comprises the functionality for comparing or matching Object Representations **625** or portions thereof. Similarity Comparison **125** comprises the functionality for comparing or matching Object Properties **630** or portions thereof. Similarity Comparison **125** comprises the functionality for comparing or matching Instruction Sets **526**, Extra Info **527**, text (i.e. characters, words, phrases, etc.), numbers, and/or other elements or portions thereof. Similarity Comparison **125** may include functions, rules, and/or logic for performing matching or comparisons and for determining that while a perfect match is not found, a partial or similar match has been found. In some aspects, a partial match may include a substantially or otherwise similar match, and vice versa. Therefore, these terms may be used interchangeably

112

herein depending on context. As such, Similarity Comparison **125** may include determining substantial similarity or substantial match of compared elements. Although, substantial similarity or substantial match is frequently used herein, it should be understood that any level of similarity, however high or low, may be utilized as defined by the rules (i.e. thresholds, etc.) for similarity. The rules for similarity or similar match can be defined by a user, by ACAAO system administrator, or automatically by the system based on experience, testing, inquiry, analysis, synthesis, or other techniques, knowledge, or input. In some designs, Similarity Comparison **125** comprises the functionality to automatically define appropriately strict rules for determining similarity of the compared elements. Similarity Comparison **125** can therefore set, reset, and/or adjust the strictness of the rules for finding or determining similarity of the compared elements, thereby fine tuning Similarity Comparison **125** so that the rules for determining similarity are appropriately strict. In some aspects, the rules for determining similarity may include a similarity threshold. As such, Similarity Comparison **125** can determine similarity of compared elements if their similarity exceeds a similarity threshold. In other aspects, the rules for determining similarity may include a difference threshold. As such, Similarity Comparison **125** can determine similarity of compared elements if their difference is lower than a difference threshold. In further aspects, the rules for determining similarity may include other thresholds. Similarity Comparison **125** enables comparing circumstances including objects with various properties and determining their similarity or match. In one example, a circumstance including an object located at a distance of 9 m and an angle/bearing of 97° relative to Avatar **605** may be found similar or matching by Similarity Comparison **125** to a circumstance including the same or similar object located at a distance of 8.7 m and an angle/bearing of 101° relative to Avatar **605**. In another example, a circumstance including an object detected as a female person may be found similar or matching by Similarity Comparison **125** to a circumstance including an object detected as a male person. In general, any one or more properties (i.e. existence, type, identity, distance, bearing/angle, location, shape/size, activity, etc.) of one or more objects can be utilized for determining similarity or match of circumstances including objects with various properties. Therefore, Similarity Comparison **125** provides flexibility in comparing and determining similarity of a variety of possible circumstances of Avatar **605**.

In some embodiments where compared Knowledge Cells **800** include a single Collection of Object Representations **525**, in determining similarity of Knowledge Cells **800**, Similarity Comparison **125** can perform comparison of individual Collections of Object Representations **525** or portions (i.e. Object Representations **625**, Object Properties **630**, etc.) thereof such as comparison of Collection of Object Representations **525** or portions thereof from one Knowledge Cell **800** with Collection of Object Representations **525** or portions thereof from another Knowledge Cell **800**. In some aspects, total equivalence is achieved when Collection of Object Representations **525** or portions thereof from one Knowledge Cell **800** matches Collection of Object Representations **525** or portions thereof from another Knowledge Cell **800**. If total equivalence is not found, Similarity Comparison **125** may attempt to determine substantial or other similarity of compared Knowledge Cells **800**.

In some embodiments, in determining substantial similarity of individually compared Collections of Object Representations **525** (i.e. Collections of Object Representations

US 10,607,134 B1

113

525 from the compared Knowledge Cells **800**, etc.), Similarity Comparison **125** can compare one or more Object Representations **625** or portions (i.e. Object Properties **630**, etc.) thereof from one Collection of Object Representations **525** with one or more Object Representations **625** or portions thereof from another Collection of Object Representations **525**. In some aspects, total equivalence is found when all Object Representations **625** or portions thereof from one Collection of Object Representations **525** match all Object Representations **625** or portions thereof from another Collection of Object Representations **525**. In other aspects, if total equivalence is not found, Similarity Comparison **125** may attempt to determine substantial similarity of compared Collections of Object Representations **525**. In one example, substantial similarity can be achieved when most of the Object Representations **625** or portions thereof from the compared Collections of Object Representations **525** match or substantially match. In another example, substantial similarity can be achieved when at least a threshold number (i.e. 1, 2, 4, 7, 18, etc.) or percentage (i.e. 41%, 62%, 79%, 85%, 93%, etc.) of Object Representations **625** or portions thereof from the compared Collections of Object Representations **525** match or substantially match. Similarly, substantial similarity can be achieved when the number or percentage of matching or substantially matching Object Representations **625** or portions thereof from the compared Collections of Object Representations **525** exceeds a threshold number (i.e. 1, 2, 4, 7, 18, etc.) or a threshold percentage (i.e. 41%, 62%, 79%, 85%, 93%, etc.). In a further example, substantial similarity can be achieved when all but a threshold number or percentage of Object Representations **625** or portions thereof from the compared Collections of Object Representations **525** match or substantially match. Such thresholds can be defined by a user, by ACAAO system administrator, or automatically by the system based on experience, testing, inquiry, analysis, synthesis, and/or other techniques, knowledge, or input. In some aspects, Similarity Comparison **125** can utilize the importance (i.e. as indicated by importance index [ater described], etc.) of Object Representations **625** or portions thereof for determining substantial similarity of Collections of Object Representations **525**. For example, substantial similarity can be achieved when matches or substantial matches are found with respect to more important Object Representations **625** or portions thereof such as Object Representations **625** representing near Objects **615**, Object Representations **625** representing large Objects **615**, etc., thereby tolerating mismatches in less important Object Representations **625** or portions thereof such as Object Representations **625** representing distant Objects **615**, Object Representations **625** representing small Objects **615**, etc. In general, any Object Representation **625** or portion thereof can be assigned higher or lower importance. In further aspects, Similarity Comparison **125** can omit some of the Object Representations **625** or portions thereof from the comparison in determining substantial similarity of Collections of Object Representations **525**. In one example, Object Representations **625** representing distant Objects **615** can be omitted from comparison. In another example, Object Representations **625** representing small Objects **615** can be omitted from comparison. In general, any Object Representation **625** or portion thereof can be omitted from comparison depending on implementation.

Similarity Comparison **125** can automatically adjust (i.e. increase or decrease) the strictness of the rules for determining substantial similarity of Collections of Object Representations **525**. In some aspects, such adjustment in strictness can be done by Similarity Comparison **125** in response

114

to determining that total equivalence of compared Collections of Object Representations **525** had not been found. Similarity Comparison **125** can keep adjusting the strictness rules until a substantial similarity is found. All the rules or settings of substantial similarity can be set, reset, or adjusted by Similarity Comparison **125** in response to another strictness level determination. For example, Similarity Comparison **125** may attempt to find a match or substantial match in a certain percentage (i.e. 83%, etc.) of Object Representations **625** or portions thereof from the compared Collections of Object Representations **525**. If the comparison does not determine substantial similarity of compared Collections of Object Representations **525**, Similarity Comparison **125** may decide to decrease the strictness of the rules. In response, Similarity Comparison **125** may attempt to find fewer matching or substantially matching Object Representations **625** or portions thereof than in the previous attempt using stricter rules. If the comparison still does not determine substantial similarity of compared Collections of Object Representations **525**, Similarity Comparison **125** may further decrease the strictness (i.e. down to a certain minimum strictness or threshold, etc.) by requiring fewer Object Representations **625** or portions thereof to match or substantially match, thereby further increasing a chance of finding substantial similarity in compared Collections of Object Representations **525**.

Where a reference to Object Representation **625** is used herein it should be understood that a portion of Object Representation **625** (i.e. Object Property **630**, etc.) or a plurality of Object Representations **625** can be used instead of or in addition to the Object Representation **625**. In one example, instead of or in addition to Object Representation **625**, Object Properties **630** and/or other portions that constitute an Object Representation **625** can be compared. In another example, instead of or in addition to Object Representation **625**, plurality of Object Representations **625** can be compared. As such, any operations, rules, logic, and/or functions operating on Object Representation **625** may similarly apply to any portion of Object Representation **625** and/or a plurality of Object Representations **625** as applicable. In general, whole Object Representations **625**, portions of Object Representations **625**, and/or pluralities of Object Representations **625**, including any operations thereon, can be combined to arrive at desired results. Some or all of the above-described rules, logic, and/or techniques can be utilized alone or in combination with each other or with other rules, logic, and/or techniques. One of ordinary skill in art will recognize that other techniques known in art for determining similarity of Object Representations **625** and/or other data that would be too voluminous to describe are within the scope of this disclosure.

In some embodiments, in determining substantial similarity of Object Representations **625** (i.e. Object Representations **625** from the compared Collections of Object Representations **525**, etc.), Similarity Comparison **125** can compare Object Properties **630** or portions (i.e. characters, words, numbers, etc.) thereof from one Object Representation **625** with Object Properties **630** or portions thereof from another Object Representation **625**. In some aspects, total equivalence is found when all Object Properties **630** or portions thereof of one Object Representation **625** match all Object Properties **630** or portions thereof of another Object Representation **625**. In other aspects, if total equivalence is not found, Similarity Comparison **125** may attempt to determine substantial similarity of compared Object Representations **625**. In one example, substantial similarity can be achieved when most of the Object Properties **630** or portions

US 10,607,134 B1

115

thereof from the compared Object Representations **625** match or substantially match. In another example, substantial similarity can be achieved when at least a threshold number (i.e. 1, 2, 3, 6, 11, etc.) or percentage (i.e. 55%, 61%, 78%, 82%, 99%, etc.) of Object Properties **630** or portions thereof from the compared Object Representations **625** match or substantially match. Similarly, substantial similarity can be achieved when the number or percentage of matching or substantially matching Object Properties **630** or portions thereof from the compared Object Representations **625** exceeds a threshold number (i.e. 1, 2, 3, 6, 11, etc.) or a threshold percentage (i.e. 55%, 61%, 78%, 82%, 99%, etc.). In a further example, substantial similarity can be achieved when all but a threshold number or percentage of Object Properties **630** or portions thereof from the compared Object Representations **625** match or substantially match. Such thresholds can be defined by a user, by ACAAO system administrator, or automatically by the system based on experience, testing, inquiry, analysis, synthesis, and/or other techniques, knowledge, or input. In further aspects, Similarity Comparison **125** can utilize Categories **635** associated with Object Properties **630** for determining substantial similarity of Object Representations **625**. In one example, Object Properties **630** or portions thereof from the compared Object Representations **625** in a same Category **635** may be compared. This way, Object Properties **630** or portions thereof can be compared with their own peers. In one instance, Object Properties **630** or portions thereof from the compared Object Representations **625** in Category **635** "Type" may be compared. Any text comparison technique can be utilized in such comparing. In another instance, Object Properties **630** or portions thereof from the compared Object Representations **625** in Category **635** "Distance" or "Bearing" may be compared. Any number comparison technique can be utilized in such comparing. In a further instance, Object Properties **630** or portions thereof from the compared Object Representations **625** in Category **635** "Shape" may be compared. Any model or other computer construct comparison technique can be utilized in such comparing. In further aspects, Similarity Comparison **125** can utilize the importance (i.e. as indicated by importance index [later described], etc.) of Object Properties **630** or portions thereof for determining substantial similarity of Object Representations **625**. For example, substantial similarity can be achieved when matches or substantial matches are found with respect to more important Object Properties **630** or portions thereof such as Object Properties **630** or portions thereof in Categories **635** "Type", "Distance", "Bearing", etc., thereby tolerating mismatches in less important Object Properties **630** or portions thereof such as Object Properties **630** or portions thereof in Categories **635** "Identity", "Shape", etc. In general, any Object Property **630** or portion thereof can be assigned higher or lower importance. In further aspects, Similarity Comparison **125** can omit some of the Object Properties **630** or portions thereof from the comparison in determining substantial similarity of Object Representations **625**. In one example, Object Properties **630** or portions thereof in Category **635** "Identity" can be omitted from comparison. In another example, Object Properties **630** or portions thereof in Category **635** "Shape" can be omitted from comparison. In general, any Object Property **630** or portion thereof can be omitted from comparison depending on implementation.

Similarity Comparison **125** can automatically adjust (i.e. increase or decrease) the strictness of the rules for determining substantial similarity of Object Representations **625**. In some aspects, such adjustment in strictness can be done

116

by Similarity Comparison **125** in response to determining that total equivalence of compared Object Representations **625** had not been found. Similarity Comparison **125** can keep adjusting the strictness rules until a substantial similarity is found. All the rules or settings of substantial similarity can be set, reset, or adjusted by Similarity Comparison **125** in response to another strictness level determination. For example, Similarity Comparison **125** may attempt to find a match or substantial match in a certain percentage (i.e. 90%, etc.) of Object Properties **630** or portions thereof from the compared Object Representations **625**. If the comparison does not determine substantial similarity of compared Object Representations **625**, Similarity Comparison **125** may decide to decrease the strictness of the rules. In response, Similarity Comparison **125** may attempt to find fewer matching or substantially matching Object Properties **630** or portions thereof than in the previous attempt using stricter rules. If the comparison still does not determine substantial similarity of compared Object Representations **625**, Similarity Comparison **125** may further decrease the strictness (i.e. down to a certain minimum strictness or threshold, etc.) by requiring fewer Object Properties **630** or portions thereof to match or substantially match, thereby further increasing a chance of finding substantial similarity in compared Object Representations **625**. In further aspects, an adjustment in strictness can be done by Similarity Comparison **125** in response to determining that multiple substantially similar Object Representations **625** had been found. Similarity Comparison **125** can keep adjusting the strictness of the rules until a best of the substantially similar Object Representations **625** is found. For example, Similarity Comparison **125** may attempt to find a match or substantial match in a certain percentage (i.e. 67%, etc.) of Object Properties **630** or portions thereof from the compared Object Representations **625**. If the comparison determines a number of substantially similar Object Representations **625**, Similarity Comparison **125** may decide to increase the strictness of the rules to decrease the number of substantially similar Object Representations **625**. In response, Similarity Comparison **125** may attempt to find more matching or substantially matching Object Properties **630** or portions thereof in addition to the earlier found Object Properties **630** or portions thereof to limit the number of substantially similar Object Representations **625**. If the comparison still provides more than one substantially similar Object Representation **625**, Similarity Comparison **125** may further increase the strictness by requiring additional Object Properties **630** or portions thereof to match or substantially match, thereby further narrowing the number of substantially similar Object Representations **625** until a best substantially similar Object Representation **625** is found.

Where a reference to Object Property **630** is used herein it should be understood that a portion of Object Property **630** or a plurality of Object Properties **630** can be used instead of or in addition to the Object Property **630**. In one example, instead of or in addition to Object Property **630**, characters, words, numbers, and/or other portions that constitute an Object Property **630** can be compared. In another example, instead of or in addition to Object Property **630**, a plurality of Object Properties **630** can be compared. As such, any operations, rules, logic, and/or functions operating on Object Property **630** may similarly apply to any portion of Object Property **630** and/or a plurality of Object Properties **630** as applicable. In general, whole Object Properties **630**, portions of Object Properties **630**, and/or pluralities of Object Properties **630**, including any operations thereon, can be combined to arrive at desired results. Some or all of the above-

US 10,607,134 B1

117

described rules, logic, and/or techniques can be utilized alone or in combination with each other or with other rules, logic, and/or techniques. One of ordinary skill in art will recognize that other techniques known in art for determining similarity of Object Properties 630 and/or other data that would be too voluminous to describe are within the scope of this disclosure.

In some embodiments where compared Knowledge Cells 800 include a stream of Collections of Object Representations 525, in determining similarity of Knowledge Cells 800, Similarity Comparison 125 can perform collective comparison of Collections of Object Representations 525 or portions (i.e. Object Representations 625, Object Properties 630, etc.) thereof such as comparison of a stream of Collections of Object Representations 525 or portions thereof from one Knowledge Cell 800 with a stream of Collections of Object Representations 525 or portions thereof from another Knowledge Cell 800. Similarity Comparison 125 of collectively compared Collections of Object Representations 525 or portions thereof may include any features, functionalities, and embodiments of the previously described Similarity Comparison 125 of individually compared Collections of Object Representations 525 or portions thereof. In some aspects, total equivalence is found when all Collections of Object Representations 525 or portions thereof from one Knowledge Cell 800 match all Collections of Object Representations 525 or portions thereof from another Knowledge Cell 800. If total equivalence is not found, Similarity Comparison 125 may attempt to determine substantial or other similarity of compared Knowledge Cells 800. In one example, substantial similarity can be achieved when most of the Collections of Object Representations 525 or portions thereof from the compared Knowledge Cells 800 match or substantially match. In another example, substantial similarity can be achieved when at least a threshold number (i.e. 1, 2, 4, 9, 33, 138, etc.) or percentage (i.e. 39%, 58%, 77%, 88%, 94%, etc.) of Collections of Object Representations 525 or portions thereof from the compared Knowledge Cells 800 match or substantially match. Similarly, substantial similarity can be achieved when the number or percentage of matching or substantially matching Collections of Object Representations 525 or portions thereof from the compared Knowledge Cells 800 exceeds a threshold number (i.e. 1, 2, 4, 9, 33, 138, etc.) or a threshold percentage (i.e. 39%, 58%, 77%, 88%, 94%, etc.). In a further example, substantial similarity can be achieved when all but a threshold number or percentage of Collections of Object Representations 525 or portions thereof from the compared Knowledge Cells 800 match or substantially match. Such thresholds can be defined by a user, by ACAAO system administrator, or automatically by the system based on experience, testing, inquiry, analysis, synthesis, and/or other techniques, knowledge, or input. In some aspects, Similarity Comparison 125 can utilize the importance (i.e. as indicated by importance index [later described], etc.) of Collections of Object Representations 525 or portions thereof for determining substantial similarity of Knowledge Cells 800. In one example, substantial similarity can be achieved when matches or substantial matches are found with respect to more important Collections of Object Representations 525 or portions thereof such as more substantive or larger Collections of Object Representations 525 (i.e. Collections of Object Representations 525 comprising a higher number of Object Representations 625, etc.) or portions thereof, etc., thereby tolerating mismatches in less important Collections of Object Representations 525 or portions thereof such as less substantive or smaller Collections of Object Representations

118

525 (i.e. Collections of Object Representations 525 comprising a lower number of Object Representations 625, etc.) or portions thereof, etc. In general, any Collection of Object Representations 525 or portion thereof can be assigned higher or lower importance. In other aspects, Similarity Comparison 125 can utilize the order of Collections of Object Representations 525 or portions thereof for determining substantial similarity of Knowledge Cells 800. In one example, substantial similarity can be achieved when matches or substantial matches are found in earlier Collections of Object Representations 525 or portions thereof from the compared Knowledge Cells 800, thereby tolerating mismatches in later Collections of Object Representations 525 or portions thereof. In another example, substantial similarity can be achieved when matches or substantial matches are found in corresponding (i.e. similarly ordered, temporally related, etc.) Collections of Object Representations 525 or portions thereof from the compared Knowledge Cells 800. In one instance, a 86th Collection of Object Representations 525 or portions thereof from one Knowledge Cell 800 can be compared with a 86th Collection of Object Representations 525 or portions thereof from another Knowledge Cell 800. In another instance, a 86th Collection of Object Representations 525 or portions thereof from one Knowledge Cell 800 can be compared with a number of Collections of Object Representations 525 or portions thereof around (i.e. preceding and/or following) a 86th Collection of Object Representations 525 from another Knowledge Cell 800. This way, flexibility can be implemented in finding a substantially similar Collection of Object Representations 525 or portions thereof if the Collections of Object Representations 525 or portions thereof in the compared Knowledge Cells 800 are not perfectly aligned. In a further instance, Similarity Comparison 125 can utilize Dynamic Time Warping (DTW) and/or other techniques known in art for comparing and/or aligning temporal sequences (i.e. streams of Collections of Object Representations 525 or portions thereof, etc.) that may vary in time or speed. In further aspects, Similarity Comparison 125 can omit some of the Collections of Object Representations 525 or portions thereof from the comparison in determining substantial similarity of Knowledge Cells 800. In one example, less substantive or smaller Collections of Object Representations 525 or portions thereof can be omitted from comparison. In another example, some or all Collections of Object Representations 525 or portions thereof related to a specific time period can be omitted from comparison. In general, any Collection of Object Representations 525 or portion thereof can be omitted from comparison depending on implementation.

Similarity Comparison 125 can automatically adjust (i.e. increase or decrease) the strictness of the rules for determining substantial similarity of Knowledge Cells 800. In some aspects, such adjustment in strictness can be done by Similarity Comparison 125 in response to determining that total equivalence of compared Knowledge Cells 800 had not been found. Similarity Comparison 125 can keep adjusting the strictness of the rules until substantial similarity is found. All the rules or settings of substantial similarity can be set, reset, or adjusted by Similarity Comparison 125 in response to another strictness level determination. For example, Similarity Comparison 125 may attempt to find a match or substantial match in a certain percentage (i.e. 89%, etc.) of Collections of Object Representations 525 or portions thereof from the compared Knowledge Cells 800. If the comparison does not determine substantial similarity of compared Knowledge Cells 800, Similarity Comparison 125

US 10,607,134 B1

119

may decide to decrease the strictness of the rules. In response, Similarity Comparison **125** may attempt to find fewer matching or substantially matching Collections of Object Representations **525** or portions thereof than in the previous attempt using stricter rules. If the comparison still does not determine substantial similarity of compared Knowledge Cells **800**, Similarity Comparison **125** may further decrease (i.e. down to a certain minimum strictness or threshold, etc.) the strictness by requiring fewer Collections of Object Representations **525** or portions thereof to match or substantially match, thereby further increasing a chance of finding substantial similarity in compared Knowledge Cells **800**. In further aspects, an adjustment in strictness can be done by Similarity Comparison **125** in response to determining that multiple substantially similar Knowledge Cells **800** had been found. Similarity Comparison **125** can keep adjusting the strictness of the rules until a best of the substantially similar Knowledge Cells **800** is found. For example, Similarity Comparison **125** may attempt to find a match or substantial match in a certain percentage (i.e. 69%, etc.) of Collections of Object Representations **525** or portions thereof from the compared Knowledge Cells **800**. If the comparison determines a number of substantially similar Knowledge Cells **800**, Similarity Comparison **125** may decide to increase the strictness of the rules to decrease the number of substantially similar Knowledge Cells **800**. In response, Similarity Comparison **125** may attempt to find more matching or substantially matching Collections of Object Representations **525** or portions thereof in addition to the earlier found Collections of Object Representations **525** or portions thereof to limit the number of substantially similar Knowledge Cells **800**. If the comparison still provides more than one substantially similar Knowledge Cell **800**, Similarity Comparison **125** may further increase the strictness by requiring additional Collections of Object Representations **525** or portions thereof to match or substantially match, thereby further narrowing the number of substantially similar Knowledge Cells **800** until a best substantially similar Knowledge Cell **800** is found.

Some or all of the aforementioned rules, logic, and/or techniques for determining substantial similarity of Knowledge Cells **800** can be utilized alone or in combination with each other or with other rules, logic, and/or techniques. One of ordinary skill in art will recognize that other techniques known in art for determining similarity of Knowledge Cells **800** and/or other data that would be too voluminous to describe are within the scope of this disclosure.

