IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AUTONOMOUS DEVICES LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. _____ |
| | ) |
| TESLA, INC., | ) **JURY TRIAL DEMANDED** |
| | ) |
| Defendant. | ) |

## AUTONOMOUS DEVICES LLC'S CORPORATE DISCLOSURE STATEMENT

COMES NOW Plaintiff Autonomous Devices, LLC, Plaintiff in the above captioned matter, making the following disclosure pursuant to the provisions of Fed. R. Civ. P. 7.1: Plaintiff Autonomous Devices LLC has no parent corporation and no publicly held corporation owns 10% or more of its stock.

|  |  |
|---|---|
| OF COUNSEL:<br>Blair Jacobs<br>Christina A. Ondrick<br>John S. Holley<br>MCKOOL SMITH, P.C.<br>1999 K Street, NW Suite 600<br>Washington, D.C. 20006<br>(202) 370-8300<br><br>George T. Fishback, Jr.<br>MCKOOL SMITH, P.C.<br>303 Colorado Street, Suite 2100<br>Austin, TX 78701<br>(512) 692-8756<br><br>Dated: November 7, 2022 | /s/ Karen E. Keller<br>Karen E. Keller (No. 4489)<br>Emily S. DiBenedetto (No. 6779)<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>kkeller@shawkeller.com<br>edibenedetto@shawkeller.com<br>*Attorneys for Autonomous Devices LLC* |