IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AUTONOMOUS DEVICES LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 22-1466-MN |
| | ) | |
| TESLA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**<u>MOTION AND PROPOSED ORDER FOR ADMISSION PRO HAC VICE</u>**

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admission *pro hac vice* of Blair M. Jacobs, Christina A. Ondrick, and John S. Holley, of McKool Smith, P.C., 1999 K Street, NWS suite 600, Washington, DC 20006, and George T. Fishback, Jr., of McKool Smith P.C., 303 Colorado Street, Suite 2100, Austin, TX 78701, to represent plaintiff Autonomous Devices LLC in this matter.

OF COUNSEL:
Blair Jacobs
Christina A. Ondrick
John S. Holley
MCKOOL SMITH, P.C.
1999 K Street, NW Suite 600
Washington, D.C. 20006
(202) 370-8300

George T. Fishback, Jr.
MCKOOL SMITH, P.C.
303 Colorado Street, Suite 2100
Austin, TX 78701
(512) 692-8756

Dated: November 14, 2022

*/s/ Karen E. Keller*
Karen E. Keller (No. 4489)
Emily S. DiBenedetto (No. 6779)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
edibenedetto@shawkeller.com
*Attorneys for Autonomous Devices LLC*

## **[PROPOSED] ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for the admission *pro hac vice* of Blair

M. Jacobs, Christina A. Ondrick, John S. Holley and George T. Fishback, Jr., is granted.


_____

United States District Judge

Date: _____

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar(s) of DC and Virginia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action.   I also certify that I am generally familiar with this Court's Local Rules.   In accordance with Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: November 14, 2022

/s/ Blair M. Jacobs
Name:  Blair M. Jacobs
Firm: McKool Smith,P.C.
Address: 1999 K Street, NW Suite 600
        Washington, DC 20006
Telephone: 202-370-8300
Email: bjacobs@mckoolsmith.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar(s) of DC and Virginia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action.   I also certify that I am generally familiar with this Court's Local Rules.   In accordance with Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: November 14, 2022

*/s/ Christina A. Ondrick*

Name: Christina A. Ondrick
Firm: McKool Smith,P.C.
Address: 1999 K Street, NW Suite 600
        Washington, DC 20006
Telephone: 202-370-8300
Email: condrick@mckoolsmith.com

## <u>CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE</u>

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar(s) of DC and Virginia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action.   I also certify that I am generally familiar with this Court's Local Rules.   In accordance with Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: November 14, 2022

*/s/ John S. Holley*
Name: John S. Holley
Firm: McKool Smith,P.C.
Address: 1999 K Street, NW Suite 600
Washington, DC 20006
Telephone: 202-370-8300
Email: jholley@mckoolsmith.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar(s) of Texas, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action.   I also certify that I am generally familiar with this Court's Local Rules.   In accordance with Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: November 14, 2022                                                   /s/ George T. Fishback

Name: George T. Fishback
Firm: McKool Smith,P.C.
Address: 303 Colorado Street
Suite 2100
Austin, TX 78701
Telephone: 512-692-8756
Email: gfishback@mckoolsmith.com