IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AUTONOMOUS DEVICES LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 22-1466-MN |
| | ) |
| TESLA, INC., | ) |
| | ) |
| Defendant. | ) |

**UNOPPOSED MOTION AND ORDER TO EXTEND TIME**

The Defendant's deadline to answer or otherwise respond to the complaint in the above action is November 29, 2022, and the Defendant has requested an extension of that deadline. Plaintiff has agreed to extend the Defendant's deadline to December 29, 2022, and further has agreed, as a courtesy, to request the extension on the Defendant's behalf.

WHEREFORE, Plaintiff respectfully requests that the Court extend the Defendant's deadline to answer, move, or otherwise respond to the complaint through and including December 29, 2022.

OF COUNSEL:
Blair Jacobs
Christina A. Ondrick
John S. Holley
McKool Smith, P.C.
1999 K Street, NW Suite 600
Washington, D.C. 20006
(202) 370-8300

/s/ Karen E. Keller
Karen E. Keller (No. 4489)
Emily S. DiBenedetto (No. 6779)
Shaw Keller LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
edibenedetto@shawkeller.com
*Attorneys for Autonomous Devices LLC*

George T. Fishback, Jr.
McKool Smith, P.C.
303 Colorado Street, Suite 2100
Austin, TX 78701
(512) 692-8756

Dated: November 29, 2022

        SO ORDERED this \_\_\_\_ day of _____, 2022.

        _____
        United States District Judge