IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AUTONOMOUS DEVICES LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 22-1466-MN |
| | ) |
| TESLA, INC., | ) |
| | ) |
| Defendant. | ) |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time for Defendant Tesla, Inc. to move, answer, or otherwise respond to the Complaint is extended until January 13, 2023.

| | |
|---|---|
| SHAW KELLER LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| /s/ *Karen E. Keller* | /s/ *Brian P. Egan* |
| Karen E. Keller (#4489) | Jack B. Blumenfeld (#1014) |
| Emily S. DiBenedetto (#6779) | Brian P. Egan (#6227) |
| I.M. Pei Building | 1201 North Market Street |
| 1105 North Market Street, 12th Floor | P.O. Box 1347 |
| Wilmington, DE 19801 | Wilmington, DE 19899 |
| (302) 298-0700 | (302) 658-9200 |
| kkeller@shawkeller.com | jblumenfeld@morrisnichols.com |
| edibenedetto@shawkeller.com | began@morrisnichols.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

SO ORDERED this _____ day of December, 2022.

_____
United States District Judge