IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AUTONOMOUS DEVICES LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 22-1466-MN |
| | ) |
| TESLA, INC., | ) |
| | ) |
| Defendant. | ) |

**STIPULATION TO EXTEND TIME**

The parties hereby stipulate and agree, subject to the approval of the Court, that:

1. The time to file and serve an answering brief in opposition to Defendant Tesla, Inc.'s motion to dismiss for failure to state a claim (D.I. 11) shall be extended from January 27, 2023, to February 3, 2023.

2. Tesla, Inc. will file and serve any reply brief in support of its motion to dismiss by no later than February 13, 2023.

| | |
|---|---|
| */s/ Karen E. Keller* | */s/ Brian P. Egan* |
| Karen E. Keller (No. 4489) | Jack B. Blumenfeld (No. 1014) |
| Emily S. DiBenedetto (No. 6779) | Brian P. Egan (No. 6227) |
| SHAW KELLER LLP | MORRIS, NICHOLS, ARSHT |
| I.M. Pei Building | & TUNNELL LLP |
| 1105 North Market Street, 12th Floor | 1201 North Market Street |
| Wilmington, DE 19801 | P.O. Box 1347 |
| (302) 298-0700 | Wilmington, DE 19899 |
| kkeller@shawkeller.com | (302) 658-9200 |
| edibenedetto@shawkeller.com | jblumenfeld@morrisnichols.com |
| *Attorneys for Autonomous Devices LLC* | began@morrisnichols.com |
| | *Attorneys for Tesla, Inc.* |

Dated: January 25, 2023

SO ORDERED this _____ day of_____, 2023.

_____
United States District Judge