IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AUTONOMOUS DEVICES LLC,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>TESLA, INC.,  )<br>)<br>Defendant.  ) | C.A. No. 22-1466-MN |

## **ORDER**

At Wilmington this _____ day of _____, 2023, having considered Plaintiff's Motion for Leave to File Sur-Reply in Opposition to Tesla, Inc's Motion to Dismiss for Failure to State a Claim, and all papers and argument submitted in connection therewith;

IT IS HEREBY ORDERED that the motion is GRANTED. Autonomous may file and serve the Sur-Reply attached as Exhibit A to its Motion.

_____
United States District Judge