IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AUTONOMOUS DEVICES, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 22-1466 (MN) |
| | ) |
| TESLA, INC., | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S OPPOSITION TO**
**PLAINTIFF'S MOTION FOR LEAVE TO FILE A SUR-REPLY (D.I. 18)**

No sur-reply is warranted because there are no new arguments or mischaracterizations of cited authorities in Tesla's reply.

First, Tesla's motion was clearly directed to the ten patent claims asserted in the complaint. *E.g.*, D.I. 11 ("the asserted claims of the asserted patents . . . are…patent ineligible"); D.I. 12 at 1 ("all asserted patent claims are ineligible"); *id.* at 5 (identifying the ten asserted claims); D.I. 12-1 (color-coded copy of the ten asserted claims).

Second, the statement on page three of Tesla's reply—that the three cases cited by Plaintiff "involved the defendant seeking disposition of more than 100 patent claims"—is correct.

Third, Tesla did not raise a new claim construction. Tesla responded to Plaintiff's assertion that some claims *require* a "second device" by pointing out that the claims recite a first device "*or* a second device," not "*and* a second device."

| | |
|---|---|
| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | |
| | */s/ Brian P. Egan* |
| | _____ |
| OF COUNSEL: | Jack B. Blumenfeld (#1014) |
| | Brian P. Egan (#6227) |
| Anish Desai | 1201 North Market Street |
| Ian Moore | P.O. Box 1347 |
| WEIL, GOTSHAL & MANGES LLP | Wilmington, DE  19899 |
| 767 Fifth Avenue | (302) 658-9200 |
| New York, NY  10153-0119 | jblumenfeld@morrisnichols.com |
| (212) 310-8000 | began@morrisnichols.com |
| | |
| Christopher Pepe | *Attorneys for Defendant Tesla, Inc.* |
| Matthew D. Sieger | |
| Eric C. Westerhold | |
| Allison Herzig | |
| WEIL, GOTSHAL & MANGES LLP | |
| 2001 M Street, NW, Suite 600 | |
| Washington, DC 20036 | |
| (202) 682-7000 | |
| | |
| Adrian C. Percer | |
| WEIL, GOTSHAL & MANGES LLP | |
| 201 Redwood Shores Parkway | |
| Redwood Shores, CA  94065-1175 | |
| (650) 802-3000 | |
| | |
| February 17, 2023 | |

## CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on February 17, 2023, upon the following in the manner indicated:

| | |
|---|---|
| Karen E. Keller, Esquire<br>Emily S. DiBenedetto, Esquire<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Blair Jacobs, Esquire<br>Christina A. Ondrick, Esquire<br>John S. Holley, Esquire<br>MCKOOL SMITH, P.C.<br>1999 K Street, NW Suite 600<br>Washington, D.C.  20006<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| George T. Fishback, Jr., Esquire<br>MCKOOL SMITH, P.C.<br>303 Colorado Street, Suite 2100<br>Austin, TX  78701<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

/s/ *Brian P. Egan*

Brian P. Egan (#6227)