

Emily S. DiBenedetto
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
(302) 298-0713 – Direct
edibenedetto@shawkeller.com

February 21, 2023

**BY CM/ECF & HAND DELIVERY**
The Honorable Maryellen Noreika
U.S. District Court for the District of Delaware
844 N. King Street
Wilmington, DE 19801

Re:   *Autonomous Devices LLC v. Tesla, Inc.*, C.A. No. 22-1466-MN

Dear Judge Noreika:

Pursuant to D. Del. L. R. 7.1.4, Plaintiff Autonomous Devices LLC respectfully requests oral argument on Defendant Tesla, Inc.'s Motion to Dismiss for Failure to State a Claim ("Tesla's Motion to Dismiss"). D.I. 11.

Plaintiff believes oral argument will be helpful, particularly in light of Plaintiff's Motion for Leave to File Sur-Reply in Opposition. D.I. 18. Briefing on Tesla's Motion to Dismiss is otherwise complete, and the parties' submissions may be found at Docket Items 12, 15, and 16. The reply brief was filed on February 13, 2023.

Plaintiff wishes to inform the Court that, if argument is granted, Autonomous Devices LLC intends to have a newer attorney argue in opposition to Tesla's Motion to Dismiss.

Respectfully submitted,

*/s/ Emily S. DiBenedetto*

Emily S. DiBenedetto (No. 6779)

cc:   Clerk of Court (by CM/ECF & Hand Delivery)
      All Counsel of Record (by CM/ECF & Email)