IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AUTONOMOUS DEVICES LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 22-1466-MN |
| | ) |
| TESLA, INC., | ) |
| | ) |
| Defendant. | ) |

**MOTION AND PROPOSED ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Elizabeth Bernard of McKool Smith, P.C., 1999 K Street, NW Suite 600, Washington, DC 20006, to represent plaintiff Autonomous Devices LLC in this matter.

|  |  |
|---|---|
| | */s/ Emily S. DiBenedetto* |
| | Karen E. Keller (No. 4489) |
| OF COUNSEL: | Emily S. DiBenedetto (No. 6779) |
| Blair Jacobs | SHAW KELLER LLP |
| Christina A. Ondrick | I.M. Pei Building |
| John S. Holley | 1105 North Market Street, 12th Floor |
| Elizabeth Bernard | Wilmington, DE 19801 |
| MCKOOL SMITH, P.C. | (302) 298-0700 |
| 1999 K Street, NW Suite 600 | kkeller@shawkeller.com |
| Washington, D.C. 20006 | edibenedetto@shawkeller.com |
| (202) 370-8300 | *Attorneys for Autonomous Devices LLC* |

George T. Fishback, Jr.
MCKOOL SMITH, P.C.
303 Colorado Street, Suite 2100
Austin, TX 78701
(512) 692-8756

Dated: March 21, 2023

## **[PROPOSED] ORDER GRANTING MOTION**

      IT IS HEREBY ORDERED that counsel's motion for the admission *pro hac vice* of Elizabeth Bernard, is granted.

                                                                                                                   _____

                                                                                                                   United States District Judge

Date: _____

2

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the D.C Bar No. 986675; New York Bar No. 4282216; Nevada Bar No. 14171 and California Bar No. 309010 and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action.   I also certify that I am generally familiar with this Court's Local Rules.   In accordance with Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: March 21, 2023                                    _/s/ Elizabeth Bernard_____
                                                        Name:  Elizabeth Bernard
                                                        Firm: McKool Smith,P.C.
                                                        Address: 1999 K Street, NW Suite 600
                                                                      Washington, DC 20006
                                                        Telephone: 202-370-8300
                                                        Email: ebernard@mckoolsmith.com