IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AUTONOMOUS DEVICES LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 22-1466-MN |
| | ) | |
| TESLA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF SUPPLEMENTAL AUTHORITIES IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

Plaintiff Autonomous Devices, LLC ("Autonomous") provides this Notice of Supplemental Authorities to identify authority arising after the filing of Autonomous' February 3, 2023 Answering Brief in Opposition to Tesla Inc.'s Motion to Dismiss (D.I. 15) and Autonomous' February 16, 2023 Motion for Leave to File a Sur-Reply in Oppostion to Tesla Inc.'s Motion to Dismiss (D.I. 18).

Attached as Exhibit 1 is a true and correct copy of a recent opinion by this Court in *Buffalo Patents, LLC v. Spotify USA Inc.*, C.A. No. 22-1335-MN (D. Del. Apr. 10, 2023) (D.I. 36).

Attached as Exhibit 2 is a true and correct copy of Judge Prost's opinion in *Hantz Software, LLC v. Sage Intacct, Inc.*, No. 2022-1390, 2023 WL 2569956 (Fed. Cir. Mar. 20, 2023).

In these two recent opinions, this Court and the Federal Circuit "[found] it inappropriate to address at the motion to dismiss stage the patent eligibility of all claims of [a] Patent, particularly where the operative pleading only asserts 'at least [one claim] of the [] Patent' and Defendant has not filed any counterclaims of invalidity that challenges the patent eligibility of all claims of the [] Patent." *Buffalo Patents*, D.I. 36 at 2 (citing *Hantz Software,* 2023 WL 2569956, at *1).

-1-

OF COUNSEL:  
Blair Jacobs  
Christina A. Ondrick  
John S. Holley  
Elizabeth Bernard  
McKool Smith, P.C.  
1999 K Street, NW Suite 600  
Washington, D.C. 20006  
(202) 370-8300  

George T. Fishback, Jr.  
McKool Smith, P.C.  
303 Colorado Street, Suite 2100  
Austin, TX 78701  
(512) 692-8756  

Dated: April 14, 2023

/s/ Emily S. DiBenedetto  
Karen E. Keller (No. 4489)  
Emily S. DiBenedetto (No. 6779)  
Shaw Keller LLP  
I.M. Pei Building  
1105 North Market Street, 12th Floor  
Wilmington, DE 19801  
(302) 298-0700  
kkeller@shawkeller.com  
edibenedetto@shawkeller.com  
*Attorneys for Autonomous Devices LLC*