IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AUTONOMOUS DEVICES LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 22-1466-MN |
| | ) | |
| TESLA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION TO EXTEND TIME**

The parties hereby stipulate and agree, subject to the approval of the Court, that the time for the parties to submit a proposed Protective Order for consideration by the Court (D.I. 25, ¶ 3) is extended from April 21, 2023 to and including April 28, 2023.

| | |
|---|---|
| */s/ Emily S. DiBenedetto* | */s/ Brian P. Egan* |
| Karen E. Keller (No. 4489) | Jack B. Blumenfeld (No. 1014) |
| Emily S. DiBenedetto (No. 6779) | Brian P. Egan (No. 6227) |
| SHAW KELLER LLP | MORRIS, NICHOLS, ARSHT |
| I.M. Pei Building | & TUNNELL LLP |
| 1105 North Market Street, 12th Floor | 1201 North Market Street |
| Wilmington, DE 19801 | P.O. Box 1347 |
| (302) 298-0700 | Wilmington, DE 19899 |
| kkeller@shawkeller.com | (302) 658-9200 |
| edibenedetto@shawkeller.com | jblumenfeld@morrisnichols.com |
| *Attorneys for Autonomous Devices LLC* | began@morrisnichols.com |
| | *Attorneys for Tesla, Inc.* |

Dated: April 20, 2023

SO ORDERED this _____ day of _____, 2023.

_____
United States District Judge