# Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

(302) 658-9200
(302) 658-3989 FAX

Brian P. Egan
(302) 351-9454
(302) 498-6216 FAX
began@morrisnichols.com

May 17, 2023

The Honorable Laura D. Hatcher          *VIA ELECTRONIC FILING*
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE  19801

Re:    *Autonomous Devices LLC v. Tesla, Inc.* (C.A. No. 22-1466-MN)

Dear Judge Hatcher:

Submitted herewith is a corrected version of Tesla, Inc.'s [Proposed] Protective Order that was attached as Exhibit 1 to Tesla's May 15, 2023 letter brief regarding the parties' protective order disputes. (D.I. 38). The following revisions are reflected in this corrected version of Exhibit 1:

- ¶¶ 8(b)(ii), 9(b)(ii), 10(c)(ii), 11(h) – typographical errors corrected.

- ¶ 11(a) – updated to reflect a new dispute regarding the location of Source Code review.

- ¶ 11(c)(xv) – revised (per the agreement of the parties) the number of days in advance of a deposition a party may request that the witness have access to a Source Code Computer.

Tesla conferred with Plaintiff with respect to these corrections, and Plaintiff confirmed that it does not oppose this submission.

Sincerely,

*/s/ Brian P. Egan*

Brian P. Egan

BPE/bac
Attachment

cc:    All Counsel of Record (via electronic mail; w/attachment)