IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AUTONOMOUS DEVICES LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 22-1466-MN |
| | ) | |
| TESLA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on May 19, 2023, the following document was served on the persons listed below in the manner indicated:

1. Plaintiff Autonomous Devices, LLC's Disclosures Pursuant to Paragraph 6(a) of the Scheduling Order

**BY EMAIL**

Jack B. Blumenfeld
Brian P. Egan
MORRIS, NICHOLS, ARSHT
 & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
began@morrisnichols.com

Adrian C. Percer
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065-1175
(650) 802-3000
adrian.percer@weil.com

Anish Desai
Ian Moore
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153-0119
(212) 310-8000
anish.desai@weil.com
ian.moore@weil.com

Christopher Pepe
Matthew D. Sieger
Allison Herzig
Eric C. Westerhold
WEIL, GOTSHAL & MANGES LLP
2001 M Street, NW, Suite 600
Washington, DC 20036
(202) 682-7000
christopher.pepe@weil.com
matthew.sieger@weil.com
allison.herzig@weil.com
eric.westerhold@weil.com

|  |  |
|---|---|
| OF COUNSEL:<br>Blair Jacobs<br>Christina A. Ondrick<br>John S. Holley<br>Elizabeth Bernard<br>MCKOOL SMITH, P.C.<br>1999 K Street, NW Suite 600<br>Washington, D.C. 20006<br>(202) 370-8300<br><br>George T. Fishback, Jr.<br>MCKOOL SMITH, P.C.<br>303 Colorado Street, Suite 2100<br>Austin, TX 78701<br>(512) 692-8756<br><br>Dated: May 22, 2023 | */s/ Emily S. DiBenedetto*<br>Karen E. Keller (No. 4489)<br>Emily S. DiBenedetto (No. 6779)<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>kkeller@shawkeller.com<br>edibenedetto@shawkeller.com<br>*Attorneys for Autonomous Devices LLC* |