IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AUTONOMOUS DEVICES LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 22-1466-MN |
| | ) |
| TESLA, INC., | ) |
| | ) |
| Defendant. | ) |

**MOTION FOR TELECONFERENCE TO RESOLVE
<u>PROTECTIVE ORDER DISPUTES</u>**

Autonomous Devices LLC respectfully moves this Court to schedule a teleconference to address outstanding disputes regarding the following protective order matters:

- Protective Order provisions relating to source code review location.

- Protective Order provisions relating to source code production format and source code review tools.

- Protective Order provisions related to number of source code copies, who may make copies, and whether experts may possess source code copies.

- Protective Order provisions relating to Exhibit A.

The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet-and-confer (in person and/or by telephone) on the following date(s):

First Meet and Confer: June 14, 2023
Second Meet and Confer: July 5, 2023
Delaware Counsel for Plaintiff: Karen E. Keller
Delaware Counsel for Defendant: Brian P. Egan
Lead Counsel for Plaintiff: Blair M. Jacobs
Lead Counsel for Defendant: Ian A. Moore

The parties are available for a teleconference on August 2, 9-11, and 14-16.

|  |  |
|---|---|
| | /s/ Emily S. DiBenedetto |
| | Karen E. Keller (No. 4489) |
| | Emily S. DiBenedetto (No. 6779) |
| OF COUNSEL: | SHAW KELLER LLP |
| Blair Jacobs | I.M. Pei Building |
| Christina A. Ondrick | 1105 North Market Street, 12th Floor |
| John S. Holley | Wilmington, DE 19801 |
| Elizabeth Bernard | (302) 298-0700 |
| MCKOOL SMITH, P.C. | kkeller@shawkeller.com |
| 1999 K Street, NW Suite 600 | edibenedetto@shawkeller.com |
| Washington, D.C. 20006 | *Attorneys for Autonomous Devices LLC* |
| (202) 370-8300 | |

George T. Fishback, Jr.
MCKOOL SMITH, P.C.
303 Colorado Street, Suite 2100
Austin, TX 78701
(512) 692-8756

Dated: July 14, 2023