IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AUTONOMOUS DEVICES, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 22-1466 (MN) |
| | ) |
| TESLA, INC., | ) |
| | ) |
| Defendant. | ) |

**<u>NOTICE OF SERVICE</u>**

The undersigned hereby certifies that copies of *Tesla's 2nd Supplemental Responses and Objections to Plaintiff's First Set Interrogatories (Nos. 1,3, and 6)* were caused to be served on July 14, 2023, upon the following in the manner indicated:

Karen E. Keller, Esquire      *VIA ELECTRONIC MAIL*
Emily S. DiBenedetto, Esquire
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE  19801
*Attorneys for Plaintiff*

Blair Jacobs, Esquire      *VIA ELECTRONIC MAIL*
Christina A. Ondrick, Esquire
John S. Holley, Esquire
MCKOOL SMITH, P.C.
1999 K Street, NW Suite 600
Washington, D.C.  20006
*Attorneys for Plaintiff*

George T. Fishback, Jr., Esquire      *VIA ELECTRONIC MAIL*
MCKOOL SMITH, P.C.
303 Colorado Street, Suite 2100
Austin, TX  78701
*Attorneys for Plaintiff*

|  |  |
|---|---|
| OF COUNSEL: | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|  | */s/ Brian P. Egan* |
| Anish Desai | Jack B. Blumenfeld (#1014) |
| Ian Moore | Brian P. Egan (#6227) |
| WEIL, GOTSHAL & MANGES LLP | 1201 North Market Street |
| 767 Fifth Avenue | P.O. Box 1347 |
| New York, NY  10153-0119 | Wilmington, DE  19899 |
| (212) 310-8000 | (302) 658-9200 |
|  | jblumenfeld@morrisnichols.com |
|  | began@morrisnichols.com |
| Christopher Pepe |  |
| Matthew D. Sieger | *Attorneys for Defendant Tesla, Inc.* |
| Eric C. Westerhold |  |
| Allison Herzig |  |
| WEIL, GOTSHAL & MANGES LLP |  |
| 2001 M Street, NW, Suite 600 |  |
| Washington, DC 20036 |  |
| (202) 682-7000 |  |
|  |  |
| Adrian C. Percer |  |
| WEIL, GOTSHAL & MANGES LLP |  |
| 201 Redwood Shores Parkway |  |
| Redwood Shores, CA  94065-1175 |  |
| (650) 802-3000 |  |
|  |  |
| July 14, 2023 |  |

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 14, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on July 14, 2023, upon the following in the manner indicated:

| | |
|---|---|
| Karen E. Keller, Esquire<br>Emily S. DiBenedetto, Esquire<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Blair Jacobs, Esquire<br>Christina A. Ondrick, Esquire<br>John S. Holley, Esquire<br>MCKOOL SMITH, P.C.<br>1999 K Street, NW Suite 600<br>Washington, D.C. 20006<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| George T. Fishback, Jr., Esquire<br>MCKOOL SMITH, P.C.<br>303 Colorado Street, Suite 2100<br>Austin, TX 78701<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

/s/ *Brian P. Egan*

Brian P. Egan (#6227)