

Emily S. DiBenedetto
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
(302) 298-0713 – Direct
edibenedetto@shawkeller.com

August 1, 2023

**BY CM/ECF & HAND DELIVERY**
The Honorable Laura D. Hatcher
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Unit 8, Room 2124
Wilmington, DE 19801-3555

    Re:    *Autonomous Devices LLC v. Tesla, Inc.*, C.A. No. 22-1466-MN

Dear Judge Hatcher:

    We write on behalf of the parties in the above-captioned action in response to Your Honor's oral order (D.I. 52) dated July 25, 2023, scheduling a discovery dispute teleconference for August 16, 2023 at 1:00 PM.

    An unexpected conflict has arisen for counsel for Autonomous Devices, LLC on the hearing date. The parties have identified a mutually agreeable alternate date and respectfully request that the hearing date be changed to August 15, 2023, if that is available for the Court.

                                            Respectfully submitted,

                                            */s/ Emily S. DiBenedetto*

                                            Emily S. DiBenedetto (No. 6779)

cc:    Clerk of Court (by CM/ECF and Hand Delivery)
       All Counsel of Record (by CM/ECF & Email)