IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AUTONOMOUS DEVICES LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 22-1466-MN |
| | ) | |
| TESLA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF LODGING**

PLEASE TAKE NOTICE that Exhibits I, J, K and L to Autonomous Devices LLC's ("AD") Opening Letter Brief (D.I. 61) will be submitted to in hard copy to Chambers. The restrictions Tesla, Inc. ("Tesla") placed on these documents preclude electronic transmission or submission by AD. Therefore, Tesla's lawyers must electronically transmit the documents to Delaware where they will be printed on special paper and hand delivered to AD's counsel. Once AD's counsel obtains the documents from Tesla's counsel, AD's counsel will deliver them to the Court. No protective order has been issued in this case. *See* D.I. 34, 35, 36, 38, 42, 45, 48, 52, 61.

|  |  |
|---|---|
| | */s/ Emily S. DiBenedetto* |
| | Karen E. Keller (No. 4489) |
| OF COUNSEL: | Emily S. DiBenedetto (No. 6779) |
| Blair Jacobs | SHAW KELLER LLP |
| Christina A. Ondrick | I.M. Pei Building |
| John S. Holley | 1105 North Market Street, 12th Floor |
| Elizabeth Bernard | Wilmington, DE 19801 |
| MCKOOL SMITH, P.C. | (302) 298-0700 |
| 1999 K Street, NW Suite 600 | kkeller@shawkeller.com |
| Washington, D.C. 20006 | edibenedetto@shawkeller.com |
| (202) 370-8300 | *Attorneys for Autonomous Devices LLC* |

George T. Fishback, Jr.
MCKOOL SMITH, P.C.
303 Colorado Street, Suite 2100
Austin, TX 78701
(512) 692-8756

Dated: August 8, 2023