IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AUTONOMOUS DEVICES LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 22-1466-MN |
| | ) | |
| TESLA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**<u>DECLARATION OF EMILY S. DIBENEDETTO</u>**

I, Emily S. DiBenedetto, declare and state as follows:

1. I am an attorney with the law firm of Shaw Keller LLP, counsel for Autonomous Devices LLC ("AD"). I make this declaration in support of AD's Opening Letter Brief (D.I. 61) ("Opening Brief") and to record the chain of custody of the Tesla documents submitted to the Court *in camera*.

2. As described in the Notice of Lodging (D.I. 62), the restrictions Tesla, Inc. ("Tesla") placed on these documents precluded AD from electronic transmission or submission of Exhibits I, J, K, and L to the Opening Brief.

3. A member of the Shaw Keller staff received a package containing the documents from a delivery person at Shaw Keller LLP's office on August 10, 2023.

4. I opened the package containing the documents, inspected their contents for completeness, and observed that the documents indicated that they had been printed with heat sensitive ink. I repackaged the documents and hand delivered them to the Clerk of the Court on August 10, 2023.

1

5.  Later the same day, Tesla's Delaware counsel indicated that Tesla did not object to the use of a third-party vendor, Parcels, to deliver those documents to the Court. At that time, I had already delivered them to the Court myself so the use of the vendor was no longer necessary.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on this 11th day of August, 2023.

                Respectfully,

                */s/ Emily S. DiBenedetto*
                Emily S. DiBenedetto (No. 6779)
                SHAW KELLER LLP
                I.M. Pei Building
                1105 North Market Street, 12th Floor
                Wilmington, DE 19801
                (302) 298-0700
                edibenedetto@shawkeller.com
                *Attorney for Autonomous Devices LLC*