IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AUTONOMOUS DEVICES LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 22-1466-MN |
| | ) | |
| TESLA, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**MOTION FOR TELECONFERENCE TO RESOLVE DISCOVERY DISPUTES**

Pursuant to the Court's oral order at D.I. 63, Autonomous Devices LLC ("Autonomous") respectfully moves this Court to schedule a teleconference to address outstanding discovery disputes regarding the following matters:

- Tesla, Inc.'s ("Tesla's") refusal to provide any discovery regarding predecessor supercomputers (identified in Autonomous' Paragraph 6(a) disclosures as accused products) in response to Autonomous' Interrogatories and Requests for Production.

- Tesla's refusal to produce any wiki or training documents to assist in the review of the source code and other Tesla internal technical documents (Autonomous' Request for Production No. 35).

- Tesla's refusal to produce documents related to the safety of the accused Full Self-Driving and Enhanced Autopilot technology (Autonomous' Request for Production Nos. 85, 87, 88, 89).

- Tesla's refusal to respond to Autonomous' Interrogatory No. 10 seeking identification of former employees with supervisory or management roles regarding the accused technology.

- Tesla's unilateral limitation of production of relevant agreements to agreements related to autonomous driving or training a vehicle for autonomous driving (Autonomous' Interrogatory No. 8 and Requests for Production Nos. 60, 79, 80).

The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet-and-confer (in person and/or by telephone) on the following date(s):

First Meet and Confer: June 23, 2023
Second Meet and Confer: July 24, 2023
Delaware Counsel for Plaintiff: Karen E. Keller (second meet and confer)
Delaware Counsel for Defendant: Cameron Clark (first meet and confer), Brian Egan (second meet and confer)
Lead Counsel for Plaintiff: Blair M. Jacobs
Lead Counsel for Defendant: Anish Desai (first meet and confer), Adrian Percer (second meet and confer)

The parties are available for a teleconference on August 28 and 29.

| | |
|---|---|
| OF COUNSEL: | /s/ Emily S. DiBenedetto |
| Blair Jacobs | Karen E. Keller (No. 4489) |
| Christina A. Ondrick | Emily S. DiBenedetto (No. 6779) |
| John S. Holley | SHAW KELLER LLP |
| Elizabeth Bernard | I.M. Pei Building |
| MCKOOL SMITH, P.C. | 1105 North Market Street, 12th Floor |
| 1999 K Street, NW Suite 600 | Wilmington, DE 19801 |
| Washington, D.C. 20006 | (302) 298-0700 |
| (202) 370-8300 | kkeller@shawkeller.com |
| | edibenedetto@shawkeller.com |
| George T. Fishback, Jr. | *Attorneys for Autonomous Devices LLC* |
| MCKOOL SMITH, P.C. | |
| 303 Colorado Street, Suite 2100 | |
| Austin, TX 78701 | |
| (512) 692-8756 | |

Dated: August 11, 2023

3