

Emily S. DiBenedetto
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
(302) 298-0713 – Direct
edibenedetto@shawkeller.com

August 18, 2023

**BY CM/ECF & HAND DELIVERY**
The Honorable Maryellen Noreika
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Unit 19, Room 4324
Wilmington, DE 19801-3555

Re:   *Autonomous Devices LLC v. Tesla, Inc.*, C.A. No. 22-1466-MN

Dear Judge Noreika:

In response to Your Honor's oral order (D.I. 70) dated August 17, 2023, Plaintiff Autonomous Devices LLC ("AD") provides the following list of claims which are asserted in its initial infringement contentions, served on Tesla, Inc. ("Tesla") today.

| U.S. Patent No. | Asserted Claims (bold indicates independent) |
|---|---|
| 10,452,974 | **1**-16, **18**, **19**-20 |
| 11,238,344 | **1**-17, **19**, **20** |
| 11,055,583 | **1**-7, 9-19, 22, 24, 25, 27-29, 31, **33**, **34** |
| 10,102,449 | **1**, 6-12, **13**-16, **17**-20 |
| 10,607,134 | **1**-5, 7, **10**-15, 18, **19**-20 |
| 11,113,585 | **1**-18, **19**, **20** |

AD informed Tesla that AD intends to move to amend its complaint before the end of August 2023 to add newly issued U.S. Patent No. 11,663,474, which is a continuation of asserted U.S. Patent Nos. 11,238,344 and 10,452,974.  Assuming the Court permits AD to add the '474 patent, AD will (1) assert independent claims 45 and 84 and dependent claims 46, 47, 51-52, 56-57, 59-60, 68-69, 78, 80-81, and (ii) withdraw the assertion of the '583 patent.  The parties are currently discussing whether Tesla will oppose the addition of the '474 patent and the withdrawal of the '583 patent.  As a courtesy, AD has served infringement contentions for the '474 patent on the current deadline in the Scheduling Order to keep the case on track and to provide Tesla with timely infringement contentions.

Respectfully submitted,

*/s/ Emily S. DiBenedetto*

Emily S. DiBenedetto (No. 6779)

SHAW KELLER LLP
The Honorable Maryellen Noreika
Page 2

cc: All counsel of record (by CM/ECF & e-mail)
     Clerk of Court (by hand delivery)