IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AUTONOMOUS DEVICES LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 22-1466-MN |
| | ) | |
| TESLA, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on August 18, 2023, the following document was served on Tesla.AD@weil.com and the persons listed below in the manner indicated:

1. Plaintiff Autonomous Devices, LLC's Paragraph 6(c) Disclosure of Initial Claim Charts, with Exhibits 1-7

**BY EMAIL**

| | |
|---|---|
| Jack B. Blumenfeld | Anish Desai |
| Brian P. Egan | Ian Moore |
| MORRIS, NICHOLS, ARSHT | WEIL, GOTSHAL & MANGES LLP |
| & TUNNELL LLP | 767 Fifth Avenue |
| 1201 North Market Street | New York, NY 10153-0119 |
| P.O. Box 1347 | (212) 310-8000 |
| Wilmington, DE 19899 | anish.desai@weil.com |
| (302) 658-9200 | ian.moore@weil.com |
| jblumenfeld@morrisnichols.com | |
| began@morrisnichols.com | Christopher Pepe |
| | Matthew D. Sieger |
| Adrian C. Percer | Allison Herzig |
| WEIL, GOTSHAL & MANGES LLP | Eric C. Westerhold |
| 201 Redwood Shores Parkway | WEIL, GOTSHAL & MANGES LLP |
| Redwood Shores, CA 94065-1175 | 2001 M Street, NW, Suite 600 |
| (650) 802-3000 | Washington, DC 20036 |
| adrian.percer@weil.com | (202) 682-7000 |
| | christopher.pepe@weil.com |
| | matthew.sieger@weil.com |
| | allison.herzig@weil.com |
| | eric.westerhold@weil.com |

|  |  |
|---|---|
| OF COUNSEL:<br>Blair Jacobs<br>Christina A. Ondrick<br>John S. Holley<br>Elizabeth Bernard<br>MCKOOL SMITH, P.C.<br>1999 K Street, NW Suite 600<br>Washington, D.C. 20006<br>(202) 370-8300<br><br>George T. Fishback, Jr.<br>MCKOOL SMITH, P.C.<br>303 Colorado Street, Suite 2100<br>Austin, TX 78701<br>(512) 692-8756<br><br>Dated: August 18, 2023 | /s/ Emily S. DiBenedetto<br>Karen E. Keller (No. 4489)<br>Emily S. DiBenedetto (No. 6779)<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>kkeller@shawkeller.com<br>edibenedetto@shawkeller.com<br>*Attorneys for Autonomous Devices LLC* |