IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AUTONOMOUS DEVICES LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 22-1466-MN |
| | ) |
| TESLA, INC., | ) |
| | ) |
| Defendant. | ) |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time for Defendant Tesla, Inc. to serve its initial invalidity contentions (D.I. 25, ¶ 6(d)) is extended to September 22, 2023.

| | |
|---|---|
| SHAW KELLER LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | |
| /s/ Emily S. DiBenedetto | /s/ Cameron P. Clark |
| | |
| Karen E. Keller (#4489) | Jack B. Blumenfeld (#1014) |
| Emily S. DiBenedetto (#6779) | Brian P. Egan (#6227) |
| I.M. Pei Building | Cameron P. Clark (#6647) |
| 1105 North Market Street, 12th Floor | 1201 North Market Street |
| Wilmington, DE 19801 | P.O. Box 1347 |
| (302) 298-0700 | Wilmington, DE 19899 |
| kkeller@shawkeller.com | (302) 658-9200 |
| edibenedetto@shawkeller.com | jblumenfeld@morrisnichols.com |
| | began@morrisnichols.com |
| *Attorneys for Plaintiff* | cclark@morrisnichols.com |
| | |
| | *Attorneys for Defendant* |

SO ORDERED this _____ day of September, 2023.

_____
United States District Judge