IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AUTONOMOUS DEVICES, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 22-1466 (MN) |
| | ) |
| TESLA, INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of: (1) *Tesla's 3rd Supplemental Responses and Objections to Plaintiff's First Set of Requests for the Production of Documents and Things (Nos. 14, 15, 26, 38, 42, 44, 46, 47, 49, 54, 59, 62, 67, 69, 74, and 78)*; and (2) *Tesla's 4th Supplemental Responses and Objections to Plaintiff's First Set of Interrogatories (No. 1)* were caused to be served on September 8, 2023, upon the following in the manner indicated:

Karen E. Keller, Esquire                                      VIA ELECTRONIC MAIL
Emily S. DiBenedetto, Esquire
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
*Attorneys for Plaintiff*

Blair Jacobs, Esquire                                         VIA ELECTRONIC MAIL
Christina A. Ondrick, Esquire
John S. Holley, Esquire
MCKOOL SMITH, P.C.
1999 K Street, NW Suite 600
Washington, D.C. 20006
*Attorneys for Plaintiff*

George T. Fishback, Jr., Esquire                              VIA ELECTRONIC MAIL
MCKOOL SMITH, P.C.
303 Colorado Street, Suite 2100
Austin, TX 78701
*Attorneys for Plaintiff*

| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| | */s/ Cameron P. Clark* |
| OF COUNSEL: | Jack B. Blumenfeld (#1014) |
| | Brian P. Egan (#6227) |
| Anish Desai | Cameron P. Clark (#6647) |
| Ian Moore | 1201 North Market Street |
| WEIL, GOTSHAL & MANGES LLP | P.O. Box 1347 |
| 767 Fifth Avenue | Wilmington, DE  19899 |
| New York, NY  10153-0119 | (302) 658-9200 |
| (212) 310-8000 | jblumenfeld@morrisnichols.com |
| | began@morrisnichols.com |
| Christopher Pepe | cclark@morrisnichols.com |
| Matthew D. Sieger | |
| Eric C. Westerhold | *Attorneys for Defendant Tesla, Inc.* |
| Allison Herzig | |
| WEIL, GOTSHAL & MANGES LLP | |
| 2001 M Street, NW, Suite 600 | |
| Washington, DC 20036 | |
| (202) 682-7000 | |

Adrian C. Percer
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA  94065-1175
(650) 802-3000

September 8, 2023

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 8, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on September 8, 2023, upon the following in the manner indicated:

| | |
|---|---|
| Karen E. Keller, Esquire<br>Emily S. DiBenedetto, Esquire<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Blair Jacobs, Esquire<br>Christina A. Ondrick, Esquire<br>John S. Holley, Esquire<br>MCKOOL SMITH, P.C.<br>1999 K Street, NW Suite 600<br>Washington, D.C.  20006<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| George T. Fishback, Jr., Esquire<br>MCKOOL SMITH, P.C.<br>303 Colorado Street, Suite 2100<br>Austin, TX  78701<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

*/s/ Cameron P. Clark*
_____
Cameron P. Clark (#6647)