IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AUTONOMOUS DEVICES LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 22-1466-MN |
| | ) | |
| TESLA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

In accordance with the Court's Oral Order (D.I. 86) regarding Plaintiff Autonomous Devices, LLC's ("AD") proposal to amend its complaint, lead and local counsel for AD and Defendant Tesla, Inc. ("Tesla") met and conferred and have reached an agreement. By September 14, 2023, AD will file an Unopposed Motion for Leave to File a First Amended Complaint that will add infringement allegations relating to U.S. Patent No. 11,663,474[1] ('474 patent) and dismiss the allegations relating to U.S. Patent Nos. 10,102,449 ('449 patent) and 11,113,585 ('585 patent). Tesla has agreed that it will not oppose AD's motion for leave based on the parties agreements regarding certain proposed amendments to the scheduling order and limitations on claims that can be asserted by AD from the '474 patent. These agreements will be set forth in a stipulation to be filed by the parties on September 14, 2023.

---

[1] The '474 patent is a continuation of U.S. Patent Nos. 10,452,974 and 11,238,344, which are asserted in this case.

| | |
|---|---|
| */s/ Emily S. DiBenedetto* | */s/ Cameron P. Clark* |
| Karen E. Keller (No. 4489) | Jack B. Blumenfeld (No. 1014) |
| Emily S. DiBenedetto (No. 6779) | Brian P. Egan (No. 6227) |
| SHAW KELLER LLP | Cameron P. Clark (No. 6647) |
| I.M. Pei Building | MORRIS, NICHOLS, ARSHT |
| 1105 North Market Street, 12th Floor | & TUNNELL LLP |
| Wilmington, DE 19801 | 1201 North Market Street |
| (302) 298-0700 | P.O. Box 1347 |
| kkeller@shawkeller.com | Wilmington, DE 19899 |
| edibenedetto@shawkeller.com | (302) 658-9200 |
| *Attorneys for Autonomous Devices LLC* | jblumenfeld@morrisnichols.com |
| | began@morrisnichols.com |
| Dated: September 11, 2023 | cclark@morrisnichols.com |
| | *Attorneys for Tesla, Inc.* |