IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AUTONOMOUS DEVICES LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 22-1466-MN |
| | ) |
| TESLA, INC., | ) |
| | ) |
| Defendant. | ) |

**STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE TO FILE
FIRST AMENDED COMPLAINT AND TO AMEND SCHEDULING ORDER**

WHEREAS, Autonomous Devices LLC ("AD") seeks leave to amend the Complaint (D.I. 1) to (1) dismiss the allegations relating to U.S. Patent Nos. 10,102,449 ('449 patent) and 11,113,585 ('585 patent), and (2) to add allegations relating to U.S. Patent No. 11,663,474 ('474 patent);

WHEREAS, pursuant to the Court's Oral Order dated September 8, 2023 (D.I. 86), the parties met and conferred and reached the following agreements:

1. AD will withdraw the '449 patent and '585 patent without prejudice;

2. The parties have agreed to amendments to the scheduling order and limitations on claims that can be asserted by AD from the '474 patent; and

3. Tesla, Inc. ("Tesla") will not oppose AD's motion for leave to amend the complaint based on these agreements.

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for AD and Tesla, subject to the approval of the Court, as follows:

1. Pursuant to Fed. R. Civ. P. 15(a)(2) and D. Del. LR 15.1, AD hereby moves for leave to amend the complaint. The motion is granted. AD may file the First Amended Complaint

attached hereto as Exhibit A (redline pursuant to D. Del. LR 15.1(b) is attached hereto as Exhibit B). The First Amended Complaint shall be filed as a separate docket entry and shall be deemed served upon filing.

2. The '449 patent and '585 patent are dismissed without prejudice.

3. The Scheduling Order (D.I. 25) is amended as follows:

| Event | Current Dates | Proposed Dates |
|---|---|---|
| Defendant to produce its initial invalidity contentions (¶ 6d) for the '474 patent | 9/22/2023 | 11/7/2023 |
| Joinder of other parties and amendment of pleadings (¶ 2) | 9/18/2023 | 9/18/2023 |
| Exchange list of claim terms and proposed constructions (¶ 10) | 10/20/2023 | 11/14/2023 |
| Document production substantially complete (¶ 8b) | 12/1/2023 | 12/1/2023 |
| The parties must finally supplement, *inter alia*, the identification of all accused products and of all invalidity references (¶ 13) | 12/15/2023 | 1/13/2024 |
| Fact discovery cut off (¶ 7a) | 2/9/2024 | 2/23/2024 |
| Plaintiff to provide final infringement contentions and identification of accused products (¶ 6e) | 3/1/2024 | 3/4/2024 |
| Defendant to provide final invalidity contentions and identification of invalidity references (¶ 6f) | 3/1/2024 | 3/15/2024 |
| Parties to exchange final validity and non-infringement contentions | 3/29/2024 | 3/29/2024 |
| Submit joint claim construction chart (¶ 10) | 4/5/2024 | 4/5/2024 |
| Serve Plaintiff's opening claim construction brief (20 pages) (¶ 11) | 4/26/2024 | 4/26/2024 |
| Serve Defendant's answering claim construction brief (30 pages) (¶ 11) | 5/24/2024 | 5/24/2024 |
| Serve Plaintiffs' reply claim construction brief (20 pages) (¶ 11) | 6/7/2024 | 6/7/2024 |
| Serve Defendant's sur-reply claim construction brief (10 pages) (¶ 11) | 6/14/2024 | 6/14/2024 |

| | | |
|---|---|---|
| File joint claim construction brief (¶ 11); joint letter re: live testimony and amount of time for the claim construction hearing (¶ 12); technology tutorials (¶ 9) | 6/21/2024 | 6/21/2024 |
| Claim construction hearing (¶ 12) | 7/12/2024 | 7/12/2024 |
| Opening expert reports (¶ 7.f.i) | 9/13/2024 | 9/13/2024 |
| Responsive expert reports (¶ 7.f.i) | 10/11/2024 | 10/11/2024 |
| Reply expert reports (¶ 7.f.i) | 11/8/2024 | 11/8/2024 |
| End of expert discovery period (¶ 7.f.iv) | 12/6/2024 | 12/6/2024 |
| Case dispositive motions and opening briefs therefor (¶ 14(a)); Daubert motions and opening briefs therefor (¶ 8.f.iii) | 1/10/2025 | 1/10/2025 |
| Responsive brief(s) for dispositive motions and Daubert motions (¶ 14(a); Local Rule 7.1.2(b)) | 1/24/2025 | 1/24/2025 |
| Reply brief for dispositive motions and Daubert motions (¶ 14(a); Local Rule 7.1.2(b)) | 1/31/2025 | 1/31/2025 |
| Jury instructions, voir dire, and special verdict forms (¶ 18) | 6/6/2025 | 6/6/2025 |
| Joint proposed pretrial order (¶ 17; Local Rule 16.3(c)) | 6/6/2025 | 6/6/2025 |
| Pretrial conference (¶ 17) | 6/16/2025 | 6/16/2025 |
| Jury trial (¶ 19) (9 days*) | 6/23/2025 | 6/23/2025 |

4.  AD is limited to ten asserted claims from the '474 patent to be identified no later than October 8, 2023, and AD will not be permitted to assert any other claims from the '474 patent.

5.  AD's final infringement contentions shall assert no more than twenty-five claims.

6.  Tesla's final invalidity contentions shall assert no more than twelve prior art references per asserted claim.

| | |
|---|---|
| */s/ Emily S. DiBenedetto* | */s/ Cameron P. Clark* |
| Karen E. Keller (No. 4489) | Jack B. Blumenfeld (No. 1014) |
| Emily S. DiBenedetto (No. 6779) | Brian P. Egan (No. 6227) |
| SHAW KELLER LLP | Cameron P. Clark (No. 6647) |
| I.M. Pei Building | MORRIS, NICHOLS, ARSHT |
| 1105 North Market Street, 12th Floor |  & TUNNELL LLP |
| Wilmington, DE 19801 | 1201 North Market Street |
| (302) 298-0700 | P.O. Box 1347 |
| kkeller@shawkeller.com | Wilmington, DE 19899 |
| edibenedetto@shawkeller.com | (302) 658-9200 |
| *Attorneys for Autonomous Devices LLC* | jblumenfeld@morrisnichols.com |
| | began@morrisnichols.com |
| Dated: September 14, 2023 | cclark@morrisnichols.com |
| | *Attorneys for Tesla, Inc.* |

SO ORDERED this ___ day of _____, 2023.

_____
The Honorable Maryellen Noreika
United States District Judge