IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AUTONOMOUS DEVICES LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 22-1466-MN |
| | ) |
| TESLA, INC., | ) |
| | ) |
| Defendant. | ) |

**STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE TO FILE
SECOND AMENDED COMPLAINT**

WHEREAS, Autonomous Devices LLC ("AD") seeks leave to amend the First Amended Complaint (D.I. 92) to withdraw allegations of infringement for claims that have since been disclaimed at the United States Patent and Trademark Office;

WHEREAS, the current deadline to answer or otherwise respond to AD's Fist Amended Complaint (D.I. 92) is September 29, 2023.

WHEREAS, the parties met and conferred and agreed that the deadline for Tesla to answer, move, or otherwise respond to AD's allegations shall be fourteen (14) days after AD's files its Second Amended Complaint pursuant to the Court's order on this stipulation.

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for AD and Tesla, subject to the approval of the Court, as follows:

1.      Pursuant to Fed. R. Civ. P. 15(a)(2) and D. Del. LR 15.1, AD hereby moves for leave to amend the complaint. The motion is granted. AD may file the Second Amended Complaint attached hereto as Exhibit A (redline pursuant to D. Del. LR 15.1(b) is attached hereto as Exhibit B). The Second Amended Complaint shall be filed as a separate docket entry and shall be deemed served upon filing.

2. The time for Tesla to answer, move, or otherwise respond to AD's Second Amended Complaint shall be fourteen (14) days after the Second Amended Complaint is filed as a separate docket entry pursuant to the stipulation and order.

| | |
|---|---|
| /s/ Karen E. Keller | /s/ Cameron P. Clark |
| Karen E. Keller (No. 4489) | Jack B. Blumenfeld (No. 1014) |
| Emily S. DiBenedetto (No. 6779) | Brian P. Egan (No. 6227) |
| SHAW KELLER LLP | Cameron P. Clark (No. 6647) |
| I.M. Pei Building | MORRIS, NICHOLS, ARSHT |
| 1105 North Market Street, 12th Floor |  & TUNNELL LLP |
| Wilmington, DE 19801 | 1201 North Market Street |
| (302) 298-0700 | P.O. Box 1347 |
| kkeller@shawkeller.com | Wilmington, DE 19899 |
| edibenedetto@shawkeller.com | (302) 658-9200 |
| *Attorneys for Autonomous Devices LLC* | jblumenfeld@morrisnichols.com |
| | began@morrisnichols.com |
| | cclark@morrisnichols.com |
| Dated: September 29, 2023 | *Attorneys for Tesla, Inc.* |

SO ORDERED this ___ day of _____, 2023.

_____
The Honorable Maryellen Noreika
United States District Judge