IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AUTONOMOUS DEVICES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> TESLA, INC., <br><br> Defendant. | C.A. No. 22-1466 (MN) |

**NOTICE OF SUBSTITUTION OF COUNSEL**

PLEASE TAKE NOTICE that the appearance of Jack B. Blumenfeld, Brian P. Egan, and Cameron P. Clark and the law firm of Morris, Nichols, Arsht & Tunnell LLP are hereby withdrawn and the appearances of Susan E. Morrison and Grayson P. Sundermeir of Fish & Richardson P.C. are hereby entered on behalf of Tesla, Inc.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | FISH & RICHARDSON P.C. |
| By: */s/ Brian P. Egan* <br> Jack B. Blumenfeld (#1014) <br> Brian P. Egan (#6227) <br> Cameron P. Clark (#6647) <br> 1201 North Market Street <br> Wilmington, DE 19899 <br> (302) 658-9200 <br> jblumenfeld@morrisnichols.com <br> began@morrisnichols.com <br> cclark@morrisnichols.com | By: */s/ Susan E. Morrison* <br> Susan E. Morrison (#4690) <br> Grayson P. Sundermeir (#6517) <br> 222 Delaware Avenue, 17th Floor <br> Wilmington, DE 19899-1114 <br> (302) 652-5070 <br> morrison@fr.com <br> sundermeir@fr.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |