# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AUTONOMOUS DEVICES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> TESLA, INC., <br><br> Defendant. | C.A. No. 22-1466 (MN) |

## NOTICE OF WITHDRAWAL

Pursuant to D. Del. LR 83.7, the appearance of Anish Desai, Christopher M. Pepe, Matthew D. Sieger, Ian A. Moore, Adrian C. Percer, Eric Westerhold, and Allison Herzig of the law firm of Weil, Gotshal & Manages LLP, as counsel on behalf of Defendant Tesla, Inc. is hereby withdrawn.

Defendant will be represented by the law firm of Fish & Richardson P.C.

Please also remove all electronic notices for Anish Desai, Christopher M. Pepe, Matthew D. Sieger, Ian A. Moore, Adrian C. Percer, Eric Westerhold, and Allison Herzig.

FISH & RICHARDSON P.C.

By: */s/ Susan E. Morrison*
  Susan E. Morrison (#4690)
  Grayson P. Sundermeir (#6517)
  222 Delaware Avenue, 17th Floor
  Wilmington, DE 19899-1114
  (302) 652-5070
  morrison@fr.com
  sundermeir@fr.com

*Attorney for Defendant*

Dated:  October 5, 2023