IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AUTONOMOUS DEVICES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 22-1466 (MN) |
| | ) | |
| TESLA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF SERVICE**

I hereby certify that on October 6, 2023, a true and correct copy of TESLA'S 5th Supplemental Responses and Objections to Plaintiff's First Set of Interrogatories (No. 10) was caused to be served upon the following via electronic mail:

Karen E. Keller, Esquire
Emily S. DiBenedetto, Esquire
SHAW KELLER LLP
1105 North Market Street, 12th Floor
Wilmington, DE  19801

George T. Fishback, Jr., Esquire
MCKOOL SMITH, P.C.
303 Colorado Street, Suite 2100
Austin, TX  78701

Blair Jacobs, Esquire
Christina A. Ondrick, Esquire
John S. Holley, Esquire
MCKOOL SMITH, P.C.
1999 K Street, NW Suite 600
Washington, D.C.  20006

FISH & RICHARDSON P.C.

By: */s/ Grayson P. Sundermeir*
    Susan E. Morrison (#4690)
    Grayson P. Sundermeir (#6517)
    222 Delaware Avenue, 17th Floor
    Wilmington, DE 19899-1114
    (302) 652-5070
    morrison@fr.com
    sundermeir@fr.com

*Attorney for Defendant*