IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AUTONOMOUS DEVICES LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 22-1466-MN |
| | ) |
| TESLA, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on October 5, 2023, the following document was served on Tesla.AD@weil.com and the persons listed below in the manner indicated:

1. Plaintiff Autonomous Devices, LLC's Notice of Subpoena to Andrej Karpathy

**BY EMAIL**

Susan E. Morrison
Grayson P. Sundermeir
FISH & RICHARDSON P.C.
222 Delaware Avenue, 17th Floor
Wilmington, DE 19899-1114
(302) 652-5070
morrison@fr.com
sundermeir@fr.com

Daniel R. Gopenko
FISH & RICHARDSON P.C.
1000 Main Avenue, SW
Washington, DC 20024
(202) 626-7745
gopenko@fr.com

Adrian C. Percer
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065-1175
(650) 802-3000
adrian.percer@weil.com

Matthew Colvin
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
(214) 292-4013
colvin@fr.com

Aamir A. Kazi
Ashley A. Bolt
FISH & RICHARDSON P.C.
1180 Peachtree Street, NE 21st Floor
Atlanta, GA 30309
(404) 724-2811
kazi@fr.com
bolt@fr.com

| | |
|---|---|
| Christopher Pepe<br>Matthew D. Sieger<br>Eric C. Westerhold<br>Allison Herzig<br>WEIL, GOTSHAL & MANGES LLP<br>2001 M Street, NW, Suite 600<br>Washington, DC 20036<br>(202) 682-7000<br>christopher.pepe@weil.com<br>matthew.sieger@weil.com<br>eric.westerhold@weil.com<br>allison.herzig@weil.com | Anish Desai<br>Ian Moore<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY 10153-0119<br>(212) 310-8000<br>anish.desai@weil.com<br>ian.moore@weil.com |
| OF COUNSEL:<br>Blair Jacobs<br>Christina A. Ondrick<br>John S. Holley<br>Elizabeth Bernard<br>MCKOOL SMITH, P.C.<br>1999 K Street, NW Suite 600<br>Washington, D.C. 20006<br>(202) 370-8300<br><br>George T. Fishback, Jr.<br>MCKOOL SMITH, P.C.<br>303 Colorado Street, Suite 2100<br>Austin, TX 78701<br>(512) 692-8756<br><br>Dated: October 9, 2023 | /s/ Karen E. Keller<br>Karen E. Keller (No. 4489)<br>Emily S. DiBenedetto (No. 6779)<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>kkeller@shawkeller.com<br>edibenedetto@shawkeller.com<br>*Attorneys for Autonomous Devices LLC* |