IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AUTONOMOUS DEVICES, LLC,<br><br>                    Plaintiff,<br><br>      v.<br><br>TESLA, INC.,<br><br>                    Defendant. | C.A. No. 22-1466 (MN) |

**STIPULATION AND ORDER TO STAY
PENDING *INTER PARTES* REVIEW**

WHEREAS Autonomous Devices, LLC filed a complaint on November 7, 2022, asserting that Tesla, Inc. was infringing U.S. Patent Nos. 10,452,974 ("the '974 Patent"); 11,238,344 ("the '344 Patent"); 11,055,583 ("the '583 Patent"); 10,102,449 ("the '449 Patent"); 10,607,134 ("the '134 Patent"); and 11,113,585 ("the '585 Patent") (D.I. 1);

WHEREAS Autonomous Devices dismissed its allegations related to the '449 Patent and the '585 Patent without prejudice on September 14, 2023 (D.I. 90);

WHEREAS Autonomous Devices amended its complaint on September 15, 2023, to add allegations that Tesla, Inc. was infringing an additional patent, U.S. Patent No. 11,663,474 ("the '474 Patent") (D.I. 92);

WHEREAS the '974 Patent, the '344 Patent, the '583 Patent, the '134 Patent, and the '474 Patent are the asserted patents in the above-captioned case;

WHEREAS the Patent Trial and Appeal Board ("PTAB") instituted *inter partes* review ("IPR") of the '974 Patent and the '344 Patent on December 13, 2023 (IPR2023-01054 and IPR2023-01055);

WHEREAS the PTAB instituted IPR of the '583 Patent and the '134 Patent on January 8, 2024 (IPR2023-01172, IPR2023-01173, and IPR 2023-01169);

WHEREAS the '474 Patent issued on May 30, 2023, and is statutorily protected from IPR challenge until "the date that is 9 months after the grant of a patent" (35 U.S.C. § 311);

WHEREAS the parties have conferred and agree that a stay of the above-captioned case at least until a final resolution of the above-referenced IPR challenges, and any additional IPR challenge(s) filed by Tesla, Inc. against the '474 Patent, is in the best interests of the parties and promotes judicial economy;

WHEREAS, by agreeing to this stay, the parties do not waive their right to seek additional stays.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that:

1. The above-captioned case is stayed until such time as there is a final resolution of IPR2023-01054, IPR2023-01055, IPR2023-01169, IPR2023-01172, IPR2023-01173, and any IPR challenge(s) that Tesla files against the '474 Patent, including the resolution of any appeal(s) of those challenges;

2. All existing case deadlines are hereby vacated; and

3. The parties shall submit a joint status report, with their respective proposals as to the next steps, within 30 days after the final resolution of all of IPR2023-01054, IPR2023-01055, IPR2023-01169, IPR2023-01172, IPR2023-01173, and any IPR challenge that Tesla files against the '474 Patent, including the resolution of any appeal(s) of those challenges.

| | |
|---|---|
| By:   */s/ Emily S. DiBenedetto* <br> Karen E. Keller (No. 4489) <br> Emily S. DiBenedetto (No. 6779) <br> SHAW KELLER LLP <br> I.M. Pei Building <br> 1105 North Market Street, 12th Floor <br> Wilmington, DE 19801 <br> (302) 298-0700 <br> kkeller@shawkeller.com <br> edibenedetto@shawkeller.com <br><br> *Attorneys for Plaintiff* <br> *Autonomous Devices LLC* | By:   */s/ Susan E. Morrison* <br> Susan E. Morrison (#4690) <br> Grayson P. Sundermeir (#6517) <br> FISH & RICHARDSON P.C. <br> 222 Delaware Avenue, 17th Floor <br> Wilmington, DE 19801 <br> (302) 652-5070 <br> morrison@fr.com <br> sundermeir@fr.com <br><br> *Attorney for Defendant* <br> *Tesla, Inc.* |

.

IT IS SO ORDERED this 10th day of January 2024.

_____
The Honorable Maryellen Noreika
United States District Judge