In any of the comparisons involving numbers such as, for example, Object Properties **630** including numbers (i.e. distances, bearings/angles, etc.), Similarity Comparison **125** can compare a number from one Object Property **630** with a number from another Object Property **630**. In some aspects, total equivalence is found when the number from one Object Property **630** equals the number from another Object Property **630**. In other aspects, if total equality is not found, Similarity Comparison **125** may attempt to determine substantial similarity of the compared numbers using a tolerance or threshold for determining a match. In some aspects, Similarity Comparison **125** can utilize a threshold for acceptable number difference in determining a match of compared numbers. For example, a threshold for acceptable number difference (i.e. absolute difference, etc.) can be set at 10. Therefore, 130 matches or is sufficiently similar to 135 because the number difference (i.e. 5 in this example) is lower than the threshold for acceptable number difference (i.e. 10 in this example, etc.). Furthermore, 130 does not match or is not sufficiently similar to 143 because the

120

number difference (i.e. 13 in this example) is greater than the threshold for acceptable number difference. Any other threshold for acceptable number difference can be used such as 0.024, 1, 8, 15, 77, 197, 2438, 728322, and/or others. In other aspects, Similarity Comparison **125** can utilize a threshold for acceptable percentage difference in determining a match of compared numbers. For example, a threshold for acceptable percentage difference can be set at 10%. Therefore, 100 matches or is sufficiently similar to 106 because the percentage difference (i.e. 6% in this example) is lower than the threshold for acceptable percentage difference (i.e. 10% in this example). Furthermore, 100 does not match or is not sufficiently similar to 84 because the percentage difference (i.e. 16% in this example) is higher than the threshold for acceptable percentage difference. Any other threshold for acceptable percentage difference can be used such as 0.68%, 1%, 3%, 11%, 33%, 69%, 87%, and/or others. The aforementioned thresholds can be defined by a user, by ACAAO system administrator, or automatically by the system based on experience, testing, inquiry, analysis, synthesis, or other techniques, knowledge, or input. Other techniques known in art for comparing numbers can be utilized herein.

In any of the comparisons involving text such as, for example, Object Properties **630** including text (i.e. types, identities, etc.), Similarity Comparison **125** can compare words, characters, and/or other text from one Object Property **630** with words, characters, and/or other text from another Object Property **630**. In some aspects, total equivalence is found when all words, characters, and/or other text from one Object Property **630** match all words, characters, and/or other text from another Object Property **630**. In other aspects, if total equivalence is not found, Similarity Comparison **125** may attempt to determine substantial similarity of compared Object Properties **630**. In one example, substantial similarity can be achieved when most of the words, characters, and/or other text from the compared Object Properties **630** match or substantially match. In another example, substantial similarity can be achieved when at least a threshold number (i.e. 1, 2, 3, 4, 7, 11, etc.) or percentage (i.e. 38%, 63%, 77%, 84%, 98%, etc.) of words, characters, and/or other text from the compared Object Properties **630** match or substantially match. Similarly, substantial similarity can be achieved when the number or percentage of matching or substantially matching words, characters, and/or other text from the compared Object Properties **630** exceeds a threshold number (i.e. 1, 2, 3, 4, 7, 11, etc.) or a threshold percentage (i.e. 48%, 63%, 77%, 84%, 98%, etc.). In a further example, substantial similarity can be achieved when all but a threshold number or percentage of words, characters, and/or other text from the compared Object Properties **630** match or substantially match. Such thresholds can be defined by a user, by ACAAO system administrator, or automatically by the system based on experience, testing, inquiry, analysis, synthesis, and/or other techniques, knowledge, or input. In further aspects, Similarity Comparison **125** can utilize the importance (i.e. as indicated by importance index [later described], etc.) of words, characters, and/or other text for determining substantial similarity of Object Properties **630**. For example, substantial similarity can be achieved when matches or substantial matches are found with respect to more important words, characters, and/or other text such as longer words and/or other text, thereby tolerating mismatches in less important words, characters, and/or other text such as shorter words and/or other text. In general, any word, character, and/or other text can be assigned higher or lower importance. In further

US 10,607,134 B1

121

aspects, Similarity Comparison 125 can utilize the order of words, characters, and/or other text for determining substantial similarity of Object Properties 630. For example, substantial similarity can be achieved when matches or substantial matches are found with respect to front-most words, characters, and/or other text, thereby tolerating mismatches in later words, characters, and/or other text. In further aspects, Similarity Comparison 125 can utilize semantic conversion to account for variations of words and/or other text. In one example, Object Property 630 may include a word "house". In addition to searching for the exact word in a compared Object Property 630, Similarity Comparison 125 can employ semantic conversion and attempt to match "home", "residence", "dwelling", "place", or other semantically similar variations of the word with a meaning "house". In another example, Object Property 630 may include a word "buy". In addition to searching for the exact word in a compared Object Property 630, Similarity Comparison 125 can employ semantic conversion and attempt to match "buying", "bought", or other semantically similar variations of the word with a meaning "buy" in different tenses. Any other grammatical analysis or transformation can be utilized to cover the full scope of word and/or other text variations. In some designs, semantic conversion can be implemented using a thesaurus or dictionary. In another example, semantic conversion can be implemented using a table where each row comprises semantically similar variations of a word and/or other text. In further aspects, Similarity Comparison 125 can utilize a language model for understanding or interpreting the concepts contained in the words and/or other text and compare the concepts instead of or in addition to the words and/or other text. Examples of language models include unigram model, n-gram model, neural network language model, bag of words model, and/or others. Any of the techniques for matching of words can similarly be used for matching of concepts. In further aspects, Similarity Comparison 125 can omit some of the words, characters, and/or other text from the comparison in determining substantial similarity of Object Properties 630. In one example, rear-most words, characters, and/or other text can be omitted from comparison. In another example, shorter words and/or other text can be omitted from comparison. In general, any word, character, and/or other text can be omitted from comparison depending on implementation. Other techniques known in art for comparing words, characters, and/or other text can be utilized herein.

In some embodiments, Similarity Comparison 125 can compare one or more Extra Info 527 (i.e. time information, location information, computed information, visual information, acoustic information, contextual information, and/or other information, etc.) in addition to or instead of comparing Collections of Object Representations 525 or portions thereof in determining substantial similarity of Knowledge Cells 800. Extra Info 527 can be set to be less, equally, or more important (i.e. as indicated by importance index [later described], etc.) than Collections of Object Representations 525, Object Representations 625, Object Properties 630, and/or other elements in the comparison. Since Extra Info 527 may include any contextual or other information that can be useful in determining similarity of any compared elements, Extra Info 527 can be used to enhance any of the aforementioned similarity determinations as applicable.

In some embodiments, Similarity Comparison 125 can also compare one or more Instruction Sets 526 in addition to or instead of comparing Collections of Object Representations 525 or portions thereof in determining substantial similarity of Knowledge Cells 800. In some aspects, Simi-

122

larity Comparison 125 can compare portions of Instruction Sets 526 to determine substantial or other similarity of Instruction Sets 526. Similar to the above-described thresholds, thresholds for the number or percentage of matching portions of the compared Instruction Sets 526 can be utilized in determining substantial or other similarity of the compared Instruction Sets 526. Such thresholds can be defined by a user, by ACAAO system administrator, or automatically by the system based on experience, testing, inquiry, analysis, synthesis, and/or other techniques, knowledge, or input. In other aspects, Similarity Comparison 125 can compare text (i.e. characters, words, phrases, etc.), numbers, or other data (i.e. bits, etc.) to determine substantial or other similarity of Instruction Sets 526. Any other comparison technique can be utilized in comparing Instruction Sets 526 in alternate implementations. Instruction Sets 526 can be set to be less, equally, or more important (i.e. as indicated by importance index [later described], etc.) than Collections of Object Representations 525, Object Representations 625, Object Properties 630, Extra Info 527, and/or other elements in the comparison.

In some embodiments, an importance index (not shown) or other importance ranking technique can be used in any of the previously described comparisons or other processing involving elements of different importance. Importance index indicates importance of the element to or with which the index is assigned or associated. For example, importance index may indicate importance of a Knowledge Cell 800, Collection of Object Representations 525, Object Representation 625, Object Property 630, Instruction Set 526, Extra Info 527, and/or other element to or with which the index is assigned or associated. In some aspects, importance index on a scale from 0 to 1 can be utilized, although, any other range can also be utilized. Importance index can be stored in or associated with the element to which the index pertains. Importance indexes of various elements can be defined by a user, by ACAAO system administrator, or automatically by the system based on experience, testing, inquiry, analysis, synthesis, or other techniques, knowledge, or input. In one example, a higher Importance index can be assigned to more substantive or larger Collections of Object Representations 525 (i.e. Collections of Object Representations 525 comprising a higher number of Object Representations 625, etc.). In another example, a higher importance index can be assigned to Object Representations 625 representing closer, larger, and/or other Objects 615. Any importance index can be assigned to or associated with any element described herein depending on implementation. Any importance ranking technique can be utilized as or instead of importance index in alternate embodiments.

In some embodiments, Similarity Comparison 125 may generate a similarity index (not shown) for any of the compared elements. Similarity index indicates how well an element is matched with another element. For example, similarity index indicates how well a Knowledge Cell 800, Collection of Object Representations 525, Object Representation 625, Object Property 630, Instruction Set 526, Extra Info 527, and/or other element is matched with a compared element. In some aspects, similarity index on a scale from 0 to 1 can be utilized, although, any other range can also be utilized. Similarity index can be generated by Similarity Comparison 125 whether substantial or other similarity between the compared elements is achieved or not. In one example, similarity index can be determined for a Knowledge Cell 800 based on a ratio/percentage of matched or substantially matched Collections of Object Representations 525 relative to the number of Collections of Object Repre-

US 10,607,134 B1

123

124

sentations 525 in the compared Knowledge Cell 800. Specifically, similarity index of 0.89 is determined if 89% of Collections of Object Representations 525 of one Knowledge Cell 800 match or substantially match Collections of Object Representations 525 of another Knowledge Cell 800. In some designs, importance (i.e. as indicated by importance index, etc.) of one or more Collections of Object Representations 525 can be included in the calculation of a weighted similarity index. Similar determination of similarity index can be implemented with Collections of Object Representations 525, Object Representations 625, Object Properties 630, Instruction Sets 526, Extra Info 527, and/or other elements or portions thereof. Any combination of the aforementioned similarity index determinations or calculations can be utilized in alternate embodiments. Any similarity ranking technique can be utilized to determine or calculate similarity index in alternate embodiments.

Referring to FIG. 20, an embodiment of learning Knowledge Cells 800 comprising one or more Collections of Object Representations 525 correlated with any Instruction Sets 526 and/or Extra Info 527 using Neural Network 530a comprising shortcut Connections 853 is illustrated. In some designs, Knowledge Cells 800 in one Layer 854 of Neural Network 530a can be connected with Knowledge Cells 800 in any Layer 854, not only in a successive Layer 854, thereby creating shortcuts (i.e. shortcut Connections 853, etc.) through Neural Network 530a. In some aspects, creating a shortcut Connection 853 can be implemented by performing Similarity Comparisons 125 of a Knowledge Cell 800 from Knowledge Structuring Unit 520 with Knowledge Cells 800 in any Layer 854 when applying (i.e. storing, copying, etc.) the Knowledge Cell 800 from Knowledge Structuring Unit 520 onto Neural Network 530a. Once created, shortcut Connections 853 enable a wide variety of Knowledge Cells 800 to be considered when selecting a path through Neural Network 530a. In some embodiments, Knowledge Structuring Unit 520 structures or generates Knowledge Cells 800 and the system applies them onto Neural Network 530a, thereby implementing learning Avatar's 605 operation in circumstances including objects with various properties. The system can perform Similarity Comparisons 125 of a Knowledge Cell 800 from Knowledge Structuring Unit 520 with Knowledge Cells 800 in one or more Layers 854 of Neural Network 530a. If a substantially similar Knowledge Cell 800 is not found in the one or more Layers 854 of Neural Network 530a, the system may insert (i.e. copy, store, etc.) the Knowledge Cell 800 from Knowledge Structuring Unit 520 into a Layer 854 of Neural Network 530a, and create a Connection 853 to the inserted Knowledge Cell 800 from a prior Knowledge Cell 800 including assigning an occurrence count to the new Connection 853, calculating a weight of the new Connection 853, and updating any other Connections 853 originating from the prior Knowledge Cell 800. On the other hand, if a substantially similar Knowledge Cell 800 is found in the one or more Layers 854 of Neural Network 530a, the system may update occurrence count and weight of Connection 853 to that Knowledge Cell 800 from a prior Knowledge Cell 800, and update any other Connections 853 originating from the prior Knowledge Cell 800. Any of the previously described and/or other techniques for comparing, inserting, updating, and/or other operations on Knowledge Cells 800, Connections 853, Layers 854, and/or other elements can similarly be utilized in Neural Network 530a that comprises shortcut Connections 853.

Referring to FIG. 21, an embodiment of learning Knowledge Cells 800 comprising one or more Collections of Object Representations 525 correlated with any Instruction Sets 526 and/or Extra Info 527 using Graph 530b is illustrated. In some aspects, any Knowledge Cell 800 can be connected with any other Knowledge Cell 800 in Graph 530b. In other aspects, any Knowledge Cell 800 can be connected with itself and/or any other Knowledge Cell 800 in Graph 530b. In some embodiments, Knowledge Structuring Unit 520 structures or generates Knowledge Cells 800 and the system applies (i.e. store, copy, etc.) them onto Graph 530b, thereby implementing learning Avatar's 605 operation in circumstances including objects with various properties. The system can perform Similarity Comparisons 125 of a Knowledge Cell 800 from Knowledge Structuring Unit 520 with Knowledge Cells 800 in Graph 530b. If a substantially similar Knowledge Cell 800 is not found in Graph 530b, the system may insert (i.e. copy, store, etc.) the Knowledge Cell 800 from Knowledge Structuring Unit 520 into Graph 530b, and create a Connection 853 to the inserted Knowledge Cell 800 from a prior Knowledge Cell 800 including assigning an occurrence count to the new Connection 853, calculating a weight of the new Connection 853, and updating any other Connections 853 originating from the prior Knowledge Cell 800. On the other hand, if a substantially similar Knowledge Cell 800 is found in Graph 530b, the system may update occurrence count and weight of Connection 853 to that Knowledge Cell 800 from a prior Knowledge Cell 800, and update any other Connections 853 originating from the prior Knowledge Cell 800. Any of the previously described and/or other techniques for comparing, inserting, updating, and/or other operations on Knowledge Cells 800, Connections 853, and/or other elements can similarly be utilized in Graph 530b.

For example, the system can perform Similarity Comparisons 125 of Knowledge Cell 800ba from Knowledge Structuring Unit 520 with Knowledge Cells 800 in Graph 530b. In the case that a substantially similar match is not found, the system may insert Knowledge Cell 800ha into Graph 530b and copy Knowledge Cell 800ba into the inserted Knowledge Cell 800ha. The system can then perform Similarity Comparisons 125 of Knowledge Cell 800bb from Knowledge Structuring Unit 520 with Knowledge Cells 800 in Graph 530b. In the case that a substantially similar match is found between Knowledge Cell 800bb and Knowledge Cell 800hb, the system may create Connection 853h1 between Knowledge Cell 800ha and Knowledge Cell 800hb with occurrence count of 1 and weight of 1. The system can then perform Similarity Comparisons 125 of Knowledge Cell 800bc from Knowledge Structuring Unit 520 with Knowledge Cells 800 in Graph 530b. In the case that a substantially similar match is found between Knowledge Cell 800bc and Knowledge Cell 800hc, the system may update occurrence count and weight of Connection 853h2 between Knowledge Cell 800hb and Knowledge Cell 800hc, and update weights of other outgoing Connections 853 (one in this example) originating from Knowledge Cell 800hb as previously described. The system can then perform Similarity Comparisons 125 of Knowledge Cell 800bd from Knowledge Structuring Unit 520 with Knowledge Cells 800 in Graph 530b. In the case that a substantially similar match is not found, the system may insert Knowledge Cell 800hd into Graph 530b and copy Knowledge Cell 800bd into the inserted Knowledge Cell 800hd. The system may also create Connection 853h3 between Knowledge Cell 800hc and Knowledge Cell 800hd with occurrence count of 1 and weight calculated based on the occurrence count as previously described. The system may also update weights of other outgoing Connections 853 (one in this example)

US 10,607,134 B1

125

originating from Knowledge Cell **800**hc as previously described. The system can then perform Similarity Comparisons **125** of Knowledge Cell **800**be from Knowledge Structuring Unit **520** with Knowledge Cells **800** in Graph **530**b. In the case that a substantially similar match is not found, the system may insert Knowledge Cell **800**he into Graph **530**b and copy Knowledge Cell **800**be into the inserted Knowledge Cell **800**he. The system may also create Connection **853**h4 between Knowledge Cell **800**hd and Knowledge Cell **800**he with occurrence count of 1 and weight of 1. Applying any additional Knowledge Cells **800** from Knowledge Structuring Unit **520** onto Graph **530**b follows similar logic or process as the above-described.

Referring to FIG. **22**, an embodiment of learning Knowledge Cells **800** comprising one or more Collections of Object Representations **525** correlated with any Instruction Sets **526** and/or Extra Info **527** using Collection of Sequences **530**c is illustrated. Collection of Sequences **530**c comprises the functionality for storing one or more Sequences **533**. Sequence **533** comprises the functionality for storing any number of Knowledge Cells **800**. For example, Knowledge Structuring Unit **520** structures or generates Knowledge Cells **800** and the system applies them onto Collection of Sequences **530**c, thereby implementing learning Avatar's **605** operation in circumstances including objects with various properties. The system can perform collective Similarity Comparisons **125** of Knowledge Cells **800** from Knowledge Structuring Unit **520** with Knowledge Cells **800** in Sequences **533** of Collection of Sequences **530**c to find a Sequence **533** comprising Knowledge Cells **800** that are collectively substantially similar to the Knowledge Cells **800** from Knowledge Structuring Unit **520**. If Sequence **533** comprising such collectively substantially similar Knowledge Cells **800** is not found in Collection of Sequences **530**c, the system may create a new Sequence **533** comprising the Knowledge Cells **800** from Knowledge Structuring Unit **520** and insert (i.e. copy, store, etc.) the new Sequence **533** into Collection of Sequences **530**c. On the other hand, if Sequence **533** comprising collectively substantially similar Knowledge Cells **800** is found in Collection of Sequences **530**c, the system may optionally omit inserting the Knowledge Cells **800** from Knowledge Structuring Unit **520** into Collection of Sequences **530**c as inserting a similar Sequence **533** may not add much or any additional knowledge. This approach can save storage resources and limit the number of Knowledge Cells **800** that may later need to be processed or compared. In some aspects, a Sequence **533** may include Knowledge Cells **800** relating to a single operation of Avatar **605**. In other aspects, a Sequence **533** may include Knowledge Cells **800** relating to a part of an operation of Avatar **605**. In further aspects, one or more long Sequences **533** each including Knowledge Cells **800** of multiple operations of Avatar **605** can be utilized. In one example, Knowledge Cells **800** of all operations can be stored in a single long Sequence **533** in which case Collection of Sequences **530**c as a separate element can be omitted. In another example, Knowledge Cells **800** of multiple operations can be included in a plurality of long Sequences **533** such as hourly, daily, weekly, monthly, yearly, or other periodic or other Sequences **533**. Similarity Comparisons **125** can be performed by traversing the one or more long Sequences **533** to find a match or substantially similar match. For instance, the system can perform collective Similarity Comparisons **125** of Knowledge Cells **800** from Knowledge Structuring Unit **520** with Knowledge Cells **800** in subsequences of a long Sequence **533** in incremental or other traversing pattern to find a subsequence

126

comprising Knowledge Cells **800** that are collectively substantially similar to the Knowledge Cells **800** from Knowledge Structuring Unit **520**. The incremental traversing pattern may start from one end of a long Sequence **533** and move the comparison subsequence up or down one or any number of incremental Knowledge Cells **800** at a time. Other traversing patterns or methods can be employed such as starting from the middle of the Sequence **533** and subdividing the resulting sub-sequences in a recursive pattern, or any other traversing pattern or method. If a subsequence comprising collectively substantially similar Knowledge Cells **800** is not found in the long Sequence **533**, the system may concatenate or append the Knowledge Cells **800** from Knowledge Structuring Unit **520** to the long Sequence **533**. In further aspects, Connections **853** can optionally be used in Sequence **533** to connect Knowledge Cells **800**. For example, a Knowledge Cell **800** can be connected not only with a next Knowledge Cell **800** in the Sequence **533**, but also with any other Knowledge Cell **800** in the Sequence **533**, thereby creating alternate routes or shortcuts through the Sequence **533**. Any number of Connections **853** connecting any Knowledge Cells **800** can be utilized. Any of the previously described and/or other techniques for comparing, inserting, updating, and/or other operations on Knowledge Cells **800**, Connections **853**, and/or other elements can similarly be utilized in Sequences **533** and/or Collection of Sequences **530**c.

In some embodiments, various elements and/or techniques can be utilized in the aforementioned substantial similarity determinations with respect to collectively compared Knowledge Cells **800** and/or other elements. In some aspects, substantial similarity of collectively compared Knowledge Cells **800** can be determined based on similarities or similarity indexes of the individually compared Knowledge Cells **800**. In one example, an average of similarities or similarity indexes of individually compared Knowledge Cells **800** can be used to determine similarity of collectively compared Knowledge Cells **800**. In another example, a weighted average of similarities or similarity indexes of individually compared Knowledge Cells **800** can be used to determine similarity of collectively compared Knowledge Cells **800**. For instance, to affect the weighting of collective similarity, a higher weight or importance (i.e. importance index, etc.) can be assigned to the similarities or similarity indexes of some Knowledge Cells **800** and lower for other Knowledge Cells **800**. Any higher or lower weight or importance assignment can be implemented. In other aspects, any of the previously described or other thresholds for substantial similarity of individually compared elements can similarly be utilized for collectively compared elements. In one example, substantial similarity of collectively compared Knowledge Cells **800** can be achieved when their collective similarity or similarity index exceeds a similarity threshold. In another example, substantial similarity of collectively compared Knowledge Cells **800** can be achieved when at least a threshold number or percentage of Knowledge Cells **800** from the collectively compared Knowledge Cells **800** match or substantially match. Similarly, substantial similarity of collectively compared Knowledge Cells **800** can be achieved when a number or percentage of matching or substantially matching Knowledge Cells **800** from the collectively compared Knowledge Cells **800** exceeds a threshold. Such thresholds can be defined by a user, by ACAAO system administrator, or automatically by the system based on experience, testing, inquiry, analysis, synthesis, or other techniques, knowledge, or input. Similar elements and/or techniques as the aforementioned can be

US 10,607,134 B1

**127**

used for similarity determinations of other collectively compared elements such as Collections of Object Representations **525**, Object Representations **625**, Object Properties **630**, Instruction Sets **526**, Extra Info **527**, and/or others. Similarity determinations of collectively compared elements may include any features, functionalities, and embodiments of Similarity Comparison **125**, and vice versa.

Any of the previously described data structures or arrangements of Knowledge Cells **800** such as Neural Network **530a**, Graph **530b**, Collection of Sequences **530c**, Sequence **533**, Collection of Knowledge Cells **530d**, and/or others can be used alone, or in combination with each other or with other elements, in alternate embodiments. In one example, a path in Neural Network **530a** or Graph **530b** may include its own separate sequence of Knowledge Cells **800** that are not interconnected with Knowledge Cells **800** in other paths. In another example, a part of a path in Neural Network **530a** or Graph **530b** may include a sequence of Knowledge Cells **800** interconnected with Knowledge Cells **800** in other paths, whereas, another part of the path may include its own separate sequence of Knowledge Cells **800** that are not interconnected with Knowledge Cells **800** in other paths. Any other combinations or arrangements of Knowledge Cells **800** can be implemented.

Referring to FIG. **23**, an embodiment of determining anticipatory Instruction Sets **526** from a single Knowledge Cell **800** is illustrated. Knowledge Cell **800** may be part of a Knowledgebase **530** (i.e. Neural Network **530a**, Graph **530b**, Collection of Sequences **530c**, Sequence **533**, Collection of Knowledge Cells **530d**, etc.) such as Collection of Knowledge Cells **530d**. Decision-making Unit **540** comprises the functionality for anticipating or determining Avatar's **605** operation in circumstances including objects with various properties. Decision-making Unit **540** comprises the functionality for anticipating or determining Instruction Sets **526** to be used or executed in Avatar's **605** autonomous operation. In some aspects, Instruction Sets **526** anticipated or determined to be used or executed in Avatar's **605** autonomous operation may be referred to as anticipatory Instruction Sets **526**, alternate Instruction Sets **526**, and/or other suitable name or reference. Therefore, these terms can be used interchangeably herein depending on context. Decision-making Unit **540** also comprises other disclosed functionalities.

In some aspects, Decision-making Unit **540** may anticipate or determine Instruction Sets **526** (i.e. anticipatory Instruction Sets **526**, etc.) for autonomous Avatar **605** operation by performing Similarity Comparisons **125** of incoming Collections of Object Representations **525** or portions thereof from Object Processing Unit **140** with Collections of Object Representations **525** or portions thereof from Knowledge Cells **800** in Knowledgebase **530** (i.e. Neural Network **530a**, Graph **530b**, Collection of Sequences **530c**, Sequence **533**, Collection of Knowledge Cells **530d**, etc.). A Knowledge Cell **800** includes knowledge (i.e. one or more Collections of Object Representations **525** correlated with any Instruction Sets **526** and/or Extra Info **527**, etc.) of how Avatar **605** operated in a circumstance including objects with various properties as previously described. When one or more Collections of Object Representations **525** representing objects with similar properties are received in the future, Decision-making Unit **540** can anticipate the Instruction Sets **526** (i.e. anticipatory Instruction Sets **526**, etc.) previously learned in a similar circumstance, thereby enabling autonomous Avatar **605** operation. In some aspects, Decision-making Unit **540** can perform Similarity Comparisons **125** of incoming Collections of Object Representations

**128**

**525** from Object Processing Unit **140** with Collections of Object Representations **525** from Knowledge Cells **800** in Knowledgebase **530** (i.e. Neural Network **530a**, Graph **530b**, Collection of Sequences **530c**, Sequence **533**, Collection of Knowledge Cells **530d**, etc.). If one or more substantially similar Collections of Object Representations **525** or portions thereof are found in a Knowledge Cell **800** from Knowledgebase **530**, Instruction Sets **526** (i.e. anticipatory Instruction Sets **526**, etc.) for autonomous Avatar **605** operation can be anticipated in Instruction Sets **526** correlated with the one or more Collections of Object Representations **525** from the Knowledge Cell **800**. In some designs, subsequent one or more Instruction Sets **526** for autonomous Avatar **605** operation can be anticipated in Instruction Sets **526** correlated with subsequent Collections of Object Representations **525** from the Knowledge Cell **800** or other Knowledge Cells **800**, thereby anticipating not only current, but also additional future Instruction Sets **526**. Although, Extra Info **527** is not shown in this and/or other figures for clarity of illustration, it should be noted that any Collection of Object Representations **525**, Instruction Set **526**, and/or other element may include or be associated with Extra Info **527** and that Decision-making Unit **540** can utilize Extra Info **527** for enhanced decision making.

For example, Decision-making Unit **540** can perform Similarity Comparison **125** of Collection of Object Representations **525/1** or portions thereof from Object Processing Unit **140** with Collection of Object Representations **525a1** or portions thereof from Knowledge Cell **800oa**. Collection of Object Representations **525a1** or portions thereof from Knowledge Cell **800oa** may be found substantially similar. Decision-making Unit **540** can anticipate Instruction Sets **526a1-526a3** correlated with Collection of Object Representations **525a1**, thereby enabling autonomous Avatar **605** operation. Decision-making Unit **540** can then perform Similarity Comparison **125** of Collection of Object Representations **525l2** or portions thereof from Object Processing Unit **140** with Collection of Object Representations **525a2** or portions thereof from Knowledge Cell **800oa**. Collection of Object Representations **525a2** or portions thereof from Knowledge Cell **800oa** may be found substantially similar. Decision-making Unit **540** can anticipate Instruction Set **526a4** correlated with Collection of Object Representations **525a2**, thereby enabling autonomous Avatar **605** operation. Decision-making Unit **540** can then perform Similarity Comparison **125** of Collection of Object Representations **525l3** or portions thereof from Object Processing Unit **140** with Collection of Object Representations **525a3** or portions thereof from Knowledge Cell **800oa**. Collection of Object Representations **525a3** or portions thereof from Knowledge Cell **800oa** may be found substantially similar. Decision-making Unit **540** may not anticipate any Instruction Sets **526** since none are correlated with Collection of Object Representations **525a3**. Decision-making Unit **540** can then perform Similarity Comparison **125** of Collection of Object Representations **525l4** or portions thereof from Object Processing Unit **140** with Collection of Object Representations **525a4** or portions thereof from Knowledge Cell **800oa**. Collection of Object Representations **525a4** or portions thereof from Knowledge Cell **800oa** may not be found substantially similar. Decision-making Unit **540** can then perform Similarity Comparison **125** of Collection of Object Representations **525l5** or portions thereof from Object Processing Unit **140** with Collection of Object Representations **525a5** or portions thereof from Knowledge Cell **800oa**. Collection of Object Representations **525a5** or portions thereof from Knowledge Cell **800oa** may not be found

US 10,607,134 B1

129

substantially similar. Decision-making Unit **540** can implement similar logic or process for any additional Collections of Object Representations **525** from Object Processing Unit **140**, and so on.

It should be understood that any of the described elements and/or techniques in the foregoing example can be omitted, used in a different combination, or used in combination with other elements and/or techniques, in which case the selection of Knowledge Cells **800** or elements (i.e. Collections of Object Representations **525**, Instruction Sets **526**, etc.) thereof would be affected accordingly. In one example, Extra Info **527** can be included in the Similarity Comparisons **125** as previously described. In another example, as history of incoming Collections of Object Representations **525** becomes available, Decision-making Unit **540** can perform collective Similarity Comparisons **125** of the history of Collections of Object Representations **525** or portions thereof from Object Processing Unit **140** with subsequences of Collections of Object Representations **525** or portions thereof from Knowledge Cell **800**. In a further example, the described comparisons in a single Knowledge Cell **800** may be performed on any number of Knowledge Cells **800** sequentially or in parallel. Parallel processors such as a plurality of Processors **11** or cores thereof can be utilized for such parallel processing. In a further example, various arrangements of Collections of Object Representations **525** and/or other elements in a Knowledge Cell **800** can be utilized as previously described. One of ordinary skill in art will understand that the foregoing exemplary embodiment is described merely as an example of a variety of possible implementations, and that while all of its variations are too voluminous to describe, they are within the scope of this disclosure.

Referring to FIG. **24**, an embodiment of determining anticipatory Instruction Sets **526** by traversing a single Knowledge Cell **800** is illustrated. Knowledge Cell **800** may be part of a Knowledgebase **530** (i.e. Neural Network **530***a*, Graph **530***b*, Collection of Sequences **530***c*, Sequence **533**, Collection of Knowledge Cells **530***d*, etc.) such as Collection of Knowledge Cells **530***d*. For example, Decision-making Unit **540** can perform Similarity Comparison **125** of Collection of Object Representations **525**/1 or portions thereof from Object Processing Unit **140** with Collection of Object Representations **525***a*1 or portions thereof from Knowledge Cell **800***oa*. Collection of Object Representations **525***a*1 or portions thereof from Knowledge Cell **800***oa* may not be found substantially similar. Decision-making Unit **540** can then perform Similarity Comparison **125** of Collection of Object Representations **525**/1 or portions thereof from Object Processing Unit **140** with Collection of Object Representations **525***a*2 or portions thereof from Knowledge Cell **800***oa*. Collection of Object Representations **525***a*2 or portions thereof from Knowledge Cell **800***oa* may not be found substantially similar. Decision-making Unit **540** can then perform Similarity Comparison **125** of Collection of Object Representations **525**/1 or portions thereof from Object Processing Unit **140** with Collection of Object Representations **525***a*3 or portions thereof from Knowledge Cell **800***oa*. Collection of Object Representations **525***a*3 or portions thereof from Knowledge Cell **800***oa* may be found substantially similar. Decision-making Unit **540** may not anticipate any Instruction Sets **526** since none are correlated with Collection of Object Representations **525***a*3. Decision-making Unit **540** can then perform Similarity Comparison **125** of Collection of Object Representations **52512** or portions thereof from Object Processing Unit **140** with Collection of Object Representations **525***a*4 or

130

portions thereof from Knowledge Cell **800***oa*. Collection of Object Representations **525***a*4 or portions thereof from Knowledge Cell **800***oa* may be found substantially similar. Decision-making Unit **540** can anticipate Instruction Sets **526***a*5-**526***a*6 correlated with Collection of Object Representations **525***a*4, thereby enabling autonomous Avatar **605** operation. Decision-making Unit **540** can then perform Similarity Comparison **125** of Collection of Object Representations **52513** or portions thereof from Object Processing Unit **140** with Collection of Object Representations **525***a*5 or portions thereof from Knowledge Cell **800***oa*. Collection of Object Representations **525***a*5 or portions thereof from Knowledge Cell **800***oa* may be found substantially similar. Decision-making Unit **540** may not anticipate any Instruction Sets **526** since none are correlated with Collection of Object Representations **525***a*5. Decision-making Unit **540** can implement similar logic or process for any additional Collections of Object Representations **525** from Object Processing Unit **140**, and so on.

It should be understood that any of the described elements and/or techniques in the foregoing example can be omitted, used in a different combination, or used in combination with other elements and/or techniques, in which case the selection of Knowledge Cells **800** or elements (i.e. Collections of Object Representations **525**, Instruction Sets **526**, etc.) thereof would be affected accordingly. In one example, Extra Info **527** can be included in the Similarity Comparisons **125** as previously described. In another example, as history of incoming Collections of Object Representations **525** becomes available, Decision-making Unit **540** can perform collective Similarity Comparisons **125** of the history of Collections of Object Representations **525** or portions thereof from Object Processing Unit **140** with subsequences of Collections of Object Representations **525** or portions thereof from Knowledge Cell **800**. In a further example, traversing may be performed in incremental traversing pattern such as starting from one end of Knowledge Cell **800** and moving the comparison subsequence up or down the list one or any number of incremental Collections of Object Representations **525** at a time. Other traversing patterns or methods can be employed such as starting from the middle of the Knowledge Cell **800** and subdividing the resulting subsequence in a recursive pattern, or any other traversing pattern or method. In a further example, the described traversing of a single Knowledge Cell **800** may be performed on any number of Knowledge Cells **800** sequentially or in parallel. Parallel processors such as a plurality of Processors **11** or cores thereof can be utilized for such parallel processing. In a further example, various arrangements of Collections of Object Representations **525** and/or other elements in a Knowledge Cell **800** can be utilized as previously described. One of ordinary skill in art will understand that the foregoing exemplary embodiment is described merely as an example of a variety of possible implementations, and that while all of its variations are too voluminous to describe, they are within the scope of this disclosure.

Referring to FIG. **25**, an embodiment of determining anticipatory Instruction Sets **526** using collective similarity comparisons is illustrated. For example, Decision-making Unit **540** can perform Similarity Comparisons **125** of Collection of Object Representations **525**/1 or portions thereof from Object Processing Unit **140** with Collections of Object Representations **525** or portions thereof from Knowledge Cells **800** in Collection of Knowledge Cells **530***d*. Collection of Object Representations **525***c*1 or portions thereof from Knowledge Cell **800***rc* may be found substantially

US 10,607,134 B1

131

similar with highest similarity. Decision-making Unit **540** can anticipate any Instruction Sets **526** (not shown) correlated with Collection of Object Representations **525**$c$1, thereby enabling autonomous Avatar **605** operation. Decision-making Unit **540** can then perform collective Similarity Comparisons **125** of Collections of Object Representations **525**/1-**525**12 or portions thereof from Object Processing Unit **140** with Collections of Object Representations **525** or portions thereof from Knowledge Cells **800** in Collection of Knowledge Cells **530**$d$. Collections of Object Representations **525**$c$1-**525**$c$2 or portions thereof from Knowledge Cell **800**$rc$ may be found substantially similar with highest similarity. Decision-making Unit **540** can anticipate any Instruction Sets **526** (not shown) correlated with Collection of Object Representations **525**$c$2, thereby enabling autonomous Avatar **605** operation. Decision-making Unit **540** can then perform collective Similarity Comparisons **125** of Collections of Object Representations **525**/1-**525**13 or portions thereof from Object Processing Unit **140** with Collections of Object Representations **525** or portions thereof from Knowledge Cells **800** in Collection of Knowledge Cells **530**$d$. Collections of Object Representations **525**$d$1-**525**$d$3 or portions thereof from Knowledge Cell **800**$rd$ may be found substantially similar with highest similarity. Decision-making Unit **540** can anticipate any Instruction Sets **526** (not shown) correlated with Collection of Object Representations **525**$d$3, thereby enabling autonomous Avatar **605** operation. Decision-making Unit **540** can then perform collective Similarity Comparisons **125** of Collections of Object Representations **525**/1-**525**14 or portions thereof from Object Processing Unit **140** with Collections of Object Representations **525** or portions thereof from Knowledge Cells **800** in Collection of Knowledge Cells **530**$d$. Collections of Object Representations **525**$d$1-**525**$d$4 or portions thereof from Knowledge Cell **800**$rd$ may be found substantially similar with highest similarity. Decision-making Unit **540** can anticipate any Instruction Sets **526** (not shown) correlated with Collection of Object Representations **525**$d$4, thereby enabling autonomous Avatar **605** operation. Decision-making Unit **540** can then perform collective Similarity Comparisons **125** of Collections of Object Representations **525**/1-**525**15 or portions thereof from Object Processing Unit **140** with Collections of Object Representations **525** or portions thereof from Knowledge Cells **800** in Collection of Knowledge Cells **530**$d$. Collections of Object Representations **525**$d$1-**525**$d$5 or portions thereof from Knowledge Cell **800**$rd$ may be found substantially similar with highest similarity. Decision-making Unit **540** can anticipate any Instruction Sets **526** (not shown) correlated with Collection of Object Representations **525**$d$5, thereby enabling autonomous Avatar **605** operation. Decision-making Unit **540** can implement similar logic or process for any additional Collections of Object Representations **525** from Object Processing Unit **140**, and so on.

In some embodiments, various elements and/or techniques can be utilized in the aforementioned similarity determinations with respect to collectively compared Collections of Object Representations **525** and/or other elements. In some aspects, similarity of collectively compared Collections of Object Representations **525** can be determined based on similarities or similarity indexes of the individually compared Collections of Object Representations **525**. In one example, an average of similarities or similarity indexes of individually compared Collections of Object Representations **525** can be used to determine similarity of collectively compared Collections of Object Representations **525**. In another example, a weighted average of

132

similarities or similarity indexes of individually compared Collections of Object Representations **525** can be used to determine similarity of collectively compared Collections of Object Representations **525**. For instance, to affect the weighting of collective similarity, a higher weight or importance (i.e. importance index, etc.) can be assigned to the similarities or similarity indexes of some (i.e. more substantive or larger, etc.) Collections of Object Representations **525** and lower for other (i.e. less substantive or smaller, etc.) Collections of Object Representations **525**. Any other higher or lower weight or importance assignment can be implemented. In other aspects, any of the previously described or other thresholds for substantial similarity of individually compared elements can be similarly utilized for collectively compared elements. In one example, substantial similarity of collectively compared Collections of Object Representations **525** can be achieved when their collective similarity or similarity index exceeds a similarity threshold. In another example, substantial similarity of collectively compared Collections of Object Representations **525** can be achieved when at least a threshold number or percentage of Collections of Object Representations **525** or portions thereof from the collectively compared Collections of Object Representations **525** match or substantially match. Similarly, substantial similarity of collectively compared Collections of Object Representations **525** can be achieved when a number or percentage of matching or substantially matching Collections of Object Representations **525** or portions thereof from the collectively compared Collections of Object Representations **525** exceeds a threshold. Such thresholds can be defined by a user, by ACAAO system administrator, or automatically by the system based on experience, testing, inquiry, analysis, synthesis, or other techniques, knowledge, or input. Similar elements and/or techniques as the aforementioned can be used for similarity determinations of other collectively compared elements such as Object Representations **625**, Object Properties **630**, Instruction Sets **526**, Extra Info **527**, Knowledge Cells **800**, and/or others. Similarity determinations of collectively compared elements may include any features, functionalities, and embodiments of Similarity Comparison **125**, and vice versa.

It should be understood that any of the described elements and/or techniques in the foregoing example can be omitted, used in a different combination, or used in combination with other elements and/or techniques, in which case the selection of Knowledge Cells **800** or elements (i.e. Collections of Object Representations **525**, Instruction Sets **526**, etc.) thereof would be affected accordingly. Any of the elements and/or techniques utilized in other examples or embodiments described herein such as using Extra Info **527** in Similarity Comparisons **125**, traversing of Knowledge Cells **800** or other elements, using history of Collections of Object Representations **525** or Knowledge Cells **800** for collective Similarity Comparisons **125**, using various arrangements of Collections of Object Representations **525** and/or other elements in a Knowledge Cell **800**, and/or others can similarly be utilized in this example. One of ordinary skill in art will understand that the foregoing exemplary embodiment is described merely as an example of a variety of possible implementations, and that while all of its variations are too voluminous to describe, they are within the scope of this disclosure.

Referring to FIG. **26**, an embodiment of determining anticipatory Instruction Sets **526** using Neural Network **530**$a$ is illustrated. In some aspects, determining anticipatory Instruction Sets **526** using Neural Network **530**$a$ may include selecting a path of Knowledge Cells **800** or elements

US 10,607,134 B1

133

(i.e. Collections of Object Representations **525**, Instruction Sets **526**, etc.) thereof through Neural Network **530***a*. Decision-making Unit **540** can utilize various elements and/or techniques for selecting a path through Neural Network **530***a*. Although, these elements and/or techniques are described with respect to Neural Network **530***a* below, they can similarly be used in any Knowledgebase **530** (i.e. Graph **530***b*, Collection of Sequences **530***c*, Sequence **533**, Collection of Knowledge Cells **530***d*, etc.) as applicable.

In some embodiments, Decision-making Unit **540** can utilize similarity index in selecting Knowledge Cells **800** or portions (i.e. Collections of Object Representations **525**, Instruction Sets **526**, etc.) thereof in a path through Neural Network **530***a*. For instance, similarity index may indicate how well one Knowledge Cell **800** or portions thereof are matched with another Knowledge Cell **800** or portions thereof as previously described. In one example, Decision-making Unit **540** may select a Knowledge Cell **800** comprising one or more Collections of Object Representations **525** with highest similarity index even if Connection **853** pointing to that Knowledge Cell **800** has less than the highest weight. Therefore, similarity index or other such element or parameter can override or disregard the weight of a Connection **853** or other element. In another example, Decision-making Unit **540** may select a Knowledge Cell **800** comprising one or more Collections of Object Representations **525** whose similarity index is higher than or equal to a weight of Connection **853** pointing to that Knowledge Cell **800**. In a further example, Decision-making Unit **540** may select a Knowledge Cell **800** comprising one or more Collections of Object Representations **525** whose similarity index is lower than or equal to a weight of Connection **853** pointing to that Knowledge Cell **800**. Similarity index can be set to be more, less, or equally important than a weight of a Connection **853**.

In some embodiments, Decision-making Unit **540** can utilize Connections **853** in selecting Knowledge Cells **800** or portions (i.e. Collections of Object Representations **525**, Instruction Sets **526**, etc.) thereof in a path through Neural Network **530***a*. In some aspects, Decision-making Unit **540** can take into account weights of Connections **853** among the interconnected Knowledge Cells **800** in choosing from which Knowledge Cell **800** to compare one or more Collections of Object Representations **525** first, second, third, and so on. Specifically, for instance, Decision-making Unit **540** can perform Similarity Comparisons **125** with one or more Collections of Object Representations **525** from Knowledge Cell **800** pointed to by the highest weight Connection **853** first, Collections of Object Representations **525** from Knowledge Cell **800** pointed to by the second highest weight Connection **853** second, and so on. In other aspects, Decision-making Unit **540** can stop performing Similarity Comparisons **125** as soon as it finds one or more substantially similar Collections of Object Representations **525** in an interconnected Knowledge Cell **800**. In further aspects, Decision-making Unit **540** may only follow the highest weight Connection **853** to arrive at a Knowledge Cell **800** comprising one or more Collections of Object Representations **525** to be compared, thereby disregarding Connections **853** with less than the highest weight. In further aspects, Decision-making Unit **540** may ignore weights and/or other parameters of Connections **853**. In further aspects, Decision-making Unit **540** may ignore Connections **853**.

In some embodiments, Decision-making Unit **540** can utilize a bias to adjust similarity index, weight of a Connection **853**, and/or other element or parameter used in

134

selecting Knowledge Cells **800** or portions (i.e. Collections of Object Representations **525**, Instruction Sets **526**, etc.) thereof in a path through Neural Network **530***a*. In one example, Decision-making Unit **540** may select a Knowledge Cell **800** comprising one or more Collections of Object Representations **525** whose similarity index multiplied by or adjusted for a bias is higher than or equal to a weight of Connection **853** pointing to that Knowledge Cell **800**. In another example, Decision-making Unit **540** may select a Knowledge Cell **800** comprising one or more Collections of Object Representations **525** whose similarity index multiplied by or adjusted for a bias is lower than or equal to a weight of Connection **853** pointing to that Knowledge Cell **800**. In a further example, bias can be used to resolve deadlock situations where similarity index is equal to a weight of a Connection **853**. In some aspects, bias can be expressed in percentages such as 0.3 percent, 1.2 percent, 25.7 percent, 79.8 percent, 99.9 percent, 100.1 percent, 155.4 percent, 298.6 percent, 1105.5 percent, and so on. For example, a bias below 100 percent decreases an element or parameter to which it is applied, a bias equal to 100 percent does not change the element or parameter to which it is applied, and a bias higher than 100 percent increases the element or parameter to which it is applied. In general, any amount of bias can be utilized depending on implementation. Bias can be applied to one or more of a weight of a Connection **853**, similarity index, any other element or parameter, and/or all or any combination of them. Also, different biases can be applied to each of a weight of a Connection **853**, similarity index, or any other element or parameter. For example, 30 percent bias can be applied to similarity index and 15 percent bias can be applied to a weight of a Connection **853**. Also, different biases can be applied to various Layers **854** of Neural Network **530***a*, and/or other disclosed elements. Bias can be defined by a user, by ACAAO system administrator, or automatically by the system based on experience, testing, inquiry, analysis, synthesis, or other techniques, knowledge, or input.

Any other element and/or technique can be utilized in selecting Knowledge Cells **800** or portions (i.e. Collections of Object Representations **525**, Instruction Sets **526**, etc.) thereof in a path through Neural Network **530***a*.

In some embodiments, Neural Network **530***a* may include knowledge (i.e. interconnected Knowledge Cells **800** comprising one or more Collections of Object Representations **525** correlated with any Instruction Sets **526** and/or Extra Info **527**, etc.) of how Avatar **605** operated in circumstances including objects with various properties. In some aspects, determining anticipatory Instruction Sets **526** using Neural Network **530***a* may include selecting a path of Knowledge Cells **800** or portions (i.e. Collections of Object Representations **525**, Instruction Sets **526**, etc.) thereof through Neural Network **530***a*. Individual and/or collective Similarity Comparisons **125** can be used to determine substantial similarity of the individually and/or collectively compared Collections of Object Representations **525** or portions thereof. Substantial similarity may be used primarily for selecting a path through Neural Network **530***a*, whereas, weight of any Connection **853** may be used secondarily or not at all.

For example, Decision-making Unit **540** can perform Similarity Comparisons **125** of Collections of Object Representations **525***a*1-**525***an* or portions thereof from Object Processing Unit **140** with Collections of Object Representations **525** or portions thereof from one or more Knowledge Cells **800** in Layer **854***a* (or any other one or more Layers **854**, etc.). Collections of Object Representations **525** or

US 10,607,134 B1

135

portions thereof from Knowledge Cell **800***ta* may be found collectively substantially similar with highest similarity. As the comparisons of individual Collections of Object Representations **525** are performed to determine collective similarity, Decision-making Unit **540** can anticipate Instruction Sets **526** correlated with substantially similar individual Collections of Object Representations **525** as previously described, thereby enabling autonomous Avatar **605** operation. Decision-making Unit **540** can then perform Similarity Comparisons **125** of Collections of Object Representations **525***b*1-**525***bn* or portions thereof from Object Processing Unit **140** with Collections of Object Representations **525** or portions thereof from one or more Knowledge Cells **800** in Layer **854***b* interconnected with Knowledge Cell **800***ta*. Collections of Object Representations **525** or portions thereof from Knowledge Cell **800***tb* may be found collectively substantially similar with highest similarity, thus, Decision-making Unit **540** may follow Connection **853***t*1 disregarding its less than highest weight. As the comparisons of individual Collections of Object Representations **525** are performed to determine collective similarity, Decision-making Unit **540** can anticipate Instruction Sets **526** correlated with substantially similar individual Collections of Object Representations **525** as previously described, thereby enabling autonomous Avatar **605** operation. Since Connection **853***t*2 is the only connection from Knowledge Cell **800***thb*, Decision-making Unit **540** may follow Connection **853***t*2 and perform Similarity Comparisons **125** of Collections of Object Representations **525***c*1-**525***cn* or portions thereof from Object Processing Unit **140** with Collections of Object Representations **525** or portions thereof from Knowledge Cell **800***tc* in Layer **854***c*. Collections of Object Representations **525** or portions thereof from Knowledge Cell **800***tc* may be found collectively substantially similar. As the comparisons of individual Collections of Object Representations **525** are performed to determine collective similarity, Decision-making Unit **540** can anticipate Instruction Sets **526** correlated with substantially similar individual Collections of Object Representations **525** as previously described, thereby enabling autonomous Avatar **605** operation. Decision-making Unit **540** can then perform Similarity Comparisons **125** of Collections of Object Representations **525***d*1-**525***dn* or portions thereof from Object Processing Unit **140** with Collections of Object Representations **525** or portions thereof from one or more Knowledge Cells **800** in Layer **854***d* interconnected with Knowledge Cell **800***tc*. Collections of Object Representations **525** or portions thereof from Knowledge Cell **800***td* may be found collectively substantially similar with highest similarity, thus, Decision-making Unit **540** may follow Connection **853***t*3. As the comparisons of individual Collections of Object Representations **525** are performed to determine collective similarity, Decision-making Unit **540** can anticipate Instruction Sets **526** correlated with substantially similar individual Collections of Object Representations **525** as previously described, thereby enabling autonomous Avatar **605** operation. Decision-making Unit **540** can then perform Similarity Comparisons **125** of Collections of Object Representations **525***e*1-**525***en* or portions thereof from Object Processing Unit **140** with Collections of Object Representations **525** or portions thereof from one or more Knowledge Cells **800** in Layer **854***e* interconnected with Knowledge Cell **800***td*. Collections of Object Representations **525** or portions thereof from Knowledge Cell **800***te* may be found collectively substantially similar with highest similarity, thus, Decision-making Unit **540** may follow Connection **853***t*4. As the comparisons of individual Collections of Object Representations **525** are

136

performed to determine collective similarity, Decision-making Unit **540** can anticipate Instruction Sets **526** correlated with substantially similar individual Collections of Object Representations **525** as previously described, thereby enabling autonomous Avatar **605** operation. Decision-making Unit **540** can implement similar logic or process for any additional Collections of Object Representations **525** from Object Processing Unit **140**.

The foregoing exemplary embodiment provides an example of utilizing a combination of collective Similarity Comparisons **125**, individual Similarity Comparisons **125**, Connections **853**, and/or other elements or techniques. It should be understood that any of these elements and/or techniques can be omitted, used in a different combination, or used in combination with other elements and/or techniques, in which case the selection of Knowledge Cells **800** or portions (i.e. Collections of Object Representations **525**, Instruction Sets **526**, etc.) thereof in a path through Neural Network **530***a* would be affected accordingly. Any of the elements and/or techniques utilized in other examples or embodiments described herein such as using Extra Info **527** in Similarity Comparisons **125**, traversing of Knowledge Cells **800** or other elements, using history of Collections of Object Representations **525** or Knowledge Cells **800** for collective Similarity Comparisons **125**, using various arrangements of Collections of Object Representations **525** and/or other elements in a Knowledge Cell **800**, and/or others can similarly be utilized in this example. These elements and/or techniques can similarly be utilized in Graph **530***b*, Collection of Sequences **530***c*, Sequence **533**, Collection of Knowledge Cells **530***d*, and/or other data structures or arrangements. In some aspects, instead of anticipating Instruction Sets **526** correlated with substantially similar individual Collections of Object Representations **525**, Decision-making Unit **540** can anticipate instruction Sets **526** correlated with substantially similar streams of Collections of Object Representations **525**. In other aspects, any time that substantial similarity or other similarity threshold is not achieved in compared Collections of Object Representations **525** or portions thereof from any of the Knowledge Cells **800**, Decision-making Unit **540** can decide to look for a substantially or otherwise similar Collections of Object Representations **525** or portions thereof in Knowledge Cells **800** elsewhere in Neural Network **530***a* such as in any Layer **854** subsequent to a current Layer **854**, in the first Layer **854**, in the entire Neural Network **530***a*, and/or others, even if such Knowledge Cell **800** may be unconnected with a prior Knowledge Cell **800**. It should be noted that any of Collections of Object Representations **525***a*1-**525***an*, **525***b*1-**525***bn*, **525***c*1-**525***cn*, **525***d*1-**525***dn*, **525***e*1-**525***en*, etc. may include one Collection of Object Representations **525** or a stream of Collections of Object Representations **525**. It should also be noted that any Knowledge Cell **800** may include one Collection of Object Representations **525** or a stream of Collections of Object Representations **525** as previously described. One of ordinary skill in art will understand that the foregoing exemplary embodiment is described merely as an example of a variety of possible implementations, and that while all of its variations are too voluminous to describe, they are within the scope of this disclosure.

Referring to FIG. **27**, an embodiment of determining anticipatory Instruction Sets **526** using Graph **530***b* is illustrated. Graph **530***b* may include knowledge (i.e. interconnected Knowledge Cells **800** comprising one or more Collections of Object Representations **525** correlated with any Instruction Sets **526** and/or Extra Info **527**, etc.) of how

US 10,607,134 B1

137

Avatar **605** operated in circumstances including objects with various properties. In some aspects, determining anticipatory Instruction Sets **526** using Graph **530**b may include selecting a path of Knowledge Cells **800** or portions (i.e. Collections of Object Representations **525**, Instruction Sets **526**, etc.) thereof through Graph **530**b. Individual and/or collective Similarity Comparisons **125** can be used to determine substantial similarity of the individually and/or collectively compared Collections of Object Representations **525** or portions thereof. Substantial similarity may be used primarily for selecting a path through Graph **530**b, whereas, weight of any Connection **853** may be used secondarily or not at all.

For example, Decision-making Unit **540** can perform Similarity Comparisons **125** of Collections of Object Representations **525**a1-525an or portions thereof from Object Processing Unit **140** with Collections of Object Representations **525** or portions thereof from one or more Knowledge Cells **800** in Graph **530**b. Collections of Object Representations **525** or portions thereof from Knowledge Cell **800**ua may be found collectively substantially similar with highest similarity. As the comparisons of individual Collections of Object Representations **525** are performed to determine collective similarity, Decision-making Unit **540** can anticipate Instruction Sets **526** correlated with substantially similar individual Collections of Object Representations **525** as previously described, thereby enabling autonomous Avatar **605** operation. Decision-making Unit **540** can then perform Similarity Comparisons **125** of Collections of Object Representations **525**b1-525bn or portions thereof from Object Processing Unit **140** with Collections of Object Representations **525** or portions thereof from one or more Knowledge Cells **800** in Graph **530**b interconnected with Knowledge Cell **800**ua by outgoing Connections **853**. Collections of Object Representations **525** or portions thereof from Knowledge Cell **800**ub may be found collectively substantially similar with highest similarity, thus, Decision-making Unit **540** may follow Connection **853**u1 disregarding its less than highest weight. As the comparisons of individual Collections of Object Representations **525** are performed to determine collective similarity, Decision-making Unit **540** can anticipate Instruction Sets **526** correlated with substantially similar individual Collections of Object Representations **525** as previously described, thereby enabling autonomous Avatar **605** operation. Decision-making Unit **540** can then perform Similarity Comparisons **125** of Collections of Object Representations **525**c1-525cn or portions thereof from Object Processing Unit **140** with Collections of Object Representations **525** or portions thereof from one or more Knowledge Cells **800** in Graph **530**b interconnected with Knowledge Cell **800**ub by outgoing Connections **853**. Collections of Object Representations **525** or portions thereof from Knowledge Cell **800**uc may be found collectively substantially similar with highest similarity, thus, Decision-making Unit **540** may follow Connection **853**u2 disregarding its less than highest weight. As the comparisons of individual Collections of Object Representations **525** are performed to determine collective similarity, Decision-making Unit **540** can anticipate Instruction Sets **526** correlated with substantially similar individual Collections of Object Representations **525** as previously described, thereby enabling autonomous Avatar **605** operation. Since Connection **853**u3 is the only connection from Knowledge Cell **800**uc, Decision-making Unit **540** may follow Connection **853**u3 and perform Similarity Comparisons **125** of Collections of Object Representations **525**d1-525dn or portions thereof from Object Processing Unit **140** with Collections of

138

Object Representations **525** or portions thereof from Knowledge Cell **800**ud in Graph **530**b. Collections of Object Representations **525** or portions thereof from Knowledge Cell **800**ud may be found collectively substantially similar. As the comparisons of individual Collections of Object Representations **525** are performed to determine collective similarity, Decision-making Unit **540** can anticipate Instruction Sets **526** correlated with substantially similar individual Collections of Object Representations **525** as previously described, thereby enabling autonomous Avatar **605** operation. Decision-making Unit **540** can then perform Similarity Comparisons **125** of Collections of Object Representations **525**e1-525en or portions thereof from Object Processing Unit **140** with Collections of Object Representations **525** or portions thereof from one or more Knowledge Cells **800** in Graph **530**b interconnected with Knowledge Cell **800**ud by outgoing Connections **853**. Collections of Object Representations **525** or portions thereof from Knowledge Cell **800**ue may be found collectively substantially similar with highest similarity, thus, Decision-making Unit **540** may follow Connection **853**u4. As the comparisons of individual Collections of Object Representations **525** are performed to determine collective similarity, Decision-making Unit **540** can anticipate Instruction Sets **526** correlated with substantially similar individual Collections of Object Representations **525** as previously described, thereby enabling autonomous Avatar **605** operation. Decision-making Unit **540** can implement similar logic or process for any additional Collections of Object Representations **525** from Object Processing Unit **140**.

The foregoing exemplary embodiment provides an example of utilizing a combination of collective Similarity Comparisons **125**, individual Similarity Comparisons **125**, Connections **853**, and/or other elements or techniques. It should be understood that any of these elements and/or techniques can be omitted, used in a different combination, or used in combination with other elements and/or techniques, in which case the selection of Knowledge Cells **800** or portions (i.e. Collections of Object Representations **525**, Instruction Sets **526**, etc.) thereof in a path through Graph **530**b would be affected accordingly. Any of the elements and/or techniques utilized in other examples or embodiments described herein such as using Extra Info **527** in Similarity Comparisons **125**, traversing of Knowledge Cells **800** or other elements, using history of Collections of Object Representations **525** or Knowledge Cells **800** in collective Similarity Comparisons **125**, using various arrangements of Collections of Object Representations **525** and/or other elements in a Knowledge Cell **800**, and/or others can similarly be utilized in this example. These elements and/or techniques can similarly be utilized in Neural Network **530**a, Collection of Sequences **530**c, Sequence **533**, Collection of Knowledge Cells **530**d, and/or other data structures or arrangements. In some aspects, instead of anticipating Instruction Sets **526** correlated with substantially similar individual Collections of Object Representations **525**, Decision-making Unit **540** can anticipate Instruction Sets **526** correlated with substantially matching streams of Collections of Object Representations **525**. In other aspects, any time that substantial similarity or other similarity threshold is not achieved in compared Collections of Object Representations **525** or portions thereof of any of the Knowledge Cells **800**, Decision-making Unit **540** can decide to look for a substantially or otherwise similar Collections of Object Representations **525** or portions thereof in the Knowledge Cells **800** elsewhere in Graph **530**b even if such Knowledge Cell **800** may be unconnected with a prior Knowledge Cell **800**.

US 10,607,134 B1

**139**

It should be noted that any of Collections of Object Representations **525**a1-**525**an, **525**b1-**525**bn, **525**c1-**525**cn, **525**d1-**525**dn, **525**e1-**525**en, etc. may include one Collection of Object Representations **525** or a stream of Collections of Object Representations **525**. It should also be noted that any Knowledge Cell **800** may include one Collection of Object Representations **525** or a stream of Collections of Object Representations **525** as previously described. One of ordinary skill in art will understand that the foregoing exemplary embodiment is described merely as an example of a variety of possible implementations, and that while all of its variations are too voluminous to describe, they are within the scope of this disclosure.

Referring to FIG. **28**, an embodiment of determining anticipatory Instruction Sets **526** using Collection of Sequences **530**c is illustrated. Collection of Sequences **530**c may include knowledge (i.e. sequences of Knowledge Cells **800** comprising one or more Collections of Object Representations **525** correlated with any Instruction Sets **526** and/or Extra Info **527**, etc.) of how Avatar **605** operated in circumstances including objects with various properties. In some aspects, determining anticipatory Instruction Sets **526** for autonomous Avatar **605** operation using Collection of Sequences **530**c may include selecting a Sequence **533** of Knowledge Cells **800** or portions (i.e. Collections of Object Representations **525**, Instruction Sets **526**, etc.) thereof from Collection of Sequences **530**c. Individual and/or collective Similarity Comparisons **125** can be used to determine substantial similarity of the individually and/or collectively compared Collections of Object Representations **525** or portions thereof.

For example, Decision-making Unit **540** can perform Similarity Comparisons **125** of Collections of Object Representations **525**a1-**525**an or portions thereof from Object Processing Unit **140** with Collections of Object Representations **525** or portions thereof from Knowledge Cells **800** in one or more Sequences **533** of Collection of Sequences **530**c. Collections of Object Representations **525** or portions thereof from Knowledge Cell **800**ca in Sequence **533**wc may be found collectively substantially similar with highest similarity. As the comparisons of individual Collections of Object Representations **525** are performed to determine collective similarity, Decision-making Unit **540** can anticipate Instruction Sets **526** correlated with substantially similar individual Collections of Object Representations **525** as previously described, thereby enabling autonomous Avatar **605** operation. Decision-making Unit **540** can then perform Similarity Comparisons **125** of Collections of Object Representations **525**a1-**525**an and **525**b1-**525**bn or portions thereof from Object Processing Unit **140** with Collections of Object Representations **525** or portions thereof from Knowledge Cells **800** in Sequences **533** of Collection of Sequences **530**c. Collections of Object Representations **525** or portions thereof from Knowledge Cells **800**ca-**800**cb in Sequence **533**wc may be found collectively substantially similar with highest similarity. As the comparisons of individual Collections of Object Representations **525** are performed to determine collective similarity, Decision-making Unit **540** can anticipate Instruction Sets **526** correlated with substantially similar individual Collections of Object Representations **525** as previously described, thereby enabling autonomous Avatar **605** operation. Decision-making Unit **540** can then perform Similarity Comparisons **125** of Collections of Object Representations **525**a1-**525**an, **525**b1-**525**bn, and **525**c1-**525**cn or portions thereof from Object Processing Unit **140** with Collections of Object Representations **525** or portions thereof from Knowledge Cells **800** in Sequences

**140**

**533** of Collection of Sequences **530**c. Collections of Object Representations **525** or portions thereof from Knowledge Cells **800**da-**800**dc in Sequence **533**wd may be found collectively substantially similar with highest similarity. As the comparisons of individual Collections of Object Representations **525** are performed to determine collective similarity, Decision-making Unit **540** can anticipate Instruction Sets **526** correlated with substantially similar individual Collections of Object Representations **525** as previously described, thereby enabling autonomous Avatar **605** operation. Decision-making Unit **540** can then perform Similarity Comparisons **125** of Collections of Object Representations **525**a1-**525**an, **525**b1-**525**bn, **525**c1-**525**cn, and **525**d1-**525**dn or portions thereof from Object Processing Unit **140** with Collections of Object Representations **525** or portions thereof from Knowledge Cells **800** in Sequences **533** of Collection of Sequences **530**c. Collections of Object Representations **525** or portions thereof from Knowledge Cells **800**da-**800**dd in Sequence **533**wd may be found collectively substantially similar with highest similarity. As the comparisons of individual Collections of Object Representations **525** are performed to determine collective similarity, Decision-making Unit **540** can anticipate Instruction Sets **526** correlated with substantially similar individual Collections of Object Representations **525** as previously described, thereby enabling autonomous Avatar **605** operation. Decision-making Unit **540** can then perform Similarity Comparisons **125** of Collections of Object Representations **525**a1-**525**an, **525**b1-**525**bn, **525**c1-**525**cn, **525**d1-**525**dn, and **525**e1-**525**en or portions thereof from Object Processing Unit **140** with Collections of Object Representations **525** or portions thereof from Knowledge Cells **800** in Sequences **533** of Collection of Sequences **530**c. Collections of Object Representations **525** or portions thereof from Knowledge Cells **800**da-**800**de in Sequence **533**wd may be found collectively substantially similar with highest similarity. As the comparisons of individual Collections of Object Representations **525** are performed to determine collective similarity, Decision-making Unit **540** can anticipate Instruction Sets **526** correlated with substantially similar individual Collections of Object Representations **525** as previously described, thereby enabling autonomous Avatar **605** operation. Decision-making Unit **540** can implement similar logic or process for any additional Collections of Object Representations **525** from Object Processing Unit **140**, and so on.

The foregoing exemplary embodiment provides an example of utilizing a combination of collective Similarity Comparisons **125**, individual Similarity Comparisons **125**, and/or other elements or techniques. It should be understood that any of these elements and/or techniques can be omitted, used in a different combination, or used in combination with other elements and/or techniques, in which case the selection of Sequence **533** of Knowledge Cells **800** or portions (i.e. Collections of Object Representations **525**, Instruction Sets **526**, etc.) thereof would be affected accordingly. Any of the elements and/or techniques utilized in other examples or embodiments described herein such as using Extra Info **527** in Similarity Comparisons **125**, traversing of Knowledge Cells **800** or other elements, using history of Collections of Object Representations **525** or Knowledge Cells **800** in collective Similarity Comparisons **125**, using various arrangements of Collections of Object Representations **525** and/or other elements in a Knowledge Cell **800**, and/or others can similarly be utilized in this example. These elements and/or techniques can similarly be utilized in Neural Network **530**a, Graph **530**b, Collection of Knowledge Cells **530**d, and/or other data structures or arrange-

US 10,607,134 B1

141

142

ments. In some aspects, instead of anticipating Instruction Sets **526** correlated with substantially similar individual Collections of Object Representations **525**, Decision-making Unit **540** can anticipate Instruction Sets **526** correlated with substantially matching streams of Collections of Object Representations **525**. In other aspects, any time that substantial similarity or other similarity threshold is not achieved in compared Collections of Object Representations **525** or portions thereof from any of the Knowledge Cells **800**, Decision-making Unit **540** can decide to look for a substantially or otherwise similar Collections of Object Representations **525** or portions thereof in Knowledge Cells **800** elsewhere in Collection of Sequences **530***c* such as in different Sequences **533**. It should be noted that any of Collections of Object Representations **525***a*1-**525***an*, **525***b*1-**525***bn*, **525***c*1-**525***cn*, **525***d*1-**525***dn*, **525***e*1-**525***en*, etc. may include one Collection of Object Representations **525** or a stream of Collections of Object Representations **525**. It should also be noted that any Knowledge Cell **800** may include one Collection of Object Representations **525** or a stream of Collections of Object Representations **525** as previously described. One of ordinary skill in art will understand that the foregoing exemplary embodiment is described merely as an example of a variety of possible implementations, and that while all of its variations are too voluminous to describe, they are within the scope of this disclosure.

Referring now to Modification Interface **130**. Modification Interface **130** comprises the functionality for modifying execution and/or functionality of Avatar **605**, Application Program **18**, Processor **11**, and/or other processing element. Modification Interface **130** comprises the functionality for modifying execution and/or functionality of Avatar **605**, Application Program **18**, Processor **11**, and/or other processing element at runtime. Modification Interface **130** comprises the functionality for modifying execution and/or functionality of Avatar **605**, Application Program **18**, Processor **11**, and/or other processing element based on anticipatory Instruction Sets **526**. In one example, Artificial Intelligence Unit **110** may determine anticipatory Instruction Sets **526** to be used or executed in Avatar's **605** autonomous operation, and Modification Interface **130** may use the anticipatory Instruction Sets **526** to modify Avatar **605** to effect Avatar's **605** autonomous operation. In another example, in Application Programs **18** that do not comprise Avatar **605** or do not rely on Avatar **605** for their operation, Artificial Intelligence Unit **110** may determine anticipatory Instruction Sets **526** to be used or executed in Application Program's **18** autonomous operation, and Modification Interface **130** may use the anticipatory Instruction Sets **526** to modify Application Program **18** to effect Application Program's **18** autonomous operation. In some aspects, Modification Interface **130** can access, modify, and/or otherwise manipulate runtime engine/environment, virtual machine, operating system, compiler, interpreter, translator, execution stack, file, object, data structure, and/or other computing system elements. In other aspects, Modification Interface **130** can access, modify, and/or otherwise manipulate memory, storage, and/or other repositories. In further aspects, Modification Interface **130** can access, modify, and/or otherwise manipulate Processor **11** registers and/or other Processor **11** elements. In further aspects, Modification Interface **130** can access, modify, and/or otherwise manipulate inputs and/or outputs of Avatar **605**, Application Program **18**, Processor **11**, and/or other processing element. In further aspects, Modification Interface **130** can access, create, delete, modify, and/or otherwise manipulate functions,

methods, procedures, routines, subroutines, and/or other elements of Avatar **605** and/or Application Program **18**. In further aspects, Modification Interface **130** can access, create, delete, modify, and/or otherwise manipulate source code, bytecode, compiled code, interpreted code, translated code, machine code, and/or other code. In further aspects, Modification Interface **130** can access, create, delete, modify, and/or otherwise manipulate values, variables, parameters, and/or other data or information. Modification Interface **130** comprises any features, functionalities, and embodiments of Acquisition Interface **120**, and vice versa, as applicable. Modification Interface **130** also comprises other disclosed functionalities.

Modification Interface **130** can employ various techniques for modifying execution and/or functionality of Avatar **605**, Application Program **18**, Processor **11**, and/or other processing element. In some aspects, some of the previously described techniques and/or tools can be utilized. Code instrumentation, for instance, may involve inserting additional code, overwriting or rewriting existing code, and/or branching to a separate segment of code from Application Program **18** as previously described. For example, instrumented code may include the following:

    Statement1;
    Statement2;
    modifyAvatar( );
    Statement3;
    Statement4;

In the above sample code, instrumented call to Modification Interface's **130** function such as modifyAvatar( ), modifyApplication( ), etc. can be placed before or after any statement of Avatar **605** and/or Application Program **18** such as after Statement2. A similar call to Modification Interface's **130** function that modifies Avatar **605** and/or Application Program **18** can be placed before or after some or all functions/routines/subroutines, some or all lines of code, some or all statements, some or all instructions or instruction sets, some or all basic blocks, and/or some or all other code segments of Avatar **605** and/or Application Program **18**. One or more calls to functions that modify Avatar **605** and/or Application Program **18** can be placed anywhere in Avatar's **605** and/or Application Program's **18** code and can be executed at any points in Avatar's **605** and/or Application Program's **18** execution. A function that modifies Avatar **605** and/or Application Program **18** may include Artificial Intelligence Unit **110**-determined anticipatory Instruction Sets **526** to be used or executed in Avatar's **605** and/or Application Program's **18** autonomous operation. In some embodiments, the previously described obtaining Avatar's **605** and/or Application Program's **18** instruction sets, data, and/or other information as well as modifying execution and/or functionality of Avatar **605** and/or Application Program **18** can be implemented in a single function that performs both tasks such as traceAndModifyAvatar( ), traceAndModifyApplication( ), etc.

In some embodiments, various computing systems and/or platforms may provide native tools for modifying execution and/or functionality of Avatar **605**, Application Program **18**, Processor **11**, and/or other processing element. Independent vendors may provide tools with similar functionalities that can be utilized across different platforms. These tools enable a wide range of techniques or capabilities such as instrumentation, self-modifying code capabilities, dynamic code capabilities, branching, code rewriting, code overwriting, hot swapping, accessing and/or modifying objects or data structures, accessing and/or modifying functions/routines/subroutines, accessing and/or modifying variable or param-

US 10,607,134 B1

143

eter values, accessing and/or modifying processor registers, accessing and/or modifying inputs and/or outputs, providing runtime memory access, and/or other capabilities. One of ordinary skill in art will understand that, while all possible variations of the techniques for modifying execution and/or functionality of Avatar **605**, Application Program **18**, Processor **11**, and/or other processing element are too voluminous to describe, these techniques are within the scope of this disclosure.

In one example, modifying execution and/or functionality of Avatar **605** and/or Application Program **18** can be implemented through utilizing metaprogramming techniques, which include applications that can self-modify or that can create, modify, and/or manipulate other applications. Self-modifying code, dynamic code, reflection, and/or other techniques can be used to facilitate metaprogramming. In some aspects, metaprogramming is facilitated through a programming language's ability to access and manipulate the internals of the runtime engine directly or via an API. In other aspects, metaprogramming is facilitated through dynamic execution of expressions (i.e. anticipatory Instruction Sets **526**, etc.) that can be created and/or executed at runtime. In yet other aspects, metaprogramming is facilitated through application modification tools, which can perform modifications on an application regardless of whether the application's programming language enables metaprogramming capabilities. Some operating systems may protect an application loaded into memory by restricting access to the loaded application. This protection mechanism can be circumvented by utilizing operating system's, processor's, and/or other low level features or commands to unprotect the loaded application. For example, a self-modifying application may modify the in-memory image of itself. To do so, the application can obtain the in-memory address of its code. The application may then change the operating system's or platform's protection on this memory range allowing it to modify the code (i.e. insert anticipatory Instruction Sets **526**, etc.). In addition to self-modifying application, one application can utilize similar technique to modify another application. Linux mprotect command or similar commands of other operating systems can be used to change protection (i.e. unprotect, etc.) for a region of memory, for example. Other platforms, tools, and/or techniques may provide equivalent or similar functionalities as the above described ones.

In a further example, modifying execution and/or functionality of Avatar **605** and/or Application Program **18** can be implemented through native capabilities of dynamic, interpreted, and/or scripting programming languages and/or platforms. Most of these languages and/or platforms can perform functionalities at runtime that static programming languages may perform during compilation. Dynamic, interpreted, and/or scripting languages provide native functionalities such as self-modification of code, dynamic code, extending the application, adding new code, extending objects and definitions, and/or other functionalities that can modify an application's execution and/or functionality at runtime. Examples of dynamic, interpreted, and/or scripting languages include Lisp, Perl, PHP, JavaScript, Ruby, Python, Smalltalk, Td, VBScript, and/or others. Similar functionalities can also be provided in languages such as Java, C, and/or others using reflection. Reflection includes the ability of an application to examine and modify the structure and behavior of the application at runtime. For example, JavaScript can modify its own code as it runs by utilizing Function object constructor as follows:

myFunc=new Function(arg1, arg2, argN, functionBody);
The sample code above causes a new function object to be created with the specified arguments and body. The body

144

and/or arguments of the new function object may include new instruction sets (i.e. anticipatory Instruction Sets **526**, etc.). The new function can be invoked as any other function in the original code. In another example, JavaScript can utilize eval method that accepts a string of JavaScript statements (i.e. anticipatory Instruction Sets **526**, etc.) and execute them as if they were within the original code. An example of how eval method can be used to modify an application includes the following JavaScript code:

anticipatoryInstr='Avatar.moveForward(14);';
    if (anticipatoryInstr!=" " && anticipatoryInstr!=null)
    {
        eval(anticipatoryInstr);
    }

In the sample code above, Artificial Intelligence Unit **110** may generate anticipatory Instruction Set **526** (i.e. 'Avatar.moveForward(14)' for moving Avatar **605** forward 14 units, etc.) and save it in anticipatoryInstr variable, which eval method can then execute. Lisp is another example of dynamic, interpreted, and/or scripting language that includes similar capabilities as the aforementioned JavaScript. For example, Lisp's compile command can create a function at runtime, eval command may parse and evaluate an expression at runtime, and exec command may execute a given instruction set (i.e. string, etc.) at runtime. In another example, dynamic as well as some non-dynamic languages may provide macros, which combine code introspection and/or eval capabilities. In some aspects, macros can access inner workings of the compiler, interpreter, virtual machine, runtime environment/engine, and/or other components of the computing platform enabling the definition of language-like constructs and/or generation of a complete program or sections thereof. Other platforms, tools, and/or techniques may provide equivalent or similar functionalities as the above described ones.

In a further example, modifying execution and/or functionality of Avatar **605** and/or Application Program **18** can be implemented through dynamic code, dynamic class loading, reflection, and/or other functionalities of a programming language or platform. In static applications or static programming, a class can be defined and/or loaded at compile time. Conversely, in dynamic applications or dynamic programming, a class can be loaded into a running environment at runtime. For example, Java Runtime Environment (JRE) may not require that all classes be loaded at compile time and class loading can occur when a class is first referenced at runtime. Dynamic class loading enables inclusion or injection of on-demand code and/or functionalities at runtime. System provided or custom class loaders may enable loading of classes into the running environment. Custom class loaders can be created to enable custom functionalities such as, for example, specifying a remote location from which a class can be loaded. In addition to dynamic loading of a pre-defined class, a class can also be created at runtime. In some aspects, a class source code can be created at runtime. A compiler such as javac, com.sun.tools.javac.Main, javax.tools, javax.tools.JavaCompiler, and/or other packages can then be utilized to compile the source code. Javac, com.sun.tools.javac.Main, javax.tools, javax.tools.JavaCompiler, and/or other packages may include an interface to invoke Java compiler from within a running application. A Java compiler may accept source code in a file, string, object (i.e. Java String, StringBuffer, CharSequence, etc.) and/or other source, and may generate Java bytecode (i.e. class file, etc.). Once compiled, a class loader can then load the compiled class into the running environment. In other aspects, a tool such as Javaassist (i.e. Java programming

US 10,607,134 B1

145

assistant) can be utilized to enable an application to create or modify a class at runtime. Javassist may include a Java library that provides functionalities to create and/or manipulate Java bytecode of an application as well as reflection capabilities. Javassist may provide source-level and byte-code-level APIs. Using the source-level API, a class can be created and/or modified using only source code, which Javassist may compile seamlessly on the fly. Javassist source-level API can therefore be used without knowledge of Java bytecode specification. Bytecode-level API enables creating and/or editing a class bytecode directly. In yet other aspects, similar functionalities to the aforementioned ones may be provided in tools such as Apache Commons BCEL (Byte Code Engineering Library), ObjectWeb ASM, CGLIB (Byte Code Generation Library), and/or others. Once a dynamic code or class is created and loaded, reflection in high-level programming languages such as Java and/or others can be used to manipulate or change the runtime behavior of an application. Examples of reflective programming languages and/or platforms include Java, JavaScript, Smalltalk, Lisp, Python, .NET Common Language Runtime (CLR), Td, Ruby, Pert, PHP, Scheme, PL/SQL, and/or others. Reflection can be used in an application to access, examine, modify, and/or manipulate a loaded class and/or its elements. Reflection in Java can be implemented by utilizing a reflection API such as java.lang.Reflect package. The reflection API provides functionalities such as, for example, loading or reloading a class, instantiating a new instance of a class, determining class and instance methods, invoking class and instance methods, accessing and manipulating a class, fields, methods and constructors, determining the modifiers for fields, methods, classes, and interfaces, and/or other functionalities. The above described dynamic code, dynamic class loading, reflection, and/or other functionalities are similarly provided in the .NET platform through its tools such as, for example, System.CodeDom.Compiler namespace, System.Reflection.Emit namespace, and/or other native or other .NET tools. Other platforms in addition to Java and .NET may provide similar tools and/or functionalities. In some designs, dynamic code, dynamic class loading, reflection, and/or other functionalities can be used to facilitate modification of an application by inserting or injecting instruction sets (i.e. anticipatory Instruction Sets 526, etc.) into a running application. For example, an existing or dynamically created class comprising ACAAO Unit 100 functionalities can be loaded into a running application through manual, automatic, or dynamic instrumentation. Once the class is created and loaded, an instance of ACAAO Unit 100 class may be constructed. The instance of ACAAO Unit 100 can then take or exert control of the application and/or implement alternate instruction sets (i.e. anticipatory Instruction Sets 526, etc.) at any point in the application's execution. Other platforms, tools, and/or techniques may provide equivalent or similar functionalities as the above described ones.

In a further example, modifying execution and/or functionality of Avatar 605 and/or Application Program 18 can be implemented through independent tools that can be utilized across different platforms. Such tools provide instrumentation and/or other capabilities on more than one platform or computing system and may facilitate application modification or insertion of instruction sets (i.e. anticipatory Instruction Sets 526, etc.). Examples of these tools include Pin, DynamoRIO, DynInst, Kprobes, KemInst, OpenPAT, DTrace, SystemTap, and/or others. In some aspects, Pin and/or any of its elements, methods, and/or techniques can be utilized for dynamic instrumentation. Pin can perform

146

instrumentation by taking control of an application after it loads into memory. Pin may insert itself into the address space of an executing application enabling it to take control. Pin JIT compiler can then compile and implement alternate code (i.e. anticipatory Instruction Sets 526, etc.). Pin provides an extensive API for instrumentation at several abstraction levels. Pin supports two modes of instrumentation, JIT mode and probe mode. JIT mode uses a just-in-time compiler to insert instrumentation and recompile program code while probe mode uses code trampolines for instrumentation. Pin was designed for architecture and operating system independence. In other aspects, KemInst and/or any of its elements, methods, and/or techniques can be utilized for dynamic instrumentation. KemInst includes an instrumentation framework designed for dynamically inserting code into a running kernel of an operating system. KemInst implements probe-based dynamic instrumentation where code can be inserted, changed, and/or removed at will. Keminst API enables client tools to construct their own tools for dynamic kernel instrumentation to suit variety of purposes such as insertion of alternate instruction sets (i.e. anticipatory Instruction Sets 526, etc.). Client tools can communicate with KemInst over a network (i.e. internet, wireless network, LAW, WAN, etc). Other platforms, tools, and/or techniques may provide equivalent or similar functionalities as the above described ones.

In a further example, modifying execution and/or functionality of Avatar 605 and/or Application Program 18 can be implemented through utilizing operating system's native tools or capabilities such as Unix ptrace command. Ptrace includes a system call that may enable one process to control another allowing the controller to inspect and manipulate the internal state of its target. Ptrace can be used to modify a running application such as modify an application with alternate instruction sets (i.e. anticipatory Instruction Sets 526, etc.). By attaching to an application using the ptrace call, the controlling application can gain extensive control over the operation of its target. This may include manipulation of its instruction sets, execution path, file descriptors, memory, registers, and/or other components. Ptrace can single-step through the targets code, observe and intercept system calls and their results, manipulate the target's signal handlers, receive and send signals on the target's behalf, and/or perform other operations within the target application. Ptrace's ability to write into the target application's memory space enables the controller to modify the running code of the target application. Other platforms, tools, and/or techniques may provide equivalent or similar functionalities as the above described ones.

In a further example, modifying execution and/or functionality of Avatar 605 and/or Application Program 18 can be implemented through utilizing just-in-time (JIT) compiling. JIT compilation (also known as dynamic translation, dynamic compilation, etc.) includes compilation performed during an application's execution (i.e. runtime, etc.). A code can be compiled when it is about to be executed, and it may be cached and reused later without the need for additional compilation. In some aspects, a JIT compiler can convert source code or byte code into machine code. In other aspects, a JIT compiler can convert source code into byte code. JIT compiling may be performed directly in memory. For example, JIT compiler can output machine code directly into memory and immediately execute it. Platforms such as Java, .NET, and/or others may implement JIT compilation as their native functionality. Platform independent tools for custom system design may include JIT compilation functionalities as well. In some aspects, JIT compilation includes

US 10,607,134 B1

147

redirecting application's execution to a JIT compiler from a specific entry point. For example, Pin can insert its JIT compiler into the address space of an application. Once execution is redirected to it, JIT compiler may receive alternate instruction sets (i.e. anticipatory Instruction Sets 526, etc.) immediately before their compilation. The JIT compiled instruction sets may be stored in memory or another repository from where they can be retrieved and executed. Alternatively, for example, JIT compiler can create a copy of the original application code or a segment thereof and insert alternate code (i.e. anticipatory Instruction Sets 526, etc.) before compiling the modified code copy. In some aspects, JIT compiler may include a specialized memory such as fast cache memory dedicated to JIT compiler functionalities from which the modified code can be fetched rapidly. JIT compilation and/or any compilation in general may include compilation, interpretation, or other translation into machine code, bytecode, and/or other formats or types of code. Other platforms, tools, and/or techniques may provide equivalent or similar functionalities as the above described ones.

In a further example, modifying execution and/or functionality of Avatar 605 and/or Application Program 18 can be implemented through dynamic recompilation. Dynamic recompilation includes recompiling an application or part thereof during execution. An application can be modified with alternate features or instruction sets that may take effect after recompilation. Dynamic recompilation may be practical in various types of applications including object oriented, event driven, forms based, and/or other applications. In a typical windows-based application, most of the action after initial startup occurs in response to user or system events such as moving the mouse, selecting a menu option, typing text, running a scheduled task, making a network connection, and/or other events when an event handler is called to perform an operation appropriate for the event. Generally, when no events are being generated, the application is idle. For example, when an event occurs and an appropriate event handler is called, instrumentation can be implemented in the application's source code to insert alternate instruction sets (i.e. anticipatory Instruction Sets 526, etc.) at which point the modified source code can be recompiled and/or executed. In some aspects, the state of the application can be saved before recompiling its modified source code so that the application may continue from its prior state. Saving the application's state can be achieved by saving its variables, data structures, objects, location of its current instruction, and/or other necessary information in environmental variables, memory, or other repositories where they can be accessed once the application is recompiled. In other aspects, application's variables, data structures, objects, address of its current instruction, and/or other necessary information can be saved in a repository such as file, database, or other repository accessible to the application after recompilation of its source code. Other platforms, tools, and/or techniques may provide equivalent or similar functionalities as the above described ones.

In a further example, modifying execution and/or functionality of Avatar 605 and/or Application Program 18 can be implemented through modifying or redirecting application's execution path. Generally, an application can be loaded into memory and the flow of execution proceeds from one instruction set to the next until the end of the application. An application may include a branching mechanism that can be driven by keyboard or other input devices, system events, and/or other computing system components or events that may impact the execution path. The execution

148

path can also be altered by an external application through acquiring control of execution and/or redirecting execution to a function, routine/subroutine, or an alternate code segment at any point in the application's execution. A branch, jump, or other mechanism can be utilized to implement the redirected execution. For example, a jump instruction can be inserted at a specific point in an application's execution to redirect execution to an alternate code segment. A jump instruction set may include, for example, an unconditional branch, which always results in branching, or a conditional branch, which may or may not result in branching depending on a condition. When executing an application, a computer may fetch and execute instruction sets in sequence until it encounters a branch instruction set. If the instruction set is an unconditional branch, or it is conditional and the condition is satisfied, the computer may fetch its next instruction set from a different instruction set sequence or code segment as specified by the branch instruction set. After the execution of the alternate code segment, control may be redirected back to the original jump point or to another point in the application. For example, modifying an application can be implemented by redirecting execution of an application to alternate instruction sets (i.e. anticipatory Instruction Sets 526, etc.). Alternate instruction sets can be pre-compiled, pre-interpreted, or otherwise pre-translated and ready for execution. Alternate instruction sets can also be JIT compiled, JIT interpreted, or otherwise JIT translated before execution. Other platforms, tools, and/or techniques may provide equivalent or similar functionalities as the above described ones.

In a further example, modifying execution and/or functionality of Avatar 605 and/or Application Program 18 can be implemented through assembly language. Assembly language instructions may be directly related with the architecture's machine instructions as previously described. Assembly language can, therefore, be a powerful tool for implementing direct hardware (i.e. processor registers, memory, etc.) access and manipulations as well as access and manipulations of specialized processor features or instructions. Assembly language can also be a powerful tool for implementing low-level embedded systems, real-time systems, interrupt handlers, self or dynamically modifying code, and/or other applications. Specifically, for instance, self or dynamically modifying code that can be used to facilitate modifying of an application can be seamlessly implemented using assembly language. For example, using assembly language, instruction sets can be dynamically created and loaded into memory similar to the ones that a compiler may generate. Furthermore, using assembly language, memory space of a loaded application can be accessed to modify (including rewrite, overwrite, etc.) original instruction sets or to insert jumps or branches to alternate code elsewhere in memory. Some operating systems may implement protection from changes to applications loaded into memory. Operating system's, processor's, or other low level features or commands can be used to unprotect the protected locations in memory before the change as previously described. Alternatively, a pointer that may reside in a memory location where it could be readily altered can be utilized where the pointer may reference alternate code. In one example, assembly language can be utilized to write alternate code (i.e. anticipatory Instruction Sets 526, etc.) into a location in memory outside a running application's memory space. Assembly language can then be utilized to redirect the application's execution to the alternate code by inserting a jump or branch into the application's in-memory code, by redirecting program counter, or by other technique.

US 10,607,134 B1

149

150

In another example, assembly language can be utilized to overwrite or rewrite the entire or part of an application's in-memory code with alternate code. In some aspects, high-level programming languages can cal an external assembly language program to facilitate application modification as previously described. In yet other aspects, relatively low-level programming languages such as C may allow embedding assembly language directly in their source code such as, for example, using asm keyword of C. Other platforms, tools, and/or techniques may provide equivalent or similar functionalities as the above described ones.

In a further example, modifying execution and/or functionality of Avatar **605** and/or Application Program **18** can be implemented through binary rewriting. Binary rewriting tools and/or techniques may modify an application's executable. In some aspects, modification can be minor such as in the case of optimization where the original executable's functionality is kept. In other aspects, modification may change the application's functionality such as by inserting alternate code (i.e. anticipatory Instruction Sets **526**, etc.). Examples of binary rewriting tools include SecondWrite, ATOM, DynamoRIO, Purify, Pin, EEL, DynInst, PLTO, and/or others. Binary rewriting may include disassembly, analysis, and/or modification of target application. Since binary rewriting works directly on machine code executable, it is independent of source language, compiler, virtual machine (if one is utilized), and/or other higher level abstraction layers. Also, binary rewriting tools can perform application modifications without access to original source code. Binary rewriting tools include static rewriters, dynamic rewriters, minimally-invasive rewriters, and/or others. Static binary rewriters can modify an executable when the executable is not in use (i.e. not running). The rewritten executable may then be executed including any new or modified functionality. Dynamic binary rewriters can modify an executable during its execution, thereby enabling modification of an application's functionality at runtime. In some aspects, dynamic rewriters can be used for instrumentation or selective modifications such as insertion of alternate code (i.e. anticipatory Instruction Sets **526**, etc.), and/or for other runtime transformations or modifications. For example, some dynamic rewriters can be configured to intercept an application's execution at indirect control transfers and insert instrumentation or other application modifying code. Minimally-invasive rewriters may keep the original machine code to the greatest extent possible. They support limited modifications such as insertion of jumps into and out of instrumented code. Other platforms, tools, and/or techniques may provide equivalent or similar functionalities as the above described ones.

Referring to FIG. **29**, in a further example, modifying execution and/or functionality of Avatar **605** and/or Application Program **18** can be implemented through modification of processor registers, memory, or other computing system components. In some aspects, modifying execution and/or functionality of Processor **11** can be implemented by redirecting Processor's **11** execution to alternate instruction sets (i.e. anticipatory Instruction Sets **526**, etc.). In one example, Program Counter **211** may hold or point to a memory address of the next instruction set that will be executed by Processor **11**. Artificial Intelligence Unit **110** may generate anticipatory Instruction Sets **526** and store them in Memory **12** as previously described. Modification Interface **130** may then change Program Counter **211** to point to the location in Memory **12** where anticipatory Instruction Sets **526** are stored. The anticipatory Instruction Sets **526** can then be fetched from the location in Memory **12** pointed to by the modified Program Counter **211** and loaded into Instruction Register **212** for decoding and execution. Once anticipatory Instruction Sets **526** are executed, Modification Interface **130** may change Program Counter **211** to point to the last instruction set before the redirection or to any other instruction set. In other aspects, anticipatory Instruction Sets **526** can be loaded directly into Instruction Register **212**. As previously described, examples of other processor or computing system components that can be used during an instruction cycle include memory address register (MAR), memory data register (MDR), data registers, address registers, general purpose registers (GPRs), conditional registers, floating point registers (FPRs), constant registers, special purpose registers, machine-specific registers, Register Array **214**, Arithmetic Logic Unit **215**, control unit, and/or other circuits or components. Any of the aforementioned processor registers, memory, or other computing system components can be accessed and/or modified to facilitate the disclosed functionalities. In some embodiments, processor interrupt may be issued to facilitate such access and/or modification. In some designs, modifying execution and/or functionality of Processor **11** can be implemented in a program, combination of programs and hardware, or purely hardware system. Dedicated hardware may be built to perform modifying execution and/or functionality of Processor **11** with marginal or no impact to computing overhead. Other platforms, tools, and/or techniques may provide equivalent or similar functionalities as the above described ones.

Other additional techniques or elements can be utilized as needed for modifying execution and/or functionality of Avatar **605**, Application Program **18**, Processor **11**, and/or other processing elements, or some of the disclosed techniques or elements can be excluded, or a combination thereof can be utilized in alternate embodiments. As an avatar (i.e. Avatar **605**, etc.) may be part of an application (i.e. Application Program **18**, etc.), it should be noted that modifying execution and/or functionality of an avatar may include same or similar techniques as the aforementioned modifying execution and/or functionality of an application, and vice versa.

Referring to FIG. **30**, the illustration shows an embodiment of a method **9100** for learning and/or using an avatar's circumstances for autonomous avatar operation. In some aspects, the method can be used on a computing device or system to enable learning of an avatar's operation in circumstances including objects with various properties and enable autonomous avatar operation in similar circumstances. Method **9100** may include any action or operation of any of the disclosed methods such as method **9200**, **9300**, **9400**, **9500**, **9600**, and/or others. Additional steps, actions, or operations can be included as needed, or some of the disclosed ones can be optionally omitted, or a different combination or order thereof can be implemented in alternate embodiments of method **9100**.

At step **9105**, a first collection of object representations is received. A collection of object representations (i.e. Collection of Object Representations **525**, etc.) may include one or more object representations (i.e. Object Representations **625**, etc.), object properties (i.e. Object Properties **630**, etc.), and/or other elements or information. In some designs, an object representation includes a representation of an object (i.e. Object **615**, etc.) in an avatar's (i.e. Avatar's **605**, etc.) surrounding within an application (i.e. Application Program **18**, etc.). In other designs, an object representation includes a representation of an object of an application. As such, an object representation may include any information related to an object. In further designs, an object representation may

US 10,607,134 B1

151

include or be replaced with an object itself, in which case the object representation as an element can be optionally omitted. In some embodiments, a collection of object representations may include one or more object representations, object properties, and/or other elements or information obtained in an avatar's surrounding at a particular time. A collection of object representations may, therefore, include knowledge (i.e. unit of knowledge, etc.) of an avatar's circumstances including objects with various properties at a particular time. In other embodiments, where an application does not comprise an avatar or rely on an avatar for its operation, a collection of object representations may include one or more object representations, object properties, and/or other elements or information obtained in an application or part thereof at a particular time. A collection of object representations may, therefore, include knowledge (i.e. unit of knowledge, etc.) of an application's circumstances including objects with various properties at a particular time. In some designs, a collection of object representations may include or be associated with a time stamp (not shown), order (not shown), or other time related information. In further embodiments, a collection of object representations may include or be substituted with a stream of collections of object representations, and vice versa. Therefore, the terms collection of object representations and stream of collections of object representations may be used interchangeably depending on context. A stream of collections of object representations may include one collection of object representations or a group, sequence, or other plurality of collections of object representations. In some aspects, a stream of collections of object representations may include one or more collections of object representations, and/or other elements or information obtained in an avatar's surrounding over time. A stream of collections of object representations may, therefore, include knowledge (i.e. unit of knowledge, etc.) of an avatar's circumstances including objects with various properties over time. As circumstances including objects with various properties in an avatar's surrounding change (i.e. objects and/or their properties change, move, act, transform, etc.) over time, this change may be captured in a stream of collections of object representations. In further embodiments, where an application does not comprise an avatar or rely on an avatar for its operation, a stream of collections of object representations may include one or more collections of object representations, and/or other elements or information obtained in an application or part thereof over time. A stream of collections of object representations may, therefore, include knowledge (i.e. unit of knowledge, etc.) of an application's circumstances including objects with various properties over time. In some designs, each collection of object representations in a stream may include or be associated with the aforementioned time stamp, order, or other time related information. Examples of objects include models of a person, animal, tree, rock, building, vehicle, and/or others in a context of a computer game, virtual world, 3D or 2D graphics application, and/or others. More generally, examples of objects include a 2D model, a 3D model, a 2D shape (i.e. point, line, square, rectangle, circle, triangle, etc.), a 3D shape (i.e. cube, sphere, etc.), a graphical user interface (GUI) element, a form element (i.e. text field, radio button, push button, check box, etc.), a data or database element, a spreadsheet element, a link, a picture, a text (i.e. character, word, etc.), a number, and/or others in a context of a web browser, a media application, a word processing application, a spreadsheet application, a database application, a forms-based application, an operating system, a device/system control applica-

152

tion, and/or others. In some aspects, any part of an object can be identified as an object itself. For instance, instead of or in addition to identifying a building as an object, a window, door, roof, and/or other parts of the building can be identified as objects. In general, an object may include any object or part thereof that can be obtained or recognized. Examples of object properties include existence of an object, type of an object (i.e. person, animal, tree, rock, building, vehicle, etc.), identity of an object (i.e. name, identifier, etc.), distance of an object, bearing/angle of an object, location of an object (i.e. distance and bearing/angle from a known point, coordinates, etc.), shape/size of an object (i.e. scale, height, width, depth, computer model, etc.), activity of an object (i.e. motion, gestures, etc.), and/or other properties of an object. In general, an object property may include any attribute of an object (i.e. existence of an object, type of an object, identity of an object, shape/size of an object, etc.), any relationship of an object with an avatar, other objects, or the environment (i.e. distance of an object, bearing/angle of an object, friend/foe relationship, etc.), and/or other information related to an object. In some designs, objects and/or their properties can be obtained from an engine, environment, or other system used to implement an application. For instance, objects and/or their properties can be obtained by utilizing functions for providing properties or other information on objects of an engine, environment, or other system used to implement an application. Examples of such engines, environments, or other systems include Unity 3D Engine, Unreal Engine, Torque 3D Engine, and/or others. In other designs, objects and/or their properties can be obtained by accessing and/or reading a scene graph or other data structure used for organizing objects in a particular application, or in an engine, environment, or other system used to implement an application. In other designs, objects and/or their properties can be detected or recognized from one or more pictures depicting views of an avatar's surrounding or views of an application. Any picture recognition techniques (i.e. Picture Recognizer **92**, etc.) can be used for such detection or recognizing. The one or more pictures depicting views of an avatar's surrounding or views of an application can be rendered or generated by a picture renderer (i.e. Picture Renderer **91**, etc.). In further designs, objects and/or their properties can be detected or recognized from one or more sounds from an avatar's surrounding or one or more sounds of an application. Any sound recognition techniques (i.e. Sound Recognizer **97**, etc.) can be used for such detection or recognizing. The one or more sounds from an avatar's surrounding or one or more sounds of an application can be rendered or generated by a sound renderer (i.e. Sound Renderer **96**, etc.). Receiving comprises any action or operation by or for an Object **615**, Collection of Object Representations **525**, stream of Collections of Object Representations **525**, Object Representation **625**, Object Property **630**, Object Processing Unit **140**, Picture Renderer **91**, Sound Renderer **96**, Picture Recognizer **92**, Sound Recognizer **97**, and/or other disclosed elements.

At step **9110**, a first one or more instruction sets for operating an avatar are received. In some aspects, an instruction set (i.e. Instruction Set **526**, etc.) may be used or executed for operating an avatar (i.e. Avatar **605**, etc.) of an application (i.e. Application Program **18**, etc.). In other aspects, where an application does not comprise an avatar or rely on an avatar for its operation, an instruction set may be used or executed for operating the application. Therefore, a reference to an instruction set for operating an avatar includes or can be substituted with a reference to an instruction set for operating an application depending on context.

US 10,607,134 B1

153

In some embodiments, an instruction set can be used or executed by a processor (i.e. Processor **11**, etc.) in operating an avatar and/or application. Operating an avatar and/or application includes performing or causing any operations on/by/with the avatar and/or application. In some designs, an instruction set can be received from an avatar, application, processor, and/or other processing element as the instruction set is being used or executed. In other designs, an instruction set can be received from an avatar, application, processor, and/or other processing element before or after the instruction set is used or executed. In further designs, an instruction set can be received from a running avatar, running application, running processor, and/or other running processing element. As such, an instruction set can be received at runtime. In some embodiments, receiving an instruction set includes tracing or profiling an avatar, application, processor, and/other processing elements. Tracing or profiling may include adding trace code or instrumentation to an avatar (i.e. avatar's object code, etc.) or application, and/or outputting trace information (i.e. instruction sets, etc.) to a receiving target. In some aspects, instrumentation can be performed in source code, bytecode, compiled code, interpreted code, translated code, machine code, and/or other code. In other aspects, instrumentation can be performed in various elements of a computing system such as memory, virtual machine, runtime engine/environment, operating system, compiler, interpreter, translator, processor registers, and/or other elements. In yet other aspects, instrumentation can be performed in various abstraction layers of a computing system such as in software layer (i.e. application, etc.), in virtual machine (if VM is used), in operating system, in processor, and/or in other layers or areas that may exist in a particular computing system implementation. In yet other aspects, instrumentation can be performed at various times in an avatar's or application's execution such as source code write time, compile time, interpretation time, translation time, linking time, loading time, runtime, and/or others. In yet other aspects, instrumentation can be performed at various granularities or code segments such as some or all lines of code, some or all statements, some or all instructions or instruction sets, some or all basic blocks, some or all functions/routines/subroutines, and/or some or all other code segments. In yet other aspects, instrumentation may include a manual, automatic, dynamic, or just-in-time (JIT) instrumentation. In general, any instrumentation technique can be utilized. In further embodiments, receiving an instruction set includes attaching to or interfacing with an avatar, application, processor, and/or other processing element. In further embodiments, receiving an instruction set includes accessing and/or reading runtime engine/environment, virtual machine, operating system, compiler, interpreter, translator, execution stack, file, object, data structure, and/or other computing system elements. In further embodiments, receiving an instruction set includes accessing and/or reading memory, storage, and/or other repository. In further embodiments, receiving an instruction set includes accessing and/or reading processor registers and/or other processor elements. In further embodiments, receiving an instruction set includes accessing and/or reading inputs and/or outputs of an avatar, application, processor, and/or other processing element. In further embodiments, receiving an instruction set includes accessing and/or reading functions, methods, procedures, routines, subroutines, and/or other elements of an avatar and/or application. In further embodiments, receiving an instruction set includes accessing and/or reading source code, bytecode, compiled code, interpreted code, translated code, machine code, and/or other code. In further

154

embodiments, receiving an instruction set includes accessing and/or reading values, variables, parameters, and/or other data or information. One or more instruction sets may temporally correspond to a collection of object representations. In general, one or more instruction sets that temporally correspond to a collection of object representations enable structuring knowledge of an avatar's and/or application's operation at or around the time of generating the collection of object representations. Such functionality enables spontaneous or seamless learning of an avatar's and/or application's operation in circumstances including objects with various properties as the avatar and/or application are operated in real time. Receiving comprises any action or operation by or for an Acquisition Interface **120**, Instruction Set **526**, and/or other disclosed elements.

At step **9115**, the first collection of object representations is correlated with the first one or more instruction sets for operating the avatar. In some aspects, individual collections of object representations can be correlated with one or more instruction sets. In other aspects, streams of collections of object representations can be correlated with one or more instruction sets. In further aspects, individual collections of object representations or streams of collections of object representations can be correlated with the aforementioned temporally corresponding instruction sets. In further aspects, a collection of object representations or stream of collections of object representations may not be correlated with any instruction sets. Correlating may include structuring or generating a knowledge cell (i.e. Knowledge Cell **800**, etc.) and storing one or more collections of object representations correlated with any instruction sets into the knowledge cell. Therefore, a knowledge cell may include any data structure or arrangement that can facilitate such storing. A knowledge cell includes knowledge (i.e. unit of knowledge, etc.) of how an avatar and/or application operated in a circumstance including objects with various properties. In some designs, extra information (i.e. Extra Info **527**, etc.) can optionally be used to facilitate enhanced comparisons or decision making in autonomous avatar and/or application operation where applicable. Therefore, any collection of object representations, instruction set, and/or other element may include or be correlated with extra information. Extra information may include any information useful in comparisons or decision making performed in autonomous avatar and/or application operation. Examples of extra information include time information, location information, computed information, visual information, acoustic information, contextual information, and/or other information. Correlating can be omitted where learning of an avatar's and/or application's operation in circumstances including objects with various properties is not implemented. Correlating comprises any action or operation by or for a Knowledge Structuring Unit **520**, Knowledge Cell **800**, and/or other disclosed elements.

At step **9120**, the first collection of object representations correlated with the first one or more instruction sets for operating the avatar are stored. A collection of object representations correlated with one or more instruction sets may be part of a stored plurality of collections of object representations correlated with one or more instruction sets. Collections of object representations correlated with any instruction sets can be stored in a memory unit or other repository. The aforementioned knowledge cells comprising collections of object representations correlated with any instruction sets can be used in/as neurons, nodes, vertices, or other elements in any of the data structures or arrangements (i.e. neural network, graph, sequence, collection of knowledge cells, etc.) used for storing the knowledge of an

US 10,607,134 B1

155

avatar's and/or application's operation in circumstances including objects with various properties. Knowledge cells may be interconnected, interrelated, or interlinked into knowledge structures using statistical, artificial intelligence, machine learning, and/or other models or techniques. Such interconnected or interrelated knowledge cells can be used for enabling an avatar's and/or application's autonomous operation. The interconnected or interrelated knowledge cells may be stored or organized into a knowledgebase (i.e. Knowledgebase **530**, etc.). In some embodiments, knowledgebase may be or include a neural network (i.e. Neural Network **530***a*, etc.). In other embodiments, knowledgebase may be or include a graph (i.e. Graph **530***b*, etc.). In further embodiments, knowledgebase may be or include a collection of sequences (i.e. Collection of Sequences **530***c*, etc.). In further embodiments, knowledgebase may be or include a sequence (i.e. Sequence **533**, etc.). In further embodiments, knowledgebase may be or include a collection of knowledge cells (i.e. Collection of Knowledge Cells **530***d*, etc.). In general, knowledgebase may be or include any data structure or arrangement, and/or repository capable of storing the knowledge of an avatar's and/or application's operation in circumstances including objects with various properties. Knowledgebase may also include or be substituted with various artificial intelligence methods, systems, and/or models for knowledge structuring, storing, and/or representation such as deep learning, supervised learning, unsupervised learning, neural networks (i.e. convolutional neural network, recurrent neural network, deep neural network, etc.), search-based, logic and/or fuzzy logic-based, optimization-based, tree/graph/other data structure-based, hierarchical, symbolic and/or sub-symbolic, evolutionary, genetic, multi-agent, deterministic, probabilistic, statistical, and/or other methods, systems, and/or models. Storing can be omitted where learning of an avatar's and/or application's operation in circumstances including objects with various properties is not implemented. Storing comprises any action or operation by or for a Memory **12**, Storage **27**, Knowledgebase **530**, Neural Network **530***a*, Graph **530***b*, Collection of Sequences **530***c*, Sequence **533**, Collection of Knowledge Cells **530***d*, Knowledge Cell **800**, Node **852**, Connection **853**, Layer **854**, Similarity Comparison **125**, and/or other disclosed elements.

At step **9125**, a new collection of object representations is received. Step **9125** may include any action or operation described in Step **9105** as applicable.

At step **9130**, the new collection of object representations is compared with the first collection of object representations. Comparing one collection of object representations with another collection of object representations may include comparing at least a portion of one collection of object representations with at least a portion of the other collection of object representations. In some embodiments, collections of object representations may be compared individually. In some aspects, comparing of individual collections of object representations may include comparing one or more object representations of one collection of object representations with one or more object representations of another collection of object representations. In other aspects, comparing of object representations may include comparing one or more object properties of one object representation with one or more object properties of another object representation. In some designs, one or more object properties in the same category (i.e. Category **635**, etc.) can be compared. Comparing may include any techniques for comparing text, numbers, and/or other data. In further aspects, some object representations, object properties, and/or other elements of a

156

collection of object representations can be omitted from comparison depending on implementation. In other embodiments, collections of object representations may be compared collectively as part of streams of collections of object representations. Collective comparing of collections of object representations may include any features, functionalities, and embodiments of the aforementioned individual comparing of collections of object representations. In some aspects, collective comparing of collections of object representations may include comparing one or more collections of object representations of one stream of collections of object representations with one or more collections of object representations of another stream of collections of object representations. In some designs, one or more corresponding (i.e. similarly ordered, temporally related, etc.) collections of object representations from the compared streams of collections of object representations can be compared. In other designs, Dynamic Time Warping (DTW) and/or other techniques can be utilized for comparison and/or aligning temporal sequences (i.e. streams of collections of object representations, etc.) that may vary in time or speed. In some aspects, some collections of object representations can be omitted from comparison depending on implementation. Any combination of the aforementioned and/or other elements or techniques can be utilized in alternate embodiments of the comparing. Comparing can be omitted where anticipating of an avatar's and/or application's operation in circumstances including objects with various properties is not implemented. Comparing comprises any action or operation by or for a Similarity Comparison **125**, Decision-making Unit **540**, and/or other disclosed elements.

At step **9135**, a determination is made that there is at least a partial match between the new collection of object representations and the first collection of object representations. In some embodiments, determining at least a partial match between individually compared collections of object representations includes determining that a similarity between one or more portions of one collection of object representations and one or more portions of another collection of object representations exceeds a similarity threshold. In other embodiments, determining at least a partial match between individually compared collections of object representations includes determining at least a partial match between one or more portions of one collection of object representations and one or more portions of another collection of object representations. In further embodiments, determining at least a partial match between individually compared collections of object representations includes determining substantial similarity between one or more portions of one collection of object representations and one or more portions of another collection of object representations. A portion of a collection of object representations may include an object representation, an object property, and/or other portion or element of the collection of object representations. In further embodiments, determining at least a partial match between individually compared collections of object representations includes determining that the number or percentage of matching or substantially matching object representations of the compared collections of object representations exceeds a threshold number (i.e. 1, 2, 4, 7, 18, etc.) or threshold percentage (i.e. 41%, 62%, 79%, 85%, 93%, etc.). In some aspects, type of object representations, importance of object representations, and/or other elements or techniques relating to object representations can be utilized for determining similarity using object representations. In further aspects, some of the object representations can be omitted in determining similarity using object representa-

US 10,607,134 B1

157

tions depending on implementation. In further embodiments, determining a match or substantial match between compared object representations includes determining that the number or percentage of matching or substantially matching object properties of the compared object representations exceeds a threshold number (i.e. 1, 2, 3, 6, 11, etc.) or a threshold percentage (i.e. 55%, 61%, 78%, 82%, 99%, etc.). In some aspects, categories of object properties, importance of object properties, and/or other elements or techniques relating to object properties can be utilized for determining similarity using object properties. In further aspects, some of the object properties can be omitted in determining similarity using object properties depending on implementation. In some designs, substantial similarity of individually compared collections of object representations can be achieved when a similarity between one or more portions of one collection of object representations and one or more portions of another collection of object representations exceeds a similarity threshold. In other designs, substantial similarity of individually compared collections of object representations can be achieved when the number or percentage of matching or substantially matching object representations of the compared collections of object representations exceeds a threshold number (i.e. 1, 2, 4, 7, 18, etc.) or threshold percentage (i.e. 41%, 62%, 79%, 85%, 93%, etc.). In further aspects, substantial similarity of compared object representations can be achieved when the number or percentage of matching or substantially matching object properties of the compared object representations exceeds a threshold number (i.e. 1, 2, 3, 6, 11, etc.) or a threshold percentage (i.e. 55%, 61%, 78%, 82%, 99%, etc.). In some embodiments, determining at least a partial match between collectively compared collections of object representations (i.e. streams of collections of object representations, etc.) includes determining that the number or percentage of matching or substantially matching collections of object representations of the compared streams of collections of object representations exceeds a threshold number (i.e. 1, 2, 4, 9, 33, 138, etc.) or threshold percentage (i.e. 39%, 58%, 77%, 88%, 94%, etc.). In some aspects, importance of collections of object representations, order of collections of object representations, and/or other elements or techniques relating to collections of object representations can be utilized for determining similarity of collectively compared collections of object representations or streams of collections of object representations. In further aspects, some of the collections of object representations can be omitted in determining similarity of collectively compared collections of object representations or streams of collections of object representations depending on implementation. In some designs, a threshold for a number or percentage similarity can be used to determine a match or substantial match between any of the aforementioned elements. Any text, number, and/or other data similarity determination techniques can be used in any of the aforementioned similarity determinations. A partial match of any of the compared elements may include a substantially or otherwise similar match, and vice versa. Therefore, these terms may be used interchangeably herein depending on context. Although, substantial similarity or substantial match is frequently used herein, it should be understood that any level of similarity, however high or low, may be utilized as defined by the rules (i.e. thresholds, etc.) for similarity. Any combination of the aforementioned and/or other elements or techniques can be utilized in alternate embodiments. Determining can be omitted where anticipating of an avatar's and/or application's operation in circumstances including objects with various

158

properties is not implemented. Determining comprises any action or operation by or for a Similarity Comparison 125, Decision-making Unit 540, and/or other disclosed elements.

At step 9140, the first one or more instruction sets for operating the avatar correlated with the first collection of object representations are executed. An instruction set can be executed by a processor and/or other processing element. Executing can be performed in response to the aforementioned determining. In some aspects, an instruction set anticipated or determined to be used for autonomous operating of an avatar of an application may be executed. In other aspects, where an application does not comprise an avatar or rely on an avatar for its operation, an instruction set anticipated or determined to be used for autonomous operating of an application may be executed. Therefore, a reference to an instruction set to be used or executed for autonomous operating of an avatar includes or can be substituted with a reference to an instruction set to be used or executed for autonomous operating of an application depending on context. In some aspects, instruction sets anticipated or determined to be used or executed in an avatar's and/or application's autonomous operation may be referred to as anticipatory instruction sets, alternate instruction sets, and/or other suitable name or reference. Therefore, these terms can be used interchangeably herein depending on context. Executing may include executing one or more alternate instruction sets (i.e. anticipatory instruction sets, etc.) instead of or prior to an instruction set that would have been executed in a regular course of execution. In some embodiments, executing may include modifying a register or other element of a processor with one or more alternate instruction sets. Executing may also include redirecting a processor to one or more alternate instruction sets. In further embodiments, a processor may run an application including instruction sets for operating an avatar and/or the application. In some aspects, executing includes executing one or more alternate instruction sets as part of the avatar and/or application. In other aspects, executing includes modifying the avatar and/or application with one or more alternate instruction sets. In further aspects, executing includes redirecting the avatar and/or application to one or more alternate instruction sets. In further aspects, executing includes modifying one or more instruction sets of the avatar and/or application. In further aspects, executing includes modifying the avatar's and/or application's source code, bytecode, intermediate code, compiled code, interpreted code, translated code, runtime code, assembly code, machine code, or other code. In further aspects, executing includes modifying memory, processor register, storage, repository, and/or other elements where the avatar's and/or application's instruction sets are stored or used. In further aspects, executing includes modifying the avatar and/or application at source code write time, compile time, interpretation time, translation time, linking time, loading time, runtime, or other time. In further aspects, executing includes modifying one or more of the avatar's and/or application's lines of code, statements, instructions, functions, routines, subroutines, basic blocks, or other code segments. In further aspects, executing includes a manual, automatic, dynamic, just in time (JIT), or other instrumentation of the avatar and/or application. In further aspects, executing includes utilizing a dynamic, interpreted, scripting, or other programming language. In further aspects, executing includes utilizing dynamic code, dynamic class loading, or reflection. In further aspects, executing includes utilizing assembly language. In further aspects, executing includes utilizing metaprogramming, self-modifying code, and/or a tool or technique for modify-

US 10,607,134 B1

159

ing the avatar and/or application. In further aspects, executing includes utilizing just in time (JIT) compiling, JIT interpretation, JIT translation, dynamic recompiling, or binary rewriting. In further aspects, executing includes utilizing dynamic expression creation, dynamic expression execution, dynamic function creation, or dynamic function execution. In further aspects, executing includes adding or inserting additional code into the avatar's and/or application's code. In further aspects, executing includes modifying, removing, rewriting, or overwriting the avatar's and/or application's code. In further aspects, executing includes branching, redirecting, extending, or hot swapping the avatar's and/or application's code. Branching or redirecting the avatar's and/or application's code may include inserting a branch, jump, or other means for redirecting the avatar's and/or application's execution. In further embodiments, executing includes modifying a virtual machine, a runtime engine, a compiler/interpreter/translator, an operating system, an execution stack, a storage, a memory, an input, and/or other elements of a computing system used in operating an avatar and/or application. Executing may be caused by ACAAO Unit **100**, Artificial Intelligence Unit **110**, Modification Interface **130**, and/or other disclosed elements. Executing comprises any action or operation by or for a Processor **11**, Application Program **18**, Avatar **605**, Modification Interface **130**, and/or other disclosed elements.

At step **9145**, one or more operations defined by the first one or more instruction sets for operating the avatar correlated with the first collection of object representations are performed by the avatar. The one or more operations may be performed in response to the aforementioned executing. In some aspects, an operation includes any operation that can be performed by/with/on an avatar. For example, an operation includes moving, maneuvering, jumping, running, shooting, selecting, and/or other operations in a context of a computer game, virtual world, 3D or 2D graphics application, and/or others. An operation of an avatar may include other operations in contexts of other applications. In further aspects, where an application does not comprise an avatar or rely on an avatar for its operation, an operation includes any operation that can be performed by/with/on an application and/or objects thereof. One of ordinary skill in art will recognize that, while all possible variations of operations by/with/on an avatar and/or application are too voluminous to list and limited only by the avatar's and/or application's design and/or user's utilization, other operations are within the scope of this disclosure.

Referring to FIG. **31**, the illustration shows an embodiment of a method **9200** for learning and/or using an avatar's circumstances for autonomous avatar operation. In some aspects, the method can be used on a computing device or system to enable learning of an avatar's operation in circumstances including objects with various properties and enable autonomous avatar operation in similar circumstances. Method **9200** may include any action or operation of any of the disclosed methods such as method **9100**, **9300**, **9400**, **9500**, **9600**, and/or others. Additional steps, actions, or operations can be included as needed, or some of the disclosed ones can be optionally omitted, or a different combination or order thereof can be implemented in alternate embodiments of method **9200**.

At step **9205**, a first collection of object representations is received. Step **9205** may include any action or operation described in Step **9105** of method **9100** as applicable.

160

At step **9210**, a first one or more instruction sets for operating an avatar are received. Step **9210** may include any action or operation described in Step **9110** of method **9100** as applicable.

At step **9215**, the first collection of object representations correlated with the first one or more instruction sets for operating the avatar are learned. Step **9215** may include any action or operation described in Step **9115** and/or Step **9120** of method **9100** as applicable.

At step **9220**, a new collection of object representations is received. Step **9220** may include any action or operation described in Step **9125** of method **9100** as applicable.

At step **9225**, the first one or more instruction sets for operating the avatar correlated with the first collection of object representations are anticipated based on at least a partial match between the new collection of object representations and the first collection of object representations. Step **9225** may include any action or operation described in Step **9130** and/or Step **9135** of method **9100** as applicable.

At step **9230**, the first one or more instruction sets for operating the avatar correlated with the first collection of object representations are executed. Step **9230** may include any action or operation described in Step **9140** of method **9100** as applicable.

At step **9235**, one or more operations defined by the first one or more instruction sets for operating the avatar correlated with the first collection of object representations are performed by the avatar. Step **9235** may include any action or operation described in Step **9145** of method **9100** as applicable.

Referring to FIG. **32**, the illustration shows an embodiment of a method **9300** for learning and/or using an avatar's circumstances for autonomous avatar operation. In some aspects, the method can be used on a computing device or system to enable learning of an avatar's operation in circumstances including objects with various properties and enable autonomous avatar operation in similar circumstances. Method **9300** may include any action or operation of any of the disclosed methods such as method **9100**, **9200**, **9400**, **9500**, **9600**, and/or others. Additional steps, actions, or operations can be included as needed, or some of the disclosed ones can be optionally omitted, or a different combination or order thereof can be implemented in alternate embodiments of method **9300**.

At step **9305**, a first stream of collections of object representations is received. Step **9305** may include any action or operation described in Step **9105** of method **9100** as applicable.

At step **9310**, a first one or more instruction sets for operating an avatar are received. Step **9310** may include any action or operation described in Step **9110** of method **9100** as applicable.

At step **9315**, the first stream of collections of object representations is correlated with the first one or more instruction sets for operating the avatar. Step **9315** may include any action or operation described in Step **9115** of method **9100** as applicable.

At step **9320**, the first stream of collections of object representations correlated with the first one or more instruction sets for operating the avatar are stored. Step **9320** may include any action or operation described in Step **9120** of method **9100** as applicable.

At step **9325**, a new stream of collections of object representations is received. Step **9325** may include any action or operation described in Step **9125** of method **9100** as applicable.

US 10,607,134 B1

161

At step **9330**, the new stream of collections of object representations is compared with the first stream of collections of object representations. Step **9330** may include any action or operation described in Step **9130** of method **9100** as applicable.

At step **9335**, a determination is made that there is at least a partial match between the new stream of collections of object representations and the first stream of collections of object representations. Step **9335** may include any action or operation described in Step **9135** of method **9100** as applicable.

At step **9340**, the first one or more instruction sets for operating the avatar correlated with the first stream of collections of object representations are executed. Step **9340** may include any action or operation described in Step **9140** of method **9100** as applicable.

At step **9345**, one or more operations defined by the first one or more instruction sets for operating the avatar correlated with the first stream of collections of object representations are performed by the avatar. Step **9345** may include any action or operation described in Step **9145** of method **9100** as applicable.

Referring to FIG. **33**, the illustration shows an embodiment of a method **9400** for learning and/or using an application's circumstances for autonomous application operation. In some aspects, the method can be used on a computing device or system to enable learning of an application's operation in circumstances including objects with various properties and enable autonomous application operation in similar circumstances. Method **9400** may include any action or operation of any of the disclosed methods such as method **9100**, **9200**, **9300**, **9500**, **9600**, and/or others. Additional steps, actions, or operations can be included as needed, or some of the disclosed ones can be optionally omitted, or a different combination or order thereof can be implemented in alternate embodiments of method **9400**.

At step **9405**, a first collection of object representations is received. Step **9405** may include any action or operation described in Step **9105** of method **9100** as applicable.

At step **9410**, a first one or more instruction sets for operating an application are received. Step **9410** may include any action or operation described in Step **9110** of method **9100** as applicable.

At step **9415**, the first collection of object representations is correlated with the first one or more instruction sets for operating the application. Step **9415** may include any action or operation described in Step **9115** of method **9100** as applicable.

At step **9420**, the first collection of object representations correlated with the first one or more instruction sets for operating the application are stored. Step **9420** may include any action or operation described in Step **9120** of method **9100** as applicable.

At step **9425**, a new collection of object representations is received. Step **9425** may include any action or operation described in Step **9125** of method **9100** as applicable.

At step **9430**, the new collection of object representations is compared with the first collection of object representations. Step **9430** may include any action or operation described in Step **9130** of method **9100** as applicable.

At step **9435**, a determination is made that there is at least a partial match between the new collection of object representations and the first collection of object representations. Step **9435** may include any action or operation described in Step **9135** of method **9100** as applicable.

162

At step **9440**, the first one or more instruction sets for operating the application correlated with the first collection of object representations are executed. Step **9440** may include any action or operation described in Step **9140** of method **9100** as applicable.

At step **9445**, one or more operations defined by the first one or more instruction sets for operating the application correlated with the first collection of object representations are performed by the application. Step **9445** may include any action or operation described in Step **9145** of method **9100** as applicable.

Referring to FIG. **34**, the illustration shows an embodiment of a method **9500** for learning and/or using an application's circumstances for autonomous application operation. In some aspects, the method can be used on a computing device or system to enable learning of an application's operation in circumstances including objects with various properties and enable autonomous application operation in similar circumstances. Method **9500** may include any action or operation of any of the disclosed methods such as method **9100**, **9200**, **9300**, **9400**, **9600**, and/or others. Additional steps, actions, or operations can be included as needed, or some of the disclosed ones can be optionally omitted, or a different combination or order thereof can be implemented in alternate embodiments of method **9500**.

At step **9505**, a first collection of object representations is received. Step **9505** may include any action or operation described in Step **9105** of method **9100** as applicable.

At step **9510**, a first one or more instruction sets for operating an application are received. Step **9510** may include any action or operation described in Step **9110** of method **9100** as applicable.

At step **9515**, the first collection of object representations correlated with the first one or more instruction sets for operating the application are learned. Step **9515** may include any action or operation described in Step **9115** and/or Step **9120** of method **9100** as applicable.

At step **9520**, a new collection of object representations is received. Step **9520** may include any action or operation described in Step **9125** of method **9100** as applicable.

At step **9525**, the first one or more instruction sets for operating the application correlated with the first collection of object representations are anticipated based on at least a partial match between the new collection of object representations and the first collection of object representations. Step **9525** may include any action or operation described in Step **9130** and/or Step **9135** of method **9100** as applicable.

At step **9530**, the first one or more instruction sets for operating the application correlated with the first collection of object representations are executed. Step **9530** may include any action or operation described in Step **9140** of method **9100** as applicable.

At step **9535**, one or more operations defined by the first one or more instruction sets for operating the application correlated with the first collection of object representations are performed by the application. Step **9535** may include any action or operation described in Step **9145** of method **9100** as applicable.

Referring to FIG. **35**, the illustration shows an embodiment of a method **9600** for learning and/or using an application's circumstances for autonomous application operation. In some aspects, the method can be used on a computing device or system to enable learning of an application's operation in circumstances including objects with various properties and enable autonomous application operation in similar circumstances. Method **9600** may

US 10,607,134 B1

163

include any action or operation of any of the disclosed methods such as method **9100**, **9200**, **9300**, **9400**, **9500**, and/or others. Additional steps, actions, or operations can be included as needed, or some of the disclosed ones can be optionally omitted, or a different combination or order thereof can be implemented in alternate embodiments of method **9600**.

At step **9605**, a first stream of collections of object representations is received. Step **9605** may include any action or operation described in Step **9105** of method **9100** as applicable.

At step **9610**, a first one or more instruction sets for operating an application are received. Step **9610** may include any action or operation described in Step **9110** of method **9100** as applicable.

At step **9615**, the first stream of collections of object representations is correlated with the first one or more instruction sets for operating the application. Step **9615** may include any action or operation described in Step **9115** of method **9100** as applicable.

At step **9620**, the first stream of collections of object representations correlated with the first one or more instruction sets for operating the application are stored. Step **9620** may include any action or operation described in Step **9120** of method **9100** as applicable.

At step **9625**, a new stream of collections of object representations is received. Step **9625** may include any action or operation described in Step **9125** of method **9100** as applicable.

At step **9630**, the new stream of collections of object representations is compared with the first stream of collections of object representations. Step **9630** may include any action or operation described in Step **9130** of method **9100** as applicable.

At step **9635**, a determination is made that there is at least a partial match between the new stream of collections of object representations and the first stream of collections of object representations. Step **9635** may include any action or operation described in Step **9135** of method **9100** as applicable.

At step **9640**, the first one or more instruction sets for operating an application correlated with the first stream of collections of object representations are executed. Step **9640** may include any action or operation described in Step **9140** of method **9100** as applicable.

At step **9645**, one or more operations defined by the first one or more instruction sets for operating the application correlated with the first stream of collections of object representations are performed by the application. Step **9645** may include any action or operation described in Step **9145** of method **9100** as applicable.

Referring to FIG. **36**, in some exemplary embodiments, Application Program **18** may be or include a 3D Computer Game **18**a. Examples of 3D Computer Game **18**a include a first shooter game, a flight simulation, a driving simulation, and/or others. Avatar **605** may be or include Soldier **605**a within 3D Computer Game **18**a. Soldier **605**a can be controlled by User **50** (i.e. game player, etc.) through inputting operating directions via Human-machine Interface **23** such as a game controller, keyboard, joystick, or other input device. For instance, responsive to User's **50** manipulating one or more game controller elements, Soldier **605**a may be caused to move, maneuver, shoot, jump, and/or perform other operations. Computing Device **70** may include or be coupled to ACAAO Unit **100**. ACAAO Unit **100** can obtain objects (i.e. Opponent **615**aa, Dog **615**ab, Pedestrian **615**ac, etc.) and/or their properties in Soldier's **605**a surrounding

164

within 3D Computer Game **18**a. ACAAO Unit **100** may create or generate one or more (i.e. stream, etc.) Collections of Object Representations **525** comprising Object Representations **625**, Object Properties **630**, and/or other elements or information representing Objects **615** in Soldier's **605**a surrounding. ACAAO Unit **100** can also obtain Instruction Sets **526** used or executed in operating Soldier **605**a. ACAAO Unit **100** can also optionally obtain any Extra Info **527** (i.e. time, location, computed, visual, acoustic, contextual, and/or other information, etc.) related to Soldier's **605**a operation. As User **50** operates Soldier **605**a in circumstances including objects with various properties as shown, ACAAO Unit **100** may learn Soldier's **605**a operation in these circumstances by correlating Collections of Object Representations **525** representing Objects **615** in Soldier's **605**a surrounding with one or more Instruction Sets **526** used or executed in operating Soldier **605**a. Any Extra Info **527** related to Soldier's **605**a operation may also optionally be correlated with Collections of Object Representations **525**. ACAAO Unit **100** can store this knowledge into Knowledgebase **530** (i.e. Neural Network **530**a, Graph **530**b, Collection of Sequences **530**c, Sequence **533**, Collection of Knowledge Cells **530**d, etc.). In the future, ACAAO Unit **110** may compare incoming Collections of Object Representations **525** representing Objects **615** in Soldier's **605**a surrounding with previously learned Collections of Object Representations **525** including optionally using any Extra Info **527** for enhanced decision making. If substantially similar or at least a partial match is found or determined, ACAAO Unit **110** may cause the Instruction Sets **526** correlated with the previously learned Collections of Object Representations **525** to be executed, thereby enabling autonomous operation of Soldier **605**a in similar circumstances as in previously learned ones. For instance, ACAAO Unit **100** may learn User **50**-directed shooting at Opponent **615**aa by Soldier **605**a in a circumstance that includes Opponent **615**aa, Dog **615**ab, Pedestrian **615**ac, and/or other Objects **615** among which Soldier **605**a may need to maneuver and/or with which Soldier **605**a may need to interact, as shown. In the future, when a circumstance that includes one or more Objects **615** with similar Object Properties **630** is encountered, ACAAO Unit **100** may implement the shooting at Opponent **615**aa by Soldier **605**a autonomously. In some designs, 3D Computer Game **18**a may include elevated Objects **615** such as flying objects (i.e. flying animals, aircraft, etc.), objects on hills or mountains, objects on buildings, and/or others in which case altitudinal information related to distance and bearing/angle of Objects **615** relative to Soldier **605**a can be obtained, learned, and used. In other designs, the street (not enumerated), parts thereof (i.e. curbs, sidewalks, etc.), and/or objects thereon (i.e. buildings, etc.) can be obtained as Objects **615** themselves, which may be learned and used.

In some embodiments, ACAAO Unit **100** may reside on Server **96** accessible over Network **95** as previously described. In such embodiments, any number of Computing Devices **70**, Processors **11**, 3D Computer Games **18**a, and/or other elements may connect to such remote ACAAO Unit **100** and the remote ACAAO Unit **100** may learn operations of their Soldiers **605**a in circumstances including objects with various properties. In turn, any number of Computing Devices **70**, Processors **11**, 3D Computer Games **18**a, and/or other elements can utilize the remote ACAAO Unit **100** for autonomous operation of their Soldiers **605**a. For example, multiple Users **50** (i.e. game players, etc.) may operate their Soldiers **605**a in 3D Computer Game **1** running on their respective Computing Devices **70** where the Computing

US 10,607,134 B1

165      166

Devices **70** and/or elements thereof may be configured to transmit Soldiers' **605***a* operations in circumstances including objects with various properties to a remote ACAAO Unit **100**. Such remote ACAAO Unit **100** enables learning of the game players' collective knowledge of operating Soldier **605***a* in circumstances including objects with various properties. Any of the disclosed elements such as Artificial Intelligence Unit **110**, Knowledgebase **530**, and/or others can reside on Server **96**, and any combination of local and remote elements can be implemented in alternate embodiments.

In some embodiments, a combination of ACAAO Unit **100** and other systems and/or techniques can be utilized to implement Soldier's **605***a* operation. In one example, ACAAO Unit **100** can be a primary or preferred system for implementing Soldier's **605***a* operation. While operating autonomously under the control of ACAAO Unit **100**, Soldier **605***a* may encounter a circumstance including objects with various properties that has not been encountered or learned before. In such situations, User **50** and/or non-ACAAO system may take control of Soldier's **605***a* operation. ACAAO Unit **100** may take control again when Soldier **605***a* encounters a previously learned circumstance including objects with various properties. Naturally, ACAAO Unit **100** can learn Soldier's **605***a* operation in circumstances while User **50** and/or non-ACAAO system is in control of Soldier **605***a*, thereby reducing or eliminating the need for future involvement of User **50** and/or non-ACAAO system. In another example, User **50** and/or non-ACAAO system can be a primary or preferred system for implementing Soldier's **605***a* operation. While operating under the control of User **50** and/or non-ACAAO system, User **50** and/or non-ACAAO system may release control to ACAAO Unit **100** for any reason (i.e. User **50** gets tired or distracted, non-ACAAO system gets stuck or cannot make a decision, etc.), at which point Soldier **605***a* can be controlled by ACAAO Unit **100**. In some designs, ACAAO Unit **100** may take control in certain special circumstances including objects with various properties where ACAAO Unit **100** offers superior performance even though User **50** and/or non-ACAAO system may generally be preferred. Once Soldier **605***a* leaves such special circumstances, ACAAO Unit **100** may release control to User **50** and/or non-ACAAO system. In general, ACAAO Unit **100** can take control from, share control with, or release control to User **50**, non-ACAAO system, and/or other system or process at any time, in any circumstances, and remain in control for any period of time as needed.

In some embodiments, ACAAO Unit **100** may control one or more elements of Soldier **605***a* while User **50** and/or non-ACAAO system may control other one or more elements of Soldier **605***a*. For example, ACAAO Unit **100** may control Soldier's **605***a* movement, while User **50** and/or non-ACAAO system may control Soldier's **605***a* aiming and shooting. Any other combination of controlling various elements or functions of Soldier **605***a* by ACAAO Unit **100**, User **50**, and/or non-ACAAO system can be implemented.

In some embodiments, ACAAO Unit **100** enables learning of a particular User's **50** (i.e. game player's, etc.) knowledge, methodology, or style of operating Soldier **605***a* within 3D Game Application **18***a*. In some aspects, learning of a particular User's **50** knowledge, methodology, or style of operating Soldier **605***a* includes learning the User's **50** directing or operating Soldier **605***a* in circumstances including objects with various properties. In one example, one User **50** may shoot an opponent while another User **50** may strike the opponent with a sword. In another example, one

User **50** may jump over an obstacle while another User **50** may move around the obstacle, and so on. The knowledge of User's **50** methodology or style of operating Soldier **605***a* can be used to enable personalized autonomous operation of Soldier **605***a* specific to a particular User **50**. Therefore, ACAAO-enabled Soldier **605***a* can exemplify User's **50** knowledge, methodology, or style of operating Soldier **605***a* as learned from User **50**. In some aspects, this functionality enables one or more ACAAO-enabled Soldiers **605***a* to be utilized in 3D Computer Game **18***a* to assist User **50** in defeating an opponent or achieving other goals. In one example, User **50** can utilize a team of ACAAO-enabled Soldiers **605***a* each of which may exemplify User's **50** knowledge, methodology, or style of operating Soldier **605***a*. In one instance, ACAAO-enabled Soldiers **605***a* may be dispersed around a User **50**-controlled Soldier **605***a* within a specific radius and follow User **50**-controlled Soldier's **605***a* movement. In another instance, ACAAO-enabled Soldiers **605***a* may move autonomously toward a certain point or goal in 3D Computer Game **18***a*. In a further instance, ACAAO-enabled Soldiers **605***a* can be completely autonomous and rely solely on the knowledge learned from User's **50** methodology or style of operating Soldier **605***a*. In other aspects, ACAAO Unit **100** enables a professional or other experienced User **50** (i.e. game player, etc.) to record his/her knowledge, methodology, or style of operating Soldier **605***a* into Knowledgebase **530** (i.e. Neural Network **530***a*, Graph **530***b*, Collection of Sequences **530***c*, Sequence **533**, Collection of Knowledge Cells **530***d*, etc.) and/or other repository. User **50** can then sell or make available his/her knowledge, methodology, or style of operating Soldier **605***a* to other users who may want to implement User's **50** knowledge, methodology, or style of operating Soldier **605***a*. Knowledgebase **530** and/or other repository comprising User's **50** knowledge, methodology, or style of operating Soldier **605***a* can be available to other users via a storage medium, via a network, or via other means.

One of ordinary skill in art will understand that the aforementioned features, functionalities, and embodiments described with respect to 3D Computer Game **18***a* can be implemented in any 3D Application Program **18** such as a 3D virtual world, 3D graphics application, computer aided design (CAD) application, and/or others. Similar features, functionalities, and embodiments can also be implemented in a 2D Application Program **18**, and/other application program as applicable, and vice versa.

Referring to FIG. **37**, in some exemplary embodiments, Application Program **18** may be or include a 2D Computer Game **18***b*. Examples of 2D Computer Game **18***b* include a strategy game, a shooter game, a tile-matching game, a platform game, and/or others. Avatar **605** may be or include Tank **605***b* within 2D Computer Game **18***b*. Tank **605***b* can be controlled by User **50** (i.e. game player, etc.) through inputting operating directions via Human-machine Interface **23** such as a game controller, keyboard, joystick, or other input device. For instance, responsive to User's **50** manipulating one or more game controller elements, Tank **605***b* may be caused to move, maneuver, shoot, and/or perform other operations. Computing Device **70** may include or be coupled to ACAAO Unit **100**. ACAAO Unit **100** can obtain objects (i.e. Helicopter **615***ba*, Rocket Launcher **615***bb*, Communication Center **615***bc*, Tank **615***bd*, etc.) and/or their properties in Tank's **605***b* surrounding within 2D Computer Game **18***b*. ACAAO Unit **100** may create or generate one or more (i.e. stream, etc.) Collections of Object Representations **525** comprising Object Representations **625**, Object Properties **630**, and/or other elements or information representing

US 10,607,134 B1

167

Objects **615** in Tank's **605**b surrounding. ACAAO Unit **100** can also obtain Instruction Sets **526** used or executed in operating Tank **605**b. ACAAO Unit **100** can also optionally obtain any Extra Info **527** (i.e. time, location, computed, visual, acoustic, contextual, and/or other information, etc.) related to Tank's **605**b operation. As User **50** operates Tank **605**b in circumstances including objects with various properties as shown, ACAAO Unit **100** may learn Tank's **605**b operation in these circumstances by correlating Collections of Object Representations **525** representing Objects **615** in Tank's **605**b surrounding with one or more Instruction Sets **526** used or executed in operating Tank **605**b. Any Extra Info **527** related to Tank's **605**b operation may also optionally be correlated with Collections of Object Representations **525**. ACAAO Unit **100** can store this knowledge into Knowledgebase **530** (i.e. Neural Network **530**a, Graph **530**b, Collection of Sequences **530**c, Sequence **533**, Collection of Knowledge Cells **530**d, etc.). In the future, ACAAO Unit **110** may compare incoming Collections of Object Representations **525** representing Objects **615** in Tank's **605**b surrounding with previously learned Collections of Object Representations **525** including optionally using any Extra Info **527** for enhanced decision making. If substantially similar or at least a partial match is found or determined, ACAAO Unit **110** may cause the Instruction Sets **526** correlated with the previously learned Collections of Object Representations **525** to be executed, thereby enabling autonomous operation of Tank **605**b in similar circumstances as in previously learned ones. For instance, ACAAO Unit **100** may learn User **50**-directed maneuvering and shooting by Tank **605**b in a circumstance that includes Helicopter **615**ba, Rocket Launcher **615**bb, Communication Center **615**bc, Tank **615**bd, and/or other Objects **615** among which Tank **605**b may need to maneuver and/or with which Tank **605**b may need to interact, as shown. In the future, when a circumstance that includes one or more Objects **615** with similar Object Properties **630** is encountered, ACAAO Unit **100** may implement the maneuvering and shooting by Tank **605**b autonomously. In some designs, 2D Computer Game **18**b may include 3D effects such as the effect of flying objects (i.e. flying animals, aircraft, Helicopter **615**ba, etc.), objects on hills or mountains, objects on buildings, and/or other elevated objects in which case altitudinal information related to distance and bearing/angle of Objects **615** relative to Tank **605**b can be obtained, learned, and used. In other designs, the canyon (not enumerated) and/or parts thereof (i.e. cliffs, ridges, etc.) can be obtained as Objects **615** themselves, which may be learned and used.

Referring to FIG. **38**, in some exemplary embodiments, an Area of Interest **450** can be utilized. In one example, Area of Interest **450** may include a radial, circular, elliptical, or other such area around Tank **605**b. In another example, Area of Interest **450** may include a triangular, rectangular, octagonal, or other such area around Tank **605**b. In a further example, Area of Interest **450** may include a spherical, cubical, pyramid-like, or other such area around Tank **605**b as applicable to 3D space. Any other Area of Interest **450** shape can be utilized depending on implementation. The shape and/or size of Area of Interest **450** can be defined by a user, by ACAAO system administrator, or automatically by the system based on experience, testing, inquiry, analysis, synthesis, or other techniques, knowledge, or input. For instance, Area of Interest **450** may include or be defined by a circle around Tank **605**b with a radius of 250 meters. Any other radiuses or sizes of Area of Interest **450** can be used such as 0.27 m, 1 m, 7 m, 19 m, 382 m, 7116 m, 49276 m, and so on. Utilizing Area of Interest **450** enables ACAAO

168

Unit **100** to focus on Tank's **605**b surrounding, thereby ignoring extraneous detail in the rest of the space. In some designs, Tank's **605**b surrounding may include or be defined by Area of Interest **450**. In some aspects, Area of Interest **450** can be subdivided into sub-areas (i.e. sub-circles, sub-rectangles, sub-spheres, etc.). Sub-areas can be used to classify the surrounding by distance from Tank **605**b. For example, the surrounding closer to Tank **605**b may be more important and may be assigned higher importance index or weight. As User **50** operates Tank **605**b in circumstances including objects with various properties as shown, ACAAO Unit **100** may learn Tank's **605**b operation in these circumstances by correlating Collections of Object Representations **525** representing Objects **615** in Area of Interest **450** around Tank **605**b with one or more Instruction Sets **526** used or executed in operating Tank **605**b. Any Extra Info **527** related to Tank's **605**b operation may also optionally be correlated with Collections of Object Representations **525**. ACAAO Unit **100** can store this knowledge into Knowledgebase **530** (i.e. Neural Network **530**a, Graph **530**b, Collection of Sequences **530**c, Sequence **533**, Collection of Knowledge Cells **530**d, etc.). In the future, ACAAO Unit **110** may compare incoming Collections of Object Representations **525** representing Objects **615** in Area of Interest **450** around Tank **605**b with previously learned Collections of Object Representations **525** including optionally using any Extra Info **527** for enhanced decision making. If substantially similar or at least a partial match is found or determined, ACAAO Unit **110** may cause the Instruction Sets **526** correlated with the previously learned Collections of Object Representations **525** to be executed, thereby enabling autonomous operation of Tank **605**b in similar Areas of Interest **450** as in previously learned ones. For instance, ACAAO Unit **100** may learn User **50**-directed maneuvering and shooting by Tank **605**b in an Area of Interest **450** that includes Rocket Launcher **615**bb, Communication Center **615**bc, Tank **615**bd, and/or other Objects **615** among which Tank **605**b may need to maneuver and/or with which Tank **605**b may need to interact, as shown. In the future, when an Area of Interest **450** that includes one or more Objects **615** with similar Object Properties **630** is encountered, ACAAO Unit **100** may implement the maneuvering and shooting by Tank **605**b autonomously.

Referring to FIG. **39**, in some exemplary embodiments, Application Program **18** may be or include a 2D Computer Game **18**c comprising multiple Avatars **605** that User **50** can control or operate. As multiple Avatars **605** can perform operations in such 2D Computer Game **18**c, Area of Interest **450** in 2D Computer Game **18**c including multiple Avatars **605** and/or other Objects **615** may be more relevant than a particular Avatar's **605** surrounding or Area of Interest **450** for learning circumstances including objects with various properties. In some aspects, Area of Interest **450** in 2D Computer Game **18**c may include the entire 2D Computer Game **18**c, a part of 2D Computer Game **18**c that is shown to User **50** (i.e. on a display, via a graphical user interface, etc.), or any part of 2D Computer Game **18**c. Examples of 2D Computer Game **18**c include a strategy game, a board game, a tile-matching game, and/or others. Avatars **605** may be or include Ships **605**c1-**605**c3, etc. within 2D Computer Game **18**c. Ships **605**c1-**605**c3, etc. can be controlled by User **50** (i.e. game player, etc.) through inputting operating directions via Human-machine Interface **23** such as a game controller, keyboard, joystick, or other input device. For instance, responsive to User's **50** manipulating one or more game controller elements, Ships **605**c1-**605**c3, etc. may be caused to move, maneuver, shoot, and/or perform other

US 10,607,134 B1

169

170

operations. Computing Device **70** may include or be coupled to ACAAO Unit **100**. ACAAO Unit **100** can obtain objects and/or their properties in Area of Interest **450** in 2D Computer Game **18***c*. For instance, Area of Interest **450** in 2D Computer Game **18***c* may include Ships **605***c*1-**605***c*3, etc., Ships **615***c*1-**615***c*3, etc., and/or other objects. Properties of each of the objects may include a location defined by coordinates. ACAAO Unit **100** may create or generate one or more (i.e. stream, etc.) Collections of Object Representations **525** comprising Object Representations **625**, Object Properties **630**, and/or other elements or information representing Objects **615** in Area of Interest **450** in 2D Computer Game **18***c*. ACAAO Unit **100** can also obtain Instruction Sets **526** used or executed in operating Ships **605***c*1-**605***c*3, etc. ACAAO Unit **100** can also optionally obtain any Extra Info **527** (i.e. time, location, computed, visual, acoustic, contextual, and/or other information, etc.) related to Ships' **605***c*1-**605***c*3, etc. operation. As User **50** operates Ships **605***c*1-**605***c*3, etc. in circumstances including objects with various properties as shown, ACAAO Unit **100** may learn Ships' **605***c*1-**605***c*3, etc. operation in these circumstances by correlating Collections of Object Representations **525** representing Objects **615** in Area of Interest **450** in 2D Computer Game **18***c* with one or more Instruction Sets **526** used or executed in operating Ships **605***c*1-**605***c*3, etc. Any Extra Info **527** related to Ships' **605***c*1-**605***c*3, etc. operation may also optionally be correlated with Collections of Object Representations **525**. ACAAO Unit **100** can store this knowledge into Knowledgebase **530** (i.e. Neural Network **530***a*, Graph **530***b*, Collection of Sequences **530***c*, Sequence **533**, Collection of Knowledge Cells **530***d*, etc.). In the future, ACAAO Unit **110** may compare incoming Collections of Object Representations **525** representing Objects **615** in Area of Interest **450** in 2D Computer Game **18***c* with previously learned Collections of Object Representations **525** including optionally using any Extra Info **527** for enhanced decision making. If substantially similar or at least a partial match is found or determined, ACAAO Unit **110** may cause the Instruction Sets **526** correlated with the previously learned Collections of Object Representations **525** to be executed, thereby enabling autonomous operation of Ships **605***c*1-**605***c*3, etc. in similar circumstances as in previously learned ones. For instance, ACAAO Unit **100** may learn User **50**-directed maneuvering and shooting by Ships **605***c*1-**605***c*3, etc. in a circumstance that includes Ships **615***c*1-**615***c*3 and/or other Objects **615** among which Ships **605***c*1-**605***c*3, etc. may need to maneuver and/or with which Ships **605***c*1-**605***c*3, etc. may need to interact, as shown. In the future, when a circumstance that includes one or more Objects **615** with similar Object Properties **630** is encountered, ACAAO Unit **100** may implement the maneuvering and shooting by Ships **605***c*1-**605***c*3, etc. autonomously. In some designs, the islands (not enumerated), parts thereof (i.e. cliffs, ridges, beaches, mountains, etc.), and/or objects thereon (i.e. buildings, etc.) can be obtained as Objects **615** themselves, which may be learned and used.

One of ordinary skill in art will understand that the features, functionalities, and embodiments described in the above exemplary embodiments with respect to Soldier **605***a*, Tank **605***b*, and Ships **605***c*1-**605***c*3 can similarly be implemented by/with/on any Avatar **605** of Application Program **18** or by/with/on any Application Program **18**.

In some exemplary embodiments (not depicted), Application Program **18** may not comprise an Avatar **605** and/or may not rely on Avatar **605** for its operation. Application Program **18** can be controlled by User **50** through inputting operating directions via Human-machine Interface **23** such as a mouse, keyboard, or other input device. For instance, responsive to User's **50** pressing one or more mouse buttons, moving the mouse, and/or pressing keyboard buttons, an Object **615** of Application Program **18** may be inserted, deleted, selected, moved, and/or subject to other operations. Computing Device **70** may include or be coupled to ACAAO Unit **100**. ACAAO Unit **100** can obtain objects and/or their properties in Application Program **18**. In some aspects, Area of Interest **450** in Application Program **18** can be utilized as previously described. Area of Interest **450** in Application Program **18** may include the entire Application Program **18**, a part of Application Program **18** that is shown to User **50** (i.e. on a display, via a graphical user interface, etc.), or any part of Application Program **18**. For instance, ACAAO Unit **100** can obtain Objects **615** in Application Program **18** shown to User **50** via a graphical user interface. ACAAO Unit **100** may create or generate one or more (i.e. stream, etc.) Collections of Object Representations **525** comprising Object Representations **625**, Object Properties **630**, and/or other elements or information representing Objects **615** in Application Program **18**. ACAAO Unit **100** can also obtain Instruction Sets **526** used or executed in operating Application Program **18** and/or Objects **615** thereof. ACAAO Unit **100** can also optionally obtain any Extra Info **527** (i.e. time, location, computed, visual, acoustic, contextual, and/or other information, etc.) related to Application Program's **18** and/or Objects' **615** thereof operation. As User **50** operates Application Program **18** in circumstances including objects with various properties, ACAAO Unit **100** may learn Application Program's **18** operation in these circumstances by correlating Collections of Object Representations **525** representing Objects **615** in Application Program **18** with one or more Instruction Sets **526** used or executed in operating Application Program **18** and/or Objects **615** thereof. Any Extra Info **527** related to Application Program's **18** and/or Objects' **615** thereof operation may also optionally be correlated with Collections of Object Representations **525**. ACAAO Unit **100** can store this knowledge into Knowledgebase **530** (i.e. Neural Network **530***a*, Graph **530***b*, Collection of Sequences **530***c*, Sequence **533**, Collection of Knowledge Cells **530***d*, etc.). In the future, ACAAO Unit **110** may compare incoming Collections of Object Representations **525** representing Objects **615** in Application Program **18** with previously learned Collections of Object Representations **525** including optionally using any Extra Info **527** for enhanced decision making. If substantially similar or at least a partial match is found or determined, ACAAO Unit **110** may cause the Instruction Sets **526** correlated with the previously learned Collections of Object Representations **525** to be executed, thereby enabling autonomous operation of Application Program **18** and/or Objects **615** thereof in similar circumstances as in previously learned ones. For instance, ACAAO Unit **100** may learn User **50**-directed selecting an Object **615**, moving an Object **615**, and/or deleting an Object **615** of Application Program **18** in a circumstance that includes various Objects **615**. In the future, when a circumstance that includes one or more Objects **615** with similar Object Properties **630** is encountered, ACAAO Unit **100** may implement the selecting an Object **615**, moving an Object **615**, and/or deleting an Object **615** of Application Program **18** autonomously.

One of ordinary skill in art will understand that the functionalities described with respect to Application Program **18** and/or Objects **615** thereof can be implemented in any Application Program **18** such as a computer game, a virtual world, a 2D or 3D graphics application, a web browser, a media application, a word processing application,

US 10,607,134 B1

171                                                                                      172

a spreadsheet application, a database application, a forms-based application, an operating system, a device/system control application, and/or others as applicable. In such Application Programs **18**, examples of Objects **615** that can be utilized include a 2D model, a 3D model, a 2D shape (i.e. point, line, square, rectangle, circle, triangle, etc.), a 3D shape (i.e. cube, sphere, etc.), a graphical user interface (GUI) element, a form element (i.e. text field, radio button, push button, check box, etc.), a data or database element, a spreadsheet element, a link, a picture, a text (i.e. character, word, etc.), a number, and/or others as applicable. Application Program **18** may be or include any Application Program **18** that can benefit from the functionalities described herein.

It must be noted that as used herein and in the appended claims, the singular forms "a", "an", and "the" include plural referents unless the context dearly dictates otherwise.

A number of embodiments have been described herein. While this disclosure contains many specific implementation details, these should not be construed as limitations on the scope of the disclosure or of what may be claimed, but rather as descriptions of features specific to particular embodiments. It should be understood that various modifications can be made without departing from the spirit and scope of the disclosure. The logic flows depicted in the figures do not require the particular order shown, or sequential order, to achieve desirable results. Other or additional steps, elements, or connections can be included, or some of the steps, elements, or connections can be excluded, or a combination thereof can be utilized in the described flows, illustrations, or descriptions. Further, the various aspects of the disclosed devices, apparatuses, systems, and/or methods can be combined in whole or in part with each other to produce additional implementations. Moreover, separation of various components in the embodiments described herein should not be understood as requiring such separation in all embodiments, and it should be understood that the described components can generally be integrated together in a single product or packaged into multiple products. Accordingly, other embodiments are within the scope of the following claims.

The invention claimed is:

**1**. A system comprising:

one or more processors; and

one or more non-transitory machine readable media storing machine readable code that, when executed by the one or more processors, causes the one or more processors to perform at least:

accessing a first correlation including a first one or more object representations correlated with a first one or more instruction sets for operating a first avatar of an application, wherein the first one or more object representations represent one or more objects of the application;

generating or receiving a second one or more object representations, wherein the second one or more object representations represent one or more objects of the application;

determining the first one or more instruction sets for operating the first avatar of the application based on at least partial match between the second one or more object representations and the first one or more object representations; and

at least in response to the determining, causing the first avatar of the application or a second avatar of the application to perform one or more operations defined by the first one or more instruction sets for operating the first avatar of the application at least by executing

the first one or more instruction sets for operating the first avatar of the application.

**2**. The system of claim **1**, wherein the first one or more object representations include: one object representation, a stream of object representations, a collection of object representations, or a stream of collections of object representations, and wherein the second one or more object representations include: one object representation, a stream of object representations, a collection of object representations, or a stream of collections of object representations, and wherein the one or more objects of the application represented by the first one or more object representations are detected at a first time or during a first time period, and wherein the one or more objects of the application represented by the second one or more object representations are detected at a second time or during a second time period.

**3**. The system of claim **1**, wherein the determining the first one or more instruction sets for operating the first avatar of the application based on the at least partial match between the second one or more object representations and the first one or more object representations includes:

determining that a number of at least partially matching portions of the second one or more object representations and portions of the first one or more object representations exceeds a threshold number, or

determining that a percentage of at least partially matching portions of the second one or more object representations and portions of the first one or more object representations exceeds a threshold percentage.

**4**. The system of claim **1**, wherein the first correlation is included in a knowledgebase, and wherein the knowledgebase further includes a third correlation including a third one or more object representations correlated with a third one or more instruction sets for operating: the first avatar of the application, the second avatar of the application, a third avatar of the application, or an avatar of another application, and wherein the third one or more object representations represent one or more objects of: the application, or the another application, and wherein the first correlation is connected with the third correlation by a connection.

**5**. The system of claim **1**, wherein the second avatar of the application performs the one or more operations defined by the first one or more instruction sets for operating the first avatar of the application.

**6**. The system of claim **1**, wherein the one or more objects of the application represented by the first one or more object representations include one or more objects of the application in the first avatar's surrounding, and wherein the one or more objects of the application represented by the second one or more object representations include: one or more objects of the application in the first avatar's surrounding, or one or more objects of the application in the second avatar's surrounding, and wherein the first avatar's surrounding includes at least one of:

a part of the application in an area of interest around the first avatar,

a part of the application defined by a threshold distance from the first avatar,

a part of the application relative to the first avatar,

a part of the application around the first avatar,

a part of the application that is shown to a user,

a part of the application that is visible to a user, or

a part of the application, and wherein the second avatar's surrounding includes at least one of:

a part of the application in an area of interest around the second avatar,

US 10,607,134 B1

173

a part of the application defined by a threshold distance from the second avatar,

a part of the application relative to the second avatar,

a part of the application around the second avatar,

a part of the application that is shown to a user,

a part of the application that is visible to a user, or

a part of the application.

7. The system of claim 1, wherein, to correlate the first one or more object representations with the first one or more instruction sets for operating the first avatar of the application, a determination is made that the first one or more instruction sets for operating the first avatar of the application temporally correspond to the first one or more object representations.

8. The system of claim 1, wherein at least some elements of the system are included in: a single device, or multiple devices, and wherein the one or more processors include: one or more microcontrollers, one or more computing devices, or one or more electronic devices, and wherein the first correlation is stored in or on at least one of: at least one non-transitory machine readable medium of the one or more non-transitory machine readable media, another one or more non-transitory machine readable media, one or more volatile memories, one or more non-volatile memories, one or more storage devices, or one or more storage systems, and wherein the application includes: a video game, a computer game, a simulation program, a program including text processing, a program including number processing, a program including picture processing, a program including object processing, or a program, and wherein the application includes: one or more versions of the application, one or more upgrades of the application, one or more sequels of the application, one or more instances of the application, or one or more variations of the application, and wherein the first avatar of the application is a first object of the application and the second avatar of the application is a second object of the application, and wherein the first one or more object representations include one or more properties of the one or more objects represented by the first one or more object representations, and wherein the second one or more object representations include one or more properties of the one or more objects represented by the second one or more object representations, and wherein an instruction set of the first one or more instruction sets for operating the first avatar of the application includes at least one of: only one instruction, a plurality of instructions, one or more inputs, one or more commands, one or more computer commands, one or more keywords, one or more symbols, one or more operators, one or more variables, one or more values, one or more objects, one or more object references, one or more data structures, one or more data structure references, one or more functions, one or more function references, one or more parameters, one or more signals, one or more characters, one or more digits, one or more numbers, one or more user operating directions, one or more user directions, one or more user inputs, one or more representations of one or more user actions, one or more representations of one or more user clicks, one or more binary bits, one or more assembly language commands, one or more states, one or more state representations, one or more codes, one or more data, or one or more information, and wherein: an object of the application of the one or more objects of the application represented by the first one or more object representations is the same as an object of the application of the one or more objects of the application represented by the second one or more object representations, multiple objects of the application of the one or more objects of the application repre-

174

sented by the first one or more object representations are the same as multiple objects of the application of the one or more objects of the application represented by the second one or more object representations, all objects of the application of the one or more objects of the application represented by the first one or more object representations are the same as all objects of the application of the one or more objects of the application represented by the second one or more object representations, or all objects of the application of the one or more objects of the application represented by the first one or more object representations are different than all objects of the application of the one or more objects of the application represented by the second one or more object representations.

9. The system of claim 1, wherein the first correlation is included in a first knowledge cell, and wherein the first knowledge cell is a data structure for storing, structuring, or organizing the first correlation.

10. A method implemented using a computing system that includes one or more processors, the method comprising:

accessing a memory that stores at least a first correlation including a first one or more object representations correlated with a first one or more instruction sets for operating a first avatar of an application, wherein the first one or more object representations represent one or more objects of the application;

generating or receiving a second one or more object representations, wherein the second one or more object representations represent one or more objects of the application;

determining the first one or more instruction sets for operating the first avatar of the application based on at least partial match between the second one or more object representations and the first one or more object representations; and

at least in response to the determining, executing the first one or more instruction sets for operating the first avatar of the application, wherein the first avatar of the application or a second avatar of the application performs one or more operations defined by the first one or more instruction sets for operating the first avatar of the application.

11. The system of claim 1, wherein the first correlation is included in a knowledgebase, and wherein the knowledgebase further includes a third correlation including a third one or more object representations correlated with a third one or more instruction sets for operating the first avatar of the application, and wherein the third one or more object representations represent one or more objects of the application, and wherein at least a portion of the first correlation is learned in a learning process that includes operating the first avatar of the application at least partially by a user, and wherein at least a portion of the third correlation is learned in another learning process that includes operating the first avatar of the application at least partially by the user, and wherein the user is: a human user, or a non-human user.

12. The system of claim 1, wherein the first correlation is included in a knowledgebase, and wherein the knowledgebase further includes a third correlation including a third one or more object representations correlated with a third one or more instruction sets for operating the first avatar of the application, and wherein the third one or more object representations represent one or more objects of the application, and wherein at least a portion of the first correlation is learned in a learning process that includes operating the first avatar of the application at least partially by a user, and wherein at least a portion of the third correlation is learned

US 10,607,134 B1

175

in another learning process that includes operating the first avatar of the application at least partially by another user, and wherein the user is: a human user, or a non-human user, and wherein the another user is: a human user, or a non-human user.

**13**. The system of claim **1**, wherein the first correlation is included in a knowledgebase, and wherein the knowledgebase further includes a third correlation including a third one or more object representations correlated with a third one or more instruction sets for operating a third avatar of the application, and wherein the third one or more object representations represent one or more objects of the application, and wherein at least a portion of the first correlation is learned in a learning process that includes operating the first avatar of the application at least partially by a user, and wherein at least a portion of the third correlation is learned in another learning process that includes operating the third avatar of the application at least partially by: the user, or another user, and wherein the user is: a human user, or a non-human user, and wherein the another user is: a human user, or a non-human user.

**14**. The system of claim **1**, wherein the first correlation is included in a knowledgebase, and wherein the knowledgebase further includes a third correlation including a third one or more object representations correlated with a third one or more instruction sets for operating an avatar of another application, and wherein the third one or more object representations represent one or more objects of the another application.

**15**. The system of claim **1**, wherein the first one or more instruction sets for operating the first avatar of the application include one or more information about one or more states of: the first avatar of the application or a portion of the first avatar of the application.

**16**. The method system of claim **1**, wherein:

an element of the first correlation is deleted after the first correlation is generated,

an element of the first correlation is modified after the first correlation is generated,

an element of the first correlation is manipulated after the first correlation is generated, or

an element is inserted into the first correlation after the first correlation is generated.

**17**. The system of claim **1**, wherein the machine readable code, when executed by the one or more processors, causes the one or more processors to further perform at least:

modifying: the first one or more instruction sets for operating the first avatar of the application, or a copy of the first one or more instruction sets for operating the first avatar of the application, and wherein the executing the first one or more instruction sets for operating the first avatar of the application includes executing: the modified the first one or more instruction sets for operating the first avatar of the application, or the modified the copy of the first one or more instruction sets for operating the first avatar of the application, and

176

wherein the performing, by the first avatar of the application or by the second avatar of the application, the one or more operations defined by the first one or more instruction sets for operating the first avatar of the application includes performing, by the first avatar of the application or by the second avatar of the application, one or more operations defined by: the modified the first one or more instruction sets for operating the first avatar of the application, or the modified the copy of the first one or more instruction sets for operating the first avatar of the application.

**18**. The system of claim **1**, wherein at least a portion of the first correlation is learned in a learning process that includes:

operating the first avatar of the application at least partially by: a human user, or a non-human user:

generating or receiving the first one or more object representations; and

obtaining or receiving the first one or more instruction sets for operating the first avatar of the application.

**19**. A system comprising:

a memory that stores at least a first correlation including a first one or more object representations correlated with a first one or more instruction sets for operating a first avatar of an application, wherein the first one or more object representations represent one or more objects of the application;

means for generating or receiving a second one or more object representations, wherein the second one or more object representations represent one or more objects of the application;

means for determining the first one or more instruction sets for operating the first avatar of the application based on at least partial match between the second one or more object representations and the first one or more object representations; and

means for executing, at least in response to the determining, the first one or more instruction sets for operating the first avatar of the application, wherein the first avatar of the application or a second avatar of the application performs one or more operations defined by the first one or more instruction sets for operating the first avatar of the application.

**20**. The system of claim **19**, wherein the means for generating or receiving the second one or more object representations includes one or more processors, and wherein the means for determining the first one or more instruction sets for operating the first avatar of the application based on the at least partial match between the second one or more object representations and the first one or more object representations includes one or more processors, and wherein the means for executing, at least in response to the determining, the first one or more instruction sets for operating the first avatar of the application includes one or more processors.

\* \* \* \* \*